MICHAEL F. HERTZ
Deputy Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SUSAN K. RUDY
Assistant Branch Director
STEVEN Y. BRESSLER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-0167
Facsimile: (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for Defendant
the U.S. Office of Personnel Management

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAREN GOLINSKI, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, <br><br> Defendant. | No. C 4:10-00257-SBA <br><br> **REPLY BRIEF IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OPPOSITION BRIEF OF 36 PAGES** |

Plaintiff has opposed defendant's administrative motion for leave to file a 36-page brief. As defendant has stated and plaintiff does not dispute, this case concerns important matters of apparent first impression. See also Order, Docket Entry No. 22, at 2 (noting this case involves important issues). Plaintiff does not allege she will suffer any prejudice if the Court considers defendant's full articulation of its arguments; defendant, however, will be prejudiced if it is forced to truncate those arguments. Therefore, defendant, the U.S. Office of Personnel Management ("OPM"), respectfully requests that the Court

*Reply Brief in Support of Defendant's Administrative*
*Motion for Leave to File an Opposition Brief of 36 Pages*
*4:10cv257 SBA*

consider its 36-page opposition brief. Defendant does not object to plaintiff's request that she be permitted one extra week and 11 extra pages in which to respond to defendant's substantive arguments that plaintiff is not entitled to an emergency injunction or an order of mandamus against OPM.

Plaintiff is correct that defendant should have filed its motion for leave earlier and, as defendant has noted, undersigned counsel regrets his error. See Administrative Motion for Leave to File a 36-Page Opposition Brief, Docket Entry No. 23, at 3 n.1. Nonetheless, the Court should exercise its equitable discretion to consider all of defendant's arguments. See, e.g., Tobar v. United States, Civ. No. 07-817, 2008 WL 4350539, *2-*3 (S.D. Cal. September 19, 2008) (granting motion to file a reply brief in excess of the page limit although the reply was filed before the Court ruled on the motion for leave). Defendant agrees that the page limits contained in the Local Rules of this Court serve important purposes and apply generally to all cases. But this case, in which the Court is called upon to consider constitutional conclusions reached by the Chief Judge of the Circuit, is not a typical one. Moreover, an extension of the page limit is reasonable here where defendant's 36-page opposition (filed without attachments) responds to 91 pages put forth by plaintiff. See Docket Entry Nos. 8-11.[1]

The interests of justice are best served by the Court's consideration of this matter based on a full airing of the parties' arguments. As defendant has stated, it will be prejudiced if it is forced to truncate its arguments (see Docket Entry No. 23, at 2), whereas plaintiff has not asserted that she will suffer any prejudice if she must respond to defendant's substantive

---

[1] As plaintiff admits, she relies upon her 13-page brief as well as the underlying rationale contained in 24 pages of Orders issued in the Ninth Circuit's administrative Employee Dispute Resolution ("EDR") process by Chief Judge Kozinski. See Plaintiff's Opposition to Administrative Motion, Docket Entry No. 26, at 2. Plaintiff also relies upon her own declaration and exhibits, which total an additional 47 pages not including cover sheets (Docket Entry No. 9), as well as the declaration of plaintiff's counsel and its four exhibits, which total 10 pages, including 3 pages of Chief Judge Kozinski's orders in the EDR proceeding (Docket Entry No. 10). See also Plaintiff's Request for Judicial Notice (Docket Entry No. 11). These materials thus total at least 91 pages filed or incorporated by plaintiff in support of her motion for a preliminary injunction.

*Reply Brief in Support of Defendant's Administrative*
*Motion for Leave to File an Opposition Brief of 36 Pages*
*4:10cv257 SBA*     2

1  arguments. The Court should, accordingly, consider defendant's opposition brief in full. See
2  Tobar, Civ. No. 07-817, 2008 WL 4350539, *2-*3 (granting the United States' motion to file a
3  reply brief in excess of the page limit where the government "contend[ed] that it 'can not
4  adequately respond [within the Local Rule page limit] to the arguments properly contained in the
5  opposition'" filed by the plaintiff, although the government had filed its brief before the court
6  ruled on the government's motion for leave); cf. TCI Group Life Ins. Plan v. Knoebber, 244 F.3d
7  691, 696 (9th Cir. 2001) (in ruling on whether to set aside default judgment, whether it would
8  prejudice the plaintiff is a factor to consider).

For all of these reasons, OPM respectfully asks that the Court grant its pending Motion for Administrative Relief (Docket Entry No. 23) and consider its 36-page opposition to plaintiff's motion for an emergency injunction.[2]

Dated March 3, 2010

                                                                  Respectfully Submitted,

                                                                  MICHAEL F. HERTZ
                                                                  Deputy Assistant Attorney General

                                                                  JOSEPH P. RUSSONIELLO
                                                                  United States Attorney

                                                                  SUSAN K. RUDY
                                                                   Assistant Branch Director

                                                              **    /s/ Steven Y. Bressler**
                                                              STEVEN Y. BRESSLER D.C. Bar #482492
                                                              Trial Attorney
                                                              U.S. Department of Justice
                                                              Civil Division, Federal Programs Branch
                                                              P.O. Box 883
                                                              Washington, D.C. 20044
                                                              (202) 305-0167 (telephone)
                                                              (202) 616-8470 (fax)

                                                              Attorneys for Defendant

---

[2] If the Court denies defendant's administrative motion, defendant respectfully requests it be afforded a reasonable amount of time in which to file a 25-page opposition brief.

*Reply Brief in Support of Defendant's Administrative*
*Motion for Leave to File an Opposition Brief of 36 Pages*
*4:10cv257 SBA*        3