# EXHIBIT A

FILED

NOV 24 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

In re: Employee Dispute ) **AMENDED**
Resolution Plan ) **ORDER**

In light of Karen Golinski's October 2, 2008 complaint filed under the Court's Employee Dispute Resolution Plan, and due to the holding in *In re Marriage Cases*, 43 Cal. 4th 757, 183 P.3d 384 (2008), the Director of the Administrative Office of the United States Courts is ordered to submit Ms. Golinski's Health Benefits Election form 2809, which she signed and submitted on September 2, 2008, to the appropriate health insurance carrier. Further, if Ms. Golinski submits any additional forms during open season, those forms should be submitted as well.

11-24-08

Alex Kozinski
Chief Judge