JAMES R. McGUIRE (CA SBN 189275)
JMcGuire@mofo.com
GREGORY P. DRESSER (CA SBN 136532)
GDresser@mofo.com
RITA F. LIN (CA SBN 236220)
RLin@mofo.com
GRACE Y. PARK (CA SBN 239928)
GracePark@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JENNIFER C. PIZER (CA SBN 152327)
JPizer@lambdalegal.org
LAMBDA LEGAL, Western Regional Office
3325 Wilshire Boulevard, Suite 1300
Los Angeles, CA 90010-1729
Telephone: 213.382.7600
Facsimile: 213.351.6050

Attorneys for Plaintiff
KAREN GOLINSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAREN GOLINSKI,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, and JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity,<br><br>            Defendants. | Case No. 4:10-cv-00257 (SBA)<br><br>**PLAINTIFF KAREN GOLINSKI'S AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: June 15, 2010<br>Time: 1:00 p.m.<br>Place: Courtroom 1, 4th Floor<br>       United States Courthouse<br>       1301 Clay Street<br>       Oakland, California 94612 |

**AMENDED NOTICE OF MOTION AND MOTION**

TO ALL DEFENDANTS:

PLEASE TAKE NOTICE THAT at 1:00 pm on Tuesday, June 15, 2010, or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Saundra B. Armstrong, located at 1301 Clay Street, Oakland, CA 94612, plaintiff Karen Golinski will move for an order for a preliminary injunction pursuant to Fed. R. Civ. P. 65 and Civil L.R. 65-1.

The motion seeks to enjoin the United States Office of Personnel Management and its director John Berry (collectively, "OPM"), and their respective agents, servants, employees, attorneys and those in active concert or participation with them or OPM, from violating Chief Judge Kozinski's November 19, 2009 Order in the proceeding *In the Matter of Karen Golinski*, No. 09-80173 (9th Cir.), pending further order of this Court. Specifically, defendants shall, as prescribed in the November 19, 2009 Order:

- [R]escind its guidance or directive to the Blue Cross and Blue Shield Service Benefit Plan and any other plan that Ms. Golinski's wife is not eligible to be enrolled as her spouse under the terms of the Federal Employees Health Benefits Program because of her sex or sexual orientation, and that the plans would violate their contracts with OPM by enrolling Ms. Golinski's wife as a beneficiary.

- [C]ease at once its interference with the jurisdiction of [the Ninth Circuit's EDR] tribunal. Specifically, OPM shall not advise Ms. Golinski's health plan, the Blue Cross and Blue Shield Service Benefit Plan, that providing coverage for Ms. Golinski's wife violates DOMA or any other federal law. Nor shall OPM interfere in any way with the delivery of health benefits to Ms. Golinski's wife on the basis of her sex or sexual orientation.

The motion is based upon this amended notice of motion and motion, the memorandum of points and authorities filed on January 26, 2010, the accompanying declarations and exhibits filed on that date, plaintiff's complaint, and such further evidence and arguments as may be presented.

This amended notice of motion and motion is identical to plaintiff's original notice of motion and motion, filed on January 26, 2010, except that defendant John Berry has been expressly added. Plaintiff's First Amended Complaint, filed March 8, 2010, added Mr. Berry in his official capacity as Director of the Office of Personnel Management to address sovereign immunity concerns raised by OPM.

This amendment to plaintiff's notice and motion should not require any modification to the briefing schedule set by the Court. There is no substantive change to the relief sought by plaintiff, and no prejudice to any party if the briefing schedule remains unchanged. Plaintiff's original notice and motion was already directed to the Office of Personnel Management and its "agents" and "employees," which includes Mr. Berry. In addition, plaintiff has served defendant Berry with the original preliminary injunction motion and supporting papers, as well as the Court's briefing schedule for the motion.

Dated: March 10, 2010            MORRISON & FOERSTER LLP

                                                    LAMBDA LEGAL

By:   /s/ James R. McGuire
       JAMES R. McGUIRE

Attorneys for Plaintiff
KAREN GOLINSKI