1   MICHAEL F. HERTZ
    Deputy Assistant Attorney General
2   JOSEPH P. RUSSONIELLO
    United States Attorney
3   SUSAN K. RUDY
    Assistant Branch Director
4   STEVEN Y. BRESSLER
    Trial Attorney
5   United States Department of Justice
    Civil Division, Federal Programs Branch
6
    P.O. Box 883
7   Washington, D.C.  20044
    Telephone:  (202) 305-0167
8   Facsimile:  (202) 616-8470
    Email:  Steven.Bressler@usdoj.gov
9
    Attorneys for Defendants
10  the U.S. Office of Personnel Management and John Berry

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13              OAKLAND DIVISION

14  KAREN GOLINSKI                      )
                                        )   No. C 4:10-00257-SBA
15              Plaintiff,              )
                                        )   **CIVIL L.R. 6-1(a) STIPULATION**
16      v.                              )   **EXTENDING THE TIME OF**
                                        )   **DEFENDANT OPM TO RESPOND TO**
17  THE UNITED STATES OFFICE OF         )   **THE FIRST AMENDED COMPLAINT**
    PERSONNEL MANAGEMENT and            )
18  JOHN BERRY, Director of the Office of )
    Personnel Management, in his official )
19  capacity,                           )
                                        )
20              Defendants.             )
                                        )
21  _____       )

22          WHEREAS, pursuant to Federal Rules of Civil Procedure 4, 6, and 12, the current

23  deadline for defendant the U.S. Office of Personnel Management ("OPM") to respond to

24  plaintiff's First Amended Complaint is March 24, 2010;

25          WHEREAS, pursuant to  Federal Rules of Civil Procedure 4, 6, and 12, the current

26  deadline for defendant John Berry, Director of OPM, in his official capacity, to respond to

27  plaintiff's First Amended Complaint is May 10, 2010;

28

*Case No. 4:10 cv 257 SBA*
*Civil L.R. 6 1(a) Stipulation Extending the Time of Defendant OPM*
*to Respond to the First Amended Complaint*

1    WHEREAS, the parties have agreed that defendants may respond jointly to the First

2   Amended Complaint on May 10, 2010; and

3    WHEREAS, this stipulation and plaintiff's agreement thereto does not constitute a delay

4   of these proceedings,

5    IT IS STIPULATED by the parties that the deadline of defendant OPM to answer or

6   otherwise respond to plaintiff's Complaint is extended to May 10, 2010, pursuant to Civil L.R. 6-

7   1(a).

8   Dated March 18, 2010                        Respectfully Submitted,

9

10  MORRISON & FOERSTER, LLP                     MICHAEL F. HERTZ
                                                 Deputy Assistant Attorney General
    LAMBDA LEGAL

11                                               JOSEPH P. RUSSONIELLO
                                                 United States Attorney

12  By:    **/s/ James R. McGuire**
    JAMES R. McGUIRE (CA SBN 189275)            SUSAN K. RUDY
13  JmcGuire@MoFo.com                           Assistant Branch Director

14  Attorneys for Plaintiff                          **/s/ Steven Y. Bressler**
                                                 STEVEN Y. BRESSLER D.C. Bar #482492
15                                               Trial Attorney
                                                 U.S. Department of Justice
16                                               Civil Division, Federal Programs Branch
                                                 P.O. Box 883
17                                               Washington, D.C. 20044

18                                               Attorneys for Defendants

19

20

21

22

23

24                                               Pursuant to General Order 45, I attest that I
                                                 have obtained the concurrence of James R.
25                                               McGuire in the filing of this document.

26                                                    /s/ Steven Y. Bressler
                                                 STEVEN Y. BRESSLER
27

28

*Case No. 4:10 cv 257 SBA*
*Civil L.R. 6 1(a) Stipulation Extending the Time of Defendant OPM*
*to Respond to the First Amended Complaint*                                    2