MICHAEL F. HERTZ
Deputy Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SUSAN K. RUDY
Assistant Branch Director
CHRISTOPHER R. HALL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-4778
Facsimile: (202) 616-8470
Email: Christopher.Hall@usdoj.gov

Attorneys for Defendants
the U.S. Office of Personnel Management and John Berry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAREN GOLINSKI, <br> Plaintiff, <br> v. <br> THE UNITED STATES OFFICE OF PERSONNEL MANAGEMENT and JOHN BERRY, Director of the Office of Personnel Management, in his official capacity, <br> Defendants. | No. C 4:10-00257-SBA <br><br> **MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> Date: September 14, 2010 <br> Time: 1 p.m. <br> Place: Courtroom 1, 4th Floor <br> U.S. Courthouse, 1301 Clay St. <br> Oakland, California 94612 |

For the reasons set forth in the accompanying Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, defendants respectfully move the Court for an order dismissing plaintiff's First Amended Complaint.

*Defendants' Motion to Dismiss Plaintiff's First Amended Complaint*
*Civ. No. 4:10-257-SBA*

Dated: May 10, 2010

Respectfully Submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

SUSAN K. RUDY
Assistant Branch Director

 */s/ Christopher R. Hall*
CHRISTOPHER R. HALL
D.C. Bar No. 468827
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044

Attorneys for Defendants

*Defendants' Motion to Dismiss Plaintiff's First Amended Complaint*
*Civ. No. 4:10-257-SBA*

2