| | |
|---|---|
| 1 | JAMES R. MCGUIRE (CA SBN 189275) |
| | JMcGuire@mofo.com |
| 2 | GREGORY P. DRESSER (CA SBN 136532) |
| | GDresser@mofo.com |
| 3 | RITA F. LIN (CA SBN 236220) |
| | RLin@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | JENNIFER C. PIZER (CA SBN 152327) |
| | JPizer@lambdalegal.org |
| 8 | LAMBDA LEGAL, Western Regional Office |
| | 3325 Wilshire Boulevard, Suite 1300 |
| 9 | Los Angeles, CA 90010-1729 |
| | Telephone: 213.382.7600 |
| 10 | Facsimile: 213.351.6050 |
| 11 | Attorneys for Plaintiff |
| | KAREN GOLINSKI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| KAREN GOLINSKI, | Case No.    4:10-cv-00257 (SBA) |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND TO FILE PORTIONS OF SUCH DECLARATION UNDER SEAL** |
| v. | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, and JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPP. DECL. UNDER SEAL
Case No 4:10-cv-00257 (SBA)
sf-2868256

Before the Court is Plaintiff's Administrative Motion for Leave to File Supplemental Declaration in Support of Motion for Preliminary Injunction and to File Portions of Such Declaration Under Seal (the "Motion for Leave"). Having considered the Motion, the documents filed in support thereof, and GOOD CAUSE APPEARING:

The Motion for Leave is hereby GRANTED. Plaintiff's Supplemental Declaration in Support of Motion for Preliminary Injunction, attached as Exhibit A to the Motion for Leave, is deemed filed. The unredacted version of Plaintiff's Supplemental Declaration in Support of Motion for Preliminary Injunction shall be filed under seal in order to protect the medical and financial privacy of plaintiff and her family. The information redacted from Plaintiff's Supplemental Declaration shall be treated as confidential by the other parties in the litigation and any future filings incorporating or referencing such information shall be made under seal.

IT IS SO ORDERED.

Dated: 7/22/10

_____
Hon. Saundra B. Armstrong

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPP. DECL. UNDER SEAL
Case No 4:10-cv-00257 (SBA)
sf-2868256

1