IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLINSKI,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,<br><br>        Defendant.                             / | No. C 10-00257 CRB<br><br>**ORDER OF RECUSAL** |

    I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F of the Assignment Plan of this Court.

**IT IS SO ORDERED.**



Dated: September 28, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\257\order of recusal.wpd