IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN GOLINSKI, | |
| Plaintiff, | No. C 10-00257 JSW |
| v. | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT and JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity, | **ORDER RE NOTICE OF MATTER UNDER SUBMISSION, SETTING HEARING AND BRIEFING SCHEDULE ON PENDING MOTIONS** |
| Defendant. | |

After several transfers, the Court was assigned this matter. The Court notes that Plaintiff's motion for a preliminary injunction has been pending for some time and has reviewed Plaintiff's notice under Northern District Local Rule 7-13 regarding matters that remain under submission. In an effort substantively to address the significant issues in this matter, the Court has cleared its calendar to the extent possible and HEREBY SETS a hearing at its earliest possible hearing date of November 5, 2010 at 9:00 a.m. The Court shall hear both the motion for a preliminary injunction and the motion to dismiss. In this regard, the reply on the motion to dismiss shall be filed no later than October 6, 2010.

**IT IS SO ORDERED.**

Dated: September 29, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE