1 | JAMES R. McGUIRE (CA SBN 189275)
JMcGuire@mofo.com
2 | GREGORY P. DRESSER (CA SBN 136532)
GDresser@mofo.com
3 | RITA F. LIN (CA SBN 236220)
RLin@mofo.com
4 | MORRISON & FOERSTER LLP
425 Market Street
5 | San Francisco, California 94105-2482
Telephone: 415.268.7000
6 | Facsimile: 415.268.7522

7 | JENNIFER C. PIZER (CA SBN 152327)
JPizer@lambdalegal.org
8 | LAMBDA LEGAL, Western Regional Office
3325 Wilshire Boulevard, Suite 1300
9 | Los Angeles, CA 90010-1729
Telephone: 213.382.7600
10 | Facsimile: 213.351.6050

11 | Attorneys for Plaintiff
KAREN GOLINSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAREN GOLINSKI, | Case No. C 10-0257 SBA |
| Plaintiff, | **PLAINTIFF KAREN GOLINSKI'S REQUEST FOR ALTERATION OF BRIEFING SCHEDULE AND HEARING DATE** |
| v. | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, and JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity, | |
| Defendants. | |

GOLINSKI'S REQUEST FOR ALTERATION OF BRIEFING SCHEDULE AND HEARING DATE
Case No. C 10-0257 SBA
sf-2909026

By its Order of today's date, the Court has requested further briefing on specific issues and continued the hearing date on the pending motions to December 3, 2010. The Court's revised schedule presents counsel for plaintiff with significant conflicts. Rita Lin, the attorney primarily responsible for this matter, is presently out of the office on a long-scheduled family vacation and will not return until October 26, the day after the supplemental opening brief is due. James McGuire is currently scheduled to travel to the east coast on business for the majority of next week. And Greg Dresser will, similarly, be out of the office on business next week.

Counsel for plaintiff respectfully requests, therefore, that the Court further modify the schedule as follows: Plaintiff's opening brief to be filed no later than November 8. Defendant's response to be filed no later than November 19. Plaintiff's reply to be filed no later than November 29. The hearing to be held on December 17 at 10:00 a.m.

Dated: October 15, 2010        MORRISON & FOERSTER LLP
                               LAMBDA LEGAL


                               By:    /s/ James R. McGuire
                                      James R. McGuire

                                      Attorneys for Plaintiff
                                      KAREN GOLINSKI

GOLINSKI'S REQUEST FOR ALTERATION OF BRIEFING SCHEDULE AND HEARING DATE      1
Case No. C 10-0257 SBA
sf-2909026