1  JAMES R. McGUIRE (CA SBN 189275)
   JMcGuire@mofo.com
2  GREGORY P. DRESSER (CA SBN 136532)
   GDresser@mofo.com
3  RITA F. LIN (CA SBN 236220)
   RLin@mofo.com
4  AARON D. JONES (CA SBN 248246)
   AJones@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  JON W. DAVIDSON (CA SBN 89301)
   JDavidson@lambdalegal.org
9  JENNIFER C. PIZER (CA SBN 152327)
   JPizer@lambdalegal.org
10 TARA L. BORELLI (CA SBN 216961)
   TBorelli@lambdalegal.org
11 LAMBDA LEGAL, Western Regional Office
   3325 Wilshire Boulevard, Suite 1300
12 Los Angeles, California 90010-1729
   Telephone: 213.382.7600
13 Facsimile: 213.351.6050

14 Attorneys for Plaintiff
   KAREN GOLINSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN GOLINSKI,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, and JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity,<br><br>             Defendants. | Case No.   3:10-cv-0257-JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Civil Local Rule 7-3(d), and good cause so appearing, Plaintiff's Administrative Motion for Leave to File Notice of Supplemental Authority dated February 23, 2011, is hereby GRANTED. Plaintiff's Notice of Supplemental Authority (attached as Exhibit A to Plaintiff's Administrative Motion for Leave to File Notice of Supplemental Authority) is hereby deemed filed.

**IT IS SO ORDERED.**

Dated: __February 23__, 2011.

_____
The Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING PL'S ADMIN. MOT. FOR LEAVE TO FILE NOT. OF SUPP. AUTHORITY
CASE NO. 3:10-cv-0257-JSW
sf-2961123

1