| | |
|---|---|
| 1 | JAMES R. McGUIRE (CA SBN 189275) |
|   | JMcGuire@mofo.com |
| 2 | GREGORY P. DRESSER (CA SBN 136532) |
|   | GDresser@mofo.com |
| 3 | RITA F. LIN (CA SBN 236220) |
|   | RLin@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |

JON W. DAVIDSON (CA SBN 89301)
JDavidson@lambdalegal.org
JENNIFER C. PIZER (CA SBN 152327)
JPizer@lambdalegal.org
TARA L. BORELLI (CA SBN 216961)
TBorelli@lambdalegal.org
LAMBDA LEGAL, Western Regional Office
3325 Wilshire Boulevard, Suite 1300
Los Angeles, CA 90010-1729
Telephone: 213.382.7600
Facsimile: 213.351.6050

Attorneys for Plaintiff
KAREN GOLINSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN GOLINSKI, | Case No.   3:10-cv-0257-JSW |
| Plaintiff, | **NOTICE OF APPEARANCE OF TARA L. BORELLI** |
| v. | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, and JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity, | |
| Defendants. | |

NOTICE OF APPEARANCE OF TARA L. BORELLI
CASE NO. 3:10-cv-0257-JSW

PLEASE TAKE NOTICE that Tara L. Borelli, an attorney with Lambda Legal Defense and Education Fund, Inc., will be appearing in this action on behalf of the Plaintiff, Karen Golinski.

Dated:   March 21, 2011                         MORRISON & FOERSTER LLP
                                                LAMBDA LEGAL


                                                By:      /s/ Tara L. Borelli
                                                         TARA L. BORELLI

                                                Attorneys for Plaintiff
                                                KAREN GOLINSKI