| | |
|---|---|
| 1 | JAMES R. McGUIRE (CA SBN 189275) |
|   | JMcGuire@mofo.com |
| 2 | GREGORY P. DRESSER (CA SBN 136532) |
|   | GDresser@mofo.com |
| 3 | RITA F. LIN (CA SBN 236220) |
|   | RLin@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |

JON W. DAVIDSON (CA SBN 89301)
JDavidson@lambdalegal.org
JENNIFER C. PIZER (CA SBN 152327)
JPizer@lambdalegal.org
TARA L. BORELLI (CA SBN 216961)
TBorelli@lambdalegal.org
LAMBDA LEGAL, Western Regional Office
3325 Wilshire Boulevard, Suite 1300
Los Angeles, CA 90010-1729
Telephone: 213.382.7600
Facsimile: 213.351.6050

Attorneys for Plaintiff
KAREN GOLINSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN GOLINSKI, | Case No. 3:10-cv-0257-JSW |
| Plaintiff, | **NOTICE OF APPEARANCE OF JON W. DAVIDSON** |
| v. | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, and JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity, | |
| Defendants. | |

NOTICE OF APPEARANCE OF JON W. DAVIDSON
CASE NO. 3:10-cv-0257-JSW

1  PLEASE TAKE NOTICE that Jon W. Davidson, an attorney with Lambda Legal Defense and Education Fund, Inc., will be appearing in this action on behalf of the Plaintiff, Karen Golinski.

Dated: March 25, 2011

MORRISON & FOERSTER LLP
LAMBDA LEGAL


By:     /s/ Jon W. Davidson
       JON W. DAVIDSON

Attorneys for Plaintiff
KAREN GOLINSKI

NOTICE OF APPEARANCE OF JON W. DAVIDSON
CASE NO. 3:10-cv-0257-JSW

1