| | |
|---|---|
| 1 | JAMES R. McGUIRE (CA SBN 189275) |
|   | JMcGuire@mofo.com |
| 2 | GREGORY P. DRESSER (CA SBN 136532) |
|   | GDresser@mofo.com |
| 3 | RITA F. LIN (CA SBN 236220) |
|   | RLin@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |

JON W. DAVIDSON (CA SBN 89301)
JDavidson@lambdalegal.org
JENNIFER C. PIZER (CA SBN 152327)
JPizer@lambdalegal.org
TARA L. BORELLI (CA SBN 216961)
TBorelli@lambdalegal.org
LAMBDA LEGAL, Western Regional Office
3325 Wilshire Boulevard, Suite 1300
Los Angeles, CA 90010-1729
Telephone: 213.382.7600
Facsimile: 213.351.6050

Attorneys for Plaintiff
KAREN GOLINSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN GOLINSKI, | Case No.   3:10-cv-0257-JSW |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL OF JENNIFER C. PIZER** |
| v. | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, and JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity, | |
| Defendants. | |

NOTICE OF WITHDRAWAL OF COUNSEL OF JENNIFER C. PIZER
CASE NO. 3:10-cv-0257-JSW

PLEASE TAKE NOTICE that effective March 31, 2011, Jennifer C. Pizer, an attorney with Lambda Legal Defense and Education Fund, Inc., will no longer be associated with Lambda Legal Defense and Education Fund, Inc. and hereby withdraws as counsel of record for Plaintiff Karen Golinski. Ms. Pizer therefore requests that she be removed from the case docket and the Notice of Electronic Filing System as indicated on the docket. Morrison & Foerster LLP and Lambda Legal Defense and Education Fund, Inc. will continue as counsel of record for Plaintiff Karen Golinski.

Dated: March 25, 2011

MORRISON & FOERSTER LLP
LAMBDA LEGAL

By: /s/ Jennifer C. Pizer
     JENNIFER C. PIZER

Attorneys for Plaintiff
KAREN GOLINSKI

NOTICE OF WITHDRAWAL OF COUNSEL OF JENNIFER C. PIZER
CASE NO. 3:10-cv-0257-JSW

1