| | |
|---|---|
| 1 | MICHAEL F. HERTZ |
| | Deputy Assistant Attorney General |
| 2 | MELINDA HAAG |
| | United States Attorney |
| 3 | ARTHUR R. GOLDBERG |
| | Assistant Branch Director |
| 4 | CHRISTOPHER R. HALL |
| | Trial Attorney |
| 5 | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| 6 | |
| | P.O. Box 883 |
| 7 | Washington, D.C. 20044 |
| | Telephone: (202) 514-4778 |
| 8 | Facsimile: (202) 616-8470 |
| | Email: Christopher.Hall@usdoj.gov |
| 9 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| KAREN GOLINSKI | ) | |
| | ) | No. C 4:10-00257-SBA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **[PROPOSED]** ORDER |
| | ) | |
| THE UNITED STATES OFFICE OF | ) | |
| PERSONNEL MANAGEMENT and | ) | |
| JOHN BERRY, Director of the Office of | ) | |
| Personnel Management, in his official | ) | |
| capacity | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Upon consideration of Defendants' Motion to Enlarge Time to Respond to Plaintiff's Second Amended Complaint, and any opposition thereto, the Court hereby GRANTS Defendants' motion and orders that the time to respond to Plaintiff's Second Amended Complaint be enlarged through and including ~~July 18, 2011~~. June 3, 2011.

IT IS SO ORDERED. Defendants and/or Proposed Intervenors shall not continue to engage in self-help and shall instead follow this Court's governing rules unless and until specific permission to deviate from those rules is granted.

Dated: May 10, 2011

_____
Hon. JEFFREY S. WHITE
United States District Judge

*[Proposed]* Order
4:10cv257-JSW