IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN GOLINSKI,

    Plaintiff,

  v.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT and JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity,

    Defendants.

No. C 10-00257 JSW

**ORDER RE REPLY BRIEF ON BLAG'S MOTION TO INTERVENE**

The Court has received Plaintiff's statement of non-opposition to the motion to intervene filed on May 4, 2011 by the Bipartisan Legal Advisory Group of the United States House of Representatives ("BLAG"). A reply, if any, shall be filed no later than May 27, 2011.

**IT IS SO ORDERED.**

Dated: May 23, 2011

                                                JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE