# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN GOLINSKI, | Case No. 3:10-cv-0257-JSW |
| Plaintiff, | |
| vs. | **ORDER GRANTING THE MOTION OF THE BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES TO INTERVENE FOR A LIMITED PURPOSE** |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*, | |
| Defendants. | |

[~~PROPOSED~~] ORDER

UPON CONSIDERATION OF the Motion of the Bipartisan Legal Advisory Group of the U.S. House of Representatives to Intervene for a Limited Purpose ("Motion"), Plaintiff's Opposition, if any, and the entire record herein, it is by the Court this 3rd day of June, 2011, ORDERED that the Motion is GRANTED.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Copies to:

Paul D. Clement, Esq.
H. Christopher Bartolomucci, Esq.
Conor B. Dugan, Esq.
BANCROFT PLLC
1919 M Street, N.W.
Suite 470
Washington, DC 20006

Kerry W. Kircher
Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, DC 20515

James R. McGuire
Gregory P. Dresser
Rita F. Lin
Aaron D. Jones
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

Jon W. Davidson
Tara L. Borelli
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
3325 Wilshire Boulevard, Suite 1300
Los Angeles, CA 90010-1729

Christopher R. Hall, Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division - Federal Programs Branch
Room 7128
20 Massachusetts Ave., N.W.
Washington, DC 20001