1   PAUL D. CLEMENT (DC Bar 433215)
    pclement@bancroftpllc.com
2   H. CHRISTOPHER BARTOLOMUCCI (DC Bar 453423)
    cbartolomucci@bancroftpllc.com
3   CONOR B. DUGAN (MI Bar P66901)
    cdugan@bancroftpllc.com
4   NICHOLAS J. NELSON (MD Bar)
    nnelson@bancroftpllc.com
5
    BANCROFT PLLC
6   1919 M Street, NW, Suite 470
    Washington, DC 20036
7   202-234-0090 (phone); 202-234-2806 (fax)

8   OF COUNSEL:
    KERRY W. KIRCHER, GENERAL COUNSEL (DC Bar 386816)
9   Kerry.Kircher@mail.house.gov
    JOHN D. FILAMOR, SR. ASS'T COUNSEL (DC Bar 476240)
10  John.Filamor@mail.house.gov
    CHRISTINE DAVENPORT, SR. ASS'T COUNSEL (NJ Bar)
11  Christine.Davenport@mail.house.gov
    KATHERINE E. MCCARRON, ASS'T COUNSEL (DC Bar 486335)
12  Katherine.McCarron@mail.house.gov
    WILLIAM PITTARD, ASS'T COUNSEL (DC Bar 482949)
13  William.Pittard@mail.house.gov
    KIRSTEN W. KONAR, ASS'T COUNSEL (DC Bar 979176)
14  Kirsten.Konar@mail.house.gov

15  OFFICE OF GENERAL COUNSEL
    U.S. House of Representatives
16  219 Cannon House Office Building
    Washington, DC 20515
17  202-225-9700 (phone); 202-226-1360 (fax)

18  Counsel for Intervenor-Defendant The Bipartisan Legal
    Advisory Group of the U.S. House of Representatives

19

20

21

22
                                        1
23
    P̶R̶O̶P̶O̶S̶E̶D̶ ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION REGARDING
    OPPOSITIONS TO MOTIONS TO DISMISS AND ANTICIPATED MOTION FOR SUMMARY JUDGMENT
    Case No. 3:10-cv-0257-JSW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KAREN GOLINSKI,

        Plaintiff,

vs.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,

        Defendants.

Case No. 3:10-cv-0257-JSW

[Proposed] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION REGARDING OPPOSITIONS TO MOTIONS TO DISMISS AND ANTICIPATED MOTION FOR SUMMARY JUDGMENT

Pursuant to Civil Local Rule 7-11, and good cause so appearing, Plaintiff's Administrative Motion Regarding Oppositions to Motions to Dismiss and Anticipated Motion for Summary Judgment is hereby GRANTED IN PART and DENIED IN PART, as follows:

Plaintiff's deadline to oppose the motions to dismiss filed by intervenor-defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("the House") and defendants is hereby extended by one week to June 24, 2011. The House's and defendants' deadline to file reply briefs in support of their motions to dismiss is also extended by one week to July 8, 2011.

Plaintiff is hereby granted leave to file a single consolidated memorandum of points and authorities of no longer than thirty pages opposing both motions to dismiss. Insofar as Plaintiff seeks leave to consolidate a memorandum of points and authorities in support of a motion for summary judgment with her memorandum opposing the motions to dismiss, her motion is denied as premature.

2

[Proposed] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION REGARDING OPPOSITIONS TO MOTIONS TO DISMISS AND ANTICIPATED MOTION FOR SUMMARY JUDGMENT
Case No. 3:10-cv-0257-JSW

1  **IT IS SO ORDERED.**

2  Dated: __June 15_____, 2011.

3  _____
   The Honorable Jeffrey S. White
   United States District Judge

3

~~Proposed~~ Order Granting in Part and Denying in Part Plaintiff's Administrative Motion Regarding Oppositions to Motions to Dismiss and Anticipated Motion for Summary Judgment
Case No. 3:10-cv-0257-JSW