EXHIBIT C

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946-1956)
SIMON H RIFKIND (1950-1995)
LOUIS S WEISS (1927-1950)
JOHN F WHARTON (1927-1977)

WRITER S DIRECT DIAL NUMBER

(212) 373-3086
WRITER'S DIRECT FACSIMILE

(212) 373-2818
WRITER'S DIRECT E MAIL ADDRESS

rkaplan@paulweiss.com

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR HONG KONG CLUB BUILDING
3A CHATER ROAD CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011 JAPAN
TELEPHONE (81-3) 3597-8101

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE SUITE 200
POST OFFICE BOX 32
WILMINGTON DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W ABBOTT
ALLAN J ARFFA
ROBERT A ATKINS
JOHN F BAUGHMAN
LYNN B BAYARD
DANIEL J BELLER
CRAIG A BENSON*
MITCHELL L BERG
MARK S BERGMAN
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
HENK BRANDS
JAMES L BROCHIN
RICHARD J BRONSTEIN
DAVID W BROWN
SUSANNA M BUERGEL
PATRICK S CAMPBELL*
JEANETTE K CHAN
YVONNE Y F CHAN
LEWIS R CLAYTON
JAY COHEN
KELLEY A CORNISH
CHARLES E DAVIDOW
DOUGLAS R DAVIS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
JAMES M DUBIN
ALICE BELISLE EATON
ANDREW J EHRLICH
LESLIE GORDON FAGEN
MARC FALCONE
ANDREW C FINCH
ROBERTO FINZI
PETER E FISCH
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J FOLEY
HARRIS B FREIDUS
MANUEL S FREY
KENNETH A GALLO
MICHAEL E GERTZMAN
PAUL D GINSBERG
ROBERT D GOLDBAUM
NEIL GOLDMAN
ERIC S GOLDSTEIN
ERIC GOODISON
CHARLES H GOOGE JR
ANDREW G GORDON
BRUCE A GUTENPLAN
GAINES GWATHMEY III
ALAN S HALPERIN
CLAUDIA HAMMERMAN
GERARD E HARPER
BRIAN S HERMANN
ROBERT M HIRSH
MICHELE HIRSHMAN
JOYCE S HUANG
DAVID S HUNTINGTON
MEREDITH J KANE
ROBERTA A KAPLAN
BRAD S KARP
JOHN C KENNEDY
ALAN W KORNBERG

DANIEL J KRAMER
DAVID K LAKHDHIR
STEPHEN P LAMB*
JOHN E LANGE
DANIEL J LEFFELL
XIAOYU GREG LIU
JEFFREY D MARELL
MARCO V MASOTTI
EDWIN S MAYNARD
DAVID W MAYO
ELIZABETH R McCOLM
MARK F MENDELSOHN
TOBY S MYERSON
JOHN E NATHAN
CATHERINE NYARADY
ALEX YOUNG K OH
JOHN J O'NEIL
KELLEY D PARKER
ROBERT P PARKER*
MARC E PERLMUTTER
MARK F POMERANTZ
VALERIE E RADWANER
CARL L REISNER
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
PETER J ROTHENBERG
JACQUELINE P RUBIN
RAPHAEL M RUSSO
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
DALE M SARRO
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JAMES H SCHWAB
STEPHEN J SHIMSHAK
DAVID R SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J SIMONS
MARILYN SOBEL
AUDRA J SOLOWAY
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F TARNOFSKY
DANIEL J TOAL
MARK A UNDERBERG
LIZA M VELAZQUEZ
MARIA T VULLO
LAWRENCE G WEE
THEODORE V WELLS, JR
BETH A WILKINSON
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
JULIA T M WOOD
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
T ROBERT ZOCHOWSKI JR

*NOT ADMITTED TO THE NEW YORK BAR

May 16, 2011

**BY EMAIL**

H. Christopher Bartolomucci, Esq.
Bancroft PLLC
1919 M Street, NW
Suite 470
Washington, D.C. 20036

*Windsor* v. *United States*, 10 Civ. 8435 (BSJ) (JCF)

Dear Chris:

As you know, pursuant to the scheduling order in the above-captioned matter, the depositions of plaintiff's experts, should you elect to take them, are set to begin on May 23. We have contacted one of our experts, George Chauncey, and he is available to be deposed on May 26 or May 27 here at our offices in New York City.

Because the above dates are so close to the onset of depositions, and even though our expert reports are otherwise due on May 20, in order to mitigate any prejudice to you as a result of Professor Chauncey's availability, we enclose for your information a copy of his expert report. Professor Chauncey is in the process of updating his curriculum vitae, which we will forward tomorrow under separate cover. For your convenience, we also will send the transcripts of deposition and/or trial testimony of Professor Chauncey from the last four years, to the extent available.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

H. Christopher Bartolomucci                                                        2


          Please let us know whether you would like to depose Professor Chauncey on May 26 or May 27 so that he can finalize his schedule. We thought we would also let you know that another one of our experts, Nancy Cott, an American historian with expertise on the history of marriage, is available to be deposed (also at our offices in New York City) on June 3. You will receive a copy of her report on May 20.

          Very truly yours,

Roberta A. Kaplan


cc (by email):    Jean Lin, Esq.
                  James Esseks, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDITH SCHLAIN WINDSOR,

Plaintiff,

v.                                          10-cv-8435 (BSJ)

THE UNITED STATES OF AMERICA,

Defendant.

## EXPERT AFFIDAVIT OF GEORGE CHAUNCEY, PH.D.

I, George Chauncey, hereby depose and state as follows:

### Expert Background and Qualifications

1.    I am a Professor of History at Yale University, where I have taught since 2006.

My testimony will relate to my opinions as an expert in the history of the United States in the

twentieth century and gender, homosexuality, sexuality, and civil rights in the United States,

with a particular focus on the history of discrimination experienced by gay men and lesbians in

the United States.  I have actual knowledge of the matters stated in this declaration, and could

and would so testify if called as a witness.

2.    My background, experience, and publications are summarized in my curriculum

vitae, which is attached as Exhibit A to this affidavit.  In the past four years, I have testified as an

expert – either at trial or through declaration – or been deposed as an expert in *Donaldson v.*

*Montana*, No. 10-702 (Mont. 1st Jud. Dist. Ct.), *Perry v. Schwarzenegger*, No. 09-2292 (N.D.

Cal.); *Gill v. Office of Pers. Mgmt.*, No. 09-10309 (D. Mass.), and *Commonwealth of Mass. v.*

1

*U.S. Dep't of Health and Human Servs.*, No. 09-11156 (D. Mass.).  I have been retained by

counsel for Plaintiff in both the above-referenced litigation ("*Windsor*") and by counsel for the

plaintiffs in *Pedersen v. Office of Personnel Management, et al.*, Civ. A. No. 310 CV 1750

(VLB) (D. Ct.).

3.     From 1991 to 2006, I was a Professor of History at the University of Chicago.  I

am the author of *Gay New York: Gender, Urban Culture, and the Making of the Gay Male

World, 1890-1940* (New York: Basic Books, 1994), which won the Organization of American

Historians' Merle Curti Award for the best book in social history and Frederick Jackson Turner

Award for the best first book in any field of history, the Los Angeles Times Book Prize in

History, and Lambda Literary Award.  I am also the author of *Why Marriage?  The History

Shaping Today's Debate over Gay Equality* (New York: Basic Books, 2004); coeditor of three

books and special journal issues, including *Hidden From History: Reclaiming the Gay and

Lesbian Past* (NAL, 1989); and the author of numerous articles, which are listed in my

curriculum vitae, attached to this affidavit as Exhibit A.

4.     I base my opinions on my own research, experience and publications, the work of

other historians and scholars as listed in the attached bibliography, and the general statutes of a

number of states, including New York, Connecticut, Vermont, and New Hampshire.


### Summary of Opinions

5.     It is my professional opinion that the historical record, which is outlined below,

demonstrates that gay and lesbian people have been subject to widespread and significant

discrimination and hostility in the United States.

2

6.      Through much of the twentieth century, in particular, gay men and lesbians suffered under the weight of medical theories that treated their desires as a disorder; penal laws that condemned their consensual adult sexual behavior as a crime; police practices that suppressed their ability to associate and socialize publicly; censorship codes that prohibited their depiction on the stage, in the movies, and on television; and federal policies and state regulations that discriminated against them on the basis of their homosexual status.  These state policies and ideological messages worked together to create and reinforce the belief that gay and lesbian persons comprised an inferior class to be shunned by other Americans.

7.      Despite social and legal progress in the past thirty years towards greater acceptance of homosexuality, gay and lesbian people continue to live with the legacy of the anti-gay measures enacted in the 1930s, 1940s, and 1950s and the attitudes that motivated those measures.  That legacy is evident both in laws that remain on the books and in the many legal protections that have not been enacted.

8.      Among the many products of the legacy of discrimination in the twentieth century, the most conspicuous today include Congress' repeated failure to enact or even seriously consider federal legislative protections for gay and lesbian people in housing, employment, and public accommodations; the numerous state statutes and constitutional amendments that brand gay men and lesbians as second-class citizens by denying them the right to marry the person they love; and the federal Defense of Marriage Act, which prohibits the federal government from recognizing such a marriage when it does occur.  The legacy of discrimination is also evident in the demeaning stereotypes and inflammatory rhetoric used by anti-gay organizations and public officials as they campaign to enact further measures meant to

3

erode gay people's civil rights and diminish their status as full citizens of the United States – campaigns that are, to this day, very often successful.

9.     Today, the limited civil rights enjoyed by gay and lesbian Americans vary substantially from region to region and are still subject to the vicissitudes of public opinion. Like other minority groups, gay men and lesbians often must rely on judicial decisions to secure equal rights.

## History of Discrimination Against Gay and Lesbian People in the United States

### I.     Introduction

10.     While there is ample evidence that same-sex love and intimacy have persisted across the ages, most historians now agree that the concept of the homosexual and the heterosexual as distinct categories of people emerged only in the late nineteenth century. This concept had profound effects on the regulation of homosexuality. Early American legislators, drawing on their understanding of ancient Judeo-Christian prohibitions against sodomy and "unnatural acts," penalized a wide range of non-procreative behavior, including many forms of what would now be called homosexual conduct. While these laws prohibited conduct, it was in the twentieth century that governments began to classify and discriminate against certain of their own citizens on the basis of their status or identity as homosexuals.

11.     Official, government-sanctioned hostility and discrimination has had a profound and enduring negative impact on lesbians and gay men in American society. In the 1920s, the State of New York prohibited theaters from staging plays with lesbian or gay characters. Beginning in the 1930s and 1940s, many states prohibited gay people from being served in bars and restaurants. In the 1950s, the federal government banned the employment of homosexuals

4

and insisted that its private contractors ferret out and dismiss their gay employees. It also prohibited gay foreigners from entering the country or securing citizenship. Until the 1960s, all states penalized sexual intimacy between men. Throughout the twentieth century, many municipalities launched police campaigns to suppress gay meeting places, and sought to purge gay civil servants from government employment.

12. Private hostility and discrimination, often encouraged by government officials, has had a similarly profound and enduring negative effect on lesbians and gay men in American society. Until the 1970s, leading physicians and medical researchers claimed that homosexuality was a pathological condition or disease. In the 1930s, the Hollywood studios enacted a censorship code that for nearly thirty years prohibited the discussion of gay issues or the appearance of gay or lesbian characters in the era's most powerful communications medium. In the 1940s and 1950s, municipal police officials, state governmental leaders, local newspapers, and national magazines justified anti-gay discrimination and the suppression of gay meeting places by fostering frightening stereotypes of homosexuals as child molesters. These stereotypes have had enduring consequences, and continue to inspire public fears and hostility, especially concerning gay teachers and parents. In the 1980s, the early press coverage of AIDS reinforced the view that homosexuals were diseased and threatened other Americans. In the 1990s, many clergy condemned (and still condemn) homosexuality as sinful. The Southern Baptist Convention, for example, called for a boycott of all Disney products because Disney offered domestic partnership benefits to its employees and Disneyland organized gay theme nights. Also, some anti-gay groups threatened to organize boycotts against the sponsors of network television shows which included gay characters.

5

13.    Historically, anti-gay measures often were enacted or strengthened in response to periods of relative growth in the visibility or tolerance of gay people.  For example, the effervescence and visibility of gay life in the 1920s contributed to the backlash gay and lesbian people endured during the Great Depression.  The increased visibility of gay men and lesbians during the Second World War helped precipitate a second wave of hostility in the late 1940s and 1950s.  The dramatically increased visibility of gay people in the 1970s and 1980s, and their success in persuading some state and local governments to include sexual orientation in their anti-discrimination laws, resulted in a wave of referenda and initiatives between 1977 and the early 1990s that overturned such laws and/or prohibited the enactment of others.

14.    In recent decades, and especially in the last twenty years, many (though not all) of these discriminatory measures were repealed, but considerable discrimination and animosity persisted.  Given the long history of campaigns demonizing homosexuals as child molesters, it is unsurprising that in 1977 – the year Anita Bryant launched her "Save Our Children" campaign – two-thirds of Americans told pollsters they objected to lesbians or gay men being hired as elementary school teachers.  By 1992, after fifteen years of extensive public discussion of this and other gay issues, opinion had shifted, but half of those parents polled still rejected the idea of their child having a gay elementary school teacher.  By 2002, about forty percent of Americans still were unwilling to have elementary schools employ gay teachers, and one-third of them found gay high school teachers unacceptable.

15.    When marriage emerged as the new flashpoint in debates over civil rights for gay men and lesbians almost two decades ago, the debate was shaped by the legacy of anti-gay policies and attitudes.  Many Americans initially responded to the idea that gay and lesbian couples should be allowed to marry with the same misgivings and even hostility with which they

6

once greeted the idea of gay teachers or gay characters on television sitcoms. Opponents of marriage equality mobilized some of the most enduring anti-gay stereotypes to heighten public apprehension. For instance, during the 2008 campaign over Proposition 8 – the California ballot initiative that revoked the marriage rights of gay men and lesbians that the California Supreme Court had recognized under the state constitution – several television commercials aired by the supporters of Proposition 8 warned that marriage equality might encourage children to become homosexuals themselves. The recent campaign to repeal marriage equality in Maine used the same tactics, including recycling commercials and scripts from the Proposition 8 campaign because they had been so effective in California. The approval of Proposition 8 in California, Question 1 in Maine, and similar laws and constitutional amendments in a total of forty-one states indicates the enduring influence of anti-gay hostility and the persistence of ideas about the inequality of gay people and their relationships. The civil rights enjoyed by gay and lesbian people throughout the United States continue to be subject to the vicissitudes of public opinion in an ever-changing social, political, and cultural landscape.

16. At several critical junctures, a handful of state and federal courts have been the only authorities willing to defend the rights of gay people against the antipathy of the majority. In the 1950s and 1960s, at a time when overwhelming public sentiment supported the criminalization of gay bars and other meeting places, state courts in California and New York ruled that gay people had the right to assemble. In 1954, the United States Supreme Court ruled that the United States Post Office could not ban a gay political magazine from the mails. In the 1990s, when voters in cities and states across the country were voting to ban states and local municipalities from enacting anti-discrimination protections for gay people, the Supreme Court, in *Romer v. Evans*, struck down a Colorado constitutional amendment that withdrew from gay

7

men, lesbians, and bisexuals, but no others, specific legal protection from discrimination. Sometimes quickly and sometimes more slowly, these decisions played a critical role in shifts in public opinion.

## II.    The Roots of Anti-Gay Discrimination

17.    The first American laws against homosexual conduct were rooted in the earliest English settlers' understanding of the religious and secular traditions that prohibited sodomy, and they reflected the ambiguity of those traditions.  Although sodomy included some forms of what today would be called homosexual conduct, medieval theologians did not use sodomy to refer systematically and exclusively to such conduct; they usually understood sodomy to include male anal intercourse, but less frequently oral sex and rarely sex between women.

18.    The English Reformation Parliament of 1533 turned the religious injunction against sodomy into the secular crime of buggery when it made "the detestable and abominable vice of buggery committed with mankind or beast" punishable by death.  The English courts interpreted this to apply to sexual intercourse between a human and an animal, and anal intercourse between a man and woman, as well as anal intercourse between two men.

19.    Colonial American statutes drew on these religious and secular traditions and shared their imprecision in the definition of the offense.  Variously defining the crime as (the religious) sodomy or (the secular) buggery, they generally proscribed anal sex between men and men, men and women, and humans and animals, but their details and their rationales varied.  The southern colonies generally adopted the English law against buggery, while the Puritan New England colonies usually drew on religious traditions to penalize many forms of "carnall knowledge," including adultery, fornication, sex with prepubescent girls, and "men lying with men."  Puritan clergy in the New England colonies were especially vigorous in their

denunciation of sodomitical sins as contrary to God's will, but their condemnation was motivated by the pressing need to increase the population and to secure the stability of the family, as well as their reading of scripture. In the Massachusetts Bay Colony, sodomy was prohibited from 1641 by a statute taken directly from Leviticus: "If any man lyeth with mankinde as he lyeth with a woeman, both of them have committed abhomination, they both shall surely be put to death." Although several men were executed for sodomy, the colonies rarely prosecuted men for this offense, for reasons that still are not entirely clear to historians.

### III.    Modern American History: 1890-1940

20.    Prosecutions for sodomy and related offenses increased dramatically in the late nineteenth and early twentieth centuries as a result of the emergence of the idea of the homosexual as a distinct category of person, the expansion of laws penalizing homosexual conduct, and the growing influence of religiously-inspired moral reform societies, which insisted on criminal prosecutions.

21.    These types of prosecutions continued to penalize people on the basis of their homosexual conduct rather than their identity as homosexuals. Current historical research suggests that the concept of the homosexual as a distinct category of person developed as recently as the late nineteenth century. The word "homosexual" appeared for the first time in a German pamphlet in 1868, and was introduced to the American lexicon only in 1892. Between the 1920s and 1950s, the government, drawing on long traditions of hostility to same-sex conduct and responding both to new conceptions of the homosexual as an individual and to the growing visibility of those individuals, began to classify and discriminate against certain of its citizens on the basis of their status or identity as homosexuals. This discrimination reached remarkable, and still largely unrecognized, proportions.

22.    The dramatic growth of American cities in the late nineteenth century permitted lesbians and gay men to develop a more complex and extensive collective life than was possible in small towns and rural areas.  While everyone was likely to know everyone else's business in small towns, the size, complexity, and relative anonymity of cities made it easier for gay people (and other nonconformists) to forge a collective life with people like themselves, away from the eyes of hostile outsiders.  The early history of the migration of gay people to the relative freedom of the cities is little understood, but it seems to have increased in the early twentieth century, at about the same time as growing numbers of African Americans fled the small towns of the Jim Crow South for the relative freedom of northern cities.  Like African Americans, gay people, both black and white, found that the relative freedom of city life was tempered by continuing hostility and discrimination.

23.    The emergence of gay and lesbian communities described in this affidavit took place to varying degrees in every American city studied by historians.  Because the field of lesbian and gay history remains relatively young in 2011 and has been hampered by the legacy of censorship described below, historians still know most about the history of such communities in major metropolitan centers such as New York, Chicago, San Francisco, and Los Angeles, and they will therefore loom large in the history that follows.  However, recent studies of the gay history of smaller cities and communities, ranging from Buffalo, New York, and Portland, Oregon, to Jackson, Mississippi, and its surrounding rural areas, both confirm the broad outlines of the history described here and reveal regional variations in that history.  Important recent historical studies of the development of federal and military policies concerning homosexuality and gay citizens have documented discriminatory laws and policies that had nationwide effects.

10

24.     New York City provides one of the best documented examples of the emergence of a distinctive gay world in the early twentieth century.  By the 1910s, New York's "gay world" included gay residential and commercial enclaves in several immigrant, African American, and bohemian neighborhoods; widely publicized dances and other social events; and a host of commercial establishments where gay people gathered, ranging from saloons, speakeasies, and bars to cheap cafeterias and elegant restaurants.  In the 1920s and early 1930s, gay writers and performers produced a flurry of gay literature and theater.  Some gay people were involved in long-term relationships they called marriages.  Most remained very careful to conceal their homosexuality from non-gay associates, though, for fear of losing their jobs, homes, and respect.

25.     Many Americans responded to the growing visibility of gay life with fascination and sympathy, regarding it as simply one more sign of the growing complexity and freedom from tradition of a burgeoning metropolitan culture.  Popular fascination with gay culture reached a crescendo during the Prohibition Era (or Jazz Age), when lesbians ran some of the most popular tearooms and cafes in bohemian neighborhoods such as New York's Greenwich Village and Chicago's Towertown.  That said, the poor, immigrant, African American, and bohemian neighborhoods where gay life became most visible were regarded as the underside of city life by "respectable society."

**A.      Hostile Religious and Medical Views Prompted the Escalation of Anti-Gay Policing in the Early Twentieth Century**

26.     Other Americans regarded the growing visibility of lesbian and gay life with dread.  Hostility to homosexuals sometimes was motivated by an underlying uneasiness about the dramatic changes underway in gender roles at the turn of the last century.  In this era – indeed until 1973 – homosexuality was classified as a disease, defect, or disorder.  Conservative physicians initially argued that the homosexual (or "sexual invert") was characterized as much

11

by his or her violation of conventional gender roles as by specifically sexual interests.  At a time when many doctors argued that women should be barred from most jobs because employment would interfere with their ability to bear children, numerous doctors identified suffragists, women entering the professions, and other women challenging the limits placed on their sex as victims of a medical disorder.  Thus, doctors explained that "the female possessed of masculine ideas of independence" was a "degenerate" and that "a decided taste and tolerance for cigars, * * * [the] dislike and incapacity for needlework * * * and some capacity for athletics" were all signs of female "sexual inversion."  Similarly, another doctor thought it significant that a male "pervert" "never smoked and never married; [and] was entirely averse to outdoor games."

27.    Such views about gender roles lost their credibility once public opinion had come to accept significant changes in women's roles in the workplace and political sphere, but doctors continued for several more decades to identify homosexuality per se as a "disease," "mental defect," "disorder," or "degeneration."  For generations, such hostile medical pronouncements provided a powerful source of legitimation to anti-homosexual sentiment, just as medical science previously had legitimized widely held (and subsequently discarded) beliefs about male superiority and white racial superiority.  The medical profession's classification of homosexuality as a defect or disorder also helped spur and legitimate anti-gay law enforcement activity throughout the country.

28.    Religiously-inspired hostility to homosexuality also inspired an escalation in anti-gay policing.  In the late nineteenth century, native-born Protestants organized numerous "anti-vice" societies to suppress what they regarded as the sexual immorality and social disorder of the nation's burgeoning Catholic and Jewish immigrant neighborhoods.  Although these organizations focused on female prostitution and what they regarded as the weakening of moral

12

strictures governing relations between men and women, they also opposed the growing visibility of homosexuality, which they regarded as a particularly egregious sign of the loosening of social controls on sexual expression under urban conditions.  They encouraged the police to step up harassment of gay life as one more part of their campaigns to shut down dance halls and movie theaters, prohibit the consumption of alcohol and the use of contraceptives, dissuade restaurants from serving an interracial mix of customers, and otherwise impose their vision of the proper social order and sexual morality.  In New York City in the 1910s and 1920s, for instance, the Society for the Suppression of Vice (also known as the Comstock Society) worked closely with the police to arrest several hundred men for homosexual conduct, and also participated in a raid on a lesbian-run café and encouraged the deportation of the café's owner.  In Massachusetts, the Watch and Ward Society, established as the New England Society for the Suppression of Vice, conducted surveillance on virtually all the popular gay bars and gathering places of the time.

29.     As a result of the pressure from Protestant moral reform organizations, municipal police forces began using misdemeanor charges, such as disorderly conduct, vagrancy, lewdness, loitering, and so forth to harass homosexuals.  These state misdemeanor or municipal offense laws, which carried fewer procedural protections than felony sodomy charges, allowed further harassment of individuals engaged in same-sex intimacy.  In some cases, state officials tailored these laws to strengthen the legal regulation of homosexuals.  For example, in 1923, the New York State legislature specified for the first time that a man's "frequent[ing] or loiter[ing] about any public place soliciting men for the purpose of committing a crime against nature or other lewdness" was a form of disorderly conduct.  Many more men were arrested and prosecuted under this misdemeanor charge than for sodomy.  Between 1923 and 1966, when Mayor John

13

Lindsay ordered the police to stop using entrapment to secure arrests of gay men, there were more than 50,000 arrests on this charge in New York City alone.

30.     The social marginalization of gay men and lesbians gave both the police and the public even broader informal authority to harass them.  The threat of violence and verbal harassment deterred many gay people from doing anything that might reveal their homosexuality in public.  Gay people knew that anyone discovered to be homosexual risked the loss of livelihood and social respect, so most gay people were careful to lead a double life, hiding their homosexuality from their heterosexual employers and other associates.

**B.     Censorship**

31.     The growing visibility of lesbian and gay life in the early twentieth century precipitated censorship campaigns designed to curtail gay people's freedom of speech and the freedom of all Americans to discuss gay issues.

32.     The earliest gay activists fell victim to such campaigns.  In 1924, when the police learned of the country's earliest known gay political group, which had been established by a postal worker in Chicago, they raided his home and seized his group's files and membership list.  After the raid, the group ceased publication of its short-lived magazine, Friendship and Freedom.  In the 1910s and 1920s, a handful of plays included lesbian and gay characters or addressed homosexual themes.  But in 1927, after "The Captive," a serious drama exploring lesbianism, opened on Broadway to critical acclaim, New York State passed a "padlock law" that threatened to shut down for a year any theater that staged a play with lesbian or gay characters.  Given Broadway's national importance as a staging ground for new plays, this law effectively censored American theater for a generation.

14

33.    Theater censorship occurred in other cities in addition to New York.  In the early twentieth century, Boston had a particularly strict culture of "moral purity" censorship, and the phrase "Banned in Boston" was familiar to people throughout the country.  In 1935, for instance, Boston Mayor Frederick W. Mansfield banned Lillian Hellman's "The Children's Hour," a play with lesbian themes.  Mansfield explained his decision to the press by asserting that the play "showed moral perversion, the unnatural appetite of two women for each other."

34.    Such censorship had even wider-reaching effects when it spread to the movies. A censorship movement led by religious leaders threatened the Hollywood studios with mass boycotts and restrictive federal legislation if they did not begin censoring their films.  Seeking to avoid federal legislation, the studios established a production code (popularly known as "the Hays Code") that from 1934 on prohibited the inclusion of gay or lesbian characters, discussion of homosexual issues, or even the "inference" of "sex perversion" in Hollywood films.  This censorship code remained in effect for some thirty years and effectively prohibited discussion of homosexuality in a powerful communications medium.  This censorship stymied and delayed democratic debate about homosexuality for more than a generation.

**C.    The Great Depression and the Curtailment of Gay People's Freedom of Association**

35.    In the early years of the Great Depression, restrictions on gay life intensified.  By depriving millions of men of their role as breadwinners, the Depression transformed already-existing anxiety over gender roles into a crisis in gender and family relations.  Federal, state, and local governments responded to this perceived crisis with policies that directly affected women and gay people.  New Deal public works projects, for instance, which offered jobs only to male heads of households, were designed in part to restore men's status in their families and larger society, even when this meant limiting women's economic opportunities.

15

36.    The apparent fragility of the family and gender arrangements made the visibility of gay life seem more threatening to many people, especially given the long-standing representation of gay men and lesbians as gender deviants.  After a generation in which gay life had been relatively visible and integrated into urban public life, restrictions on gay life increased. Gay people were forced into hiding by new laws that pushed gay people out of restaurants and bars, as well as off the stage and silver screen.

37.    New regulations curtailed gay people's freedom of association.  In New York State, for instance, the State Liquor Authority, established after the repeal of Prohibition in 1933, issued regulations prohibiting bars, restaurants, cabarets, and other establishments with liquor licenses from employing or serving homosexuals or even allowing them to congregate on their premises.  The Authority's rationale was that the mere presence of homosexuals made an establishment "disorderly," and when the courts rejected that argument, the Authority began using evidence of unconventional gender behavior or homosexual solicitation gathered by plainclothes investigators to provide proof of a bar's disorderly character.  Hundreds of bars were closed for this reason in the next thirty years in New York City alone.

38.    Similar regulations were introduced around the country in subsequent years.  In California in the 1950s, notes historian Nan Alamilla Boyd, the Alcoholic Beverage Control Board "collapsed the difference between homosexual status (a state of being) and conduct (behavior) and suggested that any behavior that signified homosexual status could be construed as an illegal act.  Simple acts such as random touching, mannish attire (in the case of lesbians), limp wrists, high-pitched voices, and/or tight clothing (in the case of gay men) became evidence of a bar's dubious character" and grounds for closing it.

IV.    **Modern American History: World War II**

16

39.    Changes in the policies of the Armed Forces of the United States during the Second World War both reflected and expanded the government's growing campaign of classifying and discriminating against gay citizens.  The military had long made sodomy a criminal offense (and, indeed, it continues to do so).  But the Second World War marked the first time the military moved beyond criminalizing homosexual conduct to develop policies that systematically endeavored to exclude personnel on the basis of their identity as homosexuals.  All of the branches of the armed forces put in place screening mechanisms designed to ferret out homosexuals during the induction process.  Thousands of men and women were kept from serving their country, and often faced public opprobrium as a result.  Notwithstanding the new prohibition, many gay men and lesbians served in the armed forces in the Second World War, but they had to be careful to whom they disclosed their sexual orientation.

40.    Across the country, the number of lesbian and gay bars and other meeting places increased during the war years.  Military authorities responded to the growth in the number of gay meeting places by collaborating with civil authorities to close them or at least keep servicemen from visiting them.  The Army and the Navy created a joint Disciplinary Control Board that worked together with state liquor control agents and municipal police forces to identify and police bars and night clubs, including almost one hundred in San Francisco alone, with the intent of harassing and suspending the licenses of those that served a gay clientele.  Military and civilian police also cooperated in anti-vice raids against gay bars and other meeting places.  Servicemen who were caught in these raids risked being discharged, and several thousand patriotic Americans who honorably served to defend their country were not honorably discharged solely because of their gay or lesbian identity.

17

41.     Following the war, the Veterans Administration denied GI Bill benefits to soldiers who had received undesirable discharges.  Eventually most other groups of soldiers discharged in this way had their benefits restored, but the Veterans Administration steadfastly refused to restore them to homosexuals.  This meant that gay veterans – members of the "Greatest Generation" – who had risked their lives for their country before being discharged were denied the educational, housing, and readjustment allowances provided to millions of their peers.

## V.     Modern American History: Post-WWII Period

### A.     Government Policies in the McCarthy Era

42.     Even the stepped-up policing of gay life in the 1930s and 1940s did not equal the scale of discrimination faced by gay men and lesbians in the generation following the Second World War.  The persecution of gay men and lesbians dramatically increased at every level of government after the war.

43.     In 1950, following Senator Joseph McCarthy's denunciation of the employment of gay persons in the State Department, the Senate conducted a special investigation into "the employment of homosexuals and other sex perverts in government."  The Senate Committee recommended excluding gay men and lesbians from all government service, civilian as well as military.  To support this recommendation, the Committee argued that homosexual acts violated the law, and it gave its imprimatur to the prejudice that "those who engage in overt acts of perversion lack the emotional stability of normal persons" and that homosexuals "constitute security risks."

44.     The Committee also portrayed homosexuals as predators: "[T]he presence of a sex pervert in a Government agency tends to have a corrosive influence on his fellow employees.

18

These perverts will frequently attempt to entice normal individuals to engage in perverted practices.  This is particularly true in the case of young and impressionable people who might come under the influence of a pervert.  Government officials have the responsibility of keeping this type of corrosive influence out of the agencies under their control. . . .  One homosexual can pollute a Government office."

45.    The Senate investigation and report were only one part of a massive anti-homosexual campaign launched by the federal government after the war.  The Senate Committee reported that "[a] spot check of the records of the Civil Service Commission indicates that between January 1, 1947, and August 1, 1950, approximately 1,700 applicants for Federal positions were denied employment because they had a record of homosexuality or other sex perversion."  In 1953, President Eisenhower issued an executive order requiring the discharge of homosexual employees from federal employment, civilian or military.  Thousands of men and women were discharged or forced to resign from civilian and military positions because they were suspected of being gay or lesbian.  At the height of the McCarthy era, the U.S. State Department discharged more homosexuals than communists.  The government's purge of its gay employees prompted the founding of some of the earliest gay rights organizations.  Frank Kameny, for one, founded the first gay rights group in Washington, D.C. after he was dismissed from his job as a government astronomer for being homosexual in 1957.

46.    President Eisenhower's executive order prohibiting federal employment for homosexuals also required defense contractors and other private corporations with federal contracts to ferret out and discharge their homosexual employees.  Many other private employers without federal contracts adopted the federal government's policy by refusing to hire gay people.  Furthermore, the FBI initiated a widespread system of surveillance to enforce the executive

19

order.  As the historian John D'Emilio has noted, "The FBI sought out friendly vice squad officers who supplied arrest records on morals charges, regardless of whether convictions had ensued.  Regional FBI officers gathered data on gay bars, compiled lists of other places frequented by homosexuals, and clipped press articles that provided information about the gay world. . . . Federal investigators engaged in more than fact-finding; they also exhibited considerable zeal in using information they collected."

47.    Two years after the Senate Committee recommended that homosexuals be purged from government employment, Congress signaled its conviction that homosexuals had no place in American society in the most palpable way possible: by denying them entry into the country.  In 1952, Congress prohibited homosexuals (whom it called "psychopaths") from entering the country, much as it previously had prohibited immigration from Asia and curtailed the immigration of Jews and Catholics from eastern and southern Europe.  In the case of homosexuals, the prohibition extended beyond people seeking long-term residency or citizenship; a generation of foreign visitors applying for mere tourist visas had to sign statements swearing they were not homosexual before they could make even the briefest trip to the United States.

48.    Many state and local governments followed the federal government's lead in seeking to ferret out and discharge their homosexual employees.  As a result of these official policies, countless state employees, teachers, hospital workers, and others lost their jobs.  Beginning in 1958, for instance, the Florida Legislative Investigation Committee, which had been established by the legislature in 1956 to investigate and discredit civil rights activists, turned its attention to homosexuals working in the state's universities and public schools.  Its initial investigation of the University of Florida resulted in the dismissal of fourteen faculty and

staff members, and in the next five years it interrogated some 320 suspected gay men and lesbians. It "pressured countless others into relinquishing their teaching positions, and had many students quietly removed from state universities." Its 1959 report to the legislature called the extent of homosexual activity in the state's school system "absolutely appalling." In addition, in a well-publicized 1949 case in Massachusetts, Dr. Miriam Van Waters, long-time superintendent of the Women's Reformatory at Framingham, was dismissed by the Commissioner of Corrections because she had either not known or had known and had not prevented "an unwholesome relationship" that "existed between inmates of the Reformatory," which had "resulted in 'crushes', 'courtships', and homosexual practises [sic] among the inmates." She was then forced to defend her policies in public hearings held by a Massachusetts house committee over several months.

49.    During this period, both federal and local agencies sought to curtail gay people's freedom of speech and the freedom of all people to discuss homosexuality. In 1954, postal officials in Los Angeles banned an issue of the first gay political magazine, *ONE*, from the mails, a ban overturned by the Supreme Court in 1958. In some cities the police continued to shut down newsstands that dared to carry it. In 1957, San Francisco officials arrested Lawrence Ferlinghetti and Shig Murao for publishing and selling "Howl," a poem by Allen Ginsberg that openly proclaimed his homosexuality.

50.    Censorship, government-sanctioned discrimination, and the fear of both made it difficult for gay people to organize and speak out on their own behalf. Given the severity of anti-gay policing, for instance, the Mattachine Society, the most significant gay rights organization in the 1950s, repeatedly had to reassure its anxious members that the police would not seize its membership list. In Denver in 1959, a few weeks after Mattachine held its first

21

press conference during a national convention, the police raided the homes of three of its Denver organizers; one lost his job and spent sixty days in jail.

### B.    The Demonization of Homosexuals

51.    The official harassment of homosexuals received further legitimization from a series of press and police campaigns in the 1940s and 1950s that fomented demonic stereotypes of homosexuals as child molesters out to recruit the young into their way of life. In response to a series of local panics over sex crimes against women and children, in which homosexuals were almost never identified as the culprits, numerous local newspapers and national magazines claimed that children faced a growing threat from homosexuals. The press warned that, in breaking with social convention to the extent necessary to engage in homosexual behavior, a man had demonstrated the refusal to adjust to social norms that was the hallmark of the psychopath. In 1950, *Coronet*, a popular national magazine, asserted: "Once a man assumes the role of homosexual, he often throws off all moral restraints. . . . Some male sex deviants do not stop with infecting their often-innocent partners: they descend through perversions to other forms of depravity, such as drug addiction, burglary, sadism, and even murder."

52.    The demonization of homosexuals by the press was reinforced by the statements of public officials. A Special Assistant Attorney General of California claimed in 1949 that "[t]he sex pervert, in his more innocuous form, is too frequently regarded as merely a queer individual who never hurts anyone but himself. All too often we lose sight of the fact that the homosexual is an inveterate seducer of the young of both sexes, and is ever seeking for younger victims." Detroit's prosecuting attorney demanded the authority to arrest, examine, and possibly confine indefinitely "anyone who exhibited abnormal sexual behavior, whether or not dangerous." In 1957, the *Hartford Courant* reported on comments by a Connecticut judge at a

22

criminal sentencing. The judge endorsed jail terms for homosexuals because his "observation" was that homosexuality "ha[d] spread much too far."

53.    Such press campaigns and official statements created fearsome new stereotypes of homosexuals as child molesters, which continue to incite public fears about gay teachers and parents as well as other gay people who come into contact with children. Between the late 1930s and late 1950s, public hysteria incited by such press campaigns prompted more than half the state legislatures to enact laws allowing the police to force persons convicted of certain sexual offenses—or, in some states, merely suspected of being "sexual deviants"—to undergo psychiatric examinations. These examinations could result in indeterminate civil confinements for individuals deemed in need of a "cure" for their homosexual "pathology."

C.    Another Escalation of Anti-Gay Policing

54.    During the postwar era, bars became an especially important meeting place for lesbians and gay men because they were often the only public spaces in which people dared to be openly gay. Given their growing importance to gay people as a social center and the growing pressure on the police to enforce regulations prohibiting bars from serving homosexuals, gay bars became an important battleground in the postwar years. Despite the prevailing popular animosity toward homosexuals, state courts in New York and California issued rulings that curtailed the right of state liquor authorities and the police to discriminate against gay bar patrons. Official antipathy to homosexuals was so strong, however, that police officials circumvented or simply disregarded these judicial decisions.

55.    This sharp escalation in the policing of gay life after the Second World War occurred throughout the country. In 1955, for example, the government of Boise, Idaho launched a fifteen-month investigation of gay men in town, interrogating fourteen hundred

23

persons and pressuring men known to be gay to reveal the names of other gay men.  Police departments from Seattle and Dallas to New Orleans and Baltimore stepped up their raids on bars and private parties attended by gay and lesbian persons, and made thousands of arrests for "disorderly conduct."  By 1950, Philadelphia had a six-man "morals squad" arresting more gay men than the courts knew how to handle, some 200 a month.  In the District of Columbia, there were more than a thousand arrests every year.  In 1965, the Boston City Council's Committee on Urban Renewal debated whether to bulldoze several downtown gay bars.  A proponent of the effort, City Councilor Frederick Langone, gave a speech at the meeting calling for the destruction of "these incubators of homosexuality and indecency and a Bohemian way of life," and insisting that "[w]e must uproot these joints so innocent kids won't be contaminated."  Many gay bars were razed in the "revitalization" that followed.  In 1969, a Councilman in Rocky Hill, Connecticut called for a nightclub frequented by homosexuals (Alice's Joker Club) to be closed as a "public nuisance" because it was a "threat to the morals" of the town's citizens.  From 1933 until the mid 1960s, hundreds of bars that tolerated gay customers were closed in New York City alone.  Some bars in New York and Los Angeles posted signs telling potential gay customers: "If You Are Gay, Please Stay Away" or, more directly, "We Do Not Serve Homosexuals."

## VI.   The Gay Rights Movement and its Opponents in the 1970s and 1980s

### A.   Early Successes of the Gay and Lesbian Rights Movement

56.    The dramatic escalation in policing and suppression in the post-war years failed to eradicate gay life.  In larger cities, lesbians and gay men covertly patronized bars and restaurants, which they turned into informal meeting places, took over remote sections of public beaches, and held dances and parties.  In many smaller towns, gay life took shape unnoticed in church choirs, amateur theaters, and women's softball leagues, and was sustained by closely knit social circles.

57.    Nonetheless, most gay men and lesbians responded to the escalation in policing after the Second World War by keeping their homosexuality carefully hidden from non-gay people.  They developed elaborate verbal codes that allowed them to communicate with one another while remaining invisible to hostile outsiders.  The word "gay" is a good example of this: before the 1970s few heterosexuals realized gay people had given it a distinctly homosexual meaning.  But the very success of such subterfuges in concealing gay life made it difficult for gay people to find one another in the 1950s, and it severely limited the capacity of gay people to organize on their own behalf.

58.    The earliest gay rights organizations, the Mattachine Society, *ONE*, and the Daughters of Bilitis, were founded in the early 1950s at the height of the demonization of homosexuals as dangerous, irrational, and unstable pariahs who threatened the nation's children as well as national security.  This initial generation of activists worked to educate and cultivate allies among sociologists, psychologists, criminologists, and other professionals who had the credibility to speak on homosexuality that was denied to homosexuals themselves.

59.    Gay rights organizations began to influence public policy in the mid-1960s, although the pace of change varied enormously across the country.  The New York Mattachine Society's success in 1966 in persuading Mayor John Lindsay to end the widespread police use of entrapment had a profound effect on gay male New Yorkers, who for the first time in decades did not have to worry that the men who approached them in bars and elsewhere were undercover policemen.  New York and California state court rulings finally curtailed the policing of gay bars and other meeting places in those states in the 1960s, but in some other parts of the country the police continued to raid gay bars well into the 1970s and 1980s.  The growing divergence in the treatment of gay people in different parts of the country prompted a growing number of gay

25

people to migrate from hostile areas to New York, Boston, San Francisco, Los Angeles, Chicago, and other more tolerant cities and regions. This mass migration, in turn, affected the political and cultural climate of those cities and regions, making them more likely to enact gay rights legislation and similar policies.

60.     Major institutions that once helped legitimize anti-gay attitudes also began to change their positions. Medical writers and mental health professionals whose stigmatization of homosexuality as a disease or disorder had been used to justify discrimination for decades were among the first to change their views. In 1973, the American Psychiatric Association voted to remove homosexuality from its list of mental disorders. The American Psychological Association soon followed suit. However, the American Psychiatric Association's decision was fiercely opposed by prominent members of the association such as Charles Socarides and Irving Bieber, and they and other medical professionals who believed homosexuality was a treatable psychological disorder continued to receive considerable attention.

61.     Censorship of gay images and speech declined. By the early 1960s, competition from television led the Hollywood studios to reorganize their nearly thirty-year-old censorship code, enabling the studios to make films for adult viewers which addressed "serious themes" such as homosexuality. These themes remained off-limits for television. The studios initially still included very few gay characters in their features, and the television networks included virtually none, but ending formal censorship opened a door that resulted in significant cultural changes in later years.

62.     A small but growing number of municipalities enacted legislation protecting people from certain forms of discrimination on the basis of their sexual orientation. In 1972, East Lansing, Michigan, home to Michigan State University, became the first town to do so.

26

Within five years, another twenty-seven communities passed such legislation, more than half of them university towns such as Ann Arbor, Austin, Berkeley, and Madison. They were joined by a handful of larger cities such as San Francisco, Minneapolis, Seattle, and Detroit. During this same period, however, a number of states enacted new legislation that criminalized homosexual sodomy, even as they decriminalized heterosexual sodomy.

63.    Attitudes toward homosexuals and homosexuality in some religious denominations also began to change. Since the 1970s, many mainline Protestant denominations have issued official statements condemning legal discrimination against homosexuals and affirming that homosexuals ought to enjoy equal protection under criminal and civil law. Several of these groups descended from the historically influential denominations whose religious authority had been invoked to justify colonial statutes against sodomy. The Lutheran Church in America, the Unitarian Universalist Association, the United Methodist Church, the United Church of Christ, the Protestant Episcopal Church, the Disciples of Christ, and the United Presbyterian Church in the U.S.A. all issued statements in support of civil rights for gay men and lesbians by 1980.

64.    Those seven denominations, however, account for only 10.3 percent of the American population. Many more Americans belong to faith traditions that remain strongly opposed to gay civil rights, including 26.3 percent affiliated with historically white evangelical Protestant churches and 23.9 percent who are Catholics. Leading clergy and laypeople from those churches have played a major role in opposing gay rights measures across the country.

**B.    Anti-Gay Discrimination in the 1970s and 1980s**

65.    Gay men and lesbians continued to suffer discrimination at the hands of government officials in the 1970s and 1980s. For example, police continued to raid gay bars in

27

some cities.  In 1970, the Connecticut State Motor Vehicle Department refused to renew the drivers license of a man on the grounds that he was "an admitted homosexual and that his homosexuality makes him an improper person to hold an operator's license."

66.    Beginning in the late 1970s, the initial success of the gay movement in securing local gay rights legislation, as well as the increasing visibility of gay people in the media, provoked a vigorous, negative reaction.  Anti-gay rights advocates drew on pernicious stereotypes developed in previous decades to argue that enacting gay rights laws, permitting gay people to teach, and even simply allowing gay characters to appear on television sitcoms threatened the security of children and the stability of the family.

67.    The anti-gay rights campaign of this era was effectively launched in 1977, when Anita Bryant, a prominent Baptist singer and the spokeswoman for the Florida citrus growers, led a campaign to "Save Our Children" from newly enacted civil rights protections for gay men and lesbians in Dade County, Florida.  Her success in persuading a decisive majority of Miami voters to vote against the ordinance depended heavily on her use of the still powerful postwar images of homosexuals as child molesters.  Her organization published a full-page advertisement the day before the vote warning that the "other side of the homosexual coin is a hair-raising pattern of recruitment and outright seductions and molestation."  Her victory in Miami prompted groups in other cities to take up the cause, and in the next three years, laws extending civil rights protections to gay men and lesbians were repealed in more than a half-dozen bitterly fought referenda stretching from St. Paul, Minnesota to Eugene, Oregon.  Gay rights advocates managed to defeat such referenda only in two elections, in November 1978, when Seattle voted to preserve its antidiscrimination ordinance and when California rejected the Briggs Initiative.

28

The Briggs Initiative was a proposal so onerous it would have prohibited public school teachers, gay or straight, from saying anything that could be construed as "advocating homosexuality."

68.    The Save Our Children campaign had other far reaching effects.  The day after the Dade County gay rights ordinance was repealed, the governor of Florida signed into law a ban on adoption by lesbians and gay men, the first such statewide prohibition.  Thousands of children who might otherwise have had loving parents were thus denied the stability of family life.  Similarly, in 1985, Massachusetts Governor Michael Dukakis removed two boys from their foster care placement with a gay male couple and implemented a policy of preferred placement in "traditional family settings."  While Massachusetts' ban was reversed in 1990 as a result of litigation, the Florida ban remained in effect until 2010.

69.    Across the country, the unfounded fear that homosexuals posed a threat to children itself threatened some children: those already being raised by lesbians and gay men.  In the 1970s, most children being raised by lesbian or gay parents had been born before their parents came out as gay.  When a parent came out, any dispute over child custody that had to be resolved in court was likely to be heavily influenced by stereotypes and prejudices.  A growing number of such cases reached the courts in the 1970s and 1980s, and in case after case the courts took the custody of children away from a mother or father whose estranged husband or wife raised the parent's lesbian or gay identity.  Some courts confronting early disputes of this nature articulated a "per se" rule against custody and visitation claims made by gay and lesbian parents, holding that homosexuality was inherently inconsistent with parenthood as a matter of law.

70.    The long-standing association of homosexuals with disease was reinforced in the 1980s by the media's initial sensationalist coverage of AIDS, which frequently depicted homosexuals as bearers of a deadly disease threatening others.  Fear of contagion prompted a

29

new wave of discrimination against gay people in medical care, housing, and employment. Media coverage and the government's slow response to the disease also reflected and reinforced the enduring conviction that homosexuals stood outside the moral boundaries of the nation. Even after the name AIDS (Acquired Immune Deficiency Syndrome) replaced the moniker GRID (Gay-Related Immune Deficiency), media reports initially minimized the crisis by reassuring Americans that the "general public" was not at risk, since the disease only affected homosexuals and a handful of other groups, as if gay people were not part of the "general public."

71.    The media coverage of AIDS and the numerous campaigns against local gay rights laws had a dramatic effect on public opinion.  In 1987, six years after the AIDS crisis unleashed a new wave of fear of homosexuals, public disapproval of homosexuality reached its peak.  Polling data showed virtually no change through the 1970s, but the number of people who declared that homosexual relations were always wrong climbed from 73 percent in 1980 to 78 percent in 1987.  In the 1980s, gay rights activists secured the enactment of gay rights ordinances in an additional forty cities, counties, and suburbs, including Boston, New York, Chicago, and Atlanta, bringing the national total to eighty.  But these victories often were more difficult to achieve than they had been in the 1970s.  In New York City, for example, the law passed the city council only after more than a decade of struggle.

72.    National religiously-inspired organizations formed in the 1970s and 1980s, such as the Moral Majority, Focus on the Family, Family Research Council, and Traditional Values Coalition, provided national leadership and coordination to the movement against gay rights and disseminated campaign materials, political strategies, and financial resources to local groups fighting gay rights ordinances.

30

**VII.    The Persistence of Anti-Gay Discrimination from the 1990s to the Present**

    **A.  Legal Inequality in State Law**

    73.    The spread of AIDS and the escalation of debate over gay rights at the local level fueled a growing polarization of the nation over homosexuality in the 1980s and especially the 1990s.  By the end of the 1980s, even cities and states that had managed to pass gay rights laws found those laws under attack from an increasingly well-organized and well-funded opposition. Beginning in 1988, and reaching a crescendo from 1992 to 1994, groups in Colorado, Oregon, Maine, and six other states used anti-gay referenda and initiatives to challenge gay rights laws, and built local anti-gay rights organizations.  In the twenty-five years after Anita Bryant's campaign in Florida, anti-gay activists introduced and campaigned for more than sixty anti-gay rights referenda around the country.  Nationwide, gay rights supporters lost almost three-quarters of these contests.  In Oregon alone, there were sixteen local anti-gay initiatives in 1993 and another eleven in 1994.  Oregon's gay rights supporters lost all but one.

    74.    Following Anita Bryant's lead, anti-gay rights activists frequently fomented voter fear of gay people by reviving demonic stereotypes of homosexuals as perverts who threatened the nation's children and moral character.  Two videos that repeatedly were screened in churches and on cable television, "The Gay Agenda" and "Gay Rights, Special Rights," juxtaposed discussions of pedophilia with images of gay teachers and gay parents marching with their children in Gay Pride parades.  With little subterfuge, the videos depicted homosexuals as child molesters.  This message was reinforced by mass mailings and door-to-door distribution of anti-gay pamphlets, which fostered a climate of hostility and fear during the referenda.

    75.    In 1992, voters in Colorado passed Amendment Two, which amended the state constitution to prohibit any municipality or unit of the government from enacting anti-gay

31

discrimination ordinances or policies. This amendment repealed the ordinances already enacted by Denver, Boulder, and Aspen.  Moreover, it removed from the political arena any future effort to secure anti-discrimination legislation for gay people.  In the face of public antipathy to gay people, represented by the success of this and other referenda overturning non-discrimination laws, several legal groups filed a lawsuit, *Romer v. Evans*, challenging the constitutionality of such constitutional amendments.  Once again, the courts protected the rights of the minority against the prejudice of the majority.  In 1996, the Supreme Court overturned this state constitutional amendment because it withdrew specific legal protection from discrimination from gay men, lesbians, and bisexuals, but no others.

76.    Although a number of states now have extended basic anti-discrimination protections to gay men and lesbians, in twenty-nine states, there is no statutory barrier to firing, refusing to hire, or demoting a person in private sector employment solely on the basis of their identity as a gay man or lesbian.  In twenty-two states, there is no statutory or administrative barrier to such discrimination even in state government employment.  Similarly, gay men and lesbians remain without statutory protection from discrimination in housing in thirty states.  And, despite the critical role played by harassment of gay and lesbian meeting places in enforcing discrimination toward them throughout the twentieth century, gay and lesbian people in twenty-nine states have no statutory protection from discrimination in public accommodations.

**B.  Legal Inequality in Federal Law**

77.    At the national level, employment discrimination against gay men and lesbians by federal agencies remained permissible until the late 1990s.  Although the outright ban on hiring gay federal employees was lifted in 1975, federal agencies were free to discriminate against gay

men and lesbians in hiring and employment decisions until former President Clinton issued a first-of-its-kind executive order forbidding such hiring discrimination in 1998.

78.   In 1992, President Bill Clinton's proposal to end the armed forces' policy banning lesbians and gay men from serving in the military sparked a firestorm in the first months of his presidency and revealed how deeply divided the nation remained.  The public outcry against his plan (calls to Congress ran a hundred to one against lifting the ban) had been stoked by years of local anti-gay organizing.  Opposition to the new policy by both the Pentagon leadership and the public led Congress and President Clinton to enact a new law known as "Don't Ask, Don't Tell," which allowed for the discharge of gay and lesbian soldiers if they acknowledged their sexual orientation under any circumstances, even in private counseling.  Discharge of gay men and lesbians from the military continued after "Don't Ask, Don't Tell" became law.  According to the Servicemembers Legal Defense Network, an organization dedicated to assisting military personnel affected by "Don't Ask, Don't Tell," "more than 14,000 service members have been have been fired under the law since 1993."

79.   "Don't Ask, Don't Tell" was repealed in December 2010.  However, the repeal will not be implemented until the President, the Secretary of Defense, and the Chairman of the Joint Chiefs of Staff certify that repeal will not harm military readiness.  After that certification there is a sixty-day waiting period.  Although the conditional repeal of "Don't Ask, Don't Tell" in 2010 was an important advance for gay men and lesbians, it did not restore the careers of the thousands of service members who had been discharged under the policy.  Nor does it protect gay men and lesbians from the significant discrimination that they continue to face in other domains.  After years of effort, gay and lesbian advocates and their allies still have not been able to enact any federal legislation that prohibits discrimination in schools, employment, housing,

and public accommodations on the basis of sexual orientation.  The Employment Non-Discrimination Act, which would extend employment protections on the basis of sexual orientation, has been introduced regularly since 1994 (and earlier versions as far back as the 1970s) and has never passed both houses of Congress.

80.    Government-sanctioned discrimination against gay men and lesbians still exists in federal immigration law.  Federal law prohibits gay and lesbian Americans from sponsoring their same-sex spouses or registered partners from other countries for immigration benefits.

### C.  Discrimination in Adoption, Custody, and Parenting

81.    In the 1990s, lesbian mothers and gay fathers continued to risk their parenting rights when their former different-sex spouses used their sexual orientation to try to deny them custody or visitation rights in divorces.  By the mid-1990s, courts in most states followed rules that required individualized assessment of a parent's fitness.  But as Julie Shapiro's 1996 study of custody cases around the country demonstrated, many courts continued to infuse those individualized assessments with their own prejudice against lesbians and gay men.  As she discovered, courts were especially disapproving of lesbians and gay men who were honest about their sexual orientation with their children.  In a widely publicized case, a Virginia trial court in 1993 granted a grandmother's petition to take Sharon Bottoms' two-year-old son away from her because, as the trial court judge explained, her lesbian "conduct is illegal . . . a Class 6 felony in the Commonwealth of Virginia."  He went on to declare "that it is the opinion of this Court that her conduct is immoral" and "renders her an unfit parent."  Virginia's Supreme Court upheld the trial court's decision terminating Sharon's parental rights despite the presumption favoring her as a natural parent. In doing so, it relied on a wider range of evidence, including the finding that Bottoms' lesbianism would subject her child to social condemnation and thus disturb the child's

34

relationships with peers and the community at large.  Some courts had used similar reasoning to remove children from the homes of divorced white mothers who had married or lived with black men, a practice ruled unconstitutional by the Supreme Court in 1984.  In that case, *Palmore v. Sidoti*, Chief Justice Warren Burger ruled that "private biases may be outside the reach of the law, but the law cannot directly, or indirectly, give them effect."  466 U.S. 429, 433 (1984).  But courts in many states continued to give legal effect to the private bias they assumed existed against lesbian and gay parents by preferring heterosexual parents over gay parents, without regard to other factors bearing on the child's best interests.

82.    Gay and lesbian parents continue to be forced by some courts to choose between hiding their gay identities and losing parental rights.  As one Texas attorney commented in 1988, "unless [a mother] ended her open lesbian relationship I would have little chance of winning a custody trial." According to Clifford J. Rosky, in 2004, after ordering a gay father not to expose his child to his "gay lover(s) and/or gay lifestyle," a Tennessee trial court sentenced the father to two days in jail for coming out to the child.

83.    State and popular efforts that began in the 1970s to ban lesbians and gay men from adopting or serving as foster parents continued throughout the 1990s and 2000s.  For example, in 2000, Mississippi's legislature passed a ban on adoption by same-sex couples that was subsequently signed by the governor.  As recently as 2008, Arkansas enacted by popular referendum a ban on foster care and adoption by gay people.

84.    Some states enacted laws that bar recognition of out-of-state adoptions by same-sex couples.  For example, in 2004, Oklahoma passed the "Adoption Invalidation Law," which stated that Oklahoma "shall not recognize an adoption by more than one individual of the same sex from any other state or foreign jurisdiction."

85.     Some states refuse to allow a biological parent's same-sex partner to adopt the children they raise together.  For example, as recently as December 2010, the North Carolina Supreme Court invalidated a second parent adoption by a woman's same-sex partner, holding that a non-biological same-sex partner could not be recognized as a legal parent.

86.     During the 1980s and 1990s, gay and lesbian parents continued to face significant obstacles in custody and visitation disputes.  Courts continued to demonstrate harsh judgments toward gay and lesbian parents even when a child was conceived with two gay or lesbian parents intending to raise the child jointly.  This was especially evident when the courts had to decide where to place a child when its biological mother died and one of her relatives contested the right of her surviving partner, the child's second mother, to continue to raise the child.  In a number of cases, courts granted custody to those relatives despite clear evidence that the child wished to remain with her surviving mother.

### D.  Depiction of Gay Men and Lesbians in the Media

87.     With the decline in movie and television censorship and the growing interest in gay people and issues, there was a significant increase in the coverage of gay issues in the media and in the number of gay characters in movies and on television in the 1990s.  By the time the immensely popular *Will & Grace* premiered on NBC in 1998, gay and lesbian characters were a more regular part of the television landscape.  This exposure changed the dominant representation of homosexuals.  Gay people usually appeared in the media in the 1950s as shadowy and dangerous figures, but they now appeared as a diverse and familiar group whose all-too-human struggles and pleasures drew the interest of large viewing audiences.

88.     It was not only in the media that heterosexuals began to see gay and lesbian people.  Dramatically increasing numbers of lesbians and gay men revealed their homosexuality

36

to their families, friends, neighbors, and co-workers in the 1990s.  Polling data suggest the magnitude of the shift.  In 1985, only a quarter of Americans reported that a friend, relative, or co-worker had personally told them that they were gay, and more than half believed they did not know anyone gay.  Fifteen years later, in 2000, the number of people who knew someone openly gay had tripled to three-quarters of the population. Acceptance of gay men and lesbians and support for civil rights protections increased as growing numbers of heterosexuals realized that some of the people they most loved and respected were gay.

90.    It is important not to overstate the results of this nationwide "coming out" experience, however.  In 2000, a significant majority of Americans still expressed moral disapproval of homosexuality.   Moreover, support for lesbian and gay civil rights and equality continued to show significant regional differences.  Polls showed that public opinion in Massachusetts, Connecticut, and Hawaii was the most tolerant.  Support for civil rights also was strong in most other states in New England, in New Jersey and New York, and in other regional clusters: Maryland in the mid-Atlantic, Wisconsin, Minnesota, and Illinois in the upper Midwest, and California, Oregon, and Washington on the West Coast. Anti-gay sentiment was strongest in southern states and in the lower Midwest and plains states. The effects of these regional differences could be seen in regional variations in congressional votes on key gay rights issues, in the treatment of gay couples and individuals by state laws, regulations and court rulings concerning adoption and foster parenting, parental rights, and in the passage of gay rights laws. Only two states—Wisconsin in 1982 and Massachusetts in 1989—enacted legislation banning anti-gay discrimination before 1990. The number rose to eleven by 2000, but eight of the states were in the Northeast or on the Pacific Coast.  The rights of gay people continue to vary enormously across the nation.

**E. Continued Official, Religious, and Private Condemnation of Homosexuality in the 1990s-2000s**

91.    Gay people also continue to face discrimination and opprobrium from highly regarded institutions and officials.  The Boy Scouts of America, a federally-chartered organization, continues to insist that "homosexual conduct is not morally straight," and refuses to allow gay men into the organization.  *Boy Scouts of America v. Dale*, 530 U.S. 640, 651 (2000).  Less than a decade ago, the Chief Justice of the Alabama Supreme Court referred, in a judicial opinion, to homosexual conduct as "abhorrent, immoral, detestable, a crime against nature, and a violation of the laws of nature and of nature's God upon which this Nation and our laws are predicated."  *Ex Parte H.H.*, 830 So. 2d 21, 26 (2002) (Moore, C.J., concurring).

92.    Although the American Psychiatric Association removed homosexuality from its list of mental disorders in 1973, dissident psychiatrists and psychologists led by Charles Socarides and Joseph Nicolosi established the National Association for Research and Therapy of Homosexuality (NARTH) in 1992.  Disagreeing with both the APA and prevailing professional opinion, NARTH continues to disseminate materials claiming a scientific basis for believing that homosexuality is a psychological disorder and a "potentially deadly lifestyle," and that homosexuals can be "healed."  NARTH also lectures, partners with religious organizations, supports conversion therapy activities, and files amicus briefs in court cases.

93.    Anti-gay activists also used the appearance of AIDS in the early 1980s to rekindle the historic associations between homosexuality, disease, and public danger.

**F. Anti-Gay Policing and Private Anti-Gay Violence**

94.    Although police harassment of gay men and lesbians and their meeting places is not as common as it was some years ago, it continues to be a problem.  In 2009, for example,

38

there were highly publicized police raids of gay bars in Atlanta, Georgia, and in Ft. Worth, Texas, where one patron was critically injured**.**

95.     Gay people also continue to face violence motivated by anti-gay bias.  A handful of horrific incidents have drawn widespread media attention.  In 1984, in Bangor, Maine, 23-year-old Charlie Howard was targeted by three teens due to his sexual orientation.  They attacked him and, although he protested that he could not swim, threw him off a bridge into the Kenduskeag Stream, where he drowned.  Then, in 1998, Matthew Shepard, a college student in Laramie, Wyoming, was bound, tied to a fence, beaten with a pistol, and left to die because he was gay. Ten years later, Lawrence "Larry" Fobes King, a 15-year-old student at E.O. Green Junior High School in Oxnard, California, was shot and killed in school by a fellow student because of his sexual orientation.  But the problem reaches far beyond these three incidents.  The FBI reported 1,260 hate crime incidents based on perceived sexual orientation in 1998 and 1,265 in 2007.  In 2008, the year of Lawrence King's murder, a national coalition of anti-violence social service agencies identified twenty-nine murders motivated by the assailants' hatred of lesbian, gay, bisexual, or transgender people.  The threat of violence continues to lead many gay people to hide their identities or to avoid such commonplace expressions of affection as holding hands with their partners in public.

96.     The most vulnerable victims of discrimination are youth.  A national study published in December 2010 found that gay and lesbian teenagers are nearly 40 percent more likely than heterosexual teenagers to be punished by schools, police, and the courts.  According to the Gay, Lesbian and Straight Education Network's 2009 National School Climate Survey published in 2010, 61.1 percent of lesbian, gay, bisexual and transgender (LGBT) students surveyed felt unsafe at school because of their sexual orientation; 84.6 percent were verbally

39

harassed because of their sexual orientation; 40.1 percent were physically harassed in the past year because of their sexual orientation; and 18.8 percent were physically assaulted because of their sexual orientation.  A recent study sponsored by the New York City Council noted the over-representation of LGBT youth among the city's homeless population.   And the recent spate of suicides among LGBT youth has highlighted the personal consequences of the ostracization and demonization of gay men and lesbians in American society.

### G.  Marriage

97.     Gay men and lesbians are still prohibited from marrying in the vast majority of states in this country and the question of marriage rights for same-sex couples remains hotly contested across-the-board.  Some of the arguments made in the debate over the right of gay couples to marry have echoed those made in earlier debates over the rights of disfavored minority groups.  Fifty years ago, for instance, segregationists often claimed that segregation and statutes banning interracial marriage reflected God's plan for humankind.  In the 1960s, a Virginia judge who upheld that state's law against interracial marriage in the lower-court proceeding in *Loving* v. *Virginia* claimed that "Almighty God created the races white, black, yellow, malay and red, and he placed them on separate continents.  And but for the interference with his arrangement there would be no cause for such marriages.  The fact that he separated the races shows that he did not intend for the races to mix."

98.     Opponents of the right of gay people to marry or adopt children also have drawn on their reading of scripture to justify their positions.  As recently as 2002, when the Supreme Court of Alabama reversed the Alabama Court of Civil Appeals' decision to grant a lesbian mother custody of her children, the Chief Justice of the Supreme Court of Alabama used language as strong as that used by the trial judge in *Loving* v. *Virginia* in his concurring opinion:  "Homosexuality is

40

strongly condemned in the common law because it violates both natural and revealed law. The law of the Old Testament enforced this distinction between the genders by stating that '[i]f a man lies with a male as he lies with a woman, both of them have committed an abomination.' *Leviticus* 20:13 (King James) . . . The common law designates homosexuality as an inherent evil, and if a person openly engages in such a practice, that fact alone would render him or her an unfit parent." *Ex parte H.H.* 830 So.2d 21, 33, 35 (Ala. 2002).

99.     The vigorous opposition to ending discrimination against lesbian and gay couples in marriage law is the latest example of this pattern. The marriage issue first reached the national stage in 1993, when Hawaii's Supreme Court ruled that the state's ban on marriages between same-sex couples presumptively violated the state's equal rights amendment and remanded *Baehr*, the lawsuit challenging that ban, to a lower court for review. *Baehr v. Lewin,* 852 P.2d 44 (Haw. 1993). By 1996, when a second trial began in the lower court, the prospect of gay couples winning the right to marry had galvanized considerable opposition. Ultimately, while the litigation was pending, Hawaii amended its constitution to give the legislature the authority to limit marriage to different-sex couples, *see* Haw. Const. art. I, § 23, which it did. The Hawaii Supreme Court then dismissed the case as moot. *Baehr v. Miike*, Civ. No. 20371 slip op. at 5-8 (Dec. 9, 1999) (taking notice of constitutional amendment). In addition, under pressure from organizations proclaiming support for "traditional family values," the United States Senate passed the Defense of Marriage Act (DOMA) on the day the Hawaii trial began. The Act provided a federal definition of marriage as the union of one man and one woman and declared that no state needed to give "full faith and credit" to "same-sex marriages" licensed in another state. It also denied federal benefits to such married couples. Fourteen states passed state-level DOMA statutes that year, and another eleven passed such statutes the following year. In 2004, when Massachusetts became the first state to permit gay

41

couples to marry, a full *thirteen* states passed constitutional amendments banning such marriages even though twelve of those states already had enacted statutory DOMAs.

100.    Indeed, in each state where gay men and lesbians have achieved the right to marry – either through judicial decision or legislative action – there has been significant and organized action by those opposed to marriage rights for same-sex couples to take that right away. California provides a good – and especially contentious – example.  In February 2004, San Francisco mayor Gavin Newsom instructed city officials to issue marriage licenses to same-sex couples.  The California Supreme Court ordered the city to stop doing so the following month, and it later nullified the marriages which had been performed.  In 2005, and again in 2007, California's legislature approved bills that would legalize marriage for same-sex couples, but both bills were vetoed by then-Governor Schwarzenegger.  In May 2008, the California Supreme Court decided in *In re Marriage Cases,* 183 P.3d 384 (Cal. 2008) that the privacy and due process provisions of state constitution guarantee the basic civil right of marriage to all individuals and couples, without regard to their sexual orientation.  Six months later, on November 4, 2008, California voters approved Proposition 8, adding to the California Constitution the provision "Only marriage between a man and a woman is valid or recognized in California."  Same-sex couples immediately sued to prevent the enforcement of Proposition 8, but their efforts were rebuffed by the California Supreme Court in *Strauss v. Horton,* 207 P.3d 48 (Cal., June 17, 2009).  The court held that the amendment was lawfully enacted, but that it did not invalidate marriages of same-sex couples performed in California prior to its effective date.  Federal litigation concerning the constitutionality of Proposition 8 is ongoing.

101.    Opponents of marriage equality who supported Proposition 8 mobilized some of the most enduring anti-gay stereotypes to heighten public apprehension.  Several television

42

commercials aired by the supporters of Proposition 8, for instance, warned that marriage equality might encourage children to become homosexuals themselves. The approval of California's Proposition 8 along with similar laws and constitutional amendments in forty other states indicates the enduring influence of anti-gay hostility and the persistence of ideas about the inequality of gay people and their relationships.

102.   Iowa provides another example. In April 2009, a unanimous Iowa Supreme Court struck down the exclusion of qualified same-sex couples from civil marriage. In response, national organizations opposed to marriage for same-sex couples, such as the National Organization for Marriage and the American Family Association, initiated a campaign for the removal of three of the judges involved in that decision who were subject to retention elections. The campaign was successful, and all three judges were ousted from their position on the bench. Efforts to legislatively repeal marriage for same-sex couples now are underway in Iowa.

**CONCLUSION**

103.   Today the civil rights enjoyed by gay and lesbian Americans vary substantially from region to region and are still subject to the vicissitudes of public opinion. Like other minority groups, they often must rely on judicial decisions to secure equal rights. The role of the courts in this dispute is reminiscent of earlier disputes in which courts had to confront public opposition to minority rights. In 1948, when the California Supreme Court became the first state supreme court in the nation to overturn a state law banning interracial marriage, it bucked the tide of white public opposition to such marriages. While the United States Supreme Court overturned the remaining state bans on interracial marriage in 1967 in *Loving v. Virginia*, it was

43

not until 2001 that more Americans approved of interracial marriage than disapproved of it. History has vindicated the judges who had the courage and foresight to uphold the constitutional rights of disfavored minorities in the face of majoritarian hostility.

Signed under the penalty of perjury under the laws of the United States this 9TH day of _May_, 2011

_____
George Chauncey

**EXHIBIT A**

**BIBLIOGRAPHY**

Allan Bérubé, Coming Out Under Fire: The History of Gay Men and Women in World War II (New York: Free Press, 1992).

*Boseman v. Jarrell*, 704 S.E.2d 494 (N.C. 2010).

Nan Alamilla Boyd, Wide Open Town: A History of Queer San Francisco (Berkeley: University of California Press, 2003).

Robbie Brown, *Antipathy Toward Obama Seen as Helping Arkansas Limit Adoption*, The New York Times, Nov. 8, 2008, at A26.

Rob Burnes, *Homosexual Law Unchanged*, The Billings Gazette, Sept. 3, 1970, at 6.

California Safe Schools Coalition, et al., *Safe Place to Learn: Consequences of Harassment Based on Actual or Perceived Sexual Orientation and Gender Non-Conformity and Steps for Making Schools Safer* (2004).

Margot Canaday, The Straight State: Sexuality and Citizenship in Twentieth-Century America (Princeton, NJ: Princeton University Press, 2009).

David L. Chambers and Nancy D. Polikoff, *Family Law and Gay and Lesbian Family Issues in the Twentieth Century*, 33 Family L. Q. 523 (1999).

George Chauncey, Gay New York: Gender, Urban Culture, and the Making of the Gay Male World, 1890-1940 (New York: Basic Books, 1994).

George Chauncey, Why Marriage? The History Shaping Today's Debate over Gay Equality (New York: Basic Books, 2004).

George Chauncey, Martin Duberman, and Martha Vicinus, eds., Hidden From History: Reclaiming the Gay and Lesbian Past (NAL, 1989).

George Chauncey, "From Sexual Inversion to Homosexuality: Medicine and the Changing Conceptualization of Female Deviance," 58-59 Salmagundi 114–46 (Fall 1982–Winter 1983).

George Chauncey, "Christian Brotherhood or Sexual Perversion?  Homosexual Identities and the Construction of Sexual Boundaries in the World War One Era," 19 J. of Soc. Hist. 189–211 (1985).

George Chauncey, "The Postwar Sex Crime Panic," in True Stories from the American Past (William Graebner ed., McGraw-Hill: 1993), 160–78.

Roger Clawson, *Preacher Raises Hell Over Homosexuals*, The Billings Gazette, Sept. 2, 1970, at 1.

Dudley Clendinin and Adam Nagourney, Out for Good: The Struggle to Build a Gay Rights Movement in America (New York: Simon & Schuster, 1999).

*Councilman Calls for Closing Night Club as Public Nuisance*, The Hartford Courant, Nov. 16, 1969, at 42.

John D'Emilio, Sexual Politics, Sexual Communities: The Making of a Homosexual Minority, 1940–1970 (Chicago: University of Chicago Press, 1981).

Empire State Coalition of Youth and Family Services, *A Count of Homeless Youth in New York City* (Empire State Coalition, 2008).

Tanya Erzen, *S*traight to Jesus: Sexual and Christian Conversions in the Ex-Gay Movement (Berkeley: University of California Press, 2006).

Lillian Faderman and Stuart Timmons, Gay L.A.: A History of Sexual Outlaws, Power Politics, and Lipstick Lesbians (New York: Basic Books, 2006).

Estelle B. Freedman, "'Uncontrolled Desires': The Response to the Sexual Psychopath, 1920–1960," 74 J. of Am. Hist. 83–106 (1987).

Gay, Lesbian and Straight Education Network, *The 2009 National School Climate Survey: The Experiences of Lesbian, Gay, Bisexual and Transgender Youth in Our Nation's Schools*, (GLSEN, 2010).

General Accounting Office, *Military Personnel: Financial Costs and Loss of Critical Skills Due to DOD's Homosexual Conduct Policy Cannot be Completely Estimated* (2005).

Richard Godbeer, Sexual Revolution in Early America (Baltimore: Johns Hopkins, 2002).

The History Project, Improper Bostonians (Boston: Beacon Press, 1998).

*Jail Terms Urged for Offenders*, The Hartford Courant, Sept. 21, 1957, at 3.

Ron Jenkins, *Henry Signs Measure On Gay Adoptions*, The Associated Press State & Local Wire, May 4, 2004.

David K. Johnson, The Lavender Scare: The Cold War Persecution of Gays and Lesbians in the Federal Government (Chicago: University of Chicago Press, 2004).

Mark D. Jordan, The Invention of Sodomy in Christian Theology (Chicago: University of Chicago Press, 1997).

Jonathan Ned Katz, Gay/Lesbian Almanac: A New Documentary (New York: Harper & Row, 1983).

Ruediger Lautmann, "The Pink Triangle: Homosexuals as 'Enemies of the State,'" in Michael Berenbaum and Abraham J. Peck, eds., The Holocaust and History (Indiana, 2002).

Eric Marcus, Making Gay History: The Half-Century Fight for Lesbian and Gay Equal Rights (2002).

Martin Meeker, "Behind the Mask of Respectability: Reconsidering the Mattachine Society and Male Homophile Practice, 1950s and 1960s," 10 J. of the Hist. of Sexuality 78–116 (2001).

National Association for Research and Therapy of Homosexuality, "NARTH Position Statements," http://narth.com/menus/positionstatements.html, accessed Feb. 5, 2011.

National Association for Research and Therapy of Homosexuality, "The Three Myths About Homosexuality," http://narth.com/menus/myths.html, accessed Feb. 5, 2011.

The National Coalition of Anti-Violence Programs, *Hate Violence Against Lesbian, Gay, Bisexual, and Transgender People in the United States, 2008* (National Coalition, 2009).

Nat'l Gay & Lesbian Task Force, "State Laws Prohibiting Recognition of Same-Sex Relationships" (2009), *available at* http://www.thetaskforce.org/downloads/reports/ issue_maps/samesex_relationships_7_09.pdf.

Pew Forum on Religion & Public Life, "U.S. Religious Landscape Survey", Feb. 2008.

Richard Plant, The Pink Triangle: The Nazi War Against Homosexuals (New York: Holt, 1986).

Amy Ronner, *Bottoms v. Bottoms: The Lesbian Mother and the Judicial Perpetuation of Damaging Stereotypes*, 7 Yale J. L. & Feminism 341 (1995).

Clifford J. Rosky, *Like Father Like Son: Homosexuality, Parenthood and the Gender of Homophobia*, 20 Yale J .L. & Feminism 257 (2009).

Teemu Ruskola, *Minor Disregard: The Legal Construction of the Fantasy that Gay and Lesbian Youth Do Not Exist*, 8 Yale J. L. & Feminism 269 (1996).

Servicemembers Legal Defense Network, "About 'Don't Ask, Don't Tell'" (2011).

Servicemembers Legal Defense Network, "About the Servicemembers Legal Defense Network" (2011).

Julie Shapiro, *Custody and Conduct: How the Law Fails Lesbian and Gay Parents and Their Children*, 71 Indiana L. J. 71 623–627 (1996).

Stan Simon, *Homosexual Fights Driving Ban*, The Hartford Courant, Nov. 6, 1970 at 17.

US Department of Justice, Federal Bureau of Investigation, *Hate Crime Statistics 1998*.

US Department of Justice, Federal Bureau of Investigation, *Hate Crime Statistics 2007*.

C. Todd White, Pre-Gay L.A.: A Social History of the Movement for Homosexual Rights
        (Urbana: University of Illinois Press, 2009).

William H. Whitmore, A Bibliographical Sketch of the Laws of the Massachusetts Colony from
        1630 to 1686 (Boston: Rockwell and Churchill, 1890).

# GEORGE CHAUNCEY

Department of History
Yale University
P.O. Box 208324
New Haven, CT 06520-8324
(203) 436-8100
george.chauncey@yale.edu

## CURRENT POSITION

Professor of History and American Studies, Yale University
Co-director, Yale Research Initiative on the History of Sexualities

## PREVIOUS POSITIONS

Professor of History, University of Chicago, 1997-2006.
Visiting Professor of History, École Normale Supérieure, Paris, May 2001.
Associate Professor of History, University of Chicago, 1995-97.
Assistant Professor of History, University of Chicago, 1991-95.
Assistant Professor of History, New York University, 1990-91.
Postdoctoral Fellow, Rutgers Center for Historical Analysis, 1989-90.

## DEGREES

Ph.D., Yale University, 1989.
M.Phil., Yale University, 1983.
M.A., Yale University, 1981.
B.A., Yale University, *magna cum laude*, 1977.

## AWARDS

Gay New York was awarded the:
   Frederick Jackson Turner Award for the best first book on any topic in American history in 1994
   Merle Curti Award for the best book in American social history in 1994 or 1995
      (both from the Organization of American Historians),
   Los Angeles Times Book Prize for History (1994),
   Lambda Literary Award for Gay Men's Studies (1994),
   John Boswell Award of the Committee on Lesbian and
      Gay History of the American Historical Association (1995).
   Named a New York Times Notable Book of 1994.
   Village Voice List: one of the Best Books of 1994.
   Lingua Franca List: one of the two best academic books of the 1990s.
   Subject of a panel discussion, "Charting Chauncey's Gay Male World: Reflections on the
      Tenth Anniversary of *Gay New York*," at the 2004 meeting of the OAH.

As a dissertation, Gay New York received the following prizes from Yale University:
   George Washington Egleston Prize in American history (1990),
   John Addison Porter Prize, Yale's highest university-wide dissertation award (1990),
   Andrew Gaylord Bourne Gold Medal, the Yale History Department's
      triennial award for a "pioneering work of scholarship" (1992).

Other Honors:
   New York Academy of History, elected to membership in 2007.
   Society of American Historians, elected to membership in 2005.
   Community Service Award from the Lesbian Community Cancer Project, Chicago, 2004.

Freedom Award from Equality Illinois, the state's largest gay rights group, 2001.
First James Brudner Memorial Award in Lesbian and Gay Studies, Yale University, 2000.
Centennial Historian of the City of New York, 1998.
Sprague-Todes Literary Award, Gerber-Hart Library, 1997.

## BOOKS AND EDITED COLLECTIONS

Gay New York: Gender, Urban Culture, and the Making of the Gay Male World, 1890-1940
    Basic Books, 1994; paperback, 1995.
    British edition published by HarperCollins/U.K., 1995.
    French translation by Didier Eribon published by Fayard, 2003.
    Chapters reprinted in:
        The Columbia Reader on Lesbians and Gay Men in Media, Society, and Politics, eds. Larry Gross
            and James C. Woods (Columbia, 1999)
        The Gender and Consumer Culture Reader, ed. Jennifer Scanlon (NYU, 2000)
        Major Problems in the History of American Sexuality: Documents and Essays, ed. Kathy Peiss
            (Heath, 2001)
        Sexualities in History, eds. Kim M. Phillips and Barry Reay (Routledge, 2002).
        American Queer: Now and Then, ed. David Shneer and Caryn Aviv (Paradigm, 2006).

The Strange Career of the Closet: Gay Culture, Consciousness, and Politics from the Second World War to
the Gay Liberation Era
    (in progress, to be published by Basic Books).

Why Marriage? The History Shaping Today's Debate Over Gay Equality (Basic Books, 2004; paperback,
2005).
    Japanese translation published by Akashi Shoten, 2006.

Hidden From History: Reclaiming the Gay and Lesbian Past
    (Co-editor, with Martin Duberman and Martha Vicinus; a collection of thirty essays published by New
    American Library in 1989).
    Turkish translation published by Siyasal, 2002.

Thinking Sexuality Transnationally
    (= special issue of GLQ: A Journal of Lesbian and Gay Studies, 5:4 (1999), co-editor with Elizabeth
    Povinelli).

Gender Histories and Heresies
    (= special issue of Radical History Review, 52 (1992), co-editor with Barbara Melosh).

## ARTICLES IN SCHOLARLY JOURNALS AND COLLECTIONS

"The Trouble with Shame," in Gay Shame, ed. David Halperin and Valerie Traub (University of Chicago
Press, 2010).

"How History Mattered: Sodomy Law and Marriage Reform in the United States," Public Culture 20:1
(2008): 27-38.

"Homosexuality, Family, and Society: Historical Perspectives from the United States," in Homosexuality and
the Law: Essays and Materials from an International Workshop on Sexuality, Policy, and Law (Guangxi
Normal University Press, 2007 [in Chinese and English]), 12-18, 115-23.

 "Après Stonewall, le déplacement de la frontière entre le 'soi' public et le 'soi' privé," Histoire et Sociétés:
revue européenne d'histoire sociale 3 (2002): 45-59.

"Skapets historie," Kvinneforskning 24 (2000): 56-71 ["The History of the Closet," in the Norwegian journal
Women's Studies].

"Introduction: Thinking Sexuality Transnationally," with Elizabeth A. Povinelli, in Povinelli and Chauncey,
eds., "Thinking Sexuality Transnationally," special issue of GLQ: A Journal of Lesbian and Gay Studies 5:4
(Autumn 1999): 439-49.

"Gay New York," Actes de la recherche en sciences sociales 125 (December 1998): 9-14.
[This article and the rest of the special issue on *Homosexualités* are introduced by Éric Fassin, "Politiques de l'histoire: *Gay New York* et l'historiographie homosexuelle aux Étas-Unis," 3-9.]

"Genres, identités sexuelles et conscience homosexuelle dans l'Amérique du xxᵉ siècle," in Les études gay et lesbiennes, ed. Didier Eribon (Paris: Éditions du Centre Pompidou, 1998),  97-108.

"Sex, Gender, and Sexuality: Female Prostitution and Male Homosexuality in Early Twentieth-Century America," GRAAT (Groupes de Recherches Anglo-Americaines de Tours) 17 (1997): 39-54.

"The Queer History and Politics of Lesbian and Gay Studies," Queer Frontiers: Millennial Geographies, Genders, and Generations, ed. Joseph Boone, et al. (University of Wisconsin Press, 2000), 298-315.

"From Sexual Inversion to Homosexuality: Medicine and the Changing Conceptualization of Female Deviance," Salmagundi, no. 58-59 (Fall 1982-Winter 1983): 114-46.
Reprinted in two collections:
Homosexualidad: literatura y politica (Madrid, 1982), in Spanish
Passion and Power: Sexuality in History, ed. Kathy Peiss and Christina Simmons (Temple University Press, 1989).

"Christian Brotherhood or Sexual Perversion?  Homosexual Identities and the Construction of Sexual Boundaries in the World War One Era," Journal of Social History 19:2 (1985): 189-211.
Reprinted in ten collections:
Onder Mannen, Onder Vrouwen (Amsterdam, 1984), in Dutch
Sodomites, Invertis, Homosexuels: Perspectives Historiques  (Paris, 1994), in French
Expanding the Past: Essays from the Journal of Social History
   (New York University Press, 1988)
Hidden From History: Reclaiming the Gay and Lesbian Past (NAL, 1989)
Studies in Homosexuality: History of Homosexuality in Europe and America
   (Garland, 1992)
Gender in American History Since 1890 (Routledge, 1993)
Que(e)rying Religious Studies (Continuum, 1997)
Same Sex: Debating the Ethics, Culture, and Science of Homosexuality
   (Rowman & Littlefield, 1997)
American Sexual Histories (Blackwell, 2001)
Sexual Borderlands: Constructing An American Sexual Past (Ohio University Press,
   2003)

"'Privacy Could Only Be Had in Public': Gay Uses of the Streets," Stud: Architectures of Masculinity, ed. Joel Sanders (Princeton Architecture Press, 1996), 224-61.

"The Postwar Sex Crime Panic," True Stories from the American Past, ed. William Graebner (McGraw-Hill, 1993), 160-78.

"Long-Haired Men and Short-Haired Women: Building a Gay World in the Heart of Bohemia," Greenwich Village: Culture and Counterculture, ed. Rick Beard and Leslie Berlowitz (Rutgers University Press, 1993), 151-64.

"The Policed: Gay Men's Strategies of Everyday Resistance," Inventing Times Square: Commerce and Culture at the Crossroads of the World, 1880-1939, ed. William R. Taylor (Russell Sage, 1991), 315-28.
Reprinted in Creating A Place For Ourselves: Lesbian, Gay`, and Bisexual Community Histories, ed. Brett Beemyn (Routledge, 1997).

"The National Panic Over Sex Crimes and the Construction of Cold War Sexual Ideology, 1947-1953," Sociologische Gids [Amsterdam] 32 (1985): 371-93.  [In Dutch; title translated.]

"The Locus of Reproduction: Women's Labour in the Zambian Copperbelt, 1927-1953," Journal of Southern African Studies 7 (1981): 135-64.

**SELECTED SHORT ESSAYS, REVIEWS, INTERVIEWS, AND ENCYCLOPEDIA ENTRIES**

"Last Ban Standing," New York Times, December 21, 2010, A35.

"Gay at Yale: How Things Changed," Yale Alumni Magazine (July/August 2009), 32-43.

"George Chauncey: de l'autre côté du placard," interview conducted by Philippe Mangeot for Vacarme, no. 26 (Winter 2004), 4-12.

"D'une march à l'autre," interview conducted by Sébastien Chauvin for Têtu (June 2004), 86-87.

Review of James McCourt, "Queer Street: Rise and Fall of an American Culture, 1947-1985," New York Times, December 31, 2003.

"Etats Unis" and "New York," in Dictionnaire Des Cultures Gays Et Lesbiennes, ed. Didier Eribon, Arnaud Lerch, Frederic Haboury (Larousee, 2003).

Amici Curiae Brief of Professors of History to the Supreme Court in the case of Lawrence v. Texas (organizer and primary author; co-signed by nine other historians).  Sections reprinted as "Educating the Court: In Changing the Law of the Land, Six Justices Turned to Its History," Word for Word column, Week in Review, New York Times, July 20, 2003, and discussed in "What Gay Studies Taught the Court," Washington Post, July 13, 2003.  Reprinted in full, with my introduction, in GLQ: A Journal of Lesbian and Gay Studies 10.3 (2004): 509-38.

 "Introduction," Homosexuality in the City: A Century of Research at the University of Chicago (University of Chicago Library, 2000).

"Who is Welcome at Ellis Island?  AIDS Activism and the Expanding National Community," Honoring With Pride: An Evening Benefit for the American Foundation for AIDS Research on Ellis Island, program book, June 21, 2000.

"The Ridicule of Lesbian and Gay Studies Threatens All Academic Inquiry," back page "Point of View" column, Chronicle of Higher Education, July 3, 1998.

Review of Charles Kaiser, "The Gay Metropolis, 1940-1996," New York Times , December 30, 1997.

Review of Daniel Harris, "The Rise and Fall of Gay Culture," New York Times Book Review, September 7, 1997.

"The Joy of No Sex," part of a Talk-of-the-Town roundtable on the Heaven's Gate mass suicide, The New Yorker, April 14, 1997, 31-32.

"The Present as History," Out Magazine, February 1997, 69.

"Tea and Sympathy," Past Imperfect: History According to Hollywood, ed. Mark Carnes (Henry Holt, 1995), 258-61.

"Gay male community," in The Encyclopedia of New York City, ed. Kenneth Jackson (Yale, 1995).

"A Gay World, Vibrant and Forgotten," New York Times Op-Ed Page, Sunday, June 26, 1994.

"Queer Old New York: A Historic Walking Tour," Village Voice, June 21, 1994, 25-27.

"Homosexuality," The Encyclopedia of Social History, ed. Peter N. Stearns (Garland, 1993), 323-25.

"Time on Two Crosses: An Interview with Bayard Rustin" (with Lisa Kennedy), Village Voice, June 30, 1987, 27-29.

"Gay Male Society in the Jazz Age," Village Voice, July 1, 1986, 29-34.

**FELLOWSHIP AWARDS**

New York Public Library Dorothy and Lewis B. Cullman Center for Scholars and Writers Residential Fellowship, 2004-5.

Princeton University Shelby Cullom Davis Center for Historical Studies Fellowship, 2004-5 [declined].

Institute for Advanced Study School of Social Science Membership, 2004-5 [declined].

Social Science Research Council Sexuality Research Fellowship, two Faculty Advisor Awards, 2002-3.
Social Science Research Council Sexuality Research Fellowship, Faculty Advisor Award, 1999-2000.
Fellow, Institute for Advanced Study, Indiana University, September 1998.
Social Science Research Council Sexuality Research Fellowship, two Faculty Advisor Awards, 1997-98.
John Simon Guggenheim Memorial Foundation Fellowship, 1996-97.
National Humanities Center Rockefeller Fellowship and Residency, 1996-97.
American Council of Learned Societies Fellowship for Recent Recipients of the Ph.D., 1992-93.
Cornell University Society for the Humanities Postdoctoral Fellowship, 1991-92
    [declined in order to accept new position at Chicago].
Rutgers Center for Historical Analysis Postdoctoral Fellowship, 1989-90.
New York University School of Law Samuel Golieb Fellowship in Legal History, 1987-88.
Mrs. G. Whiting Foundation Fellowship in the Humanities, 1986-87.
Woodrow Wilson Foundation Research Grant in Women's Studies, 1984.
Bush Center in Child Development and Social Policy History Fellowship, 1983-84.
Yale College Prize Teaching Fellowship, 1982-83.
Danforth Foundation Graduate Fellowship, 1979-82.
John Courtney Murray Travelling Fellowship, 1977-78 [supported research in Zambia].

## PRIMARY INVESTIGATOR, INSTITUTIONAL GRANTS

Ford Foundation, grant in support of "The Future of the Queer Past: A Transnational History Conference," University of Chicago, 2000.
Rockefeller Foundation, grant in support of "The Future of the Queer Past: A Transnational History Conference," University of Chicago, 2000.
Illinois Humanities Council, grant in support of "The Future of the Queer Past: A Transnational History Conference," University of Chicago, 2000.
Mellon Foundation, grant in support of the Sawyer Seminar on Sexual Identities and Identity Politics in Transnational Perspective, University of Chicago, 1997-98.

## NAMED LECTURES, PLENARY LECTURES, AND SELECTED FOREIGN LECTURES

"Homosexuality and the Postwar City," Center for Interdisciplinary Research in the Arts, University of Manchester, England, March 2009.

"Homosexuality and the Postwar City," keynote lecture, Australia-New Zealand American Studies Association, Sydney, July 2008.

"From Sodomy Laws to Marriage Amendments: A History of Sexual Identity/Politics," Provost's Lecture, University of Maryland, College Park, February 2008.

 "Revisiting the Postwar Politics of Sexuality," keynote lecture (with Joanne Meyerowitz), New England American Studies Association, Brown University, November 2007.

"From Sodomy Laws to Marriage Amendments: A History of Sexual Identity/Politics," Presidential Lecture, Columbia University, April 2007.

"Why 'Come Out of the Closet'? Secrecy, Authenticity, and the Shifting Boundaries of the Public and Private Self in the 1950s and 60s," Vern and Bonnie Bullough Lecture in the History of Sexuality and Gender, University of Utah, April 2007.

"The Future of Sexuality Studies," at the plenary session of the Sexuality Research Fellowship Program's Capstone Conference (commemorating the conclusion of a ten-year-long fellowship program funded by the Ford Foundation and administered by the Social Science Research Council), Tamayo Resort, New Mexico, April 2006.

"Homosexuality, State, and Society: Historical Perspectives from the United States," at the symposium "Diversity, Equality and Harmony: International Workshop on Sexuality, Policy and Law," School of Social Development and Public Policy, Fudan University, Shanghai, China, January 2006.

"How History Mattered: Sodomy Law and Marriage Reform in the United States," at the conference "Partisan Histories: Conflicted Pasts and Public Life," The Australian National University, Canberra, September 2005.

"From Sodomy Laws to Marriage Amendments: Sexual Identity/Politics Since 1900," Kaplan Lecture, University of Pennsylvania, March 2004.

"Reflections on Gay New York and Beyond," at the symposium "Histoire sexuelle et histoire sociale, à l'occasion de la traduction française de Gay New York 1890-1940 de George Chauncey," École normale supérieure, Paris, December 2003.

"Civil Rights, Gay Rights, Human Rights," dual keynote address given with Mrs. Coretta Scott King at the beginning of Outgiving, a conference on gay philanthropy organized by the Gill Foundation, Atlanta, September 2003.

"Drag Balls as Society Balls: Phil Black's Funmakers' Ball and the Changing Rituals of Belonging in African American Society, 1940-1973," Mark Ouderkirk Memorial Lecture, Museum of the City of New York, September 2003.

"A Different West Side Story: Latino Gay Culture and Antigay Politics in Postwar New York City," Nicholas Papadopoulos Endowed Lecture in Lesbian and Gay Studies, University of California, San Diego, February 2003.

"Why 'Come Out of the Closet'? Secrecy, Authenticity, and the Shifting Boundaries of the Public and Private Self in the 1950s and 60s," The Rahv, Hughes, Manuel and Marcuse Memorial Lecture, Brandeis University, February 2003.

"Sexual Identity in the Twentieth Century," Women's Breakfast, American Historical Association, January 2003.

"Sexuality, Intimacy, and History," Commencement Address, University of Chicago, June 2002.

"Why 'Come Out of the Closet'? Authenticity, Post/Modernity, and the Shifting Boundaries of the Public and Private Self in the 1950s and 60s," at "Histoire de la sexualité: échanges transatlantiques," at the École normale supérieure, Paris, May 2001.

"The History of the Closet," Inaugural George Mosse Memorial Lecture, University of Wisconsin, April 2001.

"The History of the Closet," at the Sexuality 2000 Symposium, Oslo, Norway, August 2000.

"Why 'Come Out of the Closet'? Authenticity, Post/Modernity, and the Shifting Boundaries of the Public and Private Self in the 1950s and 60s," Inaugural Brudner Prize Lecture, Yale University, February 2000.

"Rethinking the History of Homosexuality and the Category of the Homosexual" and "A Research Program for Lesbian and Gay Studies," at the First Swedish Conference on Research on Homosexuality and Lesbianism, University of Gothenburg, Sweden, November 1995.

"The National Panic over Sex Crimes in Cold War America," Inaugural Mark Ouderkirk Memorial Lecture, Museum of the City of New York, June 1995.

"Gay Studies on Trial: Queer History/Politics/Studies," at the Fifth National Graduate Student Conference on Lesbian and Gay Studies, University of Southern California, Los Angeles, March 1995.

"The Kinsey Scale and the Consolidation of the Hetero-Homosexual Binarism in the Twentieth Century," at the Second International Conference on the History of Marriage and the Family, Carleton University, Ottawa, Canada, 1994.

"European Sexual Cultures in the Immigrant Neighborhoods of New York City, 1890-1940," at the International Conference on European Sexual Cultures, University of Amsterdam, The Netherlands, June 1992.

"Publish *and* Perish?  Lesbian/Gay Studies, Publishing, and the Academy," at the plenary session on "New Directions in Scholarship," Association of American University Presses, Chicago, June 1992.

## OTHER INVITED LECTURES SINCE 1989

Chicago History Museum, April 14, 2011.
Columbia University, February 19, 2011.
Rutgers University, May 7, 2010.
University of Antwerp, Belgium, March 20, 2010
University of Amsterdam, March 15, 2010
Middlebury College, October 17, 2008.
The Rothmere American Institute, Oxford University, April 30, 2008.
University of Texas, Austin, April 11, 2008.
University of Amsterdam, The Netherlands, May 3, 2006.
Facultad de Filosofía y Letras, University of Buenos Aires, Argentina, March 20, 2006.
Kansas State University, March 10, 2006.
University of Miami, February 27, 2006.
DePaul University, Chicago, February 20, 2006.
Harvard University, February 3, 2006.
University of Massachusetts, Boston, February 3, 2006.
Boston University, February 2, 2006.
Yale University, January 17, 2006.
University of Melbourne, Australia, September 21, 2005.
University of Sydney, Australia, September 7, 2005.
New York University, April 19, 2005.
Chicago Historical Society, May 27, 2004.
University of North Texas, April 17, 2004.
University of Maryland, February 23, 2004.
University of California, Berkeley, September 25, 2003.
University of California, Los Angeles, February 20, 2003.
University of Minnesota, February 15, 2002.
Texas A&M University, April 25, 2001.
William and Mary College, April 18, 2001.
Northwestern University, April 5, 2001.
Harvard University, November 16, 2000.
Trinity College, November 15, 2000.
University of Michigan, April 15, 2000.
University of Connecticut, Storrs, February 17, 2000.
Hobart and William Smith Colleges, February 13, 2000.
Chicago Humanities Festival, November 8, 1998.
Indiana University, September 17, 1998.
University of Minnesota, May 22, 1998.
Institute for the Humanities, University of Illinois, Chicago, February 13, 1998.
Pompidou Center, Paris, June 27, 1997.
Colby College, April 10, 1997.
Cornell University, April 8, 1997.
University of California, Los Angeles, February 5, 1997.
University of California, Irvine, February 3-4, 1997.
Northwestern University, December 6, 1996.
Yale University, American Studies and History Departments, November 7, 1996.
Yale School of Architecture Urbanism Series, November 7, 1996.
University of Copenhagen, Denmark, November 3, 1995.
National Danish Lesbian and Gay Organization, Copenhagen, November 3, 1995.
University of Illinois, Champaign-Urbana, MillerComm Lectures, October 23, 24, 1995.
University of Notre Dame, September 9, 10, 1995.
Princeton University, March 9, 1995.
Chicago Teacher's Institute, December 7, 1994.
New York Academy of Medicine, New York City, November 10, 1994.
University of Chicago New York City Club, Distinguished Faculty Lecture Series, October 13, 1994.

George Chauncey, page 8

Northwestern University, May 17, 1994.

New York Public Library, Celeste Bartos Forum, May 3, 1994.
    [This lecture was later broadcast on public television.]

New York University, April 29, 1994.

Rutgers University, December 6, 1993.

Newberry Library Social History Seminar, June 8, 1993.

University of Wisconsin, Milwaukee, Center for Twentieth Century Studies, March 25, 1993.

Urban History Seminar of the Chicago Historical Society, January 12, 1993.

University of Illinois at Chicago, November 11, 1992.

New York City Lesbian and Gay Community Services Center, Gregory Kolovakas Memorial Lecture Series,
    November 19, 1992.

University of Oregon, April 24, 1992.

Cornell University, February 24, 1992.

University of Chicago Centennial Symposium, Canons in the Age of Mass Culture, February 10, 1992.

Northwestern University, May 30, 1991.

Johns Hopkins University, March 28, 1991.

Sarah Lawrence College, November 27, 1990.

Carleton College, April 5, 1990.

Museum of the City of New York, November 5, 1989.

Rutgers Center for Historical Analysis, October 3, 1989.

Rutgers University, Camden, April 6, 1989.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K GARRISON    (1946-1991)
RANDOLPH E PAUL     (1946-1956)
SIMON H RIFKIND     (1950-1995)
LOUIS S WEISS       (1927-1950)
JOHN F WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3086

WRITER'S DIRECT FACSIMILE

(212) 373-2818

WRITER'S DIRECT E-MAIL ADDRESS

rkaplan@paulweiss.com

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR  HONG KONG CLUB BUILDING
3A CHATER ROAD  CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011  JAPAN
TELEPHONE (81-3) 3597-8101

2001 K STREET NW
WASHINGTON  DC  20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE  SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W ABBOTT
ALLAN J ARFFA
ROBERT A ATKINS
JOHN F BAUGHMAN
LYNN B BAYARD
DANIEL J BELLER
CRAIG A BENSON*
MITCHELL L BERG
MARK S BERGMAN
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
HENK BRANDS
JAMES L BROCHIN
RICHARD J BRONSTEIN
DAVID W BROWN
SUSANNA M BUERGEL
PATRICK S CAMPBELL*
JEANETTE K CHAN
YVONNE Y F CHAN
LEWIS R CLAYTON
JAY COHEN
KELLEY A CORNISH
CHARLES E DAVIDOW
DOUGLAS R DAVIS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
JAMES M DUBIN
ALICE BELISLE EATON
ANDREW J EHRLICH
LESLIE GORDON FAGEN
MARC FALCONE
ANDREW C FINCH
ROBERTO FINZI
PETER E FISCH
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J FOLEY
HARRIS B FREIDUS
MANUEL S FREY
KENNETH A GALLO
MICHAEL E GERTZMAN
PAUL D GINSBERG
ROBERT D GOLDBAUM
NEIL GOLDMAN
ERIC S GOLDSTEIN
ERIC GOODISON
CHARLES H GOOGE, JR
ANDREW G GORDON
BRUCE A GUTENPLAN
GAINES GWATHMEY III
ALAN S HALPERIN
CLAUDIA HAMMERMAN
GERARD E HARPER
BRIAN S HERMANN
ROBERT M HIRSH
MICHELE HIRSHMAN
JOYCE S HUANG
DAVID S HUNTINGTON
MEREDITH J KANE
ROBERTA A KAPLAN
BRAD S KARP
JOHN C KENNEDY
ALAN W KORNBERG

DANIEL J KRAMER
DAVID K LAKHDHIR
STEPHEN P LAMB*
JOHN E LANGE
DANIEL J LEFFELL
XIAOYU GREG LIU
JEFFREY D MARELL
MARCO V MASOTTI
EDWIN S MAYNARD
DAVID W MAYO
ELIZABETH R McCOLM
MARK F MENDELSOHN
TOBY S MYERSON
JOHN E NATHAN
CATHERINE NYARADY
ALEX YOUNG K OH
JOHN J O'NEIL
KELLEY D PARKER
ROBERT P PARKER*
MARC E PERLMUTTER
MARK F POMERANTZ
VALERIE E RADWANER
CARL L REISNER
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
PETER J ROTHENBERG
JACQUELINE P RUBIN
RAPHAEL M RUSSO
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
DALE M SARRO
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JAMES H SCHWAB
STEPHEN J SHIMSHAK
DAVID R SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J SIMONS
MARILYN SOBEL
AUDRA J SOLOWAY
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F TARNOFSKY
DANIEL J TOAL
MARK A UNDERBERG
LIZA M VELAZQUEZ
MARIA T VULLO
LAWRENCE G WEE
THEODORE V WELLS, JR
BETH A WILKINSON
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
JULIA TM WOOD
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
T ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

May 20, 2011

**BY EMAIL**

H. Christopher Bartolomucci, Esq.
Bancroft PLLC
1919 M Street, NW
Suite 470
Washington, D.C. 20036

*Windsor* v. *United States*, 10 Civ. 8435 (BSJ) (JCF)

Dear Chris:

        Pursuant to Federal Rule of Civil Procedure 26 and the scheduling order in the above-captioned matter, enclosed please find expert affidavits from Professors Nancy Cott, Michael Lamb, Anne Peplau, and Gary Segura. We previously produced the expert affidavit of Professor George Chauncey to you on May 16, 2011.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

H. Christopher Bartolomucci                                         2

        We have spoken to the above experts and should you wish to depose them, they are available on the following dates:

- Professor Cott – June 3, 2011
- Professor Peplau – June 21, 2011
- Professor Lamb – June 24, 2011
- Professor Segura – July 8, 2011.

        Very truly yours,

*Robbie*

        Roberta A. Kaplan

cc (by email):    Jean Lin, Esq.
               James Esseks, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDITH SCHLAIN WINDSOR, in her capacity as Executor of the estate of THEA CLARA SPYER,<br><br>            Plaintiff,<br><br>          v.<br><br>THE UNITED STATES OF AMERICA,<br><br>            Defendant. | 10-cv-8435 (BSJ) (JCF) |

**EXPERT AFFIDAVIT OF LETITIA ANNE PEPLAU, PH.D.**

I, Letitia Anne Peplau, Ph.D., hereby depose and say as follows:

**PRELIMINARY STATEMENT**

1.     My professional background, experience, and publications are detailed in my curriculum vitae, which is attached as Exhibit B to this affidavit. I have been retained by counsel for Plaintiff as an expert in connection with the above-captioned litigation ("*Windsor*") and by counsel for the Plaintiffs in *Pedersen, et al. v. Office of Personnel Management, et. al.*, 3:10-cv-01750 (VLB) (D. Conn., filed Nov. 9, 2010). I have actual knowledge of the matters stated in this affidavit and could and would so testify if called as a witness.

2.     I have been a Professor of Psychology at the University of California, Los Angeles since 1973, with promotions to tenure in 1978, to full professor in 1982, and to Distinguished Professor in 2010. I am currently the Psychology Department Vice Chair for Graduate Studies. From 2005-2011, I served as Director of the UCLA Interdisciplinary Relationship Science Program. This program, funded by the National

1

Science Foundation, trains doctoral students in the study of families and other personal relationships.

3.      In broad terms, my research addresses topics concerning personal relationships, gender, and sexual orientation.  I have conducted research on heterosexual couples, co-authored a book entitled *Close Relationships*, and published articles comparing empirical findings about men's and women's experiences in close relationships.  In the 1970s, I was one of the first researchers to conduct empirical investigations of the intimate relationships of lesbians and gay man, and I have continued this program of research for the past 30 years.  In addition, I have written several major reviews of the scientific research on same-sex relationships, including a 2007 article in the *Annual Review of Psychology* and a 2009 article in the *Encyclopedia of Human Relationships*.  I have also conducted empirical studies on gay and lesbian identity.

4.      I received my B.A. in Honors Psychology from Brown University in 1968 and my Ph.D. in Social Psychology from Harvard University in 1973.  As reflected in my curriculum vitae (Exhibit B), I have published more than 120 papers in scholarly journals and scholarly books, primarily in the field of couple relationships.  I have co-authored or co-edited over 10 books, and I have frequently presented my research at universities and scientific meetings.

5.      My expertise extends beyond the specific areas addressed in my own empirical research program to include other theory and empirical research related to sexual orientation and same-sex relationships.  A broad knowledge of this area has been necessary not only for my own scholarship, but also for successfully completing my professional duties as a teacher, as Director of the UCLA Interdisciplinary Relationship

2

Science Program, and as a reviewer of academic journal and book manuscripts.

6.    As a result of my research and other accomplishments, I have received several professional awards.  I have been elected a fellow of the American Psychological Association and of the Association for Psychological Science.  I have received lifetime achievement awards from the American Psychological Association, the International Association for Relationship Research, and the Society for the Scientific Study of Sexuality.  I also had the honor of being elected president of the International Society for the Study of Personal Relationships (an organization since renamed the International Association for Relationship Research).

7.    In preparing this Affidavit, I reviewed the Complaints in *Windsor* and *Pedersen*, and the materials listed in the attached Bibliography (Exhibit A).  I may rely on those documents, in addition to the documents specifically cited as supportive examples in particular sections of this Affidavit, as additional support for my opinions.  I have also relied on my years of experience in this field, as set out in my curriculum vitae (Exhibit B), and on the materials listed therein.

8.    In the past four years, I have provided expert testimony at trial in two matters, *In the Matter of the Adoption of X.X.G. and N.R.G.* in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 06-43881 FC 04, and in *Perry v. Schwarzenegger*, Case No. 09-CV-2292 VRW.  I was not deposed in the *X.X.G.* matter, and was deposed in the *Perry* case on October 21, 2009 and December 10, 2009.  Additionally, I was deposed as an expert on October 2, 2009 in *Cole v. The Arkansas Department of Human Services* in the Circuit Court of Pulaski County, Arkansas, Case No. CV2008-14284.  I also submitted expert testimony through affidavit

3

in *Donaldson and Guggenheim v. Montana*, in the Montana First Judicial District Court, Lewis and Clark County, Case No. BDV-2010-702, on December 8, 2010.

9.      For my work in this matter, I am being compensated at my standard consulting rate of $200 per hour for preparation time, time spent writing my report, and time spent giving deposition and trial testimony.  My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

**I.      Summary of Opinions**

10.      Sexual orientation refers to an enduring pattern of emotional, romantic, and/or sexual attractions to men, women, or both sexes.  Most adults are attracted to and form relationships with members of only one sex.  Efforts to change a person's sexual orientation through religious or psychotherapy interventions have not been shown to be effective.

11.      It is well-established that homosexuality is a normal expression of human sexuality.  It is not a mental illness, and being gay or lesbian has no inherent association with a person's ability to lead a happy, healthy, and productive life or to contribute to society.

12.      Like their heterosexual counterparts, many lesbian, gay, and bisexual individuals form loving, long-lasting relationships, including marriage, with a partner of the same sex.

13.      Marriage provides a range of social and legal benefits and protections to spouses.  These contribute to enhanced psychological well-being, physical health and longevity among married individuals.  In the United States, lesbian, gay, and bisexual individuals experience pervasive social stigma and the added stress that results from

4

prejudice and discrimination. Stigma is reflected both in acts of individuals and in the institutions of society, including its laws, that legitimate and perpetuate the second-class status of gay men, lesbians, and bisexuals. By denying federal recognition to legally married same-sex couples, DOMA both reflects and perpetuates stigma against lesbians, gay men, and same-sex couples. The stigma and discrimination perpetuated by DOMA harm not only individuals in legal same-sex marriages, but gay men, lesbians, and bisexuals as a group.

## II. Understanding Sexual Orientation
## A. What is Sexual Orientation?

14.    The American Psychological Association provides a widely accepted definition of sexual orientation: "Sexual orientation refers to an enduring pattern of emotional, romantic, and/or sexual attractions to men, women, or both sexes. Sexual orientation also refers to a person's sense of identity based on those attractions, related behaviors, and membership in a community of others who share those attractions."[1]

15.    Beginning with the research of Alfred Kinsey in the 1940s, researchers have recognized that sexual orientation can range along a continuum from exclusively heterosexual to exclusively homosexual. Nonetheless, it is most often discussed in terms of three categories: heterosexual (having emotional, romantic, or sexual attractions to members of the other sex), gay/lesbian (having attractions to members of one's own sex), and bisexual (having attractions to both men and women). Most adults in the United

---

[1]    American Psychological Association, 2008; Herek, 2000, 2001.

States can readily categorize themselves as heterosexual, gay/lesbian, or bisexual.[2]  The specific category name that an individual prefers (e.g., homosexual, gay, queer) may vary,[3] but in national surveys in the U.S., nearly all participants are able to indicate their sexual orientation category.

16.    For clarity, it is important to distinguish sexual orientation from other aspects of sex and gender.  These include biological sex (the anatomical, physiological, and genetic characteristics associated with being male or female), gender identity (an individual's psychological sense of being male or female), and gender-role orientation (the extent to which an individual conforms to cultural norms defining feminine and masculine behavior).

17.    Social scientists view sexual orientation as a multi-faceted phenomenon involving attractions, related behaviors, and identity.  In research studies, the particular component of sexual orientation that researchers assess will differ depending on the purpose of the research.  For example, a study about the experiences of individuals in same-sex marriages would recruit participants based on their behavior of marrying a person of the same sex.  A study of personal experiences of social stigma and discrimination among openly gay and lesbian individuals would most likely recruit individuals who self-identify as gay or lesbian.

18.    Sexual orientation is inherently linked to social relationships.  Sexual orientation is a characteristic of an individual, like their biological sex, age, or race, and it is also about relationships – whether an individual is attracted sexually or romantically to

---

2    See, e.g., Chandra, Mosher, Copen & Sionean, 2011, pp 29-30; Laumann, Gagnon, Michael & Michaels, 1994, p. 293.

partners of the same sex or the opposite sex.[4]   Just as heterosexual individuals often express their sexual orientation through relationships including marriage with a different-sex partner, so gay and lesbian individuals express their sexual orientation through relationships including marriage with a same-sex partner.  Further, sexual orientation is not merely about sexual behavior but also about building enduring intimate relationships. In other words, sexual orientation is centrally linked to the most important personal relationships that adults form with other adults in order to meet their basic human needs for love, attachment, and intimacy. These relationships, whether with a same-sex or different-sex partner, are an essential part of an individual's personal identity.

**B. Can Sexual Orientation Be Changed?**

19.    Currently, the factors that cause an individual to become heterosexual, homosexual, or bisexual are not well understood.  Many theories have been proposed but no single theory has gained prominence or is definitively established by scientific research.  Today, most social and behavioral scientists view sexual orientation as resulting from the interplay of biological, psychological, and social factors.[5]

20.    A consistent finding across many studies, beginning with the work of Alfred Kinsey in the 1940s and 1950s and continuing through current research, is that most adults report having sexual attractions to and experiences with members of *only* one

---

[3]   See, e.g., Herek, Norton, Allen & Sims, 2010.

[4]   Peplau & Cochran, 1990; Peplau & Fingerhut, 2007.

[5]   American Psychological Association, 2008.

sex.[6] As adults, the majority of these individuals have had exclusively heterosexual experiences and attraction, and a minority have had exclusively same-sex experiences and attraction. A small percentage of adults report sexual attractions and experiences with both sexes.[7]

21. The fact that many lesbian and gay adults form long-term intimate relationships with a partner of the same sex, just as heterosexual adults do with a partner of the other sex, provides evidence of the stability of sexual orientation over time.

22. There are currently no national data for same-sex relationships comparable to statistics on heterosexual marriage and divorce. Nonetheless, available research clearly indicates that many same-sex couples are in a committed, long-lasting relationship. Findings from two large population-based surveys of gay men and lesbians in California demonstrate this point.[8] In these surveys, 37% to 46% of gay men and 51% to 61% of lesbians aged 18-59 were in a cohabiting relationship. Among heterosexuals of comparable ages, 62% were married or living with a partner. The relationships of lesbians and gay men were of relatively long duration, and were longer for those who had registered as domestic partners (12.3 years for gay men and 8.9 years for lesbians) than for those who lived together without registering (9.6 years for gay men and 7.8 years for lesbians). Given that most respondents were in their early 40s, the data indicate that

---

6   Kinsey, Pomeroy & Martin, 1948; Kinsey, Pomeroy, Martin & Gebhard, 1953; Laumann, et al., 1994; Chandra, et al., 2011.

7   Some individuals are very clear about their sexual orientation at an early age. In contrast, because of the social prejudice and discrimination against gay men and lesbians, some adolescents and young adults go through a prolonged period of trying to understand their own sexual identity and coming to terms with being lesbian, gay or bisexual.

8   Carpenter & Gates, 2008; see also Peplau & Fingerhut, 2007.

many of them had spent a substantial portion of their adult life with the same partner.

23.    As discussed above, the significant majority of adults exhibit a consistent and enduring sexual orientation.[9]  Nonetheless, a small minority of individuals are exceptions to this majority pattern.  For example, while in prison, some men who identify as heterosexual may nonetheless engage in sexual activities with men since female partners are unavailable.  Some individuals have reported changes in their sexual orientation in midlife, perhaps as a result of meeting a particular person. Understanding these kinds of exceptions to the general pattern of stable sexual orientation described above is of theoretical interest to scholars.  Researchers have used terms like "sexual fluidity" or "sexual plasticity" to refer to changes in sexual behavior, attractions, and identity over time or across situations.  Importantly, observations about fluidity in a small minority of people should not obscure the big picture of stability for the majority of adults.  In a discussion of women's sexual fluidity, Peplau and Garnets[10] noted: "Claims about the potential erotic plasticity of women do not mean that most women will actually exhibit change over time.  At a young age, many women adopt patterns of heterosexuality that are stable across their lifetime.  Some women adopt enduring patterns of same-sex attractions and relationships."  Nor does the fact that a small minority of people may experience some change in their sexual orientation over their lifetime suggest that such change is within their power to effect.  This is why standard definitions of sexual orientation characterize it as stable.

---

9    Based on large-scale survey data, Chandra et al. (2011, p. 1) conclude that "Sexual attraction and identity correlate closely but not completely with reports of sexual behavior." Thus, most heterosexual individuals do not engage in sexual activity with same-sex partners, and most gay and lesbian individuals similarly do not engage in heterosexual behavior.

9

24.    Before the emergence of gay communities in the United States, it was fairly common for lesbians and gay men to marry a person of the other sex.[11] They entered these ostensibly "heterosexual" marriages for diverse reasons: to avoid social stigma, in response to pressure from family and friends, from a belief that marriage was the only way to have children, and/or to participate in a fundamental social institution.  In some cases, these individuals only recognized or acknowledged their sexual orientation after marriage.  It is psychologically harmful to ask lesbians and gay men to deny a core part of their identity by ignoring their attraction to same-sex partners and instead marrying a different-sex partner. Moreover, the disclosure that a spouse is gay or lesbian is often hurtful to the heterosexual spouse, highly upsetting to the married partners and their children or other family members, and may set the stage for separation or divorce. Therefore, encouraging gay men and lesbians to enter into a marriage with a heterosexual partner is not in the best interests of the individuals or the interests of society.

25.    When gay men and lesbians are asked by researchers about their sexual orientation, the vast majority report that they experienced no choice or very little choice about their sexual orientation.  In a national survey conducted with a representative sample of more than 650 self-identified lesbian, gay, and bisexual adults, 95% of the gay men and 83% of the lesbians reported that they experienced "no choice at all" or "very

---

10  Peplau & Garnets, 2000, p. 333.

11  Bozett, 1982; Higgins, 2006.  Researchers have estimated the percentage of lesbians and gay men who have been married.  An analysis of responses to a 2003 survey of adults in California found that about 25% of lesbians and 9% of gay men ages 18-59 reported having ever been married, most of them presumably to a person of the other sex (Carpenter & Gates, 2008, Table 3).

10

little choice" about their sexual orientation.[12]

26.    Sexual orientation is highly resistant to change through psychological or religious interventions.  Recently, the American Psychological Association appointed a task force to conduct a systematic review of the peer-reviewed journal literature on sexual orientation change efforts.[13]  The Task Force concluded that "efforts to change sexual orientation are unlikely to be successful and involve some risk of harm" (p. 3).  Based on currently available research, there is no credible evidence that these efforts are either effective or safe, and ample reason to believe that these interventions can harm those who participate.[14]  The Task Force also found evidence that many individuals who unsuccessfully attempt to change their sexual orientation experience considerable

---

[12]  Herek, Norton, Allen & Sims, 2010.  In that survey, 88% of gay men reported that they had "no choice," and 7% reported "very little choice."   Similarly, 68% of lesbians responded that they had "no choice at all," and 15% reported having "very little choice."  See also results from a California survey by Herek, Gillis & Cogan, 2009, Table 5.

[13]  APA Task Force on Appropriate Therapeutic Responses to Sexual Orientation, 2009, *Report of the Task Force on Appropriate Therapeutic Responses to Sexual Orientation*. Washington, DC: American Psychological Association.  This report provides a detailed review and analysis of relevant research. It is available online at: http://www.apa.org/pi/lgbt/publications/therapeutic-response.pdf.

[14]  Although some psychotherapists and religious counselors have reported changing their clients' sexual orientation from homosexual to heterosexual, empirical support for these claims is lacking.  After reviewing published empirical research on this topic, the APA Task Force reported that it found "serious methodological problems in this area of research, such that only a few studies met the minimal standards for evaluating whether psychological treatments, such as efforts to change sexual orientation, are effective" (p. 2).  Based on its review of the studies that met acceptable standards, the Task Force concluded that "enduring change to an individual's sexual orientation is uncommon.  The participants in this body of research continued to experience same-sex attractions following SOCE [sexual orientation change efforts] and did not report significant change to other-sex attractions that could be empirically validated, though some showed lessened physiological arousal to all sexual stimuli.  Compelling evidence of decreased same-sex sexual behavior and of engagement in sexual behavior with the other sex was rare.  Few studies provided strong evidence that any changes produced in laboratory conditions translated to daily life.  Thus, the results of scientifically valid research indicate that it is unlikely that individuals will be able to reduce same-sex attractions or increase other-sex sexual attractions through SOCE" (pp. 2-3).

11

psychological distress.

27.    Currently, no major mental health professional organization has approved interventions to change sexual orientation and virtually all of them have adopted policy statements cautioning professionals and the public about these treatments.[15] These include the American Psychiatric Association, American Psychological Association, American Counseling Association, and National Association of Social Workers.  Further, since adolescents may be subjected to these treatments after disclosing to their families that they are gay, lesbian, or bisexual, the American Academy of Pediatrics has adopted a policy statement advising that therapy directed specifically at attempting to change an adolescent's sexual orientation is contraindicated and unlikely to result in change.

28.    In summary, there is converging scientific evidence documenting that sexual orientation reflects an enduring set of attractions and experiences for most people. Efforts to change a person's sexual orientation through religious or psychotherapy interventions have not been shown to be effective.

**III. Sexual Orientation Does Not Affect a Person's Ability to Function Effectively**

29.    The consensus view of scientific researchers and mental health professionals is that homosexuality is a normal expression of human sexuality. Homosexuality is not a mental illness, and being gay or lesbian has no inherent association with a person's ability to participate in or contribute to society.[16] Lesbians

---

15   These policy statements are compiled in *Just the Facts About Sexual Orientation and Youth: A Primer for Principals, Educators, and School Personnel*, a publication that is available from the Just the Facts Coalition on the American Psychological Association's Web site: http://www.apa.org/pi/lgbt/publications/justthefacts.pdf.

16   Herek, 2010; Herek & Garnets, 2007.

12

and gay men are as capable as heterosexuals of leading a happy, healthy, and productive life. They are also as capable as heterosexuals of doing well in their jobs and of excelling in school.

30.    Although homosexuality was once believed to be a mental illness, that mistaken view was discredited by scientific research beginning in the 1970s.  In 1973, the American Psychiatric Association removed homosexuality from its Diagnostic and Statistical Manual of Mental Disorders, noting that "homosexuality per se implies no impairment in judgment, stability, reliability, or general social or vocational capabilities."[17]  In 1975, the American Psychological Association endorsed this position and urged psychologists to help educate the public and to dispel the stigma of mental illness associated with homosexuality.[18]

31.    Lesbians and gay men are as able to form loving, committed relationships with a same-sex partner and to raise healthy, well-adjusted children, as are heterosexuals in committed relationships with a different-sex partner.  Empirical research has repeatedly shown that gay men and lesbians have happy, satisfying relationships.[19]  Like their heterosexual counterparts, lesbians and gay men form deep emotional bonds and strong commitments to their partners.  Research documents striking similarities between same-sex and heterosexual couples on standardized measures of love, relationship satisfaction, and relationship adjustment.  The extensive body of research that examines

---

[17]  American Psychiatric Association, 1974.  For other resolutions by this organization, see http://www.healthyminds.org/More-Info-For/GayLesbianBisexuals.aspx.

[18]  Conger, 1975.  Also, the American Psychological Association has endorsed several resolutions concerning sexual orientation.  These can be found at: http://www.apa.org/pi/lgbt/resources/policy/index.aspx.

13

the quality and functioning of same-sex relationships demonstrates that same-sex couples are not inherently different from heterosexual couples. To the contrary, same-sex couples closely resemble heterosexual couples and the processes that affect both types of relationships are remarkably similar.[20]

32.    Gay and lesbian individuals are subject to the same stresses of life as their heterosexual counterparts, including the death of a close relative, loss of a job, or a serious illness. Research consistently demonstrates that high levels of stress are harmful not only to psychological well-being but also to physical health.[21] In addition to the life stresses that can affect everyone, members of stigmatized minority groups, including gay men and lesbians as well as ethnic/racial minorities, may experience additional stress caused by prejudice and discrimination. This has been termed "minority stress."[22] This excess stress has been associated with an increased risk of psychological problems, especially those like anxiety and depression that are most closely linked to stress.[23] Despite the pervasive social stigma against homosexuality and the resulting unique social stressors lesbians and gay men experience, the vast majority of lesbian and gay individuals cope successfully with these challenges and lead healthy, happy, well-adjusted lives. And there is nothing about sexual orientation itself – whether one is heterosexual or homosexual – that makes a person more or less able to contribute to or participate in society.

---

[19]  Kurdek, 2004, 2005; Peplau & Fingerhut, 2007.

[20]  American Psychological Association, 2004.

[21]  Thoits, 2010.

[22]  Meyer, 2003, 2007.

14

33.    Social relationships can play an important role in buffering individuals from the stresses of life.  Like heterosexuals, lesbians and gay men benefit from having a close intimate relationship, for example, with a spouse.  Further, people benefit from the social, emotional, and material support that can be provided by family, friends, and others.  Research also documents that the psychological well-being of lesbians and gay men is enhanced by having positive feelings about being gay, having developed a positive sense of gay identity, and being open about their sexual orientation with important other people.[24]

**IV. Lack of Federal Recognition of Marriage Harms Same-Sex Couples**

34.    There is widespread consensus among social science researchers that marriage generally provides many benefits to both spouses.  A large body of scientific research comparing heterosexuals who are currently married to those who are not married establishes that marriage fosters psychological well-being, physical health, and longevity.  Of course, marriages that are unhappy, conflict-ridden, or violent do not provide the same benefits as the average marriage.[25]

35.    The positive benefits of marriage stem, in part, from the tangible resources and special protections that law and society provide to spouses.  For example, federal and state statutes accord married partners many financial benefits that promote enhanced economic and financial security compared to unmarried individuals.  These include

---

[23]  Herek & Garnets, 2007; Pascoe & Richman, 2009.

[24]  Herek & Garnets, 2007; Meyer, 2003; Pachankis, 2007; Pascoe & Richman, 2009.

[25]  Johnson, et al., 2000; Lamb, et al., 2003; Proulx, et al., 2007; Schoenborn, 2004; Waite, 1995.

15

benefits deriving from tax laws, employee benefits, death benefits, and entitlement programs. In addition, married couples enjoy special rights and privileges that buffer them against the psychological stress associated with traumatic life events, such as the death or incapacitation of a partner. For example, the federal tax code exempts married persons from having to pay estate taxes on any inheritance they receive from their spouses, thus sparing married persons an additional economic burden at the time of their spouse's death. In contrast, by imposing this tax on married same-sex partners, the federal government not only imposes an additional economic burden, but also stigmatizes the relationship at a time when the surviving partner may be particularly vulnerable. The legal status of marriage also enables spouses to exert greater control over their lives when stressful situations arise and to avoid some types of stressors entirely. These include, for example, being compelled to testify against one's spouse in court, having a noncitizen spouse deported, and having one's relationship or joint parental status challenged outside one's home state.[26]

36.    There are many other ways in which marriage provides protective benefits that contribute to the health and well-being of spouses.[27] The marriage relationship is a social union that creates a well-recognized and valued kinship relationship. Marriage binds spouses not only to each other but also to the broader community, which understands, appreciates, and values the significance of the marriage relationship. As

---

[26]  E.g., Herek, 2006; U. S. General Accounting Office. (2004). Defense of Marriage Act: Update to prior report, Document GAO-04-353R, Washington, DC.

[27]  E.g., Cherlin, 2009; Herek, 2006; Nock, 1995; Umberson, 1992.

Gove, Style and Hughes[28] note, "in our society the role that most frequently provides a strong positive sense of identity, self-worth, and mastery is marriage." Social support is central to the institution of marriage. Compared to unmarried individuals, married adults tend to receive more social support from other people, especially from their parents, and this support contributes to individual well-being. The public aspect of marriage can increase each spouse's sense of security that the relationship will be long-lasting. Finally, for many people, marriage has great symbolic significance, establishing that the individual has a new social identity and is part of a valued and respected social institution.

37.    Although these conclusions are derived from studies of heterosexual couples, it is reasonable to infer that same-sex couples will generally benefit from marriage as do their heterosexual counterparts. This idea is supported by the many well-established similarities in the nature and quality of same-sex and heterosexual couples' relationships.[29]

38.    Leading organizations of mental health professionals recognize the benefits of marriage for same-sex couples and the harm created by denying access to civil marriage, including the state and federal legal protections and benefits associated with marriage, to same-sex couples. As one example, in 2005 the American Psychiatric Association, the leading organization representing physicians in the field of mental health, adopted a policy statement on this issue. Their resolution stated: "In the interest of maintaining and promoting mental health, the American Psychiatric Association

---

[28]  Gove, Style & Hughes, 1990, p. 16.

[29]  Kurdek, 2004, 2005; Peplau & Fingerhut, 2007.

17

supports the legal recognition of same-sex civil marriage with all rights, benefits, and responsibilities conferred by civil marriage, and opposes restrictions to those same rights, benefits, and responsibilities."[30]  Further, based on a review of research on marriage and same-sex relationships, the American Psychological Association passed a *Resolution on Sexual Orientation and Marriage*[31] in which it resolved "[t]hat APA believes that it is unfair and discriminatory to deny same-sex couples legal access to civil marriage and all its attendant benefits, rights, and privileges."

## IV. DOMA Reflects and Perpetuates Stigma Against Lesbians, Gay Men, and Same-Sex Couples

39.    Lesbian, gay, and bisexual individuals are the targets of prejudice and discrimination in the United States.[32]  National opinion surveys document that many Americans have negative attitudes toward this group of people and toward legal marriage for same-sex couples.  Research has also documented that heterosexuals often view same-sex couples more negatively than heterosexual couples.[33]  Gay, lesbian, and bisexual individuals experience discrimination at work and in their communities[34] and most states provide no legal protection against discrimination based on sexual orientation.  Significant numbers of gay, lesbian, and bisexual individuals are targets of harassment

---

[30]  American Psychiatric Association (2005). Support of legal recognition of same-sex civil marriage position statement.  Retrieved September 25, 2009 from http://www.psych.org/Departments/EDU/Library/APAOfficialDocumentsandRelated/PositionStatements/200502.aspx.

[31]  American Psychological Association, 2004.

[32]  Herek, 2009a.

[33]  Testa, Kinder & Ironson, 1987.

[34]  Herek, 2009b.

and violence.[35] These facts demonstrate that gay, lesbian, and bisexual individuals experience pervasive social stigma.

40.    Social stigma refers to severe social disapproval of a class of people perceived as being different, deviant, or in violation of cultural norms.[36] In American society today, gay men, lesbians, and bisexuals continue to be a highly stigmatized minority group.  Many heterosexuals, who are the dominant group in society, perceive gay men, lesbians, and bisexuals, and same-sex couples, as fundamentally different, hold negative stereotypes about their characteristics, and view discrimination against them as acceptable.  Social stigma is reflected both in the acts of individuals and in the institutions of society, including its laws, that legitimate and perpetuate the second-class status of gay men, lesbians, bisexuals, and same-sex couples.

---

[35]  Herek, 2009b.

[36]  Herek, 2009a.

41.    By denying federal recognition to married same-sex couples, DOMA both reflects and perpetuates stigma against lesbians, gay men, and same-sex couples. DOMA devalues and delegitimizes the relationships of legally married same-sex couples. By giving heterosexuals exclusive access to the many resources and benefits associated with the institution of marriage, including the many practical and financial benefits extended by the federal government, DOMA perpetuates power differentials between heterosexual citizens and non-heterosexual citizens. DOMA indicates that in the eyes of the federal government, the committed relationships of same-sex couples, even those recognized as legal marriages by a state government, are inferior to heterosexual relationships. By extension, DOMA conveys that partners in same-sex relationships are less deserving of social recognition and government protection. The stigma perpetuated by DOMA affects not only individuals in legal marriages with a person of the same sex, but all gay, lesbian, and bisexual individuals as a group.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of May 2011.

_Letitia A. Peplau_

Letitia Anne Peplau, Ph.D.

20

# EXHIBIT A

**Bibliography**

American Psychiatric Association (1974). Position statement on homosexuality and civil rights. American Journal of Psychiatry, 131(4), p. 497 (official actions).

American Psychiatric Association. (2005, July). Support of legal recognition of same-sex civil marriage. Retrieved October 1, 2009, from http://www.psych.org/Departments/EDU/Library/APAOfficialDocumentsandRelated/PositionStatements/200502.aspx.

American Psychological Association. (2004). Sexual orientation and marriage: Adopted by the APA Council of Representatives July 28 & 30, 2004. Retrieved May 17, 2008, from www.apa.org/about/governance/council/policy/gay-marriage.pdf. Published in Paige, R. U. Proceedings of the American Psychological Association, American Psychologist, 60(5), p. 494.

American Psychological Association. (2008). Answers to your questions: For a better understanding of sexual orientation and homosexuality. Washington, DC: Author. http://www.apa.org/topics/sexuality/sorientation.pdf.

American Psychological Association. (2009a). Report of the Task Force on Appropriate Therapeutic Responses to Sexual Orientation. Washington, DC: Author. http://www.apa.org/pi/lgbt/publications/therapeutic-response.pdf.

American Psychological Association. (2009b). Resolution on Appropriate Affirmative Responses to Sexual Orientation Distress and Change Efforts. Washington, DC: Author. Retrieved September 27, 2009, from http://www.apa.org/about/governance/council/policy/sexual-orientation.aspx.

Beals, K. P., & Peplau, L. A. (2005). Identity support, identity devaluation and well-being among lesbians. Psychology of Women Quarterly, 29, 140-145.

Beals, K. P., Peplau, L. A., & Gable, S. L. (2009). Stigma management and well-being: The role of social support, cognitive processing, and suppression. Personality and Social Psychology Bulletin, 35, 867-879.

Bozett, F. W. (1982). Heterogenous couples in heterosexual marriages: Gay men and straight women. Journal of Marital and Family Therapy, 8(1), 81-89.

Carpenter, C. S., & Gates, G. J. (2008). Gay and lesbian partnership: Evidence from California. Demography, 45, 573-590.

Chandra, A., Mosher, W. D., Copen, C., & Sionean, C. (2011, March 3). Sexual behavior, sexual attraction, and sexual identity in the United States: Data from the 2006-2008 National Survey of Family Growth. National Health Statistics Reports, No. 36. U.S. Centers for Disease Control.

Cherlin, A. J. (2009). The marriage-go-round: The state of marriage and the family in America today. New York: Alfred A. Knopf.

Conger, J. J. (1975). Proceedings of the American Psychological Association, Incorporated, for the year 1974: Minutes of the annual meeting of the Council of Representatives. American Psychologist, 30, 620-651.

Fingerhut, A. W., Peplau, L. A., & Gable, S. L. (2010). Identity, minority stress and psychological well-being among gay men and lesbians. Psychology and Sexuality, 1(2), 101-114.

Ghavami, N., Fingerhut, A. W., Peplau, L. A., Grant, S. K., & Wittig, M. A. (2011). Testing a model of minority identity achievement, identity affirmation and psychological well-

being among ethnic minority and sexual minority individuals.  Cultural Diversity and Ethnic Minority Psychology, 17, 79-88.

Gonsiorek, J. C. (1991). The empirical basis for the demise of the illness model of homosexuality. In J.C. Gonsiorek & J.D. Weinrich (Eds.), Homosexuality: Research implications for public policy (pp. 115-136). Newbury Park, CA: Sage.

Gonsiorek, J. C., & Weinrich, J. D. (1991). The definition and scope of sexual orientation. In J.C. Gonsiorek & J.D. Weinrich (Eds.), Homosexuality: Research implications for public policy (pp. 1-12). Newbury Park, CA: Sage.

Gove, W. R., Style, C. B., & Hughes, M. (1990). The effect of marriage on the well-being of adults: A theoretical analysis. Journal of Family Issues, 11, 4-35.

Herek, G. M. (2000). Homosexuality. In A.E. Kazdin (Ed.), Encyclopedia of psychology (Vol. 4, pp. 149-153). Washington, DC: American Psychological Association.

Herek, G. M. (2001). Homosexuality. In W.E. Craighead & C.B. Nemeroff (Eds.), The Corsini encyclopedia of psychology and behavioral science (3rd ed., Vol. 2, pp. 683-688). New York: John Wiley & Sons.

Herek, G. M. (2006). Legal recognition of same-sex relationships in the United States: A social science perspective. American Psychologist, 61, 607-621.

Herek, G. M. (2009a). Sexual stigma and sexual prejudice in the United States: A conceptual framework. In D.A. Hope (Ed.), Contemporary perspectives on lesbian, gay and bisexual identities: The 54th Nebraska Symposium on Motivation (pp. 65-111). New York: Springer.

Herek, G. M. (2009b). Hate crimes and stigma-related experiences among sexual minority adults in the United States: Prevalence estimates from a national probability sample. Journal of Interpersonal Violence, 24, 54-74.

Herek, G. M. (2010). Sexual orientation differences as deficits: Science and stigma in the history of American psychology. Perspectives on Psychological Science, 5, 693-699.

Herek, G. M., & Garnets, L. D. (2007). Sexual orientation and mental health. Annual Review of Clinical Psychology, 3, 353-375.

Herek, G. M., Gillis, J. R., & Cogan, J. C. (2009). Internalized stigma among sexual minority adults: Insights from a social psychological perspective. Journal of Counseling Psychology, 56, 32-43.

Herek, G. M., Norton, A. T., Allen, T. J., & Sims, C. L. (2010). Demographic, psychological, and social characteristics of self-identified lesbian, gay, and bisexual adults in a U.S. probability sample. Sexuality Research and Social Policy, 7, 176-200.

Higgins, D. J. (2006). Same-sex attraction in heterosexually partnered men: Reasons, rationales and reflections. Sexual and Relationship Therapy, 21, 217-228.

Johnson, N. J., Backlund, E., Sorlie, P. D., & Loveless, C. A. (2000). Marital status and mortality: The National Longitudinal Mortality Study. Annals of Epidemiology , 10, 224-238 .

Just the Facts Coalition. (2008). Just the facts about sexual orientation and youth: A primer for principals, educators, and school personnel.Washington, DC: American Psychological Association. Retrieved from http://www.apa.org/pi/lgbt/resources/just-the-facts.pdf;

Kinsey, A. C., Pomeroy, W. B., & Martin, C. E. (1948). Sexual behavior in the human male. Philadelphia, PA: W. B. Saunders.

Kinsey, A. C., Pomeroy, W. B., Martin, C. E., & Gebhard, P.H. (1953). Sexual behavior in the human female. Philadelphia, PA: W. B. Saunders.

Kurdek, L. A. (2004).  Are gay and lesbian cohabiting couples really different from heterosexual married couples? Journal of Marriage and Family, 66, 880-900

Kurdek, L. A. (2005). What do we know about gay and lesbian couples? Current Directions in Psychological Science, 14, 251-54.

Lamb, K. A., Lee, G. R., & DeMaris, A. (2003).  Union formation and depression: Selection and relationship effects.  Journal of Marriage and Family, 65, 953-962.

Laumann, E. O., Gagnon, J. H., Michael, R. T., & Michaels, S. (1994). The social organization of sexuality: Sexual practices in the United States. Chicago: University of Chicago Press.

Meyer, I. H. (2003). Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. Psychological Bulletin, 129, 674-697.

Meyer, I. H. (2007). Prejudice and discrimination as social stressors.  In I. H. Meyer & M. E. Northridge (Eds.), The health of sexual minorities (pp. 242-267).  New York: Springer.

Nock, S. L. (1995). A comparison of marriages and cohabiting relationships. Journal of Family Issues, 16, 53-76. Pachankis, J. E. (2007). The psychological implications of concealing a stigma: A cognitive-affective-behavioral model. Psychological Bulletin, 133, 328-345.

Pascoe, E. A., & Richman, L. S. (2009). Discrimination and health: A meta-analytic review. Psychological Bulletin, 135, 531-554.

Peplau, L. A., & Cochran, S. D. (1990).  A relationship perspective on homosexuality. In D. P. McWhirter, S. A. Sanders, & J. M. Reinisch (Eds.), Homosexuality/heterosexuality: Concepts of sexual orientation (pp. 321-349). New York: Oxford University Press.

Peplau, L. A., & Fingerhut, A. W. (2007). The close relationships of lesbians and gay men. Annual Review of Psychology, 58. 10.1-10.20.

Peplau, L. A., & Garnets, L. D. (2000). A new paradigm for understanding women's sexuality and sexual orientation. Journal of Social Issues, 56 (2), 329-350.

Proulx, C. M., Helms, H. M., & Buehler, C. (2007). Marital quality and personal well-being: A meta-analysis. Journal of Marriage and Family, 68, 576-593.

Schoenborn, C. A. (2004). Marital status and health: United States, 1999-2002. Advance Data from Vital and Health Statistics, Number 351, December 15, 2004. Centers for Disease Control and Prevention, U.S. Department of Health and Human Services.

Testa, R. J., Kinder, B. N. & Ironson, G. (1987). Heterosexual bias in the perception of loving relationships of gay males and lesbians. Journal of Sex Research, 23, 163-72.

Thoits, P. S. (2010). Stress and health: Major findings and policy implications. Journal of Health and Social Behavior, 51 no. 1 supplement, S41-S53.

Waite, L. T. (1995). Does marriage matter? Demography, 32, 483-507.

Umberson, D. (1992). Relationships between adult children and their parents: psychological consequences for both generations. Journal of Marriage and the Family, 54(3), 664-674.

U. S. General Accounting Office. (2004). Defense of Marriage Act: Update to prior report, Document GAO-04-353R, Washington, DC.

**EXHIBIT B**

April 2011

# Letitia Anne Peplau

Distinguished Professor of Psychology
Department of Psychology
University of California, Los Angeles, CA 90095-1563
Telephone:  (310) 825-1187      FAX:  (310) 206-5895
Email:  lapeplau@ucla.edu

## Education

B.A. in Honors Psychology, Brown University, 1968  (Summa cum laude)
Ph.D. in Social Psychology, Harvard University, 1973

## Academic Positions at UCLA

| | |
|---|---|
| 1973-1978 | Assistant Professor of Psychology |
| 1978-1982 | Associate Professor of Psychology |
| 1982-present | Professor of Psychology |
| 1983-1988 | Director, Graduate Program in Social Psychology |
| 1985-1986 | Associate Director, Center for the Study of Women |
| 1988-1990 | Acting Co-Director, Center for the Study of Women |
| 1994-1995 | Director, Graduate Program in Social Psychology |
| 1999-present | Faculty Affiliate, UCLA Center for the Study of Women |
| 2004-present | Vice Chair for Graduate Studies, UCLA Psychology Department |
| 2005-present | Director, NSF IGERT Interdisciplinary Relationship Science Program, UCLA |

## Honors and Professional Societies

Danforth Graduate Fellowship, 1968-1973
National Science Foundation Predoctoral Fellowship, 1968-1970
Phi Beta Kappa
Sigma Xi
American Psychological Association (elected fellow in Divisions 8, 9, 35 and 44)
Association for Psychological Science (fellow)
American Sociological Association
Society for Experimental Social Psychology
Society for the Psychological Study of Social Issues
International Academy of Sex Research
Society for the Scientific Study of Sexuality
Outstanding Achievement Award, Committee on Lesbian and Gay Concerns, APA, 1986
President, International Society for the Study of Personal Relationships, 1994-1996
Distinguished Scientific Achievement Award, Society for the Scientific Study of Sexuality, 1997
Monette/Horwitz Trust Award for Research on Gay, Lesbian, and Bisexual Studies, 2000.
Outstanding Faculty Award, UCLA Lesbian, Gay, Bisexual and Transgender Campus Center, June 2001.

1

Distinguished Publication Award 2001, Association for Women in Psychology
Distinguished Scientific Contribution Award, Division 44, APA, 2002
Invited Master Lecture at the annual meeting of the American Psychological Association, 2002.
Elected to membership in the International Academy of Sex Research, 2003
Distinguished Teaching Award, UCLA Psychology Department, 2003
Award for Distinguished Faculty Service, Women's Studies Program, UCLA, 2005
Mentoring Award, International Association for Relationship Research, 2006
Distinguished "Elder" Award, APA National Multicultural Summit and Conference, 2007
Heritage Award for Research, APA Division 35 (Society for the Psychology of Women), 2007
Awarded the Evelyn Hooker Award for Distinguished Contribution by an Ally, APA Division
44 (Society for the Psychological Study of Lesbian, Gay and Bisexual Issues), 2008

## Editorial Activities

Member, Editorial Board, *Journal of Social Issues*, 1974-1977
Member, Editorial Board, *Social Psychology Quarterly*, 1977-1979
Consulting Editor, *Psychology of Women Quarterly*, 1978-1980
Member, Editorial Board, *Journal of Homosexuality*, 1980-1985
Member, Editorial Board, *SIGNS: A Journal of Women in Culture and Society*, 1981-1989
Member, Advisory Board, *Journal of Personal and Social Relationships*, 1985-1987
Consulting Editor, *Journal of Personality and Social Psychology*, 1985-1989
Member, Editorial Board, *Journal of Psychology and Human Sexuality*, 1987-1989
Member, Advisory Board, *Advances in Personal Relationships*, l986-1992
Member, Editorial Board, *Journal of Social Issues*, 1992-1995
Member, Advisory Board, Columbia University Press Series on Lesbian and Gay Studies, 1993-
Associate Editor, *SIGNS: A Journal of Women in Culture and Society*, 2000-
Member, Editorial Board, Contemporary Perspectives on Lesbian, Gay, and Bisexual Psychology, APA Books, 2001-
Member, Editorial Board, *Sexuality Research and Social Policy: Journal of NSRC,* 2003-
Member, International Advisory Board, *Ibadan Journal of Social Sciences*, 2004-

## Selected Recent Professional Activities

Member, Editorial Board, *Psychology and Sexuality*
Member, Scientific Review Panel for the Placek Research Award Program, American Psychological Foundation, 1995-2000
Member, Committee on Women in Psychology Network (representative from Division 8), 1998-present
Member, Working Group on Same-Sex Families, American Psychological Association, April 2004.
Chair, Fellows Selection Committee, Society for the Psychological Study of Social Issues (Div. 9 of APA), 2004-2005.
Member, Fellows Selection Committee, Society for the Psychological Study of Lesbian, Gay and Bisexual Issues (Div. 44 of APA), 2006-2008.

## Books and Edited Volumes

2

Taylor, S. E., Peplau, L. A., & Sears, D. O. (2006*). Social psychology*, 12th Ed. Upper Saddle River, NJ: Prentice-Hall.

Taylor, S. E., Peplau, L. A., & Sears, D. O. (2003*). Social psychology*, 11th Ed. Upper Saddle River, NJ: Prentice-Hall.

Published into Russian in 2004.

Peplau, L. A., & Garnets, L. D. (Eds.) (2000). Women's sexualities:  Perspectives on sexual orientation and gender. *Journal of Social Issues, 56* (whole number 2).

This volume was selected for the 2001 Distinguished Publication Award of the Association for Women in Psychology.

Taylor, S. E., Peplau, L. A., & Sears, D. O. (2000).  *Social psychology*, 10th Ed. Upper Saddle River, NJ: Prentice-Hall.

Peplau, L. A., DeBro, S. C., Veniegas, R. C., & Taylor, P. (Eds.) (1999). *Gender, culture and ethnicity*.  Mountain View, CA: Mayfield Publishing.

Taylor, S. E., Peplau, L. A., & Sears, D. O. (1997).  *Social psychology*, 9th Ed. Upper Saddle R iver, NJ:  Prentice-Hall.

Peplau, L. A. & Taylor, S. E. (Eds.) (1997). *Sociocultural perspectives in social psychology*.   Upper Saddle River, NJ: Prentice-Hall.

Taylor, S. E., Peplau, L. A., & Sears, D. O. (1994). *Social psychology*, 8th Ed. Englewood Cliffs, NJ: Prentice-Hall.

Rubin, Z., Peplau, L. A., & Salovey, P. (1993). *Psychology*, 1st Ed.   Boston, MA: Houghton-Mifflin.

Sears, D. O., Peplau, L. A., & Taylor, S. E. (1991). *Social psychology*, 7th Ed.  Englewood Cliffs, NJ: Prentice-Hall.

Peplau, L. A., Sears, D. O., Taylor, S. E. , &  Freedman, J. L. (Eds.) (1988).  *Readings in social psychology:  Classic and contemporary contributions*.  Englewood Cliffs, NJ:  Prentice-Hall.

Sears, D. O., Peplau, L. A., Freedman, J. L., & Taylor, S. E.  (1988).  *Social psychology*, 6th Ed. Englewood Cliffs, NJ: Prentice-Hall.

Sears, D. O., Freedman, J. L., & Peplau, L. A. (1985).  *Social psychology*, 5th Ed. Englewood Cliffs, NJ:  Prentice-Hall.

Peplau, L.A., & Goldston, S. E. (Eds.)  (1984). *Preventing the harmful consequences of severe and persistent loneliness*.  DHHS Publication No. (ADM) 84-1312. Washington, DC: U.S. Government Printing Office (Monograph).

Kelley, H. H., Berscheid, E., Christensen, A., Harvey, J., Huston, T., Levinger, G., McClintock, E., Peplau, L. A., & Peterson, D.  (1983). *Close relationships*.  New York:  Freeman.

Reprinted (2002) by Percheron Press.

Peplau, L. A., & Jones, R. (Issue Editors) (1982). Homosexual couples. *Journal of Homosexuality, 8* (whole number 2).

Peplau, L. A., & Perlman, D. (Eds.) (1982). *Loneliness: A sourcebook of current theory, research and therapy*. New York: Wiley-Interscience. Published in Japanese translation in 1988 and in Russian in 1989.

Peplau, L. A., & Hammen, C. L. (Eds.) (1977). Sexual behavior: Social psychological issues. *Journal of Social Issues, 33*, (whole number 2).

## Articles and Book Chapters

Fingerhut, A.W. & Peplau, L. A. (forthcoming). Same-sex romantic relationships. In C. J. Patterson & A. R. D'Augelli (Eds.), *Handbook of psychology and sexual orientation*.

Preciado, M. A. & Peplau, L. A. (2011). Self-perception of same-sex sexuality among heterosexual women: Association with personal need for structure. *Self and Identity*, accepted for publication.

Ghavami, N., Fingerhut, A. W., Peplau, L. A., Grant, S. K., & Wittig, M. A. (2011). Testing a model of minority identity achievement, identity affirmation and psychological well-being among ethnic minority and sexual minority individuals. *Cultural Diversity and Ethnic Minority Psychology*, 17, 79-88.

Conley, T. D., & Peplau, L. A. (2009). Gender and perceptions of romantic partners' sexual risk. *Journal of Sexual Medicine, 7*, 794-802.

Peplau, L. A., Frederick, D. A., Yee, C., Maisel, N., Lever, J. & Ghavami, N. (2009). Body image satisfaction among heterosexual, gay and lesbian adults. *Archives of Sexual Behavior, 38(5),* 713-725.

Beals, K. P., Peplau, L. A., & Gable, S. L. (2009). Stigma management and well-being: The role of social support, cognitive processing, and suppression. *Personality and Social Psychology Bulletin*, *35*, 867-879.

Conley, T. D., Roesch, S. C., Peplau, L. A., & Gold, M. S. (2009). Testing the positive illusions model of relationship satisfaction among gay and lesbian couples. *Journal of Applied Social Psychology*, *39*, 1417-1431.

Peplau, L. A., & Ghavami, N. (2009). The relationships of lesbians, gay men and bisexuals. In H. Reis & S. Sprecher (Eds.). *The encyclopedia of human relationships*. Thousand Oaks, CA: Sage Publications.

Frederick, D., Lever, J., & Peplau, L. A. (2008). The Barbie mystique: Satisfaction with breast size and shape across the lifespan. *International Journal of Sexual Health, 20,* 200-211.

Peplau, L. A. & Huppin, M. (2008). Masculinity, femininity and the development of sexual orientation in women. *Journal of Gay and Lesbian Mental Health,* 12(1/2), 147-167.  Also published as a chapter in R. Mathy & J. Drescher (Ed.) *Childhood gender nonconformity and the development of adult homosexuality* (pp 147-167). Binghamton, NY: Haworth Press.

Peplau, L. A., & Fingerhut, A. W. (2007). The close relationships of lesbians and gay men. *Annual Review of Psychology*, *58*. 10.1-10.20.

Frederick, D. A., Buchanan, G. M., Sadeghi-Azar, L., Peplau, L. A., Haselton, M. G., Berezovskaya, A., & Lipinski, R. E. (2007).  Desiring the muscular ideal:  Men's body satisfaction in the United States, Ukraine, and Ghana.  *Psychology of Men and Masculinity*, *8*, 103-117.

Frederick, D., Lever, J., & Peplau, L. A. (2007). Interest in cosmetic surgery and body image: Views of men and women across the life span. *Plastic and Reconstructive Surgery*, *120*, 1407-1415.

Fingerhut, A. W., & Peplau, L. A. (2006). The impact of social roles on stereotypes of gay men. *Sex Roles, 55,* 273-278.

Garnets, L., & Peplau, L. A. (2006). Sexuality in the lives of adult lesbian and bisexual women. In D. C. Kimmel, T. Rose, & S. David  (Eds.) *Research and clinical perspectives on lesbian, gay, bisexual, and transgender aging*, pp. 70-90.  New York: Columbia University Press.

Beals, K. P., & Peplau, L. A. (2006). Disclosure patterns within the social networks of gay men and lesbians. *Journal of Homosexuality*, *51*(2), 101-120.

Lever, J., Frederick, D., & Peplau, L. A. (2006). Does size matter?  Men's and women's views on penis size across the life span.  *Psychology of Men and Masculinity*, *7*(3), 129-143.

Frederick, D. A., Peplau, L. A., & Lever, J. (2006). The swimsuit issue:  Correlates of body image in a sample of 52, 677 heterosexual adults. *Body Image*: *An International Journal of Research*, *3*, 413-419.

Impett, E. A., & Peplau, L. A. (2006). "His" and "her" relationships: A review of the empirical evidence.  In A. Vangelisti & D. Perlman (Eds.), *The Cambridge handbook of personal relationships* (pp. 884-904). New York: Cambridge University Press.

Elsesser, K., & Peplau, L. A. (2006). The glass partition: Obstacles to cross-sex friendships at work. *Human Relations*, *59*(8), 1077-1100.

Impett, E. A., Gable, S., & Peplau, L. A. (2005). Giving up and giving in: The costs and benefits of daily sacrifice in intimate relationships.  *Journal of Personality and Social Psychology*, *89*, 327-344.

Impett, E. A., Peplau, L. A., & Gable, S. (2005). Approach and avoidance sexual motives: Implications for personal and interpersonal well-being. *Personal Relationships*, *12*, 465-482.

> *This paper received "Distinguished Publication" award from the International Association for Relationships Research, July 20, 2008.*

Fingerhut, A. W., Peplau, L. A., & Ghavami, N. (2005). A dual-identity framework for understanding lesbian experience. *Psychology of Women Quarterly*, *29*, 129-139.

Beals, K. P., & Peplau, L. A. (2005) Identity support, identity devaluation and well-being among lesbians. *Psychology of Women Quarterly*, *29*, 140-145.

Peplau, L. A., & Fingerhut, A. (2004). The paradox of the lesbian worker. *Journal of Social Issues, 60*(4), 719-735.

Peplau, L. A., Fingerhut, A., & Beals, K. P. (2004). Sexuality in the relationships of lesbians and gay men. In J. Harvey, A. Wenzel, & S. Sprecher (Eds.), *Handbook of sexuality in close relationships* (pp. 350-369). Mahwah, NJ: Erlbaum.

Peplau, L. A. & Beals, K. P. (2004). The family lives of lesbians and gay men. In A. Vangelisti (Ed.), *Handbook of family communication* (pp. 233-248). Mahwah, NJ: Erlbaum.

Peplau, L. A. (2003). Human sexuality: How do men and women differ? *Current Directions in Psychological Science*, *12*(2), 37-40.

　　　Reprinted in J. B. Ruscher & E. Y. Hammer (Eds.) (2004). *Current directions in social Psychology* (pp. 76-82). Upper Saddle River, NJ: Prentice Hall.

Impett, E. A., & Peplau, L. A. (2003). Sexual compliance: Gender, motivational, and relationship perspectives. *Journal of Sex Research*, *40*, 87-100.

　　　*This paper received the 2004 Student Research Award from the Society for Sex Therapy and Research*.

Impett, E. A., & Peplau, L. A. (2002). Why some women consent to unwanted sex with a dating partner: Insights from attachment theory. *Psychology of Women Quarterly*, *26*, 360-370.

Beals, K., Impett, E., & Peplau, L. A. (2002). Lesbians in love: Why some relationships endure and others end. *Journal of Lesbian Studies*, *6*(1), 53-64.

Garnets, L. D., & Peplau, L. A. (2002). A new paradigm for women's sexual orientation: Implications for therapy. *Women and Therapy, 24*, 111-122. Reprinted in E. Kaschak & L. Tiefer (Eds.) (2002). *A new view of women's sexual problems* (pp. 111-122.) Binghamton, NY: Haworth Press.

Impett, E. A., Beals, K. P., & Peplau, L. A. (2001-02). Testing the investment model of relationship commitment and stability in a longitudinal study of married couples. *Current Psychology*, *20*(4), 312-326.

　　　Reprinted in N. J. Pallone (Ed.) (2003), *Love, romance, and sexual interaction: Research perspectives from Current Psychology* (pp. 163-181). New Brunswick, NJ: Transaction Press.

Peplau, L. A., & Beals, K. P. (2001). Lesbians, gay men and bisexuals in relationships. In J. Worell (Ed.), *Encyclopedia of women and gender* (pp. 657-666). San Diego, CA: Academic Press.

Beals, K. P., & Peplau, L. A. (2001). Social involvement, disclosure of sexual orientation, and the quality of lesbian relationships. *Psychology of Women Quarterly*. *25*, 10-19.

Peplau, L. A. (2001). Rethinking women's sexual orientation: An interdisciplinary, relationship-focused approach. *Personal Relationships, 8*, 1-19.

Peplau, L. A., & Garnets, L. D. (2000). A new paradigm for understanding women's sexuality and sexual orientation. *Journal of Social Issues*, *56*(2), 329-350.

Garnets, L. D., & Peplau, L. A. (2000). Understanding women's sexualities and sexual orientations: An introduction. *Journal of Social Issues*, *56*(2), 181-192.

Peplau, L. A., & Spalding, L. R. (2000). The close relationships of lesbians, gay men and bisexuals. In C. Hendrick & S. S. Hendrick (Eds.), *Close relationships: A sourcebook* (pp. 111-124). Thousand Oaks, CA: Sage Publications.

Veniegas, R. C., Taylor, P. L., & Peplau, L. A. (1999). A guide to resources about gender, culture and ethnicity. In L. A. Peplau, S. C. DeBro, R. C. Veniegas, & P. Taylor (Eds.) *Gender, culture and ethnicity* (pp 1-13).  Mountain View, CA: Mayfield Publishing.

Peplau, L. A., Veniegas, R. C., Taylor, P. L., & DeBro, S. C. (1999). Sociocultural perspectives on the lives of women and men.  In L. A. Peplau, S. C. DeBro, R. C. Veniegas, & P. Taylor (Eds.) *Gender, culture and ethnicity* (pp  23-37). Mountain View, CA: Mayfield Publishing.

Peplau, L. A., Spalding, L. R., Conley, T. D., & Veniegas, R. C.  (1999). The development of sexual orientation in women.  *Annual Review of Sex Research*, *Vol 10*, 70-99.

Vincent, P. C., Peplau, L. A., & Hill, C. T. (1998).  A longitudinal application of the theory of reasoned action to women's career behavior.  *Journal of Applied Social Psychology*, *28*, 761-778.

Hill, C. T., & Peplau, L. A. (1998). Premarital predictors of relationship outcomes: A 15-year followup of the Boston Couples Study.  In T. N. Bradbury (Ed.), *The developmental course of marital dysfunction* (pp. 237-278).  New York: Cambridge University Press.

Peplau, L. A., Garnets, L.D., Spalding, L. R., Conley, T. D., & Veniegas, R. C.  (1998). A critique of Bem's "Exotic Becomes Erotic" theory of sexual orientation. *Psychological Review*, *105*(2), 387-394.

Perlman, D., & Peplau, L. A. (1998). Loneliness.  In H. S. Friedman (Ed.) *Encyclopedia of mental health*, *Vol 2* (pp. 571-581). San Diego, CA: Academic Press.

Spalding, L. R., & Peplau, L. A. (1997). The unfaithful lover:  Heterosexuals' stereotypes of bisexuals and their relationships.  *Psychology of Women Quarterly*, 21, 611-625.

Veniegas, R. C., & Peplau, L. A. (1997).  Power and the quality of same-sex friendships. *Psychology of Women Quarterly*, *21*(2), 279-297.

> *This article was awarded the Graduate Student Research Prize by APA Division 35 and the Association for Women in Psychology in 1997.*

Veniegas, R. C., & Peplau, L. A. (1997).  A guide to sociocultural resources in social psychology. In L. A. Peplau & S. E. Taylor (Eds.), *Sociocultural perspectives in social psychology* (pp. xiv-xx). Upper Saddle River, NJ: Prentice Hall.

Peplau, L. A., Cochran, S. D., & Mays, V. M. (1997). A national survey of the intimate relationships of African-American lesbians and gay men: A look at commitment, satisfaction, sexual behavior and HIV disease.  In B. Greene (Ed.) *Ethnic and cultural diversity among lesbians and gay men* (pp 11-38). Newbury Park: Sage Publications.

Bui, K. T., Peplau, L. A., & Hill, C. T. (1996).  Testing the Rusbult model of relationship commitment and stability in a 15-year study of heterosexual couples. *Personality and Social Psychology Bulletin*, *22*, 1244-1257.

Peplau, L. A., Veniegas, R. C., & Campbell, S. M. (1996).  Gay and lesbian relationships. In R. C. Savin-Williams & K. M. Cohen (Eds.), *The lives of lesbians, gays, and bisexuals: Children to adults* (pp. 250-273).  New York: Harcourt Brace.

Wayment, H. A., & Peplau, L. A. (1995). Social support and well-being among lesbian and heterosexual women:  A structural modeling approach.  *Personality and Social Psychology Bulletin*, *21*(11), 1189-1199.

Peplau, L. A. (1994).  Men and women in love. In D. L. Sollie & L. S. Leslie (Eds.), *Gender, families, and close relationships:  Feminist research journeys* (pp. 19-49). Thousand Oaks, CA: Sage Publications.

De Bro, S. C., Campbell, S. M., & Peplau, L. A. (1994).  Influencing a partner to use a condom: A college student perspective. *Psychology of Women Quarterly*, *18*, 165-182.

Peplau, L. A., Hill, C. T., & Rubin, Z. (1993).  Sex-role attitudes in dating and marriage: A 15-year followup of the Boston Couples Study.  *Journal of Social Issues*, *40*(3), 31-52.

Campbell, S. M., Peplau, L. A., & De Bro, S. C. (1992). Women, men, and condoms: Attitudes and experiences of heterosexual college students.  *Psychology of Women Quarterly*, *16*(3), 273-288.

Garnets, L., Hancock, K. A., Cochran, S. D., Goodchilds, J., & Peplau, L. A. (1991). Issues in psychotherapy with lesbians and gay men:  A survey of psychologists. *American Psychologist*, *46*(2), 964-972.

> Reprinted in D. R. Atkinson & G. Hackett (Eds.) (1998). *Counseling diverse populations*. New York: McGraw-Hill.

Campbell, S. M., Dunkel-Schetter, C. A., & Peplau, L. A. (1991).  Perceived control and adjustment to infertility among women undergoing in vitro fertilization. In A. L. Stanton & C. A. Dunkel-Schetter (Eds.), *Psychological adjustment to infertility* (pp. 133-156).  New York: Plenum.

Cochran, S. D., & Peplau, L. A. (1991).  Sexual risk reduction behaviors among young heterosexual adults.  *Social Science and Medicine*, *33*(1), 25-36.

Peplau, L. A. (1991).  Lesbian and gay relationships.  In J. C. Gonsiorek & J. D. Weinrich (Eds.), *Homosexuality: Research findings for public policy* (pp. 177-196).  Newbury Park, CA: Sage Publications.

> Reprinted in L. D. Garnets & D. C. Kimmel (Eds.) (1993). *Psychological perspectives on lesbian and gay male experiences* (pp. 395-419).  New York: Columbia University Press.

Peplau, L. A., & Cochran, S. D. (1990).  A relationship perspective on homosexuality. In D. P. McWhirter, S. A. Sanders, & J. M. Reinisch (Eds.), *Homosexuality/heterosexuality: Concepts of sexual orientation* (pp. 321-349). New York: Oxford University Press.

Peplau, L. A., & Conrad, E. (1989).  Beyond nonsexist research: The perils of feminist methods in psychology.  *Psychology of Women Quarterly*, *13*, 381-402.

Peplau, L. A., & Campbell, S. M. (1989). Power in dating and marriage.  In J. Freeman (Ed.), *Women:  A feminist perspective*, 4th Ed. (pp. 121-137).  Palo Alto, CA: Mayfield Publishing.

> Reprinted in S. J. Ferguson (Ed.), (2001). Shifting the center: *Understanding contemporary families*, 2nd Ed.  Mountain View, CA: Mayfield, pp. 142-152.

Peplau, L. A. (1988).  Loneliness:  New directions in research.  *Participate in the challenge of mental health and psychiatric nursing in 1988* (pp. 127-142). [Proceedings of the 3rd National Conference on Psychiatric Nursing, Montreal, Quebec, Canada.]

Peplau, L. A. (1988).  Reading research reports in social psychology.  In L. A. Peplau, D. O. Sears, S. E. Taylor, & J. L. Freedman (Eds.), *Readings in social psychology: Classic and contemporary contributions*, 2nd Ed. (pp.1-5).  Englewood Cliffs, NJ: Prentice-Hall.

Peplau, L. A.  (1987).  Loneliness and the college student.  In I. Z. Rubin & E. McNeil. *The psychology of being human*, 4th Ed. (pp. 475-479).  New York: Harper & Row.

Cochran, S. D., & Peplau, L. A. (1985).  Value orientations in heterosexual relationships. *Psychology of Women Quarterly*, *9*, 477-488.

Blasband, D., & Peplau, L. A. (1985).  Sexual exclusivity versus openness in gay male couples. *Archives of Sexual Behavior*, *14*(5), 395-412.

Peplau, L. A., & Gordon, S. L.  (1985). Women and men in love: Gender differences in close heterosexual relationships.  In V. E. O'Leary, R. K. Unger, & B. S. Wallston Eds.), *Women, gender and social psychology* (pp. 257-291). Hillsdale, NJ: Lawrence Erlbaum.

> Reprinted in T. Roberts (Ed.) (1997). *The Lanahan readings in the psychology of women* (pp. 246-268). Baltimore, MD: Lanahan Publishers.

Peplau, L. A.  (1985).  Loneliness research: Basic concepts and findings.  In I. G. Sarason & B. R. Sarason (Eds.), *Social support:  Theory, research and application* (pp. 270-286).  Boston: Martinus Nijhof.

Peplau, L. A.  (1985). Loneliness.  In A. Kuper & J. Kuper (Eds.), *The social science encyclopedia* (p. 474).  Boston:  Routledge and Kegan Paul.

Perlman, D., & Peplau, L. A. (1984). Loneliness research: A survey of empirical findings. In L. A. Peplau & S. E. Goldston (Eds.), *Preventing the harmful consequences of severe and persistent loneliness* (pp. 13-46).  DHHS Publication No. (ADM) 84-1312. Washington, DC:  U.S. Government Printing Office.

Caldwell, M. A., & Peplau, L. A. (1984).  The balance of power in lesbian relationships.  *Sex Roles, 10*, 587-600.

> Reprinted in W. R. Dynes & S. Donaldson (Eds.) (1992), *Studies in homosexuality, Vol VII: Lesbianism* (pp. 27-39).  New York: Garland Publishing.

Hill, C. T., Peplau, L. A., & Rubin, Z.(1983). Contraceptives use by college dating couples. *Population and Environment: Behavioral and Social Issues*, *6*(1), 60-69.

Peplau, L. A. (1983). Roles and gender. In H. H. Kelley, et al., *Close relationships* (pp. 220-264). New York: Freeman.

Kelley, H. H., Berscheid, E., Christensen, A., Harvey, J., Huston, T., Levinger, G., McClintock, E., Peplau, L. A., & Peterson, D. (1983).  Analyzing close relationships. In H. H. Kelley, et al., *Close relationships* (pp. 20-64).  New York: Freeman.

Berscheid, E., & Peplau, L. A. (1983).  The emerging science of relationships. In H. H. Kelley, et al., *Close relationships* (pp. 1-19).  New York: Freeman.

Peplau, L. A., & Gordon, S. L. (1983).  The intimate relationships of lesbians and gay men. In E. R. Allgeier & N. B. McCormick (Eds.), *The changing boundaries:  Gender roles and sexual behavior* (pp. 226-244).  Palo Alto, CA: Mayfield.

> Reprinted in J. N. Edwards & D. H. Demo (Eds.) (1991). *Marriage and family in transition* (pp 479-496.)   Boston:  Allyn and Bacon.

Rook, K. S., & Peplau, L. A. (1982).  Perspectives on helping the lonely.  In L. A. Peplau & D. Perlman (Eds.), *Loneliness* (pp. 351-378).  New York:  Wiley.

Perlman, D., & Peplau, L. A. (1982).  Theoretical approaches to loneliness.  In L. A.  Peplau & D. Perlman (Eds.), *Loneliness* (pp. 123-134).  New York: Wiley.

Peplau, L. A., & Perlman, D. (1982).  Perspectives on loneliness.  In L. A. Peplau  & D. Perlman (Eds.), *Loneliness* (pp. 1-18).  New York: Wiley.

Peplau, L. A., Padesky, C., & Hamilton, M. (1982).  Satisfaction in lesbian relationships. *Journal of Homosexuality*, *8*(2), 23-35.

Peplau, L. A., Miceli, M., & Morasch, B. (1982).  Loneliness and self evaluation. In L. A. Peplau & D. Perlman (Eds.), *Loneliness* (pp. 135-151).  New York:  Wiley.

Peplau, L. A., Bikson, T. K., Rook, K. S., & Goodchilds, J. D. (1982).  Being old and living alone. In L. A. Peplau & D. Perlman (Eds.), *Loneliness* (pp. 327-347).  New York:  Wiley.

Peplau, L. A., & Amaro, H. (1982).  Understanding lesbian relationships.  In W. Paul & J. D. Weinrich (Eds.), *Homosexuality:  Social, psychological and biological issues* (pp. 233-248). Beverly Hills, CA:  Sage.

> Reprinted in T. Roberts (Ed.) (1997). *The Lanahan readings in the psychology of women* (pp. 269-280). Baltimore, MD: Lanahan Publishers.

Peplau, L. A. (1982).  Research on homosexual couples: An overview.  *Journal of Homosexuality*, *8*(2), 3-8.

> Reprinted in J. P. DeCecco (Ed.) (1988).  *Gay relationships* (pp. 33-40).  New York: Harrington Park Press.

Michela, J. L., Peplau, L. A., & Weeks, D. G. (1982).  Perceived dimensions of attributions for loneliness.  *Journal of Personality and Social Psychology*, *43*(5), 929-936.

Caldwell, M. A., & Peplau, L. A. (1982). Sex differences in same-sex friendship. *Sex Roles*, *8*(7), 721-732.

Berg, J., & Peplau, L. A. (1982).  Loneliness:  The relationship of self-disclosure and androgyny. *Personality and Social Psychology Bulletin*, *8*(4), 624-630.

Rubin, Z., Peplau, L. A., & Hill, C. T. (1981).  Loving and leaving:  Sex differences in romantic attachments.  *Sex Roles*, *7*(8), 821-835.

Risman, B. J., Hill, C. T., Rubin, Z., & Peplau, L. A. (1981).  Living together in college: Implications for courtship.  *Journal of Marriage and the Family*, *43*, 77-83.

Perlman, D., & Peplau, L. A. (1981).  Toward a social psychology of loneliness.  In S. Duck & R. Gilmour (Eds.), *Personal relationships in disorder* (pp. 31-56). London:  Academic Press.

> Reprinted in B. Earn & S. Towson (Eds.) (1986). *Readings in social psychology* (pp. l37-l55).  Peterborough, Canada: Broadview Press Ltd.

Peplau, L. A.,  & Cochran, S. D. (1981).  Value orientations in the intimate relationships of gay men.  *Journal of Homosexuality*, *6*(3), 1-19.

> Reprinted in J. P. DeCecco (Ed.) (1988). *Gay relationships* (pp. 195-216).  New York: Harrington Park Press.

Peplau, L. A. (1981, March).  What homosexuals want in relationships.  *Psychology Today*, pp. 28-34, 37-38.

Peplau, L. A. (1981).  Interpersonal attraction.  In D. Sherrod (Ed.), *Social psychology*, 2nd Ed. (pp. 195-229).  New York: Random House.

Hill, C. T., Peplau, L. A., & Rubin, Z. (1981). Differing perceptions in dating couples: Sex roles vs. alternative explanations. *Psychology of Women Quarterly*, *5*(3), 418-434.

Weeks, D. G., Michela, J. L., Peplau, L. A., & Bragg, M. E. (1980). The relation between loneliness and depression: A structural equation analysis. *Journal of Personality and Social Psychology*, *39*(6), 1238-1244.

Russell, D., Peplau, L. A., & Cutrona, C. E. (1980). The revised UCLA loneliness scale: Concurrent and discriminant validity evidence*. Journal of Personality and Social Psychology*, *39*(3), 472-480.

Rubin, Z., Hill, C. T., Peplau, L. A., & Dunkel-Schetter, C. (1980). Self-disclosure in dating couples: Sex roles and the ethic of openness. *Journal of Marriage and the Family*, 42(2), 305-317.

Peplau, L. A. (1980). Sexual aspects of lesbian relationships. *Medical Aspects of Human Sexuality*, *14*(3), 107.

Peplau, L. A. (1980). Lesbian mothers. *Medical Aspects of Human Sexuality*, *14*(3), 136-137.

Falbo, T., & Peplau, L.A. (1981). Power strategies in intimate relationships. *Journal of Personality and Social Psychology*, *38*(4), 618-628.

Rubenstein, C., Shaver, P., & Peplau, L. A. (1979, February). *Loneliness. Human Nature*, pp. 58-65.

Peplau, L. A., Russell, D., & Heim, M. (1979). The experience of loneliness. In I. H. Frieze, D. Bar-Tal, & J. S. Carroll (Eds.), *New approaches to social problems: Applications of attribution theory* (pp. 53-78). San Francisco, CA: Jossey-Bass.

Peplau, L. A., & Perlman, D. (1979). Blueprint for a social psychological theory of loneliness. In M. Cook & G. Wilson (Eds.), *Love and attraction* (pp. 99-108). Oxford, England: Pergamon.

Peplau, L. A. (1979). Power in dating relationships. In J. Freeman (Ed.), *Women: A feminist perspective*, 2nd Ed. (pp. 106-121). Palo Alto, CA: Mayfield Publishing. Reprinted (1984) in the 3rd Edition.

Hill, C. T., Rubin, Z., Peplau, L. A., & Willard, S. G. (1979). The volunteer couple: Sex differences, couple commitment and participation in research on interpersonal relationships. *Social Psychology Quarterly*, *42*(4), 415-420.

Russell, D., Peplau, L. A., & Ferguson, M. (1978). Developing a measure of loneliness. *Journal of Personality Assessment*, *42*(3), 290-294.

Peplau, L. A., Russell, D., & Heim, M. (1978). Loneliness: A bibliography of research and theory. *JSAS Catalog of Selected Documents in Psychology*, *8, 38*. (Ms. No. 1682.)

Peplau, L. A., Cochran, S., Rook, K., & Padesky, C. (1978). Loving women: Attachment and autonomy in lesbian relationships. *Journal of Social Issues*, *34*(3), 7-27.

*This article was awarded the Evelyn C. Hooker research award by the national Gay Academics Union, November 24, 1979.*

Reprinted in L. Richardson & V. A. Taylor (Eds.) (1983) *Feminist frontiers: Rethinking sex, gender & society* (pp. 408-419).  Reading, MA:  Addison-Wesley.

Peplau, L. A., & Ferguson, M. (1978).  Loneliness:  A cognitive analysis.  *Essence*, *2*(4), 207-220.  (This is a Canadian gerontology journal that devoted a special issue to loneliness.)

Hammen, C. L., & Peplau, L. A. (1978).  Brief encounters: Impact of gender, sex-role attitudes, and partner's gender on interaction and cognition.  *Sex Roles*, *4*(1), 75-90.

Peplau, L. A., Rubin, Z., & Hill, C. T. (1977).  Sexual intimacy in dating relationships. *Journal of Social Issues*, *33*(2), 86-109.

Peplau, L. A., & Hammen, C. L. (1977).  Social psychological issues in sexual behavior:  An overview.  *Journal of Social Issues*, *33*(2), 1-6.

Peplau, L. A., Rubin, Z., & Hill, C. T. (1976).  The sexual balance of power. *Psychology Today*, November, pp. 142, 145, 147, 151.

Reprinted in C. Gordon & G. Johnson (Eds.) (1976), *Readings in human sexuality: Contemporary perspectives*, 2nd Ed.  New York:  Harper & Row.

Reprinted in Annual Editions (1980), *Readings in personal growth and adjustment* 80/81.  Guilford, CT:  Dushkin.

Peplau, L. A. (1976). Fear of success in dating couples. *Sex Roles*, *2*, 249-258.

Peplau, L. A. (1976).  Impact of fear of success and sex-role attitudes on women's competitive achievement.  *Journal of Personality and Social Psychology*, *34*, 561-568.

Hill, C. T., Rubin, Z., & Peplau, L. A. (1976).  Breakups before marriage: The end of 103 affairs. *Journal of Social Issues*, *32*(1), 147-168.

Reprinted in A. Skolnick & J. Skolnick (Eds.) (1977), *Family in transition, 2nd Ed*.  Boston, MA:  Little, Brown & Co.

Reprinted in G. Levinger & O. C. Moles (Eds.) (1979), *Divorce and separation: A survey of causes and consequences*.  New York: Basic Books.

Reprinted in Peplau, L. A., Sears, D. O., Taylor, S. E., &  Freedman, J. L. (Eds.) (1988), *Readings in social psychology:  Classic and contemporary contributions*.  Englewood Cliffs, NJ: Prentice-Hall.

Rubin, Z., & Peplau, L. A. (1975).  Who believes in a just world? *Journal of Social Issues*, *31*(3), 65-90.

Reprinted (1977) in *Reflections*, XII(1), 1-26.

Rubin, Z., & Peplau, L. A. (1973).  Belief in a just world and reactions to another's lot:  A study of participants in the national draft lottery. *Journal of Social Issues, 29*(4), 73-94.

Peplau, L. A. (1972).  Intergroup behavior. *In Psychology today:  An introduction* (pp. 545-563). Del Mar, CA:  CRM Books.

Peplau, L. A. (1972).  Patterns of social behavior: The case of sex roles. *In Psychology today: An introduction* (pp. 487-500).  Del Mar, CA:  CRM Books.

Peplau, L. A. (1967).  Infantile autism. *Perspectives in Psychiatric Care*, *5*(3), 112-122.

## Book Reviews

Peplau, L.A. (1996).  The wit and wisdom of a feminist sexologist. *Psychology of Women Quarterly, 20*, 173-174. (Review of "Sex is not a natural act and other essays")

Peplau, L. A. (1994). Is it a relationship if we're not having sex?  Contemporary Boston Marriages. *Journal of Sex Research, 31*(3), 243-245.  (Review of "Boston Marriages:  Romantic but Asexual Relationships among Contemporary Lesbians")

Peplau, L. A. (1988).  Review of "In search of parenthood:  Coping with infertility and high-tech conception." *Contemporary Psychology, 33*(10), 919.

Peplau, L. A. (1982).  Review of "The Anatomy of Loneliness" and "In Search of Intimacy." *Journal of Psychosocial Nursing, 20*(11), 38-39.

Peplau, L. A., & Gutek, B. (1979).  Textbooks on the psychology of women: A review essay. *Psychology of Women Quarterly, 4*(1), 129-136.

Peplau, L. A. (1979).  Review of "Friends and Lovers." *American Journal of Sociology, 84*(6), 1513-1514.

Peplau, L. A. (1977).  Review of "The Hite Report" and "Sex and Personality." *Psychology of Women Quarterly, 2*(1), 86-88.

Peplau, L. A. (1977).  An Introduction to Women's Studies. *Contemporary Psychology, 22*(12), 933-934.  (Review of "Beyond Intellectual Sexism")

Peplau, L. A. (1977).  Review of "Women and Achievement." *Sex Roles, 3*(6), 600-602.

Peplau, L. A. (1975).  Assessing sexual innovation in marriage. *Contemporary Psychology, 20*(12), 941-942.  (Review of "Beyond Monogamy")

## Selected Recent Paper Presentations, Invited Addresses and Posters

Peplau, L. A. (August, 2010). *Marriage equality for same-sex couples: Perspectives from relationship research in the United States.*  Invited Presidential Symposium presented at the annual meeting of the American Psychological Association, San Diego, CA.

14

Peplau, L. A. (August, 2010).  *Same-sex couples: Research, law and policy*.  Presented at the International Lesbian, Gay, Bisexual and Transgender Psychology Summer Institute, University of Michigan, Ann Arbor, MI.

Hill, C. T., & Peplau, L. A. (July, 2008). *Is love blind? Attractiveness ratings by self, partner, and others, and the outcome of dating relationships 25 years later*.  Paper presented at the International Congress of Psychology, Berlin, Germany.

Fingerhut, A. D., deRoulhac, C., Natale, C., & Peplau, L. A. (2008, February). *Heterosexuals' attitudes toward gay men and lesbians: Predictors of positive and negative attitudes.* Poster presented at the annual meeting of the Society for Personality and Social Psychology, Albuquerque, NM.

Frederick, D.A., & Peplau, L.A. (2007, January).  *The UCLA Body Matrices II:  Computer-generated images of men and women varying in body fat and muscularity/breast size to assess body satisfaction and preferences.*  Poster presented at the annual meeting of the Society for Personality and Social Psychology, Memphis, TN.

Mulrenan, T., Frederick, D.A., Sadeghi-Azar, L., Ha, J., Peplau, L.A., & Haselton, M.G. (2006, January).  *The UCLA Body Matrices as measures of body image and body type preferences*. Poster presented at the annual meting of the Society for Personality and Social Psychology Conference, Palm Springs, CA.

Laird, K., Mulrenan, T., Frederick, D.A., Grigorian, K., Peplau, L.A., & Haselton, M.G. (2006, January).  *Sex differences in preferences for dating a taller romantic partner.* Poster presented at the annual meeting of the Society for Personality and Social Psychology Conference, Palm Springs, CA.

Sadeghi-Azar, L., Frederick, D.A., Mulrenan, T., Peplau, A., Haselton, M.G., & Fessler, D.M.T. (2006, January).  *Representations of the ideal male and female bodies in popular media.* Poster presented at the annual meeting of the Society for Personality and Social Psychology Conference, Palm Springs, CA.

Fingerhut, A. W., & Peplau, L. A. (2006, January). *Symposium: Integrating social identity perspectives with research on the experiences of lesbians and gay men*.  Symposium presented at the annual meeting of the Society for Social and Personality Psychology, Palm Springs, CA.

Frederick, D.A., Haselton, M., Peplau, L.A., Mansourian, A., & Allameh, S. (2005, January).  *Sex differences in desires for sexual variety*.  Poster presented at the annual meeting of the Society for Personality and Social Psychology Conference, New Orleans, LA.

Ghavami, N., Fingerhut, W., & Peplau, L. A. (2005, January). *A dual-identity approach to understanding stress experiences of lesbians and gay men*.  Poster presented at the annual meeting of the Society for Social and Personality Psychology, New Orleans, LA.

Peplau, L.A., Frederick, D.A., Lever, J., Burklund, L., & Madrid, H. (2005, January).  *Correlates of body image dissatisfaction among 52,171 online respondents*.  Society for Personality and Social Psychology Conference, New Orleans, LA.

15

Sadeghi-Azar, L., Frederick, D.A., Allameh, S., Lever, J., & Peplau, L.A. (2005). *Attitudes toward cosmetic surgery and the body across the lifespan*. American Psychological Society Convention, Los Angeles, CA.

Peplau, L.A., Frederick, D.A., Lever, J., Kroskrity, E. (2005). *Body image satisfaction among lesbian, gay, and heterosexual adults.* American Psychological Society Convention, Los Angeles, CA.

Frederick, D.A., Lever, J., Peplau, L.A., Casey, J., & Berezovskaya, A. (2005). *Does size matter? Attitudes toward breast size and shape among heterosexual adults.* American Psychological Society Convention, Los Angeles, CA.

Fingerhut. A.W., Peplau, L.A., & Ghavami, N. (2005, February). *Gay and Lesbian Psychological Health: The Role of Identity*. Poster presented at the National Multicultural Conference and Summit, Los Angeles, CA.

Fingerhut, A. W., & Peplau, L. A. (2005, January). *Stereotypes of women in the workforce: The role of sexual orientation and parental status*. Poster presented at the annual meeting of the Society for Personality and Social Psychology, New Orleans, LA.

Peplau, L. A., Lever, J., Frederick, D., Burklund, L., & Madrid, H. (2005, January). *Correlates of body image dissatisfaction among 52,171 online respondents*. Poster presented at the annual meeting of the Society for Social and Personality Psychology, New Orleans, LA.

Peplau, L. A. (2004, November 12). *New directions in research on women's sexual orientation*. Invited colloquium, Institute for Social and Behavioral Research, Iowa State University, Ames, Iowa.

Peplau, L. A. (2004, September 29). *The development of sexual orientation in women: A social-psychological analysis.* Invited colloquium, Psychology and Women's Studies, University of Michigan, Ann Arbor, MI.

Peplau, L. A., Fingerhut, A., & Ghavami, N. (2004, July). *Individual differences in gay-related stress: A dual-identity perspective*.

Hill, C. T., & Peplau, L. A. (July, 2003). *Sources of self-esteem: A 25-year study*. Paper presented at the 29th Inter-American Congress of Psychology.

Peplau, L. A., & Impett, E. A. (2003, April 11). *Sexual compliance: Why partners make "sexual sacrifices."* Invited presentation, Society for the Scientific Study of Sexuality, Western Region Annual Conference, San Jose, CA.

Peplau, L. A. (April 11, 2003). *Gender differences in sex and relationships*. Invited address, Society for the Scientific Study of Sexuality, Western Region Annual Conference, San Jose, CA.

Hill, C. T., & Peplau, L. A. (March 28, 2003). *Romantic beliefs and marital outcomes: A 25-year study*. Paper presented at the Southeast Psychological Association, New Orleans, LA.

Peplau, L. A. (August, 2002). *Venus and Mars in the lab: New research on gender and sexuality*. Invited Master Lecture, annual meeting of the American Psychological Association, Chicago, IL.

Hill, C. T., & Peplau, L. A. (July, 2001). *Life satisfaction: A 25-year follow-up of the Boston Couples Study*.  Presented at the VIIth European Congress of Psychology, London, England.

Peplau, L. A., & Garnets, L. D. (May, 2001). *A new paradigm for understanding women's sexual orientation.* Presented at the annual meeting of the Western Psychological Association, Maui, Hawaii.

17

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>
EDITH SCHLAIN WINDSOR, in her capacity as Executor of the estate of THEA CLARA SPYER<br><br>
　　　Plaintiff,<br><br>
　　　　　　v.<br><br>
THE UNITED STATES OF AMERICA,<br><br>
　　　Defendant.
</td><td>
**No. 1:10-cv-08435(BSJ)(JCF)**
</td></tr>
</table>

**EXPERT AFFIDAVIT OF NANCY F. COTT, Ph.D.**

I, Nancy F. Cott, Ph.D., hereby depose and declare as follows:

**I.　　BACKGROUND AND QUALIFICATIONS**

1.　　I am presently the Jonathan Trumbull Professor of American History at Harvard University. I have been retained by Plaintiff's counsel in connection with the above-referenced litigation. I have actual knowledge of the matters stated in this Affidavit and could and would so testify if called as a witness.

2.　　My background, experience, and list of publications are summarized in my curriculum vitae, which is attached as Exhibit A to this Affidavit. In the past four years, I have submitted an expert report, been deposed as an expert or testified as an expert at trial in *Perry v. Schwarzenegger*, No. 09-2292 (N.D. Cal.), and *Commonwealth of Massachusetts v. U.S. Department of Health and Human Services*, No. 09-11156 (D. Mass.). I have also been retained as an expert by counsel for the plaintiffs in *Pedersen v. Office of Personnel Management*, No. 3:10-cv-01750-VLB (D. Conn.). I am rendering my expert services in this case on a pro bono basis, and am receiving reimbursement from counsel for plaintiff, Paul, Weiss, Rifkind, Wharton & Garrison, LLP, for any out-of-pocket costs associated with my rendering expert testimony.

3.　　In 1969, I received a master's degree in History of American Civilization from Brandeis University. In 1974, I received a Ph.D. degree in History of American Civilization

1

from Brandeis University.  Since that time, I have researched and taught United States history. I taught for twenty-six years at Yale University, where I gained the highest honor of a Sterling Professorship, and in 2002 I joined the faculty at Harvard University.

4.      I teach graduate students and undergraduates in the area of American social, cultural and political history, including history of marriage, the family, and gender roles.  I also am the Pforzheimer Family Foundation Director of the Schlesinger Library on the History of Women in America, Radcliffe Institute for Advanced Study.

5.      I have received multiple fellowships, honors and grants, from a John Simon Guggenheim Memorial Foundation Fellowship in 1985 and National Endowment for the Humanities Fellowship in 1993, to a Fulbright Lectureship in Japan in 2001 and election to the American Academy of Arts & Sciences in 2008.

6.      I am the author or editor of eight published books, including *Public Vows: A History of Marriage and the Nation* (Harvard Univ. Press, 2000), the subject of which is marriage as a public institution in the United States.  I also have published over twenty scholarly articles, including a number discussing the history of marriage in the United States.  I have delivered scores of academic lectures and papers over the past thirty-five years on a variety of topics, including the history of marriage in the United States.  I also have served on many advisory and editorial boards of academic journals.

7.      I spent over a decade researching the history of marriage in the United States, especially its legal attributes, obligations, and social meaning, before and while writing my book *Public Vows: A History of Marriage and the Nation.*  The claims and evidence in this Affidavit come principally from the research for that book and are more fully documented there and in an article based on that research, "Marriage and Women's Citizenship," which was published in *American Historical Review* in 1998.  The numerous historical sources, legal cases, and government documents that I studied and analyzed while researching and writing the book, as well as the other scholars' work that I consulted, are cited in my published footnotes in the book and article.  In addition, I have supplemented my past research with more recent reading and research on matters referenced in this Affidavit.  In preparing to write this Affidavit, I reviewed *Public Vows*, "Marriage and Women's Citizenship," and certain of the sources cited therein, as well as the materials listed in the attached Exhibit B.  I have also relied on my years of experience in this field, as set out in my curriculum vitae, and on the materials listed therein.

2

## II.   SUMMARY OF EXPERT OPINIONS

8.     I have been asked for my expert opinion concerning the United States' history of regulating marriage, including both by state governments and the federal government.  My conclusions are as follows:

- In the United States, marriage is a double-facing institution, both public and private.  It is a public institution in that it is constituted by the state; its form and requirements are created by public authority, and it operates as systematic public sanction, bringing rights and benefits along with duties.  At the same time, marriage signifies a freely-chosen relationship between two individuals and founds a private realm of individual liberty and familial intimacy.

- The institution of marriage in the United States is a particular, not a universal form of the institution, and it has been defined and controlled at the state level, historically, in accord with premises established by the U.S. Constitution. Marriage has been shaped by legislators and judges in the various states to adjust to changing needs from the founding of the nation until today.

- States' variance today on validating marriage for couples of the same sex resembles and is parallel to the history of states' divergences with respect to many other dimensions of marriage validity.

- States have varied from one another in defining the basic elements of marriage, including whether or not ceremonies are required for validation, how spousal roles shall be defined and enforced, what other 'race' may marry a 'white' person, how marriage may be dissolved, and other issues.

- Heated controversy often surrounded changes to the features of marriage on which state laws diverged in the past.  The controversies today focusing on marriage between couples of the same sex, and state variance on the matter, resemble these past disagreements.

- Despite the extent and frequency of states' variation in definitions of marriage, prior to 1996 the federal government never stipulated a uniform definition of

3

marriage for purposes of federal law, and instead relied upon states' determinations.

- In defining marriage for all federal purposes, the Defense of Marriage Act represents a substantial deviation from all the prior history of federal-state relations in marriage regulation.

## III.    BASIS AND REASONS FOR OPINIONS

### A.    Exclusive State Power over Marriage Rules and Transformation of Status Upon Marriage

9.    Before the American Revolution, colonial legislatures (rather than Great Britain's Parliament) set the terms of colonists' marriages.  When the United States declared its independence, each state set up marriage laws and regulations among its very first founding legislation.  These laws were often very detailed, indicating each state's wish to define the institution for its citizens and thus to create public order and social benefit through the vehicle of marriage.

10.    During the framing of the U.S. Constitution in 1787, the topic of marriage was not raised in the process of defining the powers of the federal government.  The Constitution's silence on marriage rules conceded states' sovereignty over the area.  States had exclusive power over marriage rules as a central part of the individual states' "police power"—meaning their responsibility (subject to the requirements and protections of the federal Constitution) for the health, safety and welfare of their populations.

11.    Marriage in the United States has always been governed by civil rather than religious authorities.  Whether a marriage is recognized or not by a religion does not dictate its legality or validity.  Religious authorities have been authorized to act as deputies of the civil authorities in performing marriage ceremonies, but not to determine the qualifications for entering or leaving a legally valid marriage.

12.    Marriage in all of the United States has always been a consent-based, voluntary choice of the partners that embodies both a contract and a status.  Although marriage must be based upon mutual consent, it cannot be modified or ended thereby. The state prescribes the obligations as well as rights of marriage in its dual role as a party to and guarantor of the couple's bond.   For couples who follow the marriage regulations prescribed by the state, their

4

wedding formally and legally transforms their status, giving each of them a new legal standing and a distinctive set of obligations and rights pertaining to them as married persons.

**B.     Purposes of Marriage**

13.     Societies in various times and places have defined marriage in different ways. Marriage is an institution of human culture and thus can vary as much as human cultures vary. What is seen as legitimate marriage in a given society may be, for instance, polygamous or monogamous, matrifocal or patrifocal, patrilineal or matrilineal, lifelong or temporary, open or closed to concubinage, divorce-prone or divorce-averse, and so on.

14.     In the United States, the institution of marriage is a public/private hybrid.  It is public both in the sense that a couple makes vows publicly before a witness, and in that the state makes certain vows to the couple about the protection and support of their relationship in granting them a marriage license.  By its very definition it is a public institution that the state has authorized and uses to regulate the population and the public and to dispense benefits.  At the same time, marriage is the exercise of an individual liberty and the foundation of the private familial realm.

15.      Marriage in the United States has served numerous complementary purposes and functions, among which the relative salience has changed over time.  No one outside a particular couple can describe their private, subjective experience of "being married," since this may vary as much as individuals vary.  Historians can, however, document how the institution of marriage has functioned, changed and been defined by law.  Among the purposes that marriage and its regulation by civil authorities have served over this country's history are: to create stable households; to create public order and economic benefit; to legitimate children; to assign providers to care for dependents (including the very young, the very old, and the disabled) and thus limit the public's liability to care for the vulnerable; to facilitate property ownership and inheritance; to shape the "people," or to compose the body politic; and to facilitate governance (state regulation of the population).

16.     In the interest of public order, state governments have bundled together legal obligations with social rewards in marriage to encourage couples to choose committed relationships of sexual intimacy over transient relationships, whether or not these relationships will result in children.  In the Anglo-American practice of four or five centuries ago that underlies our contemporary system, marriage was designed to be a regulatory institution that

5

established recognizable household heads who would take economic responsibility for their dependents. In the early United States, state governments encouraged marriage (among the free white population) because maritally-organized households organized the broader population under male household heads and promised economic stability, both of which functions contributed to the common good. These benefits advantaged the state in the past when households more often included large numbers of people, as well as now, when most households and families are small.

17. Today, too, the purpose of the state in licensing and incentivizing marriage is to create stable households in which the adults who reside there are committed to one another by their own consents and will support one another as well as any dependents they may have.

18. Over time, marriage has developed a social meaning in which the state places a unique value on the couple's choice to join in marriage, to remain committed to one another, to form a household based on their relationship, and to join in an economic partnership to support one another in the material needs of life.

19. The ability or willingness of couples to produce progeny has never been required for or necessary to marriage under the law of any American state. For example, no state ever barred women past menopause from marrying or allowed a husband to divorce his wife because she was past childbearing age. Men or women known to be sterile have not been prevented from marrying. Nor could a marriage be annulled for an inability to bear or beget children.

20. In the past, older adults who were widows and widowers remarried whenever a willing mate could be found; although it was often clear that no children would result, marriage was desirable because a married couple together had the wherewithal to carry on a stable household. In our contemporary post-industrial economy, many divorced or widowed older adults marry when they are past childbearing age, usually for reasons of intimacy and stability. Ever since the 1920s, when reliable (if not always convenient) contraception became available to those who sought it, sexual intimacy has been separable from reproductive consequences even for those of reproductive age. Since then—and even more commonly since the 1960s when contraception became more efficient and widely available—couples with no interest in or expectation of childbearing marry and re-marry.

21. The notion that the main purpose of marriage is to provide an ideal or optimal context for raising children was never the prime mover in states' structuring of the marriage

6

institution in the United States, and it cannot be isolated as the main reason for the state's interest in marriage today. Nor is it historically correct to say that a biological link between parents and children is a necessary foundation for marriage or the principal or sole reason why marriage is good for society.

22.     Arguably, states' marriage rules with respect to children have aimed more consistently at supporting them than producing them. While having children was never a requirement, support for any child born or adopted into a family always has been an obligation of the household head. Today, it is a shared responsibility among the family, as much in the case of divorce or separation as in an intact marriage. Such rules have put a critical limit on the public's responsibilities for the young and the dependent.

23.     Historically, marriage between the parents of a child was required for the child's "legitimacy." Marriage drew the line between legitimacy and illegitimacy—a function that was particularly important among the propertied who were concerned about "legitimacy" in lines of inheritance. Today, parentage can be determined for all children regardless of their parents' marital status, and both adoption and reproductive technology create parents apart from biology. The law requires all parents to support their children, regardless of the circumstances in which those children came to be.

### C.     Diversity in States' Marriage Rules

24.     Marriage rules have varied from state to state, and legislators and judges in every state have changed those rules and interpretations significantly over time. Despite these many changes to the terms of marriage, the federal government has accepted the states' differing definitions of marriage for purposes of federal law.

25.     Since the founding of the United States, different states have set, interpreted, altered and adjusted marriage terms and rules in response to local circumstances and preferences. Over time there have been many nontrivial differences in states' laws on who was permitted to marry, what steps composed a valid marriage, what spousal roles should be, and what conditions permitted divorce. State marriage laws arose and responded to changes in the political and economic environment, religious forces, changes in the ethnic composition of a state's residents, and many other local conditions. (In Massachusetts and New York, for example, after the large Irish immigration of the 1840s, the Catholic Church became a distinctive pressure group, its views influencing legislators regarding divorce policies.)

7

26.     Regional and cultural differences, as well as state legislators' understandings of their states' interests, resulted in a patchwork quilt of marriage rules in the United States. Sometimes states purposely distinguished their marriage rules from those of other states for moral or political reasons, to compete in drawing population to their borders, or with the intent to reap economic benefit for their own state.

27.     The legal historian Hendrik Hartog has observed of state practices in the nineteenth century, "Legislators and courts tinkered constantly with the rules of marital property, the rules regarding child custody, and those regarding divorce.  In some states, particularly in the Midwest and West, lawmakers appear to treat the law of marriage not as an unchangeable inherited structure but, rather, as a testing ground for changing social theories."  For example, the writers of California's first constitution in 1849 decided upon a marital regime of community property not only because it was familiar to the Mexican and Spanish settlers there, but also because they hoped that this regime would appeal (more than a common law system of husband's sole ownership of marital property) to the young white women whom they hoped would migrate to their state.

28.     Competition and differentiation were not the only modes of states' expressions of their sovereignty over marriage rules, however; imitation was another.  Marriage and divorce reform waves swept over states at various times, and as states looked to each others' laws and judicial opinions, multiple states might move sequentially in roughly the same direction.

29.     The inconsistencies in marriage practice that occurred as a result of the diversity in states' rules raised alarms among some American reformers.  When cumulative state statistics of marriage and divorce were first published (in the 1880s, covering the preceding twenty years), some observers were horrified by the evidence and saw in it an augury of marital decline.  The statistics showed considerable regional and state differences in marriage laws and an increasing frequency of divorce.  Reformers fearful about the future of marriage began calling for uniform marriage and divorce laws.  Such reformers advocated a national legal code in order to cure the lack of uniformity and to eliminate the incitement to divorce present in a faraway state's liberality on the matter.

30.     A constitutional amendment to establish national uniformity in marriage and divorce laws was first proposed in 1885-86.  Legislative and constitutional proposals to nationalize the definition of marriage were put before Congress again and again, from the 1880s

8

to 1950s, with a particular burst of activity during and after World War II, because of the war's perceived damage to the stability of marriage and because of a steep upswing in divorce.  No proposal ever succeeded. Few members of Congress were willing to supersede their own states' power over marriage and divorce.  While members of Congress oversaw an expansion of the powers of the federal government in other domains, they guarded their own states' sovereignty over marriage.

31.     In what follows, I will illustrate how states have varied in their decision-making about the forms of valid marriage, restrictions on who can marry, and ways of ending marriage. The examples that I will discuss are illustrative only, rather than comprehensive; numerous other kinds of difference could be cited.  I will discuss common law marriage, age at marriage, "hygienic" restrictions, marriage across the color line, and grounds for divorce.

### (i)     Common Law Marriage

32.     From the Revolutionary era on, state laws and court decisions have varied even in the most basic point of what constitutes a valid marriage.  This became apparent soon after 1800 with respect to the validity of marriage without ceremony, which is often called "common law marriage."  In many parts of early America, couples cohabited and acted like married partners but had not followed prescribed ceremonies, and their local community accepted them as married if they lived conventionally.  Court challenges to such marriages usually arose in the course of a property inheritance dispute after the death of one of the partners.

33.     Many American state courts were lenient (where English judges were not) in accepting these relationships as valid marriages—but not all.  The Supreme Court of New York (then the state's highest court), in an 1809 decision attributed to Chief Justice James Kent (later the state's Chancellor and a highly influential jurist), affirmed an informal marriage, saying that "no formal solemnization of marriage was requisite" when the couple consented through mutual vows.  Kent elaborated on this view in his 1826 Commentaries, saying that "consent is all that is required by natural or public law," citing Roman law for the doctrine that "the very foundation and essence of the construct consisted in consent freely given" and seeing this as "the language equally of the common law and canon law and of common reason."

34.     The Supreme Judicial Court of Massachusetts had a different view.  In cases in 1804 and 1810, the Commonwealth's high court refused to recognize marriages that had not been solemnized according to the prescribed ceremonies conducted by an authorized agent.

9

Justice Theophilus Parsons saw marriage as a civil contract, but one that required public oversight and validation.  Even though Massachusetts did not expressly prohibit common law marriage, such an informal arrangement could not be validated, Parsons concluded, without rendering "all the statute regulations" on the subject of marriage "in a great measure nugatory."

35.    Diversity in states' willingness to credit common law marriage continued through the nineteenth century.  A few states absolutely prohibited or nullified such marriages, and even in the majority that did not, judges sometimes refused to recognize them, following Justice Parsons's reasoning.  But Kent's view became the interpretation of the majority.

36.    By the end of the nineteenth century, the tide turned.  In one state after another, the reformers who were upset by the rising divorce rate also thought that marriages were too casually entered into, and they pressured legislators to regulate marriage formally to a greater extent than earlier generations had.  Although the pattern was highly varied, a majority of states invalidated informal marriages over the course of a century.

37.    Several states still hold out today, however, and continue to accept common law marriage for some or all purposes, including Alabama, Colorado, Iowa, Kansas, Montana, South Carolina, Rhode Island, Texas, and the District of Columbia.  Others do not recognize common law marriages entered now, but will recognize one made before a certain date.  For example, Pennsylvania honors common law marriages entered into prior to 2005; Idaho recognizes those contracted before 1996; and New Hampshire is willing to honor common law marriage for inheritance purposes after one spouse dies, but not before.

38.    Despite this variation, the federal government has not interceded to determine whether any or some forms of common law marriage should be recognized for the purpose of federal law.  The federal government accepts states' definitions in these cases.

**(ii)    Age at Marriage**

39.    In the late nineteenth century, reformers also urged state legislators to raise the bar to marriage entry in other ways, for example with respect to age limits.  Common law set the age of consent at puberty.  Under pressure from reformers, most state legislatures raised the age of consent to at least 14 for females and 16 for males.  States have made subsequent adjustments, all upwards, in the past century.  At present, all states but one allow 18-year-olds to marry without parental consent; Nebraska makes 19 the required age.

10

40. States also differ on the absolute minimum age for marrying   Most states set this minimum at 16, but Mississippi, for example, has no minimum marriage age (so long as a judge or the parents give consent); West Virginia sets the minimum at age 18 and makes exceptions in case of pregnancy or the birth of a child; Hawaii sets the minimum at 15, and New Hampshire even lower.

41. Despite this variation, no minimum age is required for a marriage to be accepted as valid for purposes of federal law.

### (iii)    Public Health Concerns

42. State legislators in the late nineteenth and early twentieth centuries also implemented reformers' insistence on a new category of "hygienic" or "eugenic" regulation of marriage, though the implementation varied.  Concerns about biological "fitness" to marry led states to add strictures about venereal disease, "feeblemindedness," epilepsy, and other conditions.  Michigan led in 1899; by the 1930s, 25 more states criminalized marriage by persons with venereal disease.  Wisconsin, in 1913, was the first state to require a medical examination for the prospective groom (to determine whether he had venereal disease) before a marriage license could be issued, and most states followed.  Indiana was first in 1907 to require sterilization before individuals considered to be "idiots," "imbeciles," habitual criminals, or convicted rapists could marry.  By 1931, 27 states had similar laws.

43. In the same time period, states also began to ban first-cousin unions.  Marriages between first cousins had been common and approved for centuries in Europe and many U.S. states; elites especially favored first-cousin marriages as a way to consolidate rather than disperse family property.  Kansas was the first state to ban first cousin marriage in 1858, presumably because of worries about hereditary risk.  Seven states, mostly but not only in the West, followed suit in the 1860s.  Other states followed in subsequent decades, to the 1920s, passing these bans along with others based on presumed hygienic or eugenic reasons.  Then the wave of concern passed: only Kentucky (1946), Maine (1985), and Texas (2005) have passed such laws since the 1920s.  At present, 31 states either ban first-cousin marriage or impose certain conditions on its validation.

44. Despite this variation, the federal government has not interceded to determine hygienic requirements for qualifying marriages under federal law and has accepted states' determinations.

### (iv)    Marriage across the Color Line

45.    A major example of state variation in marriage law is the criminalization, nullification and voiding of marriages that crossed a "racial" or color line.  This is a chequered history, not at all confined to the American South.  The slaveholding states before the Civil War relied on the regime of slavery itself, more than marriage bans, to prevent legitimate marriage between whites and blacks.  Because slaves lacked basic civil rights (*i.e.*, the right to body, liberty and property), they also lacked the ability to consent validly to marriage.  Furthermore, marriage obliged those undertaking it to fulfill certain duties defined by the state; a slave's prior and overriding obligation of service to the master made carrying out the duties of marriage impossible.

46.    Following the abolition of slavery, state legislators strengthened bars to marriage across the color line.  Ten states enacted new laws that voided or criminalized marriage between blacks and whites, eight others strengthened their similar laws, and still others kept theirs in place.  Enforcement of these laws usually occurred at the point of obtaining a marriage license.  County clerks charged with issuing marriage licenses would typically look at the couple applying and decide whether to grant a license or not; hence, there was a great deal of inexactness in enforcement.

47.    Following agitation in California and other Western states over Asian immigration, five Western states in the 1860s added the categories of Indians, Chinese and "mongolians" to those (Negro and mulatto) already prohibited from marrying whites.  As theories of "race" continued to develop, laws using racial designations to proscribe marriages became more complex, especially the Western states.  As many as 41 states and territories of the U.S. banned, nullified, or criminalized marriages across the color line for some period of their history, often using "racial" classifications that are no longer recognized.

48.    These laws varied widely across the states.  New England was less avid in preventing these marriages than other regions; Vermont, New York, and Connecticut never had such laws, but Massachusetts, Rhode Island, and Maine did, early in their histories.

49.    Many states had complicated histories on this issue, legislating repeatedly and differently over the decades.  Some imposed outsize punishments: Alabama, for example, penalized marriage, adultery, or fornication between a white and "any negro, or the descendant of any negro to the third generation," with hard labor of up to seven years.  Some states

12

(especially in the West) expanded the categories of groups whose marriage to whites was prohibited.  As the historian Peggy Pascoe has shown: "In one state or another, all of the following groups were prohibited from marrying Whites: Negroes, Mulattoes, Quadroons, Octoroons, Blacks, Persons of African Descent, Ethiopians, Persons of Color, Indians, Mestizos, Half-Breeds, Mongolians, Chinese, Japanese, Malays, Kanakas, Coreans, Asiatic Indians, West Indians, and Hindus."

50.    The 1910s and 1920s were explosive in this contentious area, both because more African Americans migrated north and because Victorian sexual standards were overridden by more sexually expressive modern values.  The marriage of African American heavyweight boxinig champion Jack Johnson to a young white woman made sensational national news in 1912, shortly after he had defeated the "great white hope," Jack Jeffries, in a match viewed as a contest for racial supremacy.  In the next year, fourteen state legislatures—including New York's—saw bills introduced to institute or strengthen intermarriage bans.  None passed in Northern states, however, mostly because of organized pressure by black voters.  In the late 1920s, sparked by the resurgence of the Ku Klux Klan, legislators in Maine, Rhode Island and New York introduced new bills to criminalize intermarriage; and Congress introduced and returned several times to such a bill for the District of Columbia.  None of these was successful, mainly because of the strong countermobilization by the NAACP.

51.    Legislators often justified the laws criminalizing marriage across the color line by saying that such marriages were against nature or against the Divine plan, much as opponents of same-sex marriage argue today.  They contended that permitting cross-racial couples to marry would degrade the institution of marriage fatally.  To the white legislators who passed these laws, only marriage to other whites qualified as "natural."

52.    Whatever the high-flown rhetoric surrounding them, however, these bars to marriage served to deprive intimate white-black relationships of public approval.  By preventing an intimate relationship between a white and a person of color from ever gaining the status of marriage, legislators sought to delegitimize the relationship.  In parallel fashion, preventing legal recognition of a relationship between a couple of the same sex (either at the state or federal level) functions to discredit that relationship.

53.    These laws expressed state preferences at the time.  In 1930, laws in thirty states nullified and/or punished marriage between whites and blacks—many of them, especially in the

13

West, treating marriage between whites and Asians the same way.  As a result, marriage was the most criminalized form of race-related conduct at the height of the Jim Crow era.

54.     Social and legal views on this question changed slowly and haltingly during the twentieth century.  Although the Supreme Court of the United States articulated the right to marry as a fundamental right in 1923, Virginia passed the most restrictive marriage law in the nation the very next year.

55.     The first real shift occurred in the wake of World War II, which had stimulated an emphasis on cultural and religious pluralism as national values in the United States.  In 1948, the Supreme Court of California, where marriages between whites and either blacks or Asians had been prohibited for almost a century, was the first state high court to hold that race-based restrictions on marriages were unconstitutional.  The California court recognized that freedom in exercising the "fundamental right" to marry was "essential to the orderly pursuit of happiness by free men."  The Court struck down race-based restrictions on choice of spouse, holding that legislation addressing the right to marry "must be free from oppressive discrimination to comply with the constitutional requirements of due process and equal protection of the laws."

56.     Over the next two decades, more than a dozen other states followed California by eliminating their own race-based bars to marriage, spurred, to be sure, by the civil rights movement's impact on Americans' racial views.  Eventually, a challenge to Virginia's 1924 law (which made marriage between a white and a non-white person a felony) led the Supreme Court of the United States to affirm freedom of choice of spouse regardless of race in *Loving v. Virginia*.  (At that time, sixteen states still banned interracial marriage.)  Chief Justice Earl Warren's opinion for a unanimous Court rejected the longstanding contention that bans on marriage across the color line affected both races equally.  He called such bans "measures designed to maintain White Supremacy" that were insupportable in view of the Fourteenth Amendment.  The Court's opinion in *Loving* reiterated clearly that marriage was a fundamental freedom protected by the Constitution, observing (in an echo of *Perez v. Sharp*, the case decided by the Supreme Court of California): "The freedom to marry has long been recognized as one of the vital personal rights essential to the orderly pursuit of happiness by free men."

57.     Although opinion on interracial marriage was bitterly divided at the time, the federal government accepted all state marital status determinations for the purpose of federal law, throughout this period of legal change.  When controversy arose because a state that did not

14

allow interracial marriages refused to recognize the marital status of a mixed couple validly married elsewhere, the issue was considered a conflict between the states and not a federal matter.

### (v)   Marriage Dissolution

58.   The states also varied widely in setting the terms on which marriages could legally end.

59.   Divorce is not a modern innovation in America.  Several colonial legislatures made divorce possible (although English law would not have allowed it).  Soon after the American Revolution, almost every state legislature entertained petitions for divorce, and by 1800 about a dozen states permitted divorce suits in court under limited circumstances.  At first, divorce was typically only permitted for adultery, desertion for a number of years, and conviction for certain crimes.  Most states expanded their grounds in the early nineteenth century; before the Civil War, many states permitted divorce for extreme cruelty, gross neglect of duty, and (under pressure from the temperance movement) habitual drunkenness.

60.   As states expanded their grounds for divorce in response to local circumstances, extreme differences among them arose.  South Carolina permitted no divorces until the late 1940s, and New York granted divorce for adultery only until the 1960s.  Others went in the opposite direction.  Before 1800, Connecticut added what critics called an "omnibus" clause, allowing a court to grant a divorce for any misconduct that "permanently destroys the happiness of the petitioner."  Indiana had seven statutory grounds and added "any other cause for which the Court shall deem it proper that a divorce should be granted"—a provision that, together with its lack of a real residency requirement, made Indiana notorious as a "divorce mill" in the 1850s and 1860s.  California also had several grounds, bringing a *San Francisco Chronicle* writer to observe sardonically in 1854 that "marriage among us seems to be regarded as a pleasant farce."

61.   The multiplication of grounds for divorce was fiercely opposed in some quarters.  Critics were sure that liberalized treatment of divorce would undermine the marital compact entirely.  The significant differences among states' provisions caused great alarm about "migratory" divorce, which was attacked as a pernicious evil.  Yet the wide disparities persisted, and no proposal for a uniform code for marriage and divorce succeeded.

62.   Between the late 1960s and mid-1980s, in a major change of approach, almost all states left behind the previous adversary scheme in divorce suits and enabled couples who found

15

themselves incompatible to end their marriages.  States retained a strong role in the ending of marriages (*e.g.*, post-divorce terms of support must be approved in state courts), but the move to what is commonly called "no-fault" divorce has reflected a major shift toward enabling spouses to set their own marriage goals and to determine how well these goals are being met.

63.     Despite states moving in the same general direction, differences continue in states' specific provisions for divorces.  Not all use the "no-fault" rubric today.  States differ considerably in residency requirements for divorce, as well, requiring anywhere from six weeks (for example, in Nevada) to one year (for example, in New York and Connecticut).

64.     Despite all of these variations, the federal government never interceded to create uniform requirements for termination of marriage for purposes of federal law.

**D.      States' Prescriptions for Spousal Roles**

65.     The common law of marriage inherited by the American states treated husbands and wives unequally and asymmetrically.  According to the marital doctrine of coverture, the husband and wife were considered to be a single entity.  The wife upon marriage ceded her legal and economic identity to her husband and was "covered" by him.  (That is why Ann Doe became Mrs. John Smith.)

66.     Coverture, which reflected a view of the marital couple as a unit naturally headed by the husband, allowed the wife no separate legal or economic existence.  A married woman could not own or dispose of property, earn money, have a debt, sue or be sued or enter into an enforceable agreement under her own name, because her husband had to represent her.  Neither married partner could testify for or against the other in court, nor commit a tort against the other, because the two were considered one person.  Common law assigned the marriage partners opposite economic roles understood as complementary: the husband was bound to support and protect the wife, and the wife owed her service and labor to her husband.  Any property she owned before marriage became his.  (In community property states, unlike common law states, the wife retained title to her property but the husband became the manager of that property and had the right to dispose of it.)

67.     States at first incorporated common law expectations in their marriage rules (with some exceptions in states with Spanish influence).  By the 1830s, however, the notion that married women could have no economic personhood apart from their husbands began to clash with the realities of a developing society.

16

68.     In several waves of statutory reform between 1830 and 1930, states replaced the common law regime of marriage with their own detailed and evolving provisions about the economic competence of married women. The timing and content of individual state actions depended on local conditions and perceptions. Some acted much sooner than others.

69.     The initial phase was influenced by a rash of bankruptcies after the Panic of 1837, when state legislators in several states saw the usefulness of a wife's keeping the family homestead in her own name when her husband's creditors came calling. Mississippi was one of the earliest (1839) to declare married women's right to property, but its state law concerned only property in slaves. Agricultural states acted to separate wives' landed or slave property, while more urban areas gave broader property rights. Another economic panic, in 1857, spurred another rash of similar laws. Then a third series of state actions took place roughly from the 1860s to the 1880s, as more women became gainfully employed; these measures secured wives' rights to their own earnings.

70.     Over a century, repeated law-making in every state incrementally eliminated the property basis of coverture and replaced it with myriad state laws. "The sheer volume of legislation astonished friends and foes alike" while "the reform impulse varied dramatically by region," in the words of the legal historian Sandra VanBurkleo.

71.     Although coverture had been in place for hundreds of years and was typically seen as absolutely essential to marriage, state legislators used their power to alter marriage fundamentally. Far from viewing marriage as immutable, they took account of changing societal needs and spouses' evolving relationships within their households and in the larger society.

72.     In a subsequent phase of major change in marriage, repeated and successful challenges to sex discrimination in state laws during the 1970s had profound effects on domestic relations law. Although the strenuous campaign to put an Equal Rights Amendment into the U.S. Constitution failed, states passed their own Equal Rights Amendments, which led toward gender neutrality in marriage and divorce reform. In divorce, for example, as in other aspects of family law today, gender neutrality in roles and decision-making is the premise. Obligations of the two spouses upon marital dissolution used to be assigned by gender, and they were asymmetrical: the husband was responsible for the economic support of any dependent children, while courts gave the mother a strong preference for custody. Under current divorce laws, in

17

contrast, both parents of dependent children have responsibility for economic support and for childrearing; gender neutrality is the judicial starting point for post-divorce arrangements.

73.   For couples who consent to marry today, marriage has been transformed from an institution rooted in gender inequality and prescribed spousal roles to one in which the contracting parties decide on appropriate behavior toward one another, and the legal obligations and benefits of the spouses do not depend on their sex.  The two partners in a marriage are still economically and in other ways bound to one another by law.  But the law no longer assigns asymmetrical roles to the two spouses.

**E.   The Exceptional Role of the Federal Government in Marriage Regulation in the Nineteenth Century**

74.   The U.S. Congress has involved itself directly in making or breaking marriages only in exceptional situations.  In the nineteenth century, federal authorities exercised their plenary powers when they enabled ex-slaves to marry legally during and in the wake of the Civil War, and when they campaigned against polygamy in the Utah Territory.  These examples illustrate by their uniqueness the historical commitment to state jurisdiction over these matters.

**(i)   Civil War and Reconstruction**

75.   A signal mark of slaves' lack of freedom was their exclusion from legal marriage. Deprived of all civil rights, slaves lacked the ability to consent to marriage.  They lacked the power to fulfill marital responsibilities because their masters could always supervene.  A slave wedding meant nothing to the state government where the couple resided; that absence of public authority was the very essence of the marriage's legal invalidity.  During Congressional debate on the proposed Thirteenth Amendment to eliminate slavery, more than one speaker noted disparagingly that no Confederate state honored "the relation of husband and wife among slaves, save only so far as the master may be pleased to regard it."

76.   As the Union Army marched south, Confederate states crumbled and ceased to regulate marriage.  In the spring of 1864, a Union military edict authorized the clergy in the Union-occupied areas to perform marriages among slaves who had fled to freedom from behind Union lines.  Ex-slave recruits welcomed the opportunity to exercise a civil right that had long been denied them.  An army chaplain in Mississippi remarked on the "very decided improvement in the social and domestic feelings of those married by the authority protection of Law.  It causes them to feel that they are beginning to be regarded and treated as human beings."

18

77.    Promoting legal marriage among ex-slaves then became a core policy of the Union government.  In the Union Army's "contraband camps" where ex-slaves fled toward the end of the Civil War, the Secretary of War announced that couples who wished to cohabit would have to be legally married.  During Reconstruction, the newly formed U.S. Freedmen's Bureau took power in the occupied South (where state legislatures had not yet been reconstituted), and regulated marriage there.  This direct federal involvement in creating marriages among ex-slave couples was the exceptional result of a devastating Civil War that left no state governments in the occupied South to authorize marriages.  Once state governments were reconstituted, the Freedmen's Bureau gave up its unusual authority, and Southern states resumed their jurisdiction over marriage law, subject however to the authority of the Fourteenth Amendment, ratified in 1868.

### (ii)    Polygamy in the Utah Territory

78.    The other important and revealing example of exceptional federal action comes from the nineteenth-century federal campaign to eliminate polygamy as practiced by the Church of Jesus Christ of Latter-Day Saints.  In 1862, after members of that church had moved to the Utah Territory, the U.S. Congress outlawed bigamy there and in all the territories under its jurisdiction.  Congress had the same powers over marriage in the territories that states had in their own domains (and bigamy was a crime in every state).  Federal anti-polygamy legislation applied only to the territories, over which Congress had plenary authority.

79.    Congress acted not only because the presence of polygamy on the North American continent seemed loathsome, but because Utah's intent to apply for statehood loomed on the horizon.  Federal legislators knew that they would have no power to define or regulate marriage in Utah once it obtained statehood.  Under extreme federal pressure, the Church of Jesus Christ of Latter-Day Saints gave up polygamy.  Still, Congress required Utah's state constitution to stipulate that polygamy was "forever prohibited" before Utah could be admitted to the Union.

80.    The anti-polygamy laws, like the federal attention to the marriages of former slaves at the close of the Civil War, were exceptional actions in which plenary power was available to federal authorities to define marriage validity.  In assaulting polygamy in the Utah Territory, Congress used the unique constitutional powers accorded it.  The *quid pro quo* for

19

Utah's admission to the Union as a state showed Congressional understanding of the legitimacy and primacy of state jurisdiction over marriage.

### F. Federal Benefits in Relation to Marriage

81. While accepting state jurisdiction over marriage definition, the federal government used marriage as a vehicle to convey benefits to the population. This began during the Revolutionary War, when men's war service prompted the Continental Congress in 1780 to award "pensions" to the widows and orphans of soldiers who died serving the new nation. Many subsequent U.S. Congresses perpetuated awards of military widows' pensions, to incentivize men to enlist and to express the nation's gratitude for their service. Benefits of this type were originally gender-specific (the soldiers assumed to be male and the surviving spouses assumed to be female), but after successful legal challenges on equal protection and sex discrimination grounds in the 1970s, federal benefits for married spouses have been gender-neutral.

82. Revolutionary War pensions 230 years ago became, in effect, the model for the federal government's use of marriage as a vehicle for channeling benefits to adult citizens and their dependents. With the expansion of federal economic programs over time, the extent of federal laws and policies utilizing marriage in this way has grown to cover vast and important areas, including income tax, Social Security, and citizenship and naturalization privileges and limits.

83. The federal laws directing benefits to flow through marital relationships are sometimes referred to, imprecisely, as "federal family law," but the policies in question do not define or regulate marriage per se, nor do they deny any state's power to create fully valid marriages among its inhabitants. Until 1996, Congress deferred to the laws of the states with respect to the definition of marriage partners who could benefit from federal policies.

## IV.  CONCLUSION

84. Throughout American history, state legislatures and courts have made and altered laws governing the meaning and structure of marriage.

85. Americans from the era of the American Revolution or the Civil War would be profoundly shocked by the gender equality of marriage today and the frequency of marriage across the color line. Restrictions on marriage that were seen as necessary in their time have since been removed as unwarranted and/or unconstitutional. Yet Americans of any era would recognize in contemporary marriage the institution's foundation in two consenting parties freely

20

choosing one another, and the state's role in defining and honoring their committed relationship, economic partnership, and common household.

86.     Distinctive features of contemporary marriage that we take for granted (including the ability of both spouses to act as individuals while married, the freedom to marry a spouse of a different race, and the liberal availability of divorce) were fiercely resisted when first introduced and were viewed by opponents as threatening to destroy the institution of marriage itself.

87.     The institution of marriage has endured in great part because it has been flexible and resilient, not static.  State legislators have preserved the appeal and value of marriage in our dynamic society by making adjustments in key features of marital roles, duties, obligations, and rules of entry.

88.     Prior to 1996, the federal government accommodated the diversities among state marriage laws and their continual evolution by accepting states' determinations of marital status for purposes of federal law.  In enacting the Defense of Marriage Act, however, the U.S. Congress interceded to define marriage by statute as between a man and a woman, at a time when only a minority of states had so specified the institution in their legal codes.  In thus defining marriage for all federal purposes, the Defense of Marriage Act represents a substantial deviation from all the prior history of federal-state relations in marriage regulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___20___ day of May, 2011.


_____
Nancy F. Cott, Ph.D.


21

**EXHIBIT A**

1

**NANCY F. COTT**                                                    **ncott@fas.harvard.edu**
Jonathan Trumbull Professor of American History, Harvard University, and
Carl and Lily Pforzheimer Foundation Director of the Schlesinger Library on the History of Women in
America, Radcliffe Institute for Advanced Study

Department of History
35 Quincy St.                                                      Schlesinger Library
Harvard University                                                 10 Garden St.
Cambridge MA 02138                                                 Cambridge MA 02138
tel. 617-495-3085                                                  tel. 617-495-8647

**EDUCATION**:
Ph.D. 1974, in History of American Civilization, Brandeis University.
M.A. 1969, in History of American Civilization, Brandeis University.
B.A. l967, magna cum laude in History, Cornell University.

**TEACHING APPOINTMENTS:**
Harvard University: Jonathan Trumbull Professor of American History, and Carl and Lily Pforzheimer
  Foundation Director of the Schlesinger Library, Radcliffe Institute for Advanced Study, 2002—
Yale University: Assistant Professor of History and American Studies, 1975-79;  Associate Professor,
1979-86; Professor, 1986-90; Chair of Women's Studies Program, 1980-1987, 1992-93; Chair of American
Studies Program, 1994-97; Stanley Woodward Professor of History and American Studies, 1990--2000;
William Clyde DeVane Professor, spring 1998; Sterling Professor  of History and American Studies, 2001.
Boston Public Library, NEH Learning Library Program, Lecturer, 1975.
Wellesley College: Instructor of History, part-time, 1973-74.
Clark University: Instructor of History, part-time, 1972.
Wheaton College: Instructor of History, part-time, 1971.

**HONORS, FELLOWSHIPS AND GRANTS:**
American Academy of Arts & Sciences elected member, 2008
Centre d'etudes nord-americaines, Ecole des Hautes Etudes en Sciences Sociales, Paris:  French-American
  Foundation Chair, 2003-04.
Fulbright Lectureship Grant (Japan-U.S. Educational Commission), July 2001.
Center for Advanced Study in the Behavioral Sciences, Stanford CA, 1998-99, 2008-09.
Radcliffe College Alumnae Association Graduate Society Medal, 1997.
Visiting Research Scholar, Schlesinger Library, Radcliffe College, 1991, 1997.
National Endowment for the Humanities Fellowship, 1993-94.
Liberal Arts Fellowship in Law, Harvard Law School, 1993-94, l978-79,.
A. Whitney Griswold grant (Yale Univ.), 1984, 1987, 1988, 1991, 1993, 2000.
American Council of Learned Societies Grant-in-Aid, 1988.
Charles Warren Center Fellowship, Harvard University, l985.
John Simon Guggenheim Memorial Foundation Fellowship, l985.
Fellow, Whitney Humanities Center, Yale University, l983-84, 1987.
Radcliffe Research Scholarship, Spring l982.
Rockefeller Foundation Humanities Fellowship, l978-79.
Phi Kappa Phi, l967.
Phi Beta Kappa, l966.

2

**PUBLICATIONS: BOOKS**

Public Vows: A History of Marriage and the Nation (Harvard U. Press, 2000).

No Small Courage: A History of Women in the United States, editor (Oxford U. Press, 2000).

Root of Bitterness: Documents of the Social History of American Women, revised edition, coeditor with
  Jeanne Boydston, Ann Braude, Lori D. Ginzberg, and Molly Ladd-Taylor, Northeastern U. Press, 1996)

A Woman Making History: Mary Ritter Beard Through Her Letters (Yale U. Press, 1991).

The Grounding of Modern Feminism (Yale U. Press., 1987).

A Heritage of Her Own: Towards a New Social History of American Women, coeditor with E. H. Pleck
  (Simon & Schuster, l979).

The Bonds of Womanhood: 'Woman's Sphere' in New England, l780-l835 (Yale U. Press, 1977; 2d  ed.
  with new preface, 1997).

Root of Bitterness: Documents of the Social History of American Women (E.P.Dutton, l972)

**PUBLICATIONS: ARTICLES**

"The Public Stake," in Just Marriage, Mary Lynn Shanley et al., (NY, Oxford U Press, 2004), 33-36.

"Public Emblem, Private Realm: Family and Polity in the United States," in Democratic Vistas,  ed.
  Anthony Kronman, (New Haven, Yale U. Press, 2004).

"Women's Rights Talk," American Studies in Scandanavia 32:2 (2000), 18-29.

"Marriage and Women's Citizenship in the United States, 1830-1934," American Historical Review 103:5
  (Dec. 1998), 1440-74.

"Justice for All?  Marriage and Deprivation of Citizenship in the United States," in Justice and Injustice,
  Amherst Series in Law, Jurisprudence & Social Thought, ed. Austin Sarat (Ann Arbor, U. Mich, 1996).

"'Giving Character to Our Whole Civil Polity': Marriage and State Authority in the Late Nineteenth
  Century," in U.S. History as Women's History, ed. Linda Kerber et al. (Chapel Hill, U.N.C., 1995).

"Early Twentieth-Century Feminism in Political Context: A Comparative Look at Germany and  the
  United States," in Suffrage & Beyond, ed. Caroline Daley and Melanie Nolan (Auckland, NZ, Auckland
  U.P., 1994).

"The Modern Woman of the 1920s, American Style," in La Storia Delle Donne, vol. V, Francoise
   Thebaud, ed., G. Laterza & Figli (Italy), 1992 (also French, Dutch, Spanish and U.S. editions).

"Two Beards: Coauthorship and the Concept of Civilization," American Quarterly, 42:2 (June 1990).

"Historical Perspectives: The Equal Rights Amendment in the 1920s," in Conflicts in Feminism, ed.
  Marianne Hirsch and Evelyn Fox Keller (N.Y., Routledge, 1990).

"On Men's History and Women's History," in Meanings for Manhood: Constructions of Masculinity in
  Victorian America, ed. Mark Carnes and Clyde Griffen (Chicago, U. Chicago  Press, 1990).

"Across the Great Divide: Women's Politics Before and After 1920," in Women, Politics, and Change,
  ed. Louise Tilly and Patricia Gurin (N.Y.,Russell Sage Foundation, 1990); revised and reprinted in One
  Woman, One Vote: Rediscovering the Woman Suffrage Movement, ed. M. Wheeler (NewSage, 1995).

"What's in a Name? The Limits of Social Feminism or, Expanding the Vocabulary of Women's History,"
  Journal of American History, 76:3 (December 1989).

"The South and the Nation in the History of Women's Rights," in A New Perspective: Southern Women's
  Cultural History from the Civil War to Civil Rights, ed.  Priscilla C. Little and Robert C. Vaughan
  (Virginia Foundation for the Humanities, Charlottesville, 1989).

"Beyond Roles, Beyond Spheres: Thinking about Gender in the Early Republic," with Linda Kerber et al.,
  William and Mary Q., 3d ser., 46 (July 1989).

"Women's Rights: Unspeakable Issues in the Constitution," The Yale Review, 77:3 (Spring 1988), 382-96.

"Feminist Theory and Feminist Movements: The Past Before Us," in What is Feminism? ed. Juliet
  Mitchell and Ann Oakley (Oxford, Basil Blackwell, l986, and N.Y., Pantheon, 1986).

"Feminist Politics in the l920s: The National Woman's Party," Journal of American History, 71 (June

3

1984).

"Passionlessness: An Interpretation of Anglo-American Sexual Ideology, 1790-l840," <u>Signs: A Journal of Women in Culture and Society,</u> 4 (1978).

"Notes Toward an Interpretation of Antebellum Childrearing," <u>The Psychohistory Review</u> 6 (Spring 1978).

"Eighteenth-Century Family and Social Life Revealed in Massachusetts Divorce Records," <u>Journal of Social History,</u> 10 (Fall l976).

"Divorce and the Changing Status of Women in 18th-Century Massachusetts," <u>William and Mary Quarterly,</u> 3rd ser., 33 (October 1976).

"Young Women in the Second Great Awakening in New England," <u>Feminist Studies,</u> 3 (Fall 1975).

## PUBLICATIONS: MISCELLANY

"Introduction," <u>Feminists Who Changed America, 1963-75,</u> ed. Barbara Love (U. of Illinois Press, 2006).

"Afterword," <u>Haunted by Empire: Geographies of Intimacy in North America,</u> ed. Ann Laura Stoler, (Duke Univ. Press, 2006).

"Janet Flanner," in <u>Notable American Women: Completing the Twentieth Century</u> (Cambridge,  Harvard Univ. Press, 2005).

Co-editor with Drew Gilpin Faust, <u>The Magazine of History,</u> special issue on Gender History, March 2004.

"Considering the State of  U.S. Women's History," with others, <u>Journal of Women's History</u> 15:1 (2003).

"Response," to "Books in Review: *Public Vows: A History of Marriage and the Nation,*" <u>The Good Society,</u> 11:3 (2002), 88-90.

"The Great Demand," in <u>Days of Destiny,</u> ed. James MacPherson and Alan Brinkley, Society of American Historians (Agincourt Press, 2001).

Introduction to Jane Levey's "Imagining the Postwar Family," <u>Journal of Women's History,</u> Fall 2001.

"Mary Ritter Beard," in <u>American National Biography</u>  (Oxford U. Press, 1999).

"Challenging Boundaries: Introductory Remarks," <u>Yale Journal of Law and Feminism</u> 9 (1997).

"A Conversation with Eric Foner," <u>culturefront</u> 4:3 (Winter 1995-96).

"<u>Bonnie and Clyde,</u>" in <u>Past Imperfect: History and the Movies,</u> ed. Mark Carnes (N.Y., Henry Holt, 1995).

"Privacy"; "Domesticity"; "Mary Ritter Beard"; in <u>A Companion to American Thought,</u> ed. Richard Wightman Fox and James Kloppenberg (Cambridge, Basil Blackwell, 1995).

"Charles A. Beard and Mary Ritter Beard," <u>The Reader's Companion to American History,</u> ed. Eric Foner and John Garraty, 1991.

"Comment on Karen Offen's 'Defining Feminism: A Comparative Historical Approach,'" <u>Signs:</u> <u>Journal of Women in Culture and Society,</u> 15:11 (1989).

Editorial, Special issue of <u>Women's Studies Quarterly,</u> XVI:1/2 Spring/(Summer 1988), "Teaching the New Women's History."

Introduction to <u>A New England Girlhood</u> by Lucy Larcom (Boston, Northeastern U. Press, 1985).

"Women as Law Clerks: Memoir of Catherine G. Waugh," in <u>The Female Autograph,</u> <u>New York Literary Forum,</u> 12-13 (l984).

Afterword to Sarah Eisenstein, <u>Bread and Roses,</u> ed. Harold Benenson (London, RKP, 1983).

"Mary Ritter Beard," in <u>Notable American Women: The Modern Period</u> (1980).

## PUBLICATIONS: REVIEW ESSAYS

"Adversarial Invention," <u>American Quarterly,</u> 47:2 (June 1995).

"Patriarchy in America is Different," <u>American Bar Foundation Research Journal,</u> 1987:4 (Fall 1987).

"Women and the Ballot," <u>Reviews in American History,</u> 15:2 (June 1987).

"The House of Feminism," <u>New York Review of Books,</u> 30 (March 17, 1983).

"The Confederate Elite in Crisis: A Woman's View," <u>The Yale Review,</u> 71 (Autumn 1981).

"Liberation Movements in Two Eras," <u>American Quarterly,</u> 32 (Spring 1980).

4

"Abortion, Birth Control, and Public Policy," The Yale Review, 67 (Summer 1978).

## PUBLICATIONS: REVIEWS
in American Historical Review,  American Prospect, Boston Globe,  Business History Review, Intellectual History Newsletter, International Labor and Workingclass History, Journal of American History, Journal of Interdisciplinary History, New Mexico Historical Review,  New York Times Book Review, Pacific Studies, Signs: A Journal of Women in Culture and Society, The Times Literary Supplement, Women's History Review, and The Yale Review.

## PUBLICATIONS: EDITORIAL PROJECTS
General editor, The Young Oxford History of Women in the United States, 11 volumes, Oxford University Press, 1994.
Editor, History of Women in the United States, 20 volumes (article reprint series), K.G. Saur Publishing Co., 1993-94.
Guest Editor, special issue of Women's Studies Quarterly, XVI:1/2 (Spring/Summer 1988), on "Teaching the New Women's History."

## OTHER PROFESSIONAL ACTIVITIES:
### GRANT PROJECTS:
Dissertation seminar in gender history for graduate students, Mellon Foundation, 2002.
Steering Committee, Ford Foundation Project on Women and Gender in the Curriculum in
 Newly-Coeducational Institutions, 1985-90.
Principal Investigator, National Endowment for the Humanities Implementation Grant, "Strengthening
 Women's Studies at Yale," l983-86.
Principal investigator, National Endowment for the Humanities Pilot Grant to Women's Studies,
 Yale University, l98l.

### ACADEMIC JOURNALS AND REFERENCE WORKS:
American National Biography, senior editor, 1989-98.
American Quarterly, editorial board, l977-l980.
Feminist Studies, associate editor, l977-85, editorial consultant, 1985-97.
Gender and History, advisory board, 1987-92; editorial collective, 1993-96.
Journal of American History, editorial board, 1996-99.
Journal of Social History, editorial board, l978-.
Journal of Women's History, editorial board, 1987-98.
Notable American Women, volume 5, advisory board, 1999-04.
Orim: A Jewish Journal at Yale, editorial board, l984-88.
The Readers' Encyclopedia of American History, advisory board, 1989-91.
Reviews in American History, editorial board, 1981-85.
Women's Studies Quarterly, editorial board, 1981-94.
Yale Journal of Law and the Humanities, advisory board, 1988-2001.
The Yale Review, editorial board, 1980-88, 1991-99.

### SERVICE IN PROFESSIONAL ORGANIZATIONS:
American Historical Assocation, delegate to American Council of Learned Societies, 2008-11.
Society of American Historians, Executive Board, 2006--
Elected member: American Academy of Arts and Sciences, American Antiquarian Society, Massachusetts Historical Society, Society of  American
 Historians,

Organization of American Historians: Merle Curti Prize Committee, 2008; Binkley-Stephenson Prize Committee, 1987-1990 (chair, 1988); elected member of Nominating Committee, 1993-95 (Chair, 1994-95); elected member of Executive Board, 1997-2000; OAH Lecturer, 1997--.
Berkshire Conference of Women Historians: Co-Chair, Eighth Berkshire Conference on the History of Women (1990).
American Studies Association: Nominating Committee, l98l-84; National Council, 1987-90; American Quarterly Review Committee, 1989.

### ACADEMIC ADVISORY BOARDS:

The Museum of Women/The Leadership Center, N.Y. State, (chair of historians' advisory board) 2000--.
Princeton University Program in Women's Studies, l985-2001.
Project on Gender in Context, Mt. Holyoke College, l982-83.
The Correspondence of Lydia Maria Child, 1977-80.
Schlesinger Library on the History of Women, Radcliffe College, 1977-80.

### AUDIOVISUAL MEDIA PROJECTS:

Advisory Board, Women 2.0 website and documentary project, 2008--
Advisory Board, 888 Film Project, "Left on Pearl," 2006-10.
Advisory Board, Women 2.0 Summit, 2007.
Advisory Board, Blueberry Hill Productions Ten Stories Project, 2005--
WGBH documentary proposal on the History of Marriage in America, Principal consultant, 2002.
Institute on the Arts and Civic Dialogue, Affiliated Scholar, American Repertory Theatre and W.E.B. DuBois Institute, summer 1999.
Margaret Sanger film project (by Bruce Alfred), Consultant, 1994—96,
"One Woman, One Vote: The Struggle for Woman Suffrage in the U. S.," Advisory Board, Educational Film Center, 1991-95.
"The American Experience," Advisory Board, WBGH-TV, Boston, MA, 1986--90.
Consultant, "Mary Silliman's War," film by Steven Schechter, 1987.
Consultant, "Lowell Fever," film by Made in U.S.A., Inc. 1985-87.
"Legacies: Family History in Sound," radio course on the history of women and the family in the U.S., Advisory Board, l984-86.
Connecticut Public Radio series, "Choices"/Everyday History, Radio Programs for Children 8 to 12," Consultant, 1982-83.
Dan Klugherz (Film) Productions, N.Y., Consultant, l98l-82.
Stanton Project on Films on Women in American History, Advisory Board, 1974-77.

### PRIZE AND FELLOWSHIP SELECTION COMMITTEES:

Merle Curti Prize, Organization of American Historians, 2008.
Mark Lynton History Book Prize, 2002.
Bunting Institute Fellowship Program, Radcliffe College, 1982, 1996.
American Antiquarian Society Fellowships, 1991, 1992, 1994.
Governors' Prize, Yale University Press, 1990.
American Council of Learned Societies, Fellowships for Recent Recipients of the Ph.D., 1987, 1988, 1990.
Bancroft Prize (Columbia University), 1985.
Radcliffe Research Scholars Program, 1982.
Hamilton Prize, Women and Culture Series, U. Michigan Press, 1981.

**CONSULTANT/EVALUATOR** (selected list)**:**
Johns Hopkins University, History Department, February 2011.
Wellesley College, Wellesley Centers for Women, June 2010.
University of Helsinki, city center campus, 2005.
Univ. of California at Santa Barbara, Women's Studies Program, February 2002.
National Endowment for the Humanities, fellowships for university teachers, 1998; media projects, 2001.
History Department, University of Oregon, 1999.
Woodrow Wilson Center Fellowships, 1991, 1992, 1994.
State of Colorado Commission on Higher Education, 1990.
National Humanities Center Fellowships, 1988, 1989, 1991, 1992, 1994.
"Foundations of American Citizenship," curriculum project, Council of Chief State School Officers, 1987.
Connecticut Humanities Council, 1986.
Rockefeller Foundation Gender Roles Fellowships Program, 1985.
Radcliffe Research Scholars, l983.
Working Women's History Project, 9 to 5, Organization for Women Office Workers, 1981.
Rockefeller Foundation Humanities Fellowships, l980.

**ACADEMIC LECTURES, PAPERS, COMMENTS DELIVERED** (selected list)**:**
"The Future of Marriage," M.I.T., *Boston Review* event, March 2010.
"The History of Marriage on Trial," Margaret Morrison Distinguished Lecture in Women's History, Carnegie Mellon University, Pittsburgh, PA March 2011.
"Why History Matters: Same-Sex Marriage," U.C.L.A. History Department, February 2011.
"The History of Marriage on Trial in *Perry v. Schwarzenegger*," American Association of Law Schools conference, San Francisco, January 2011.
 "Marriage on Trial,"  Gender and Women's Studies Program, University of Kentucky, December 2010.
"The Craft of History and the Constitution: The Role of Historians as Expert Witnesses in *Perry v. Schwarzenegger*,"  Yale Law School, October 21, 2010.
Keynote, "Embedded Bodies: Reproductive Justice in Social Context,"  Harvard Law School, October  15, 2010.
"The History of Marriage on Trial," University of California at Berkeley, History Department, March 2010.
Panelist, "State of the Field: History of Women/Gender/Sexuality," Organization of American
 Historians annual meeting, April 2010.
"Born Modern," Center for Advanced Study in the Behavioral Sciences, Stanford University,
 October 2008.
"Revisiting the Jazz Age," John O'Sullivan Memorial Lecture, Florida Atlantic U., November, 2007.
"Recovering the Interwar Generation," Modern America Workshop, Princeton University, April 2007;
 University of Chicago Social History Workshop, May 2007.
"The Reproduction of Gender," graduate student conference on Nineteenth-Century Reproduction,Temple
 University, February 2007.
"Women in the Rubble," Newcombe Institute Summit on Educating Women for a World in Crisis, New
 Orleans, LA, February 2007.
"Marriage and Citizenship in the History of the United States," Hall Center for the Humanities,
 University of Kansas, November 2006.
"Women of Happenstance," First Ladies Conference, McKinley Homestead, Canton, OH, Apr 2006.
"Revisiting the 1920s Generation," Rothermere American Institute, Oxford Univ., January 2006.
"Boundaries and Blinders in History: Revisiting the 1920s Generation," keynote address, Western
 Association of Women Historians annual meeting, Phoenix, AZ, April 2005.
Panelist, "The Political Spectrum of Same-Sex Marriage," conference on Breaking with Tradition: New
 Frontiers for Same-Sex Marriage, Yale Law School, March 2005.

"Gender History and Generations," Women's History Month address, Rutgers-Camden Law School, Camden NJ, March 2005.

"Collecting Women's History at the Schlesinger Library," Society of American Archivists annual meeting, August 2004.

Colloquium on George Chauncey's *Gay New York*, Dec. 2003, Ecole Normale Superieur, Paris.

Closing remarks, Library of Congress symposium, "Resourceful Women," June 19-20, 2003.

"Women, Men, and Modern Marriage," Ecole des Hautes Etudes en Sciences Sociales,  November 2003.

"What's Love Got to Do with It?  Marriage as a Public Institution in the United States," Fairleigh Dickinson University, March, 2003.

Comment, "Revisiting Domesticity: Symbolic Economies of Sex and Gender," American Historical Assoc. annual meeting, Washington, D.C., January 2003.

"Gendering Colonial America, Making Women's History Colonial: A Roundtable," Berkshire Conference on Women's History, Storrs, CT, June 2002.

Comment, panel on "Race and Family in Wartime America: Illegitimacy, Immigration, and the Church," Organization of Amer. Hist. annual meeting, Washington, D.C. April 2002.

"New Directions in Women's History after 9/11," Brandeis University, March 2002.

"The Efficacy of Women's History," Bridgewater State University, March 2002.

"Marriage and the Nation," Harvard Law School Legal History Forum, October 2001.

"The Family, Citizenship, and Democracy in the United States," University of Tokyo, Japan, July 2001.

"Women as Workers, Citizens, and Activists in the Mid-Twentieth-Century U. S." four- seminar series, Ritsumeikan University, Kyoto, Japan, July 2001.

"Grooming Citizens: Marriage in the Political History of the United States," Kyoto  American Studies Seminar, Kyoto, Japan, July 2001.

"Public Sanctity for a Private Realm: The Family, the Rhetoric of Democracy, and Constitutional Values in the U.S.," Bacon Lecture on the Constitution, Boston Univ., May 2001.

"Democracy and the Family," Yale Tercentennial Series "Democratic Vistas," April 2001.

"Marriage and the Nation: Historical Perspectives," Northeastern University Feminist  Studies Colloquium, March 2001.

"Public Vows: On Marriage and the Nation in the Early Twentieth-Century U.S.," Center for Historical Study, U.  Maryland, College Park, October 2000.

"Marriage Revised and Revived," Associated Yale Alumni faculty lecture, May, 2000.

Comment, session on "The Idea of Marriage: The British Atlantic Context," International Seminar on the History of the Atlantic World, 1500-1800, Harvard Univ., August 2000.

"Reflections on Women and/in Authority," Women, Justice, and Authority: A Working Conference, Yale Law School, April 28, 2000.

"Grooming Citizens: Marriage and the Civic Order in the United States," In the Company of Scholars Lecture Series, Yale University Graduate School, April 2000.

"Public Vows: Marriage as a Public Institution," History Department, Stanford University,  January 2000.

"An Archaeology of American Monogamy," History Department, Northwestern Univ., October 1999.

"The Modern Architecture of Marriage," Gender and Policy Workshop, Department of Economic History, Stockholm University, Stockholm, Sweden, October 1999.

"Women's Rights Talk," conference on "Rights--Civil, Human, and Natural," University of Southern Denmark, Odense, Denmark, October 1999.

Comment, "Making and Breaking Marriages: Reconsidering American Families through the Law, Berkshire Conference on the History of Women, June 1999.

"Marriage Fraud in the Making of Immigration Restriction in the U.S." Center for Cultural Studies, Univ. of California, Santa Cruz, May 1999.

Panel discussant, women and citizenship, Univ. of California, Berkeley, October 1998.

"An Approach to Citizenship through Gender History," Univ. of Colorado at Colorado Springs, Feb.1999.

"Marriage and Citizenship," Legal Theory Workshop, Yale Law School, October 1998.
 Comment, "Public Policy and Marriage," American Society for Legal History, Seattle, WA, Oct. 1998.
"Thinking about Citizenship and Nationality through Women's History," keynote address, Australian
  Historical Association, Sydney, Australia, July 1998.
"Race, Blood, and Citizenship: A Gendered Perspective on U.S. Immigration Restriction, 1895-1917,"
  International Federation for Research in Women's History conference, Melbourne, Australia, June 1998.
Introduction, Conference on Sexual Harassment Law, Yale Law School, February 1998.
"Marriage and Public Policy: The Politicization of Marriage in the 1850s," Schlesinger Library, Radcliffe
  College, May 1997.
 Comment, "Association-Building in America," Organization of American Historians annual meeting, San
  Francisco, April 1997.
"Writing American Women's History: Retrospect on Nineteenth Century Domesticity," Clarion University,
  Clarion, Pa., April 1997.
"Against Equality: Mary Ritter Beard and Feminism," DePauw University, March 1997.
"Marriage and Women's Citizenship: A Historical Excursion," N.Y.U. Law School, March 1997.
Discussant, "One Woman, One Vote: Painting a 70-year Battle on a 2-hour TV Canvas," Berkshire
  Conference on the History of Women, June 1996, U.N.C.
Chair, "International Feminism, 1840-1945," American Historical Association annual meeting, January
  1996, Atlanta, Ga.
"The Gender of Citizenship and the 19th Amendment," keynote address, University of Texas 8th Biennial
  Graduate Student Historical Symposium, Austin, Oct.1995; Women's History
  Week lecture, Fitchburg State College, Fitchburg Mass., March 1996.
"Effects of the 19th Amendment," Delaware Heritage Commission Conference on the 75th Anniversary of
  the 19th Amendment, Delaware State Univ., November, 1995.
"Forming the Body Politic: Gender, Race, and Citizenship Traditions in the U.S., "John Dewey Lecture in
  the Philosophy of Law, Harvard Law School, October 1994; Jane Ruby Humanities
  Fund Lecture, Wheaton College, March 1995.
"The Marriage Knot: Gender, Race and Citizenship Policy in the U.S., 1855-1934,"    UCLA Center for
  the Study of Women, October 1994.
Chair and comment, "Debating Democracy in the 19th Century," annual meeting of the Organization of
  American Historians, Atlanta, GA, April 1994.
"Justice for All?  Marriage, Race, and Deprivation of Citizenship in the Early 20th-Century U.S.," Keck
  Lecture, Amherst College, February 1994; Harvard University, February 1994.
"Marriage, Gender, and Public Order," Symposium of the Association for Women's History, Amsterdam,
  Holland, November 1993.
"Early Education of Women," symposium on Uncovering Women's History in Museums and Archives,
  Litchfield (CT) Historical Society, October 1993.
"Early 20th-century Feminism in Germany and the U.S. Compared," Suffrage Centenary Conference,
  Wellington, New Zealand, August 1993.
"Reviewing the Private and the Public through Women's History," Conference for 20 Years of the Edith
  Kreeger Wolf Distinguished Visiting Professorship, Northwestern Univ., April 1993.
"Marriage as/and Public Policy in the Late Nineteenth-Century U.S.," annual meeting of the Organization
  of American Historians, Anaheim, CA, ; Northwestern University History Department, Apr1993.
"Against Equality: Mary Ritter Beard and Feminism," Conference on the 200th Anniversary of
   Wollstonecraft's Vindication of the Rights of Women, Sussex, England, Dec. 1992.
"'Enlightenment Respecting Half the Human Race': Mary Ritter Beard and Women's History," Sophia
  Smith Collection Semi-Centennial, September 1992.
"Women's History in Contemporary Perspective," Harvard University Women's History Week, Mar 1992.
"Educating Women in the U.S.," Founders Day lecture, Mary Baldwin College, October 1991.

"Feminism in the U.S. in the Early 20th Century in Comparative Perspective," German Association for American Studies annual conference, Muenster, Germany, May 1991.

Comment, "Women and American Political Identity," conference on Political Identity in American Thought, Yale Univ., April 1991.

"Slavery, Race, and the History of Women's Rights in the U.S.," Trenton State College, NJ, March 1991.

Comment, "Contextualizing Feminism," annual meeting of the American Historical Association,  New York City, December 1990.

"The Political Isn't Personal: Mary Ritter Beard's View of Women's History," Center for American Culture Studies, Columbia U., October 1990.

"Mary Ritter Beard and Women's History," N.Y. Public Library, Sept. 1989.

Chair, "Power in the Early Twentieth Century," Organization of American Historians annual meeting, St. Louis, April 1989.

"What's in a Name?: The Limits of Social Feminism," Boston U., Jan. 1989;  Brandeis  U., Sept. 1989.

Panelist, "Feminist Theory," 10th Anniversary Celebration of the Women's Studies Program at Brandeis U., November 1988.

"Reconsidering Individualism and 'Nature Herself' in the Era of Laissez-Faire Constitutionalism," Harvard U. History Department, April 1988.

Panelist, "Individualism," N. Y. U. Humanities Center, March 1988.

Afterword, "Masculinity in Victorian America," Barnard College, Columbia U., January 1988.

Panelist, "Beyond Roles, Beyond Spheres: Thinking about Gender in the Early Republic," U. of Pennsylvania, December 1987.

Chair, "Women in American Constitutional History at the Bicentennial," Annual Meeting of the American Hist. Assoc., Washington, D.C., December 1987.

"Women's Rights: Unspeakable Issues in the Constitution," Association of Yale Alumni Faculty Seminar, September 1987, New Haven, CT; Brandeis U., March 1988; Second Annual Lowell Conference on Women's History, Lowell, MA, March 1988; Conference on the Constitution as Historical and Living Document, Duchess County Community College, April 1988; Richardson American Studies Lecture, Georgetown U., April 1988.

"How Weird Was Beard? Mary Ritter Beard and American Feminism," Seventh Berkshire Conference on the History of Women, June 1987, Wellesley MA.

"The Birth of Feminism," Women's Studies Program, Cornell U., March 1987.

"Feminism and Women's Political Participation in the Early 20th Century," Conference on Women and Citizenship, Women Historians of the Midwest, St. Paul, MN, March 1987.

"The Power of Communalism: Reflections through Women's History," Historic Communal Societies Conference, October 1986.

Chair, "Women in the 1950s: An Interdisciplinary Exploration," Organization of American Historians annual meeting, N.Y., April 1986.

"Feminism in the 1920s," Boston Area Feminist Colloquium, Northeastern U., January 1986.

"History of Feminism," Institute for Policy Studies, Washington, D.C., May 1985.

"Feminist Theory and Feminist Movements: The Past Before Us," Women's History Week, Harvard U., March 1985.

"Problems of Feminism in the l920s: the Political Environment," Women's History Series, New York U., February 1985; American Studies Lecture, Smith College, March 1985;   Harvard Law School Faculty Colloquium, May 1985.

"Has Modern Woman Disrupted the Home? 1920s Answers," Wesleyan Center for the Humanities, October 1984.

"Feminism and Women in Professional Occupations in the 1920s," American Studies lecture, Amherst College, February 1984.

"Feminism in Transition, 1910-1930," Sixth Berkshire Conference on the History of Women, June 1984,

Northampton, MA.

Comment, "Nineteenth-Century Gender Conventions," Smith-Smithsonian Conference on Conventions of Gender, February 1984.

"Definitions of Feminism in the Early Twentieth-Century United States," Whitney Humanities Center, Yale U., September 1983.

"Challenging Myths of Victorian Womanhood," American Psychiatric Association Convention,  New York City, May 1983.

"Women's History and Feminism," Phi Beta Kappa Lecture, Sweet Briar College, February 1983; Sarah Lawrence College, March l983.

"Reappraising the History of Feminism in the 1920s," American Studies Series, Boston College, February 1983; History Dept. Series, U. of Virginia, February l983; Hamilton College, April 1983; Trinity College, April 1983.

"The Hundred Fragments: Feminism, the Woman Suffrage Coalition, and American Society," Whitney Humanities Center, Yale U., January 1983; History Colloquium Series, Princeton U.,  March 1984.

"Women's Education Before 1837," panel, Conference on Women and Education: The Last 150 Years, Mt. Holyoke College, April 1982.

"The Crisis in Feminism, 1910-1920," Radcliffe Research Scholars Series, Radcliffe College, May 1982; Women's Studies Series, Wesleyan U., October 1982.

"Feminism and Women's History," Harvard U., Women's History Week, March 1982.

"The Problem of Feminism in the 1920s," Isabel McCaffrey Lecture, May 1981, Harvard U.;  American Civilization Dept., Brown U., November l98l; History and Women's Studies Series, U. of Michigan, March 1982; Center for European Studies, Harvard U., April 1982.

Comment, "Consciousness and Society in New England, 1740-l840," Organization of American Historians annual meeting, April 1980, San Francisco, CA.

"Women's History: Retrospect and Prospect," Harvard Divinity School History Colloquium, March 1980; U. of South Florida Women's Week, March 1980; American Assoc. for State and Local History, NE Regional Seminar, November 1980, New Haven, CT.

"Women and Feminism in the 20th Century," Bunting Institute, Radcliffe College, October 1978.

"Roundtable on Mary Ritter Beard," Fourth Berkshire Conference on the History of Women, August 1978, South Hadley, MA.

"Ministers and Women in the Late l8th and Early l9th Century," Princeton Theological Seminary, March 1978.

1978.

"New England Women's Work in the Early National Period," Historic Deerfield, MA, February 1978.

Comment, "Sexuality and Ideology in l9th-century America," Southern Hist.  Assoc. Conference,  November 1977, New Orleans, LA.

"Passionlessness: An Interpretation of Anglo-American Sexual Ideology, 1790- l840," History Dept. Colloquium, U. of Mass., April 1977; Rutgers U., March 1978; Marjorie Harris Weiss Lectureship, Brown U., March 1978.

"Women and Religion in Early l9th-Century New England," History Department Colloquium Series, U.of Conn., February 1977; Old Sturbridge Village, March 1977.

Chair and comment, "Comparative Perspectives on Sexual and Marital Deviance and the Law," Third Berkshire Conference on the History of Women, June 1978, Bryn Mawr, PA.

"Adultery, Divorce, and the Status of Women in Revolutionary Massachusetts, "Conference on Women in the Era of the American Revolution, July, 1975, Washington, D.C.; Princeton U. Colloquium Series, November 1975; Boston State College Lecture Series on the American Revolution, November 1976.

Young Women's Conversion in the Second Great Awakening," Second Berkshire Conference on the History of Women, November 1974, Cambridge, MA.

Chair and comment, "Women in the Professions," First Berkshire Conference on the History of Women,

March 1973, New Brunswick, N.J.

## PUBLIC SERVICE LECTURES:

"Women's Rights in the 20th Century," week-long series of lectures, Gilder-Lehrman Institute for American History seminars for teachers, June 2008,2009, 2011.

"What is Gender History?" Symposium on Women, History Connections Teaching American History Grant, Rockford Public Schools, Rockford, Illinois, October 2007.

"Marriage and the State," Thursday Morning Club (for the benefit of Mt. Auburn Hospital), Feb. 2006.

"What Can Venturesome Women of the 1920s Tell Us Today?" Linda Rosenzweig Memorial Lecture, Wellfleet Public Library, Wellfleet MA, August 2005.

"Marriage and the Public Order in the History of the United States," 2005 American Studies Summer Institute, John F. Kennedy Library, July 2005.

"Preserving Women's History at Radcliffe and Harvard," Committee on the Concerns of Women at Harvard, June 2005.

"Women's Education in the 18th Century," Adams Historic Site, Quincy, MA, April, 2005.

Moderator, "What Sort of a Right is Marriage?" Harvard University Human Rights Program, March 2005.

"What is Gender History?" annual luncheon for the College Board, Organization of American Historians, annual meeting, San Jose, CA, April 2005.

"What the State Has to Do with It: Changing Marriage," Democrats Abroad, Paris, Dec. 2003.

"Marriage and the Law," invited discussion with Senior Matrimonial Lawyers, educational retreat, Troutbeck Conference Center, Amenia NY, October 2003.

"Marriage as a Public Institution in the United States," Harvard Neighbors, February 2003; Harvard Librarians' group, February 2003.

"Looking at the World after 9/11 through a Women's History Lens," Radcliffe Seminars Final Conference, April 2002.

"Women as Workers and Citizens in the Twentieth Century," Institute for Emerging Civil Rights Leaders, Harvard Graduate School of Education, June 11, 2001.

"The Value of Women's Work: Historical, Public and Private Views," Bostonian Society, May 2001.

"Woman Suffrage: Why Did It Take So Long?" and "The Gender Structure of Citizenship," NEH Summer Institute for High School and Middle School Teachers on Women's Rights and Citizenship in American Thought," Ohio State Univ., July 2000.

"Education in Abigail Adams' Time," Women and the American Revolution Lecture Series, Adams National Historical Site, Quincy, MA, June 2000.

"Women of Conscience in Politics," Maine Town Meeting, 50th anniversary of Sen. Margaret Chase Smith's Declaration of Conscience, June 1, 2000, Skowhegan, Maine.

"The History of Marriage," testimony and discussion before the Judiciary Committee, Vermont House of Representatives, January 2000.

"Women as Citizens in the 20th Century," A Millennium Evening at the White House, Washington, D.C., March 1999.

"Historians and Filmmakers: A Dialogue," Chatauqua .N.Y., August 1997.

"Winning the Women's Ballot: Citizenship, World War, and the Woman Suffrage Campaign," U.S. Air Force Academy, Colorado Springs, August 1995.

"The Beginnings of Women's Education in the U.S.," Witmer Lecture, Social Studies Dept., Hunter College High School, March 1995.

"New Immigrants, New Women," Rebecca Plank Memorial Lecture, Milton Academy, March 1995.

"The South and the Nation in the History of Women's Rights," Conference of Southern Humanities Foundations, Washington, D.C., May 1988.

"Women's Rights: Unspeakable Issues in the Constitution," Judicial Seminar, N.Y. State Judiciary Continuing Education, July 1988.

**EXHIBIT B**

# Bibliography

Bank, Steven A. "Anti-Miscegenation Laws and the Dilemma of Symmetry: The Understanding of Equality in the Civil Rights Act of 1875," University of Chicago Law School Roundtable 2:1 (1995), 303-344.

Basch, Norma. Framing American Divorce (Berkeley: University of California Press, 1999).

Basch, Norma. In the Eyes of the Law: Women, Marriage and Property in Nineteenth-Century New York (Ithaca: Cornell University Press, 1982).

Blake, Nelson. The Road to Reno: A History of Divorce in the United States (New York: Macmillan, 1962).

Burnham, Margaret. "An Impossible Marriage: Slave Law and Family Law," Law and Inequality, 5 (1987), 187-225.

Caldwell, Katherine. " 'Not Ozzie and Harriet': Postwar Divorce and the American Liberal Welfare State," Law and Social Inquiry, 23:1 (Winter 1998), 39-40.

n.a., "Chart 4: Grounds for Divorce and Residency Requirements," Family Law Quarterly 44.4 (2011), 514.

Chused, Richard H. "Married Women's Property Law: 1800-1850," Georgetown Law Journal 71:5 (June 1983), 1359-1425.

Cornell University Law School Legal Information Institute. "Marriage Laws of the Fifty States, District of Columbia and Puerto Rico." http://topics.law.cornell.edu/wex/table_marriage

Cott, Nancy F. "Marriage and Women's Citizenship in the United States, 1830-1934," American Historical Review 103:5 (Dec. 1998), 1440-74.

Cott, Nancy F. Public Vows: A History of Marriage and the Nation (Cambridge, Mass.: Harvard University Press, 2000).

Edwards, Laura F. " 'The Marriage Covenant is at the Foundation of all Our Rights': The Politics of Slave Marriages in North Carolina after Emancipation," Law and History Review 14:1 (Spring 1996), 81-124.

Fowler, David H. Northern Attitudes towards Interracial Marriage: Legislation and Public Opinion in the Middle Atlantic and the States of the Old Northwest, 1780-1930 (New York and London: Garland, 1987).

1

Franke, Kathryn. "Becoming a Citizen: Reconstruction Era Regulation of African American Marriages," Yale Journal of Law & the Humanities 11:2 (Summer 1999), 251-309.

Glendon, Mary Ann. The Transformation of Family Law: State, Law, and Family in the United States and Western Europe (Chicago: University of Chicago Press, 1989).

Grossberg, Michael. Governing the Hearth: Law and the Family in Nineteenth-Century America (Chapel Hill: University of North Carolina Press, 1985).

Hartog, Hendrik. "Marital Exits and Marital Expectations in Nineteenth Century America," Georgetown Law Journal 80:1 (October 1991), 95-129.

Hartog, Hendrik. Man and Wife (Cambridge: Harvard University Press, 2000).

Hasday, Jill Elaine. "Federalism and the Family Reconstructed," UCLA Law Review 45:5 (June 1998), 1297-1400.

Hasday, Jill Elaine. "The Canon of Family Law," Stanford Law Review 57:3 (Dec. 2004), 825-900.

Kessler-Harris, Alice. In Pursuit of Equity: Women, Men, and the Quest for Economic Citizenship in 20th-century America (New York: Oxford, 2001).

McCurry, Stephanie. Masters of Small Worlds: Yeoman Households, Gender Relations, and the Political Culture of the Antebellum South Carolina Low Country (New York: Oxford, 1995).

Paul, Diane, and Hamish Spencer, " 'It's OK, We're Not Cousins by Blood': The Cousin Marriage Controversy in Historical Perspective," PLOSBiology 6:12 (Dec. 2008).

Pascoe, Peggy. "Miscegenation Law, Court Cases, and Ideologies of 'Race' in Twentieth-Century America," Journal of American History 83:1 (June 1996), 44-69.

Pascoe, Peggy. What Comes Naturally: Miscegenation law and the Making of Race in America (New York: Oxford, 1999).

Phillips, Roderick. Putting Asunder: A History of Divorce in Western Society (Cambridge and New York, Cambridge University Press, 1988).

Revolutionary War Pension and Bounty-Land Application Files, Introduction, microfilm Records of the Veterans Administration RG 15, http://www.footnote.com/pdf/M804.pdf

Sayre, Paul. "A Reconsideration of Husband's Duty to Support and Wife's Duty to Render Services," Virginia Law Review 29 (1943), 857-75.

2

Shammas, Carole. "Re-assessing the Married Women's Property Acts," Journal of Women's History 6:1 (Spring 1994), 9-30.

Siegel, Reva B. "The Modernization of Marital Status Law: Adjudicating Wives' Rights to Earnings, 1860-1930," Georgetown Law Journal 82:7 (Sept. 1994), 2127-2211.

Skocpol, Theda. Protecting Soldiers and Mothers: The Political Origins of Social Policy in the United States (Cambridge, Mass.: Harvard University Press, 1992).

Stein, Edward. "Past and Present Proposed Amendments to the United States Constitution Regarding Marriage," Washington University Law Quarterly 82:3 (Fall 2004), 611-686.

Sugarman, Stephen D., and Herma Hill Kay, eds.  Divorce Reform at the Crossroads (New Haven: Yale University Press, 1990).

VanBurkleo, Sandra F.  'Belonging to the World': Women's Rights and American Constitutional Culture (New York: Oxford, 2001).

Vernier, Chester G. American Family Laws: A Comparative Study of the Family Law of the Forty-Eight American States . . . (Stanford: Stanford University Press 1931). vol I Introductory Survey and Marriage (to Jan. 1 1931); vol III, Husband and Wife (to Jan. 1, 1935).

Wallenstein, Peter, "Race, Marriage and the Law of Freedom: Alabama and Virginia, 1860-1960s," Chicago-Kent Law Review 70:2 (1994), 371-437.

Warren, Joseph. "Husband's Right to Wife's Services," Harvard Law Review 38 (Feb. 1925), pt. 1, 421-46, pt. 2, 622-50.

Cases

*Meyer v. Nebraska,* 262 U.S. 390 (1923).

*Skinner v. Oklahoma ex rel. Williamson,* 316 U.S. 535 (1942).

*Perez v. Sharp,* 198 P.2d 17 (Cal. 1948).

*Loving v. Virginia* 388 U.S. 1 (1967).

*Gleason v. Gleason,* 256 N.E.2d 513 (N.Y. 1970).

Statutes

N.Y. Domestic Relations Law Section 170

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDITH SCHLAIN WINDSOR, in her
capacity as Executor of the estate of THEA
CLARA SPYER,

　　　　　　　　Plaintiff,

　　　　v.

THE UNITED STATES OF AMERICA,

　　　　　　　　Defendant.

10-cv-8435 (BSJ)(JCF)

**EXPERT AFFIDAVIT OF GARY SEGURA, PH.D.**

I, Gary M. Segura, Ph.D., hereby depose and say as follows:

**PRELIMINARY STATEMENT**

**I.　　Expert Background and Qualifications**

1.　　I am a Professor of American Politics in the Department of Political Science at Stanford University.  I have been retained by counsel for Plaintiffs as an expert in connection with both the above-referenced litigation.  I am being compensated for this effort at a rate of $250 per hour, and may be reimbursed for expenses in the event that I have to travel in connection with my services.  I have actual knowledge of the matters stated in this affidavit and could and would so testify if called as a witness. My background, experience and list of publications from the last 10 years are summarized in my curriculum vitae, which is attached as Exhibit A to this Affidavit.

2.　　In the past four years, I have testified as an expert – either at trial or through declaration – or been deposed as an expert in *Perry v. Schwarzenegger*, No. 09-2292 (N.D. Cal. May 22, 2009), *Gill v. Office of Pers. Mgmt.*, No. 09-10309 (Mar. 3, 2009), and *Commonwealth of Mass. v. U.S. Dep't of Health and Human Servs.*, No. 09-11156 (July 8, 2009).

3.　　I received a Ph.D. in American Politics and Political Philosophy from the

1

Department of Political Science at the University of Illinois in Urbana-Champaign in 1992. My tertiary field of emphasis was political methodology. My MA was also from the University of Illinois in 1990, and I earned my undergraduate degree from Loyola University of New Orleans in 1985.

4.    I am also the founding Director of the Institute on the Politics of Inequality, Race and Ethnicity at Stanford, and the founding co-Director of the Stanford Center for American Democracy. In the latter role, I am one of the Principal Investigators of the American National Election Studies for 2009-2013, the premier data-gathering project for scholars of American elections.

5.    My primary emphases in my scholarly research and writing are on public attitudes, opinion, and behavior with respect to politics, and minority group politics. I have taught classes on elections, public opinion, representation, Congress, Latino politics, gay and lesbian politics, race and racism, the Voting Rights Act, inequality and American democracy, interest group politics, philosophy of science, research design, and statistical analysis (introductory and advanced).

6.    To date, I have authored 44 article-length publications in professional journals and edited volumes. Those journals include the *American Political Science Review*, the *American Journal of Political Science, Political Research Quarterly, Political Behavior*, and the *Journal of Politics*. I edited *Diversity in Democracy: Minority Representation in the United States*, published by the University of Virginia Press in 2005. I am also the co-author of *Latino Lives in America: Making It Home*, addressing new patterns of Latino life and politics in the U.S., published by Temple University Press in 2010. I have a third book being published in the Autumn of 2011 with Congressional Quarterly Press, entitled *"The Future is Ours:" Minority*

2

*Politics, Political Behavior, and the Multiracial Era of American Politics*, a comparative exploration of political behavior across American racial and ethnic minority groups and how such behaviors will shape American party coalitions in the coming decades. I am the co-author of *Latinos in the New Millennium: An Almanac of Opinion, Behavior, and Policy Preferences*, currently under contract with Cambridge University Press and scheduled to appear in 2012.

7. I am the former President of the Midwest Political Science Association (MPSA), the second-largest organization of American political scientists. In 2006, I was the General Program Chair of the MPSA Annual Meeting. In 2011, I was elected Vice-President and Program Chair of the Western Political Science Association for 2012-2013, and will serve as President in 2013-14. In addition, I am a member and former Executive Council Member of the American Political Science Association, member and former Executive Council Member of the Western Political Science Association, and member of the Southern Political Science Association. I serve or have served on the editorial boards of the *American Journal of Political Science, Journal of Politics*, and *Political Research Quarterly*. I am a member of the Sexuality and Politics organized section of the American Political Science Association, have served on the Southern Political Science Association's Committee on the Status of Gays and Lesbians, and was part of the Executive Committee of the Sexuality Studies Program at the University of Iowa.

8. In preparing this affidavit, I reviewed the Complaint, Attorney General Eric Holder's letter to Representative John Boehner dated February 23, 2011, and the materials listed in the attached list of sources (Exhibit B). I rely on those documents, in addition to the documents specifically cited as supportive examples in particular sections of this affidavit, as support for my opinions. I have also relied on my years of experience in the field of political science, as set out in my curriculum vitae (Exhibit A), and on the materials listed therein.

3

**II.     Summary of Conclusions**

9.     Gay men and lesbians do not possess a meaningful degree of political power, and are politically vulnerable, relying almost exclusively on allies who are regularly shown to be insufficiently strong or reliable to achieve their goals or protect their interests.  The powerlessness of gay men and lesbians is evidenced in numerous ways, and they are subject to political exclusion and suffer political disabilities greater than other groups that have received suspect class protection from the courts.

**III.    Political Powerlessness in General**

10.     Any evaluation of the political power of a particular group in the United States takes place in the context of a general understanding of the role that groups play in American politics.  From James Madison onward, American democracy frequently has been understood as a pluralist system, in which competition among groups should ideally ensure that no one interest becomes permanently dominant, or determines outcomes over a large number of decisions over a long time.  Madison believed that in an "extended" republic, coalitions commanding the day on one issue would dissolve and be replaced by a different majority coalition on the next issue.

11.     Modern political scientists generally approach pluralism through the concept of group interests.  In what David Truman calls "disturbance" theory, the action of one group raises challenges to the interests of another, causing the latter to react, and preventing a single interest from dominating the political process.  However, scholarly work on collective action (including Mancur Olson among others) has found that not all groups have an equal opportunity to form and act successfully to stave off threats to their interests.  Differences in group size, resources, and position in the class structure mean that some groups are inherently better positioned to act on their own behalf than others, and some groups suffer a permanent disadvantage that places them

4

at the mercy of others.  Reflecting this concern, eminent political scientist Elmer Eric Schattschneider famously wrote, "The flaw in the pluralist heaven is that the heavenly chorus sings with a strong upper-class accent."  Those with greater resources – time, money, and numbers –exert greater influence on the political process.  Minorities, by definition, are less numerous than the majority.

12.    The existence of societal prejudice against a particular group makes the accumulation of resources, including finances and allies, more difficult.  Moreover, that same prejudice imposes an additional systematic burden because it tends to prevent that group's interests or policy preferences from receiving due consideration by other actors in the political process, or causes that consideration to be sacrificed to political expediency.  Relative to minority groups that are otherwise similarly situated, a group that suffers such prejudice does not receive an equivalent hearing in political contestation and debate.  Constitutions (and courts, through judicial review) play the role of the Madisonian corrective in the pluralist system by protecting disadvantaged minorities from majoritarian excesses and from effective exclusion from the political process.

13.    Political power refers to a person's or group's demonstrated ability to extract favorable (or prevent unfavorable) policy outcomes from the political system.  In a well-established and commonly cited definition, Robert Dahl wrote that A has power over B when A is able to compel B to do something that B otherwise would not do.  Thus, simple meetings of the mind are insufficient to demonstrate the exercise of power.  One does not have power over those who, for other reasons, already agree.  For example, in the last national election, millions voted for the same candidate I did, but this is not evidence of my electoral influence.

14.    Power may also be reflected in the content of the political agenda, the issues that

are considered for legislative action. More powerful political actors face fewer legislative threats to their interests than less powerful actors. The very circumstance of being forced to defend interests against potential legislative action is a reflection of weakness rather than strength.

15. Groups that lack political power may, on occasion, receive pledges of support, or even desirable legislative outcomes, that they themselves lack the power to *compel* through the political process. An elected official may arrive at a position on a policy or proposal for their own reasons unrelated to the specific communicated preferences of the minority group's constituents.

16. In some instances, the minority preferences may be entirely beside the point. For example, an elected official may choose not to support a bill or policy proposal because he or she may determine that the policy has implications adverse to *other* interests or because the costs of implementation or enforcement of the policy are too great.

17. Positive legislative outcomes may also be the result of "affinity" or sympathy from legislators in a position to bestow them. An elected official may decide not to support a bill or policy proposal that discriminates against, singles out, or mistreats a minority group because he or she independently believes that discriminating against, singling out, or mistreating the minority group is wrong. But since these pledges or outcomes are not the result of an exercise of political power *by the minority group*, they are not necessarily indicative of a group's actual political power. Moreover, they are significantly more vulnerable to reversal than those achieved through the exercise of actual power. The affinity or sympathy that gave rise to the support could dissipate or flatten, and is likely to be abandoned in the face of subsequent opposition, and in the absence of sufficient power and influence of the minority group to counter opposition.

6

18.     For example, in a recent legislative debate over the legalization of marriage for same-sex couples in the Maryland House of Delegates, several members of the chamber who had *co-sponsored* the legislation — and even some who had solicited endorsements and donations during the election cycle on this basis — ultimately voted against it in committee, publicly announced their intention to vote against it on the floor, and subsequently did so.  These legislators' apparent support in the earlier stage of the legislative process was costless, and withered in the face of mobilized opposition and as an actual roll-call vote approached.

19.     Following Dahl's understanding, power can be illustrated only in comparison to a baseline understanding of the decision-makers' preferred actions.  That is, to demonstrate that power had been at work, one would need to observe successful instances of opinion change on the part of a legislator in the face of positive or negative sanction or, alternatively, electoral change precipitated by the ire of the dissatisfied constituency.

20.     Apparent policy "agreement" is a particularly erroneous measure of power when mere "agreement" requires no action on the part of the policy-maker.  Again, the example of candidates and officials endorsing a policy position, only to recant that support when an actual vote approaches, illustrates the illusory nature of this form of support.

21.     My opinion does not rest on the extreme assumption that in no place, at no time, under any circumstances, have gay men and lesbians won any outcome.

22.     Rather, my view is that we must weigh the relative impact of positive and negative outcomes against the numerosity of moments of contestation and the insecure nature of legislative gains.  Policy "successes" should not be considered in isolation.  While legislative gains have occurred in some states and localities, the adoption of statute and constitutional amendments expressly in opposition to the interests of gay men and lesbians has also occurred in

7

numerous jurisdictions.  Even an assessment of "trend" requires consideration of the relative frequency of each and the stakes involved in each of the policy debates.

23.     Policy successes – whether at the state or federal level – are insecure so long as the rights and legal status of lesbians and gays remains a subject of legislative action.  We must consider the frequency with which legislative gains have been repealed, turned back by the voters, or foregone altogether, as well as the serious risk of repeal of legislative gains after each election cycle in which political power shifts to a different political party.  Recent policy modifications, such as the adoption of a mechanism to end the "Don't Ask, Don't Tell" policy, illustrate precisely this dynamic.  Several prospective Republican presidential candidates have expressed support for a repeal of this legislation and the reinstatement of "Don't Ask, Don't Tell," a view also shared by members of the new House majority and Republican members of the Armed Services Committee.  Similarly, a repeal of the legislative enactment of marriage equality for same-sex couples in New Hampshire, adopted just one year ago, is already under deliberation in the state's legislature, whose partisan control shifted in the last election.

24.     Even positive outcomes for gay men and lesbians that are secured through court rulings are vulnerable to popular or legislative rollback.  For example, in response to the Iowa Supreme Court's ruling that lesbians and gay men could not be excluded from the institution of civil marriage, anti-gay forces like the National Organization for Marriage organized a nationally funded campaign to defeat three of the members of that court in judicial retention elections in November 2010, and were ultimately successful in defeating all three.  The defeat of state jurists facing retention elections has the dual effect of weakening that court's majority—raising the possibility of their reversing the previous decision—as well as chilling similar action by jurists in other states whose judicial views might otherwise lead them to similar conclusions.

8

25.    Furthermore, many of the policy "successes" that have benefitted gay men and lesbians are acts that remediate or repeal express, *de jure* discrimination against the group. Remediation of existing discrimination and disadvantage should be distinguished from affirmative political power.  For example, the adoption of hate crimes statutes inclusive of sexual orientation, while a "success" for gay men and lesbians, was necessary only because there is such prevalent bias-related violence against gay men and lesbians.  While a fair assessment of the relative political "power" of gay men and lesbians would include the adoption of such legislation, it must also include a consideration of the underlying behavior and bias that gave rise to the need for the legislation, which is an indicator of political powerlessness, not strength.

26.    In light of the political disadvantages still faced by a small, targeted, and disliked group, I conclude that gay men and lesbians are powerless to *secure* basic rights within the normal political processes.

27.    Traditional markers of political powerlessness include systematic disadvantages in the political process; the existence of significant prejudice, stigmatization, or *de facto* or *de jure* second-class status; or an inability, alone or in concert with reliable coalition partners, to secure basic rights or equal treatment from and within the political process.  Here, I organize traditional markers of political powerlessness into two categories: manifestations of power and powerlessness, on which gays and lesbians score poorly, and factors that contribute to political disadvantage, on which gays and lesbians—to their detriment—score high.

IV.    **Political Powerlessness of Gays and Lesbians**

    A.    **Manifestations of Political Powerlessness**

28.    Although an exhaustive catalog is impossible, the lack of meaningful political

9

power possessed by gay men and lesbians is reflected in numerous features of the nation's laws, institutions, and political history that are adverse to policy outcomes favored by and important to gay men and lesbians. Some examples are discussed below. The political powerlessness of gay men and lesbians is evidenced by their inability to bring an end to pervasive prejudice and discrimination, and to secure desired policy outcomes and prevent undesirable outcomes on fundamental matters that closely and directly impact their lives. Furthermore, the demonstrated vulnerability of occasional and geographically confined policy gains to reversal or repeal is indicative of a role played by "affinity" or sympathy, rather than the exercise of meaningful political power by gays and lesbians.

Absence of Statutory Protection/Presence of <em>De Jure</em> Statutory Inequality

29. To date, there is no federal legislation prohibiting discrimination against gay men and lesbians in employment, education, access to public accommodations, or housing. Indeed, the history of the Employment Non-Discrimination Act (ENDA) provides a good example of gay men and lesbians' inability to compel policy outcomes for which they actively advocate. ENDA, which would extend employment protections on the basis of sexual orientation (and in some versions, gender identity) has been introduced regularly since 1994 (with earlier versions existing as far back as the 1970s), but has never passed both houses of Congress. It has failed to win passage in both Republican and Democratic controlled Congresses. While the legislation attracts many "co-sponsors," one cannot test the reliability or strength of this support in the absence of a recent and meaningful vote, or any realistic chance of its passage. The almost complete absence of legislative progress on the issue suggests that, at the very least, it is not a legislative priority for most legislators or the leadership of either party and, at worst, that the "support" is rhetorical and without substance.

30.    In 1996, Congress adopted the "Defense of Marriage Act," or DOMA which, among other things, prevented even legally married same-sex couples from filing joint tax returns, inheriting social security benefits, and obtaining all of the other rights afforded to married individuals by federal law.  This preclusion of rights acquisition was signed into law by a Democratic president.  Until recently, litigation against the Defense Marriage Act has been actively resisted by both Democratic and Republican administrations.  Indeed, until February 2011, the Obama Justice Department defended the constitutionality of DOMA despite the administration's public support for its legislative repeal.  And the recent decision by the Department of Justice to cease its defense of DOMA in court came only after one house of Congress passed into the control of the opposite party, thus allowing that body the opportunity to intervene in the litigation.  In short, it was a change of course without immediate practical effect.  Moreover, the Department of Justice continues to maintain that there are rational bases for DOMA, should the courts conclude that rational basis is the proper standard of review.

31.    Despite a long-documented record of violence against gay men and lesbians, attempts to extend existing federal hate crimes to include violent crimes based on the perceived sexual orientation of the victim reached fruition only in 2009, after more than a decade of advocacy by civil rights groups and supporters.  Previously, gays and lesbians enjoyed virtually no such federal protection.  The legislative process that produced even this positive outcome is illustrative of the political powerlessness of gay men and lesbians.  To provide political cover, the bill extending hate crimes protections to gays and lesbians was attached to and adopted as part of a Defense Appropriations Bill.  Even under these circumstances, 75% of Republican members of the Senate felt it necessary to vote against it.  In the House of Representatives, 131 of 175 Republican members voting (again, 75%) also opposed the hate crimes provision,

illustrating at once the depth of opposition to even ameliorative measures that benefit gay men and lesbians, as well as the fragility of the institutional support for such outcomes. It is again worth noting that the impetus for this legislation was the pattern of violence directed at gay men and lesbians, a circumstance that provides important context for why the adoption of such a provision need not represent an exercise of "power."

32.    In 1993, Congress codified the military's "Don't Ask, Don't Tell" (DADT) policy, under which lesbians and gay men were required to conceal their sexual orientation in order to serve in the military, were investigated if suspected to be gay, and were discharged if they admitted or were found to be gay. Like the "Defense of Marriage Act," this legislation was signed by a Democratic president. In December 2010, Congress adopted a provision that contained an administrative mechanism that makes an end to this policy possible. Even with this positive outcome however, the circumstances under which it was achieved highlighted the ultimate political powerlessness of gays and lesbians. The DADT policy has been in effect for over 17 years and, despite significant evidence of abuse – including discharges initiated based on unsubstantiated allegations and third-party accusations, and aggressive investigations beyond the bounds of the policy –  and its cost to the military, repeal had not seriously been considered. Both Republican and Democratic administrations defended DADT in court. The current Democratic administration discouraged legislative attempts to attach legislation repealing DADT to the Defense Authorization bill in the summer of 2010, or indeed at any point prior to the November 2010 election. There was no legislative action on the policy for most of the 111th Congress, beyond committee hearings, and despite widespread shifts in public opinion on this issue, no final action was taken prior to the general election. When the matter was finally taken up during the lame-duck session, Republican members offered fierce opposition in both

12

legislative chambers.  Of 175 votes cast in the House by Republican Party members, 160 (or 91.4%) were against the provision to repeal DADT.  In the Senate, 31 of 39 Republican senators (79.5%) opposed the repeal.  Like the hate crimes legislation, the DADT repeal illustrates the limited access gay men and lesbians have to the legislative process because of the stalwart opposition of one party.

33.    On the state level, there is no statutory protection against discrimination in employment or public accommodations for gay men and lesbians in twenty-nine states.

34.    *De jure* inequality also exists in state constitutional law.  In 1990, there was not a single state constitutional provision that targeted gay men and lesbians for unequal treatment. Today, in three-fifths of the states there is now constitutionally-established inequality—that is, the exclusion of gay men and lesbians from a civil institution is formally written into the framework of government.   Indeed, in many states, voters passed ballot initiatives to amend their state constitutions to prohibit same-sex couples from marrying even *after* the state legislature had already passed statutes barring same sex couples from marrying.  An additional 11 states affirmatively exclude gay men and lesbians from civil marriage by statute but have not yet amended their constitutions.

Repeal or Pre-Emption of Legislative or Judicial Protections Through Ballot Initiatives

35.    Evidence from the past two decades in particular has demonstrated that gay men and lesbians are especially vulnerable in the context of direct democracy.  That is, positive legislative outcomes achieved at the state and local levels are often insecure.  Initiatives and referenda frequently and effectively have been used to reverse or pre-empt the legislative grant at the state or local levels of policies benefiting or protecting gays and lesbians.  These ballot

13

initiatives can be broken into three groups: (1) those which overturn anti-discrimination policies, (2) anti-marriage initiatives, and (3) restrictions on adoption.

36.    *Overturning anti-discrimination policies*—The first wave of ballot actions on gay and lesbian rights began in the early 1970s, but reached its peak in the 1990s.  The most common form was citizen initiatives to overturn municipal, county, or state extensions of anti-discrimination policies to sexual orientation.  These ballot actions were generally successful. Legislative enactments were overturned in cities and counties across the country, including Santa Clara County and the City of San Jose, California; Tacoma, Washington; Lewiston, Maine; Lansing, Michigan; St. Paul, Minnesota; Wichita, Kansas; and perhaps most famously, Miami-Dade County, Florida.  A very small number of pro-gay votes also occurred and, not surprisingly, did not fare as well, including the defeat of a voter attempt to compel the Davis, California City Council to enact a gay rights ordinance.  Haider-Markel and colleagues (2007) identified 143 votes from the 1970s through 2005, and found that gay and lesbian rights were defeated or overturned in more than 70% of the cases—with the opponents of those rights prevailing at about the same rate for local and state elections.  The frequency of electoral and policy conflict over non-discrimination statutes declined once the focus of the struggle increasingly centered on preventing legal recognition of same-sex couples' relationships.  It is worth noting that many anti-gay measures amended city charters or state constitutions to increase the burden on gays and lesbians and their supporters for accomplishing policy change, such as Colorado's Amendment 2, struck down by the Supreme Court in *Romer v. Evans*, 517 U.S. 620 (1996).  The general approach of such measures was to prohibit legislative action preemptively, and require that any change be through popular, majority vote (with all of the disadvantages for minority rights this implies).

14

37.     *Anti-marriage initiatives*—In 2004 alone, anti-marriage equality ballot initiatives passed in 13 states.  To date, gay and lesbian marriage rights have been voted on at the state level 34 times, most recently in Maine in November 2009.  In only one instance did the pro-gay position win, when Arizona's Proposition 107 failed in 2006, only to be passed in slightly modified form in 2008. (A second proposition passed in Colorado, but that state had two provisions on the same ballot, with the more expansive of the two failing, while the more restrictive passed.)  In Washington State in 2009, the pro-gay position also prevailed, but the vote was on domestic partner rights specifically defined to exclude the legal concept of marriage.

38.     In Maine, the state legislature managed to adopt equality for same-sex couples through statute.  That policy success was short lived, as a popular majority was able to overturn legislative action and reinstate the ban on marriage between same-sex couples through statewide ballot on "Question 1."  This outcome was secured with massive intervention from national anti-gay organizations, such as the National Organization for Marriage, as well as substantial investment by religious organizations, including the Roman Catholic Church, whose role was documented and touted in Catholic media sources.  Campaign materials used by interests opposing marriage equality were, in some instances, identical to those used in the campaign to repeal marriage equality in California via Proposition 8, illustrating the vast and national reach of those interests working against the interests of gay men and lesbians.

39.     *Adoption*—In 5 states, gay men and lesbians are prohibited from adopting children.  Some of these bans were adopted recently.  For example, in 2008, Arkansas voters adopted Arkansas' Act One, which prohibited adoption by unmarried cohabitating couples, an act conceived with regard to—and targeted at—same-sex couples.  Act One was struck down in April 2011 as an unconstitutional infringement on the right to privacy by the Arkansas Supreme

15

Court.  That decision notwithstanding, it is possible, and I think likely, that these initiatives or legislative actions will appear elsewhere in the future.  Indeed, Arizona recently enacted statutory preference for heterosexuals in the state's foster and adoption programs.  In the 2008 American National Election Study, 47.6% of respondents nationwide felt that gay men and lesbians should be prohibited from adopting.  Since that percentage varies widely across states, I and others expect initiatives to prohibit same-sex couples from adopting  to start appearing in states where the level of opposition exceeds 50%.

40.     Thus, beyond the obstacles gay men and lesbians face in the traditional legislative process, ballot initiatives further disadvantage them politically and have undone many of the benefits they have obtained through legislative action.  The success of anti-gay ballot initiatives, moreover, makes it less likely that legislatures will enact pro-gay policies in the first place (Lax and Phillips 2009), because elected officials will fear having their actions overturned by angry constituents.  Moreover, many gay and lesbian activists' fear that the reactive post-initiative policies will be worse than the status quo, thereby forcing them to consider whether not seeking legislative policy change in the first instance is actually in the best interests of the group.  For example, several successful anti-marriage ballot initiatives also prohibited civil unions and domestic partnerships, removing benefits that had existed prior to the enactment of the anti-gay ballot initiatives.

41.     Ballot initiative campaigns are frequently polarizing, are built on enormous sums of money, and are waged primarily in the non-deliberative media of mass advertising.  Small minorities are even less able to protect their interests in these kinds of contests than they are in the legislative process, which—as a result of legislative districts, institutional rules, coalitional politics, and other factors—tends to give smaller minorities more of an opportunity to prevent

undesirable outcomes.  The passage of Proposition 8 in California and Question 1 in Maine both illustrate that coalition politics are more easily broken down in popular vote situations where misleading messages can circumvent community leaders and political elites.

42.    Although the use of the initiative process against gay and lesbian policy goals is a comparatively recent phenomenon, in the past, ballot initiatives were used to undo legislative gains by immigrants, non-English speakers, African Americans, and minorities generally, including overturning fair housing statutes, affirmative action programs, bilingual education, and establishing English as an official language.  Historians of the turn-of-the-century progressive movement, when these direct democracy processes were established and written into the laws of the western states, note the association of progressive reforms with anti-immigrant sentiment (among other factors).  Indeed, the progressive movement created the initiative process in order to allow the majority to overturn decisions made by legislatures, which allow a greater role for bargaining and coalitional politics.

43.    The initiative process has now been used specifically against gay men and lesbians more than against any other social group.

44.    While there has been an increase in state and local jurisdictions with statutory anti-discrimination protections for gay men and lesbians over the last two decades, these legislative successes have been resisted strongly at the ballot box.  Again, in three-fifths of the 50 states, voters have amended their state constitutions to establish formal political and social inequality for gays and lesbians.  Similar proposals to amend the federal constitution have also been considered.

Underrepresentation in Political Office

45.    Gay elected officials have risen to various offices around the country.  These

17

representatives may strive to advocate for gay and lesbian rights, but their numbers and limited legislative impact on issues concerning those rights continue to demonstrate significant under-representation and reliance on friendly, heterosexual representatives, over whom gay men and lesbians hold no direct political power. For example, 85 state legislators nationwide are openly gay, but the total number of state legislators nationwide is 7,382, so those 85 legislators represent only 1.2% of the total. A recent study by the Williams Institute estimated the gay, lesbian and bisexual population of the U.S. to be approximately 3.5%. Under even the most conservative estimates of gay and lesbian population share, this number indicates that gays and lesbians are substantially under-represented. Prior to 1990, only four openly gay men or lesbians were members of state legislatures.

46.    There have been only seven openly gay members of Congress in history, and only four—considerably less than one percent of all members—serve today (.9% of the House, .75% of the entire Congress). Four of those seven were initially elected to the House with their sexual orientation not publicly known. Only three members were first elected to the House without the benefits of incumbency and with widespread public familiarity with their sexual orientation, Jared Polis (D-CO), Tammy Baldwin (D-WI), and David Cicilline (D-RI). The first two represent districts that are home to the flagship campus of their state universities—districts that are typically more tolerant than others in the state. Gay and lesbian politicians are largely confined to a single political party. Gay Republicans face an extremely difficult time, and the few gay GOP elected officials who have emerged seldom last, most leaving power either through primary challenges or retirement in the face of pressure. There has never been an openly gay President, U.S. Senator, Cabinet level appointee, or Justice of the United States Supreme Court.

47. The percentages of gay and lesbian representation at the local level are lower still. In 2010, the Gay and Lesbian Leadership Institute identified 288 local elected gay or lesbian political officials serving on city councils, county commissions, school boards, and other local offices (http://www.glli.org/out_officials), which is an insignificant fraction of the total number of elected local officials. Over a decade ago, the Census Bureau reported that the number of elected officials nationwide was slightly over 511,000. Subtracting members of Congress and state legislatures, about whom I just reported, that leaves somewhat over 500,000 city, county, school, and local board officials, and only 288 (or .05%) were identified as openly gay. These officials are also concentrated in the coastal states and in Illinois. Some states have no openly-gay elected officials at all, and many more have just a very small handful.

**B.     Factors Contributing to Political Powerlessness**

48. Numerous factors, often working in combination or in mutually reinforcing ways, contribute to the political powerlessness of gay men and lesbians. Furthermore, many of these factors—including public and political hostility, prejudice, censorship, and religious and moral condemnation—impose a political disability on gays and lesbians not suffered by groups of comparable size and geographic dispersion. I begin this section with demographic considerations and then discuss other, relational factors pointing to a degree of powerlessness that today is unique to gays and lesbians.

Small Population Size and Geographic Dispersion

49. The simplest way to secure political representation and exercise some degree of influence over the political process is through numerical strength. The population strength of gay men and lesbians is not close to being sufficient to obtain electoral predominance in a single jurisdiction, let alone change the composition of a legislature or Congress. There are no

19

congressional districts with a majority population of gay and lesbian Americans.  There are no municipalities of any size with a majority gay and lesbian population.  Even in broadly identified gay-friendly communities, often places where migration to established lesbian and gay communities has significantly increased the gay population above the national average, gays and lesbians fail to reach majority status.  A fair estimation of population suggests that gay men and lesbians have sufficient numbers to determine (or substantially influence) the outcome of only a few city council or county board seats, or state legislative districts, nationwide.  At any level of aggregation above the precinct or neighborhood, there is no place with a gay majority.

Effect of HIV/AIDS Epidemic

50.     The AIDS epidemic has set back the gay community's potential for political action, in ways that are both obvious and not obvious.  Through 2005, the Centers for Disease Control reported that just over 300,000 MSMs (CDC term for men who have sex with men) had died of HIV/AIDS.  Another 217,000 were living with AIDS.  The loss of 300,000 potential voters, organizers, and leaders is a profound setback to a community whose population starts as a fairly small share of the society.  Harder to calculate are the lost financial contributions to the political efforts of gay men and lesbians as a consequence of this epidemic.  Gay men and lesbians have both raised substantial amounts of money for HIV-related research and social services, diverting resources that could otherwise be used to fight discrimination.  Further, gay net wealth is negatively impacted by the loss of income on the part of those who have died, and the partial loss of income and expenditures on healthcare from those still living with the disease.  Some political observers suggest that a decade or more of gay activism was lost to the cause of gay equality as gay men and lesbians turned their attention to the more immediate threat of the epidemic.  While gay men and lesbians do not have the resources—reliable allies, elected

20

officials, votes, dollars, and organizational capacity—to be politically powerful, they have been further disadvantaged by the fact that HIV destroyed such a large segment of the community and consumed such a large portion of its resources. In addition to the direct resource and political costs, AIDS offered heterosexuals a new reason to stigmatize gay people and same-sex relations, and to resist political change that would have advanced gay equality.

Violence

51. A crime can be classified as a hate crime when the victim is targeted because of his or her identity—generally race, ethnicity, religious identity, gender, sexual orientation, or disability status. Hate crimes are unique in that the effects of the crime are understood—indeed intended—to reach beyond the person of the actual victim. The crime is best understood as an expression of animus toward an entire group, and is an attempt to intimidate other members of that group or otherwise constrain their future behavior. For example, racially motivated hate crimes against individual target-group-members can simultaneously express racial prejudice toward the individual, an entire group, and intimidate other group members from patronizing businesses, moving to neighborhoods, enrolling in schools, or otherwise exercising their personal liberties.

52. Though broad federal hate crimes protections for gays and lesbians came into existence only recently, the FBI has collected data on hate crimes committed on the basis of perceived sexual orientation for a number of years, at least from jurisdictions that have chosen to report them, and the numbers are substantial. In the last year for which statistics have been published, 2009, the total number of hate crime incidents was 6,604, and 1,482 (17.8%) of those were on the basis of sexual orientation. In terms of single groups, only African Americans endured more incidents, and since they are as much as twice the population share as gays and

21

lesbians, the likelihood that any given gay or lesbian citizen experiences an attack (that is, the per capita number of attacks) is considerably higher.

53.    Reported hate crime incidents range from simple assault to murder.  According to the FBI's statistics, in 2008, 73 percent of all hate crimes committed against gays and lesbians included an act of violence; 71 percent of all hate-motivated murders in the United States were of gay men and lesbians; and fifty-five percent of all hate-motivated rapes were against gays and lesbians.

54.    FBI Hate Crimes reports for 2009 show that gay men, along with Jewish Americans, are the most likely to be victimized by a bias crime.  The Southern Poverty Law Center ("SPLC ) also suggests that steps forward in the cause of gay and lesbian equality seem to be associated with a subsequent surge in antigay violence, pointing to data immediately in the wake of the Supreme Court's ruling in *Lawrence v. Texas*, 539 U.S. 558 (2003), in which the Court struck down Texas' sodomy law.  The intimidation effect of hate crimes serves to undermine the mobilization of gays and lesbians and their allies and to limit their free exercise of simple economic and social liberties.

55.    Recent years show no discernible decline in bias crimes against gays and lesbians. FBI statistics reporting the number of hate crimes against specific groups shows that anti-gay acts were as frequent in 2009 as they were in 2003.

Invisibility

56.    A unique aspect of gay and lesbian identity that distinguishes gays and lesbians from other minority groups—to their political disadvantage—is their relative invisibility. The scholarship on passing and self-identification suggests that members of repressed or targeted groups who have the ability to pass unobserved in the majority population may choose to do so if

22

the costs of self-identification, in the form of family disapproval, physical threat, discrimination, and their consequences, can be avoided. While this strategy avoids some risks of identification, passing itself has a personal and a political cost.

57.     The unwillingness to identify has several important implications for the question of whether gay men and lesbians can meaningfully or effectively act on their own behalf politically. While not a panacea, social contact with gay men and lesbians is generally associated with more sympathetic policy preferences. Invisibility undermines community support.

58.     With regard to the size of the gay population, the number of gays and lesbians perceived by the general public, including those holding views hostile to gay and lesbian equality, is artificially low.

59.     Mobilization levels among gay men and lesbians is lower than other groups but is erroneously perceived to be higher. Mobilization can reasonably be understood to be an act of self-identification, so those choosing to pass have foreclosed visible political action.

60.     Since not all gay men and lesbians come out, the percentage of the gay and lesbian population that is mobilized seems higher than it really is. Likewise, since those gay and lesbian citizens who choose to self-identify are those whose economic and social position in society is more secure—making the act of coming out less risk inducing—the resulting self-selection bias results in a misperception of gays and lesbians as better educated, of higher income, and otherwise "privileged." This leads the public to believe—mistakenly—that gay men and lesbians are not in need of certain protections.

61.     The public perception that gay men and lesbians are better educated or have higher incomes is not accurate. Statistically, gays and lesbians do not have higher levels of income and, when all gay men and lesbians are considered rather than only the self-identified,

23

are no better educated then the public at-large.  My analysis of the 2004 National Exit Polls demonstrates no difference between heterosexual voters and gay and lesbian voters on income and education.

62.     Efforts on the part of gay men and lesbians—incorrectly perceived as less numerous and more privileged than they actually are—to gain statutory protection is characterized by opponents as both unjustified and transgressive.  This misperception works both to mobilize opponents and to encourage complacency by potential allies.

63.     In addition, the fact that sexual orientation is not directly visible may reduce the group's ability to attract allies.  Invisibility means that potential heterosexual allies may reasonably fear being misidentified as gay or lesbian, reducing the chance that they will mobilize on behalf of gays and lesbians.  The National Coalition of Anti-Violence Programs reported in 2008 that 9% of hate-crimes reported to their participating agencies on the basis of perceived sexual orientation victimize heterosexuals misidentified as gay or lesbian.

64.     Finally, invisibility exacerbates the problem of geographic and social dispersion, making it more difficult for gay men and lesbians to find each other and mobilize politically.

Censorship

65.     In a variety of ways, gay men and lesbians are pressured to remain invisible, and in several contexts, discussion of gay people and their relationships is prohibited or regulated.  Examples include the military's "Don't Ask, Don't Tell" policy; legislation that prevented the National Endowment of the Arts from funding any art depicting homoeroticism; rules that have prohibited federally funded AIDS education materials from "promoting" homosexuality, and requiring educators to advocate for abstinence from extramarital sex, including homosexual sex; and efforts in several states to forbid the mention of homosexuality in school health classes, or

24

mandate the association of the term with descriptors suggesting that it is not acceptable.  This year, Tennessee considered legislation banning the mention or discussion of homosexuality in primary grades, though action has been put on hold until the next legislative session.  Even in the face of the HIV epidemic, Arizona, for example, prohibits any mention that same-sex intimacy could be made "safe."

Public Hostility and Prejudice

66.     Gay men and lesbians face severe hostility from non-gay citizens in many parts of the country, and opinion data suggest that they are held in considerably lower regard than many groups currently receiving the protection of heightened scrutiny from the courts.  Such low public regard makes it difficult for gay people to achieve significant political progress, implicitly justifies legislative and electoral actions against gay men and lesbians, and severely hampers their ability to attract donors, allies, coalition partners, or even public sympathy.

67.     In each national election year, the American National Election Study (available at electionstudies.org or the ICPSR website) asks a representative sample of American citizens to gauge their "warmness" toward a particular group. Political scientists call this instrument a "feeling thermometer" and the scale of each ranges from 0 to 100, with 100 indicating strong warmness/fondness/positive views.

68.     For Hispanics, approximately 40% of respondents rated their warmness at 50 (midpoint) or less, and the average temperature was 65.2 (std.dev.21.0).  For African Americans, only 33% of respondents were at or below 50, and the mean temperature was 68.76 (std.dev. 20.2).  For Catholics, 37% were at or below the mid-point and the mean temperature was 67.3 (std.dev 19.9), and for Jews, 43.9% of respondents were at or below the mid-point and the mean warmth was 65.0 (std.dev.19.3).  What is revealing about these summary numbers is their

25

similarity. They do vary, of course, but the percentage below the mid-point all group between 33 and 43.9%, the means of each group is between 65 and 69 degrees on the "thermometer," and the standard deviations are between 19 and 20, indicating majority positive perception of each of these groups. Standard deviation is a statistical score that calculates how spread apart the responses are around the mean.

69.    By contrast, gay men and lesbians fare far worse.  Fully 65.4% of respondents rated gays at or below the mid-point of 50 and the mean temperature response was 49.4 (std.dev 27.7), indicating that a majority of respondents do not perceive gay men and lesbians positively. Almost two thirds of the respondents rate gays and lesbians at or below the mid-point, which is almost twice that for African Americans and substantially higher than for the other groups. The mean sentiment towards gay men and lesbians is 16 points lower than for Jews and Hispanics, and 19 points lower than for African Americans.  The standard deviation is also instructive, since its size (almost half again larger than for the other groups) illustrates the level of polarization in sentiment about gay men and lesbians.

26

70.     The following chart is illustrative of this point:



71.     The trend in "warmness" toward gay men and lesbians has been

positive over the last several decades (as it has, in fact, for many groups in society).

Notwithstanding that trend, the relative placement of gay men and lesbians vis-à-vis other "out-

groups" in society suggest that public esteem remains a significant obstacle to political progress.

By any estimation, the public is less fond of gay and lesbian Americans than racial and ethnic

minorities and religious groups.  In fact, the other groups with comparable levels of coolness

include Muslims (mean=50.3), atheists (mean=41), and undocumented aliens (mean=39.3). It is

revealing that 13.4% of respondents gave gay men and lesbians a score of zero, a percentage

exceeded only by scores for undocumented immigrants (15.4%) and atheists (18.6%).

27

Political and Social Hostility

72.     Gay men and lesbians face outspoken denunciation by elected officials in a manner that would be unthinkable if directed toward almost any other social groups. Hostility by public officials is often directly mirrored in the population. Furthermore, its public nature, even when articulated by only a small segment of office-holders and officials, serves as a signal to the broader population that these discriminatory attitudes are "acceptable" or reasonable within the bounds of mainstream political discourse.

73.     Gay men and lesbians have been described by a sitting U.S. Senator as "the greatest threat to our freedom that we face today." Another sitting senator, during his successful campaign, openly called for gay men and lesbians to be banned from the classroom, a claim he repeated last year at a public rally. A third senator compared same-sex marriage to marrying "a box turtle." He was subsequently reelected with a large margin. Same-sex intimacy has been described by a sitting senator as morally equivalent to incest and bestiality. In 2010, the GOP nominee for governor of New York responded to a question about marriage equality for same-sex couples by saying that "we should stop pandering to pornographers and perverts…" The social and political disadvantage that flows from these very public and derisive comments is palpable.

74.     While there may be pockets of tolerance here or there at the state and local levels, and occasionally successful gay or lesbian candidates, in large swaths of the nation, political condemnations of gay men and lesbians are not electorally costly, they may even be used to gain electoral support. It is difficult to identify many cases where an elected official was so damaged by holding anti-gay positions that he or she lost public office on this basis, but there are countless cases across the country where candidates felt advantaged by taking a particularly harsh anti-gay

28

viewpoint.  In part, this is a consequence of the partisan and geographic distribution of views and the nature of our legislative representation regime, but in part this is also a reflection of the fact that pro-gay policies are a very low priority even among "allies" in the population who hold generally positive views.  Public contempt extends beyond elected officials to prominent national religious leaders, who command the attention of political leaders as well as significant numbers of the electorate.

Unreliable Allies

75.    The structure of the American party system is such that the path to pro-LGBT equality policy change lies exclusively through the actions of one party.  The increasing power of evangelical Christians and self-styled "Tea Party" advocates in the GOP has shifted this party's social policy further to the right and all but eliminated its once sizable tradition of libertarianism. The Republican Party in office (and platform) is openly hostile to gay and lesbian rights. The complete disinterest of one party severely disadvantages gay men and lesbians, since gay men and lesbians can thus be understood as "captured" by the Democratic party, that is, unlikely to bolt from the party or abstain from voting for it in large numbers. Under these circumstances, the capturing party can take the political support of the group for granted.

76.    Although the Democratic Party is more supportive in its rhetoric, Democrats have repeatedly shrunk from any extension of rights to gay men and lesbians at the federal level. Democrats controlled the White House from 1993 to 2001, and the Congress until 1994 and from 2006 to 2010.  Nevertheless, nondiscrimination statutes and federal recognition of state-sanctioned marriages between same-sex couples remain undelivered.  Again, "Don't Ask, Don't Tell" was passed in a Democratically controlled Congress, and both it and the federal "Defense of Marriage Act" were signed into law by a Democratic president.

29

77.     Gay men and lesbians are disadvantaged by the circumstance of party capture. The almost complete indifference or hostility of Republican elected officials to the political interest of gay men and lesbians confines their political opportunities for support and public office to a single party, the Democrats.   Democratic leaders, mindful of this complete exclusion, are thus free to neglect and even occasionally set back gay and lesbian interests, secure in the knowledge that the other party does not represent a credible threat for peeling away voters.  Gay men and lesbians may be disenchanted with the quality and intensity of representation they appear to receive from Democratic office-holders but, in a practical sense, have no alternative. Taken together, Republican hostility and Democratic capture significantly weaken the political voice of lesbians and gay men.

### Moral and Political Condemnation

78.     While the pluralist framework envisions shifting majorities and rotation in office, perceived Old Testament prohibitions of homosexuality serve to create, in many of America's religious communities, a permanent majority that believes homosexual conduct is sinful and immoral, and that it should be condemned and discouraged.  The General Social Survey (http://www.norc.org/GSS+Website/) regularly asks a representative sample of Americans to evaluate whether homosexual relations are "wrong."  In 2008, those data show that 51.5% of Americans still report that sex between two persons of the same sex is "always wrong," while another 10.3% agree that it is "sometimes" or "almost always" wrong.  Moreover, the shift in the direction of tolerance is neither large nor rapid. A decade ago, a module from the same survey showed comparable numbers, at 56% and 11.8% respectively.

### Powerful, Numerous, and Well-Funded Opposition

79.     The moral condemnation of homosexual acts fuels and supports political

30

opposition to protections and benefits for gays and lesbians. Campbell and Robinson (2007) found that opposition to marriages between same-sex couples united leadership and core believers across religious traditions.  Similarly, the *San Francisco Chronicle* reported that the campaign in favor of Proposition 8 was conceived and funded by a cooperative effort of the Roman Catholic Archbishop of San Francisco and the senior leadership of the Mormon Church. These reports were supported by documentary evidence and testimony introduced in the *Perry v. Schwarzenegger*, 704 F. Supp. 2d 921 (N.D. Cal. 2010), trial in the Northern District of California, in particular evidence of interstate coordination and fundraising within and between global religious organizations.  Churches provide a well-funded, widely spread, untaxed medium in which individuals opposed to gay and lesbian policy goals can disseminate political messages and campaign materials, as well as engage in fundraising.  Moreover, national religious movements like Focus on the Family, the Traditional Values Coalition, the Family Research Council, the National Organization for Marriage and other groups provide a national network for pressuring elected officials, fundraising, message testing, media dissemination and publication, mobilization, and coordination across states and jurisdictions.  This nationwide coordination, for example, explains how 13 statewide initiatives concerning marriage for people in same-sex relationships appeared in a single year, 2004.  Similarly, the coordination of campaigns from California to Maine illustrates the national nature of these efforts.  Cahill (2007) documents the vast economic resources of these organizations and their willingness to provide them to political efforts to prevent or reverse rights, benefits, or protections for gay men and lesbians.  Gay men and lesbians lack the political resources—including voting numbers, cash, elected officials from the group, reliable allies, reach, or a favorable political opportunity structure—to counter this kind of committed, organized opposition to their interests.

31

80.     When scientific and learned societies have concluded that there is no evidentiary or scientific bases to justify anti-gay biases or policies—whether with respect to the practice of homosexuality or in evaluating gay men and lesbians as parents, as healthy, productive members of society, and so forth—forces opposed to their political and social incorporation have formed splinter or shadow organizations designed to give the appearance of scientific approval to positions without broad scientific and professional support.  For example, the American Psychological Association long ago removed homosexuality from their diagnostic manual as a psychologically disordered behavior, as the consensus in psychological research is that there is little or no psycho-pathology associated with homosexual identity.  Nevertheless, anti-gay forces have founded the National Association of Research and Therapy for Homosexuality (NARTH).  Likewise, the American Academy of Pediatrics has been publicly supportive of gay and lesbian parenting, and states on their website that "A growing body of scientific literature reveals that children who grow up with one or two gay and/or lesbian parents will develop emotionally, cognitively, socially, and sexually as well as children whose parents are heterosexual."  In response, anti-gay activists have established the "American College of Pediatricians" which, despite their name, is actually an anti-gay organization with a fraction of the Academy's membership and no scientific or professional standing.  These non-mainstream organizations, with names designed to evoke a false sense of scientific authority, exist principally to discredit the scientific consensus regarding gay people, unquestionably weakening their political power.

## IV.     Comparative Political Powerlessness

81.     Gays and lesbians suffer an extreme degree of political vulnerability and

32

powerlessness compared to most other groups in society. Even groups that have obtained the protection of heightened scrutiny from the Supreme Court possessed greater political power at the time those decisions were handed down than gays and lesbians do today.

### Gender

82. When the Supreme Court held that women were a quasi-suspect class in 1970s, they were in a far superior political position compared to that held by lesbians and gays today. Women are and were a majority of the population and, if they so choose, could theoretically determine most political outcomes. While women do not have the same level of political cohesion as many other groups, so that in many cases their majority status has not proved decisive, the magnitude of their numbers is a source of potential power that politicians cannot ignore. And in fact, by the time of their recognition as a quasi-suspect class by the Court, women had achieved important victories in the political process, including the 1963 Equal Pay Act, coverage in the 1964 Civil Rights Act and its subsequent amendments, and specific statutory and constitutional protection in several states.

83. Women have a number of other characteristics that enhanced their ability to organize and act politically when compared with gays and lesbians. While sexism certainly existed (and still exists), and political activism could be costly, identity as a woman was not socially controversial, did not attract familial scorn, and did not bar one from such a large range of social institutions, though some institutions were exclusively male. Women could freely identify one another, gather, coordinate, and act largely free of fear of repressive tactics. Both political parties sought the support of women.

### Race

84. Immediately in the wake of the Civil War, three amendments to the federal

33

constitution established *de jure* legal equality for African-Americans and officially barred states from violating equal protection. Though this guarantee of equality had seldom been meaningfully enforced, it was nonetheless a *de jure* status superior to that now held by lesbians and gay men. In addition, as early as 1941, President Roosevelt issued Executive Order 8803 prohibiting race discrimination in contracting and employment in companies doing business with the U.S. Through court action and the social movement of the 1950s and 1960s, African Americans (and later Latinos) achieved a rollback of Jim Crow segregation laws and established a statutory regime of equality in employment, education, and housing. Again, this was more promise than practice, but it was a statutory circumstance superior to that of lesbians and gay men today.

85.     In the 1940s and 1950s, African Americans and other racial and ethnic minorities had similar disadvantages to gays in terms of resources and social sanction, but with far greater numbers (and in some instances majorities), they have been able to claim a meaningful share of political representation and policy responsiveness. Even before the passage of the Civil Rights Act of 1964 and Voting Rights Act of 1965, there were 5 black members of Congress and over 100 elected officials nationwide. Today, 73 people of color serve in the House of Representatives. African Americans, Latinos, and Asian Americans have been elected governors and big city mayors. They form outright majorities in dozens of jurisdictions and approximately 60 House districts. Rather than serve as an impediment, most (though admittedly not all) religious institutions express support for the principle of racial equality and the church in minority communities, rather than serving as an impediment to political progress, is a locus for identification and mobilization.

34

Signed under the penalty of perjury under the laws of the United States this 17th day of MAY, 2011

Gary M. Segura

35

# EXHIBIT A

Curriculum Vitae
Gary Michael Segura

Department of Political Science, Stanford University
100 Encina Hall West
Stanford, CA 94305-6044
(fx)
E-mail: segura@stanford.edu

EDUCATIONAL AND PROFESSIONAL HISTORY                          8/8/08

## Education:

| | |
|---|---|
| 1985-1986 & 1988-1992 | University of Illinois at Urbana-Champaign<br><br>Ph.D., Department of Political Science, 1992.<br>A.M., Department of Political Science, 1989. |
| 1981-1985 | Loyola University of the South, New Orleans, LA<br><br>B.A., Magna Cum Laude, Presidential Scholar<br>Department of Political Science, 1985. |

## Academic Experience:

| | |
|---|---|
| 2008-present | Professor, Department of Political Science, Stanford University, and Chair of Chicana/o Studies, Center for Comparative Studies in Race and Ethnicity |
| 2007-2008 | Professor, Department of Political Science, and since 2006, Director, University of Washington Institute for the Study of Ethnicity, Race and Sexuality, University of Washington. |
| 2005-2007 | Associate Professor, Department of Political Science, University of Washington. |
| 2001-2005 | Associate Professor, Department of Political Science, University of Iowa. |
| 1999-2001 | Associate Professor, School Politics and Economics, Claremont Graduate University. |
| 1996-1999 | Assistant Professor, School Politics and Economics, Claremont Graduate University. |
| 1992-1996 | Assistant Professor, Department of Political Science, University of California, Davis. |
| 1991-1992 | Acting Assistant Professor, Department of Political Science, University of California, Davis. |

SCHOLARSHIP

**Publications**

*Books:*

*Making It Home: Latino Lives in America.*  With Luis Fraga, John Garcia, Rodney Hero, Michael Jones-Correa and Valerie Martinez-Ebers.  Forthcoming, Temple University Press.

*Diversity In Democracy: Minority Representation in the United States.*  2005.  Charlottesville: University of Virginia Press.  Edited with Shaun Bowler.

*Refereed Articles:*

"Should They 'Dance with the One Who Brung 'Em?' Latinos and the 2008 Presidential Election."  2008.  PS: Political Science and Politics, 41 (4).  Forthcoming.  With Matt A. Barreto, Luis R. Fraga, Sylvia Manzano, and Valerie Martinez-Ebers.

"Race and the Recall: Racial Polarization in the California Recall Election."  2008. With Luis R. Fraga.  *American Journal of Political Science* 52 (2): 421-435.

"Commentary on 'Citizens by Choice Voters by Necessity: Long Term Patterns in Political Mobilization by Naturalized Latino Voters'." With Adrian D. Pantoja and Ricardo Ramirez. 2008.  *Political Research Quarterly*, 61 (1): 50-52

"All Politics are Still Local: the Iraq War and the 2006 Midterm Election." 2008. With Scott S. Gartner. *PS: Political Science and Politics,* 41(1): 95-100.

"What Goes Around, Comes Around: Race, Blowback, and the Louisiana Elections of 2002 and 2003." 2006. With Christina Bejarano, graduate student. *Political Research Quarterly*, 60(2): 328-337.

"Su Casa *Es* Nuestra Casa: Latino Politics Research and the Development of American Political Science." *American Political Science Review*, 100(4): 515-522. 2006. With Luis Fraga, John Garcia, Rodney Hero, Michael Jones-Correa and Valerie Martinez-Ebers.

"Immigration and National Identity: An Introduction to a Symposium on Immigration and National Identity."  *Perspectives on Politics*, 4(2): 277-278. 2006.

"Culture Clash? Contesting Notions of American Identity and the Effects of Latin American Immigration."  *Perspectives on Politics*, 4(2): 279-287.  2006. With Luis Fraga.

"Explaining the Latino Vote: Issue Voting among Latinos in the 2000 Presidential Election." *Political Research Quarterly*, 59(2): 259-271.  2006. With Stephen P. Nicholson and Adrian D. Pantoja.

"Earthquakes and Aftershocks: Tracking Partisan Identification amid California's Changing Political Environment." *American Journal of Political Science,* 50(1): 146-159. 2006. With Stephen P. Nicholson and Shaun Bowler.

"Racial/Ethnic Group Attitudes Toward Environmental Protection in California: Is "Environmentalism" Still a White Phenomenon?" *Political Research Quarterly* 58(3):435-448. 2005. With Matthew Whittaker (graduate student) and Shaun Bowler.

"War and the Fate of Legislators: War Casualties, Policy Positions, and U.S. Senate Elections During Vietnam." *Political Research Quarterly*, 53 (3):467-477. 2004. With Scott S. Gartner and Bethany A. Barratt.

"The Mobilizing Effect of Majority-Minority Districts on Latino Turnout." *American Political Science Review,* 98(1): 65-76. 2004. With Matt Barreto and Nathan D. Woods (graduate students).

"Fear and Loathing in California: Contextual Threat and Political Sophistication Among Latino Voters." *Political Behavior*, 25 (3): 265-286. 2003. With Adrian D. Pantoja.

"Does Ethnicity Matter? Descriptive Representation in the Statehouse and Political Alienation Among Latinos." *Social Science Quarterly*, 84(2): 441-460. 2003. With Adrian D. Pantoja.

"The Paradox of Presidential Approval: The Mixed Blessing of Divided Government to Presidential Popularity." *Journal of Politics,* 64 (3): 701-720. 2002. With Stephen P. Nicholson and Nathan D. Woods, graduate student.

"Citizens by Choice, Voters by Necessity: Patterns in Political Mobilization by Naturalized Latinos." *Political Research Quarterly*, 54 (4): 729-750. 2001. With Adrian D. Pantoja and Ricardo Ramirez, graduate students.

"Race, Casualties and Opinion in the Vietnam War." *Journal of Politics*, 62 (1): 115-146. 2000. With Scott S. Gartner.

"Midterm Elections and Divided Government: An Information-Driven Theory of Electoral Volatility." *Political Research Quarterly*, 52 (3): 609-630. 1999. With Stephen P. Nicholson.

"War, Casualties, and Public Opinion." *Journal of Conflict Resolution,* 42: 278-300, 1998. With Scott S. Gartner.

"Dynamics of Latino Partisanship in California: Immigration, Issue Salience, and Their Implications." *Harvard Journal of Hispanic Politics*, 10: 62-80, 1997. With Dennis Falcon, graduate student, and Harry Pachon.

"All Politics are Local: The Effects of Local Losses on Individual Attitudes Towards War." *Journal of Conflict Resolution,* 41: 669-694, 1997. With Scott S. Gartner and Michael Wilkening, graduate student.

"Appearances Can Be Deceptive: Self-Selection, Social Group Identification, and Political Mobilization." *Rationality and Society*, 9 (2): 131-161, 1997. With Scott S. Gartner.

"Cross National Variation in Political Sophistication of Individuals: Capability or Choice?" *Journal of Politics,* 59 (1): 126-147, 1997.  With Stacy B. Gordon, graduate student.

"Sequential Choices and Partisan Transitions in U.S. Senate Delegations: 1972-1988." *Journal of Politics,* 57(1):86-100, 1995. With Stephen P. Nicholson, graduate student.

"Endogeneity, Exogeneity, Time, and Space in Political Representation." *Legislative Studies Quarterly*, 20(1): 3-22, 1995. With James H. Kuklinski.


*Book Chapters and Invited Articles:*

"Hearing Footsteps: Latino Population Growth and Anticipated—but not Quite Present—Political Effects in Emerging Communities." Forthcoming.  In de la Garza, Rodolfo O., Louis DeSipio, and David L. Leal (eds.). *Beyond the Barrio: Latinos in the 2004 Elections*. South Bend, IN: University of Notre Dame Press.  With Christina Bejarano.

"An Evaluation of the Electoral and Behavioral Impacts of Majority-Minority Districts." Forthcoming.  In Levi, Margaret, Jack Knight, James Johnson, and Susan Stokes, eds. *Mobilizing Democracy:  A Comparative Perspective on Institutional Barriers and Political Obstacles.* New York: Russell Sage Foundation.  With David I. Lublin.

"Majority-Minority Districts, Co-ethnic Candidates, and Mobilization Effects."  In Henderson, Ana, *Voting Rights Act Reauthorization of 2006:  Perspectives on Democracy, Participation, and Power.* Forthcoming.  Berkeley: Institute for Governmental Studies Public Policy Press. With Nathan D. Woods.

"A Place at the Lunch Counter: Latinos, African-Americans, and the Dynamics of American Race Politics." In Meier, Kenneth, Rodolfo Espino, and David Leal, eds., *Latino Politics: Identity, Mobilization, and Representation*.  Forthcoming, University of Virginia Press.  With Helena A. Rodrigues.

"Comparative Ethnic Politics in the United States: Beyond Black and White." *Annual Review of Political Science,* 9: 375-395. 2006. With Helena Alves Rodrigues.

"A Symposium on the Politics of Same-Sex Marriage: An Introduction and Commentary." *PS: Political Science and Politics*, 38 (2). April 2005.  Served as Symposium Editor.

"Latino Political Participation."  With Helena A. Rodrigues.  For the *Encyclopedia of Latinos and Latinas in the United States*, Oxford University Press.  2005.

"Social, Political and Institutional Context and the Representation of Minority Americans."  In Segura, Gary M. and Shaun Bowler, eds.  *Diversity In Democracy: Minority Representation in the United States.*  2005.  Charlottesville: University of Virginia Press.  With Shaun Bowler.

"Agenda Change and the Politics of Latino Partisan Identification."  In Segura, Gary M. and Shaun Bowler, eds.  *Diversity In Democracy: Minority Representation in the United States.*  2005.  Charlottesville: University of Virginia Press.  With Stephen P. Nicholson.

"Unquestioned Influence: Latinos and the 2000 Election in California." In Rodolfo de la Garza and Louis Desipio, eds., *Muted Voices: Latino Politics in the 2000 Election*, New York: Rowman and Littlefield. 2004. With Luis Fraga and Ricardo Ramirez.

"Targets of Opportunity: California's Blanket Primary and the Political Representation of Latinos." In Cain, Bruce E. and Elisabeth R. Gerber, eds., *Voting at the Political Fault Line: California's Experiment with the Blanket Primary*, 248-269. 2002. Berkeley: University of California Press. With Nathan D. Woods, graduate student.

"Hispanics, Social Capital and Civic Engagement." *National Civic Review* 90 (1): 85-96. 2001. With Harry Pachon and Nathan D. Woods, graduate student.

"Institutions Matter: Local Electoral Laws, Gay and Lesbian Representation, and Coalition Building Across Minority Communities." In Ellen Riggle and Barry Tadlock, eds., *Gays and Lesbians in the Democratic Process*, 220-241. 1999. New York: Columbia University Press

*Book Review:*

Review. *Who Are We?* By Samuel Huntington. *Perspectives on Politics*, 3(3): 640-642.

Review. *Congress and the Rent Seeking Society*, by Glenn Parker, *Journal of Politics*, 59: 591-593, 1997.

*Other Publications:*

"An Update on the Status of Latinos y Latinas in Political Science: What the Profession Should be Doing." *PS: Political Science and Politics*, XXXIII (4): 899-903, December, 2000. With Valerie Martinez-Ebers, Manuel Avalos, Carol Hardy-Fanta, Linda Lopez, and Ronald Schmidt, Sr.

*Under Contract:*

*The New Politics of Non-White America.* Congressional Quarterly Press. With Shaun Bowler. Anticipated Publication 6/10

*Revise and Resubmit:*

"Heuristics, Nativity, and Political Judgment: Foreign Born Latinos and Vote Choice." With Stephen P. Nicholson and Adrian D. Pantoja.

"Assimilation, Incorporation, and Ethnic Identity in Understanding Latino Electoral and Non-Electoral Political Participation." With Wayne Santoro.

*Under Review:*

"Democratic Accountability, the Separation of Powers, and Government Approval: How Party Government Shapes Approval of American National Institutions." With Stephen P. Nicholson

"Race Matters: Latino Racial Identities and Political Beliefs." With Stephen P. Nicholson and Adrian Pantoja.

**Awards:**

2007    Midwest Latino Caucus Best Paper Award for the Best Paper Presented at the Annual
       Meeting, Midwest Political Science Association

2005    Adaljiza Sosa-Riddell Award for Exemplary Mentoring of Latino/a Faculty, American
       Political Science Association, Committee on the Status of Latinos y Latinas.

2004    Charles Redd Award for Best Paper on the Politics of the American West presented at the
       2003 Annual Meeting, Western Political Science Association.

**External Grants and Fellowships:**

2007    National Science Foundation.  "Spanish Translation and Hispanic Over-sample: American
       National Election Study."  $722,657 with Matt A. Barreto.

2006    National Science Foundation.  "Supplemental Grant: Contextual Variation and Latino
       Political Life."  $33,754.

2006    Latino Policy Coalition.  "Understanding Latino Policy Challenges in 21st Century
       America." $40,000 with Matt A. Barreto.

2005    National Science Foundation. "Contextual Variation in Latino Political Life." $173,600,
       With Michael Jones-Correa, on behalf of the *Latino National Survey* team.  Divided between
       University of Washington and Cornell University.

2002-2005  Private Foundation Grants for the *Latino National Survey*.
       The Latino National Survey is a collaborative project with Luis Fraga, John Garcia, Rodney
       Hero, Michael Jones-Correa and Valerie Martinez.  The project combines a 40-minute
       survey of 8600 Latino residents of the United States with an extensive array of contextual
       and demographic data on place of residence.

   2005    Wm. K. Kellogg Foundation.  "Latino National Survey." $100,000

   2005    Carnegie Corporation.  "Latino Incorporation in a Changing America: The Latino
          National Survey."  $100,000.

   2004    Joyce Foundation.  "Latino Survey in Illinois and Iowa." $100,000.

   2004    Russell Sage Foundation.  "Latinos Immigrants in New Receiving Areas."  $150,000.

   2004    Irvine Foundation.  "Latinos in California Survey."  $150,000.

   2004    Ford Foundation.  "Latino National Survey."  $200,000.

   2003    Ford Foundation.  "Public Policy Advocate Outreach for the Latino National
          Survey."  $30,000.

2002    William and Flora Hewlett Foundation.  "Latino National Survey Planning Grant." $125,000.

2002    Annie E. Casey Foundation.  "Latino National Survey Working Group," under the auspices of the Inter-University Program in Latino Research. $20,000.

2000    National Science Foundation, SES-0079056.  "The Demographics of Pandora's Box: An Empirical Investigation of the Determinants of Who Dies in War."  With Scott S. Gartner. Total Grant, $215,750, divided between the two institutions.

2000    Haynes Foundation Faculty Fellowship. "The Blanket Primary and Latino Influence in California's Republican Party." $10,000

1999    Haynes Foundation Faculty Fellowship. "Demography, Representation, and Institutions in Southern California Governments." $8000

1997    Public Policy Institute of California.  "Latino Representation and Local Electoral Laws in California." $25,000

1996    Pew Charitable Trusts. "Social Capital, Civic Engagement and Political Participation in Latino Neighborhoods."  With Rodolfo de la Garza and Harry Pachon. $165,000.

1995    National Science Foundation, SBR-9511527. "Casualties of War and Politics: American Electoral Politics and the Korean and VietnamWars."  With Scott S. Gartner. $72,000.

1989    National Hispanic Scholar Fellowship

1988    National Hispanic Scholar Fellowship

1983    Harry S. Truman Foundation Fellowship


**Recent Internal Grants and Fellowships:**

2005    University of Washington's President's Diversity Appraisal Implementation Fund. Grant to establish the "Washington Institute for the Study of Ethnicity and Race," on behalf of the Department of Political Science.  March.

2003    Obermann Summer Interdisciplinary Research Grant.  "Assimilation and Political Incorporation: An Examination of Mexicans, Puerto Ricans, and Cuban Americans."  With Wayne Santoro, Assistant Professor of Sociology, UI, Summer.

2002    UI Faculty Scholar Award.

2002    Obermann Interdisciplinary Research Semester, "Sex, Politics and Economics." Fall.

2002    UI Career Development Award, awarded for Spring, 2003.

1994    Undergraduate Instructional Improvement Grant, "Politics and Homosexuality."

**Conference Presentations (10 years):**

"Calculated Support: Hawks, Doves, Evaluators, and the War in Iraq." With Scott S. Gartner. Presented at the Annual Meeting of the American Political Science Association, Chicago, IL, Aug 30-Sep. 2, 2007.

"Transnational Linkages, Generational Change, and Latino Political Engagement." Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 12-15, 2007.
> *Winner of the Midwest Latino Caucus' Best Paper Award for the Best Paper on Latino Politics presented at the Annual Meeting.*

"The Efficacy and Trust of Juan Q. Public: How the Immigration Marches Reflect Surprising Support for American Institutions of Governance." With Shaun Bowler and Francisco Pedraza. Presented at the Annual Meeting of the Western Political Science Association, Las Vegas, NV, March 8-10, 2007.

"LATINO NATIONAL SURVEY: Rollout Presentation: Coming to Grips with Latino Identity." Presented at the Annual Meeting of the American Political Science Association, Philadelphia, PA, Aug 31- Sep 3, 2006.

"Majority-Minority Districts, Co-ethnic Candidates, and Mobilization Effects." With Nathan D. Woods. Presented at the University of California, Berkeley, Warren Institute on Civil Rights, Conference, February 9, 2006, Washington, DC.

"Divided Government and Public Attitudes Towards Institutions." With Stephen P. Nicholson. Paper presented at the Annual Meeting of the Southern Political Science Association, Atlanta, GA, January 5-7, 2006.

"An Evaluation of the Electoral and Behavioral Impacts of Majority-Minority Districts." With David I. Lublin. Presented at the Annual Meeting of the American Political Science Association, Washington, DC, August 31-September 4, 2005.

"Race Matters: Latino Racial Identities and Political Beliefs." With Stephen P. Nicholson and Adrian Pantoja. Presented at the Annual Meeting of the American Political Science Association, Washington, DC, August 31-September 4, 2005.

"Approval of Governmental Institutions and Party Government." With Stephen P. Nicholson. Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 7-10, 2005.

"From Radical to Conservative: Civil Unions, Same-sex Marriage, and the Structure of Public Attitudes." With Ken Cimino. Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 7-10, 2005.

"A General Theory of War Casualties and Public Opinion." With Scott S. Gartner. Presented at the Annual Meeting of the Western Political Science Association, Oakland, CA, March 16-19, 2005.

"Hearing Footsteps: Latino Population Growth and Anticipated—but not Quite Present—Political Effects in Emerging Communities." With Christina Bejarano, graduate student.  Presented at the University of Texas conference on Latinos in the 2004 Election, February  11-12, 2005.

"What Goes Around, Comes Around: Race, Blowback, and the Louisiana Elections of 2002 and 2003." With Christina Bejarano, graduate student.  Presented at the Annual Meeting of the Southern Political Science Association, New Orleans, LA, January 6-8, 2005.

"Democratic Accountability, the Separation of Powers, and Divided Government: Explaining Presidential and Congressional Approval."  With Stephen P. Nicholson.  Presented at the Annual Meeting of the Southern Political Science Association, New Orleans, LA, January 6-8, 2005.

"Race and the Recall: The Role of Race in the California Recall Election."  With Luis R. Fraga.  Presented at the Annual Meeting of the American Political Science Association, Chicago, IL, September 1-5, 2004.

"A Place at the Lunch Counter: Latinos, African-Americans, and the Dynamics of American Race Politics." With Helena A. Rodrigues.  Presented at the conference "Latino Politics: The State of the Discipline," Texas A&M University, College Station, TX, April 30-May1, 2004.

"Assimilation, Incorporation, and Ethnic Identity in Understanding Latino Electoral and Non-Electoral Political Participation."  With Wayne Santoro.  Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 15-18, 2004
.
"Partisan Gerrymandering and Its Influence on Voter Turnout." With Matt Barreto and Nathan D, Woods.  Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 15-18, 2004.

"A New Generation of Latino Voices: Identity, Attitudes, and Participation."  With Luis Fraga, John Garcia, Rodney Hero, Michael Jones-Correa and Valerie Martinez.  Presented at the Annual Meeting of the Western Political Science Association, Portland, OR, March 11-14, 2004.

"Earthquakes and Aftershocks: Tracking the Macro-partisan Implications of California's Recent Political Environment." With Stephen P. Nicholson and Shaun Bowler. Presented at the Annual Meeting of the Western Political Science Association, Portland, OR, March 11-14, 2004.

"Environmental Racism and the 'Action Gap': Assessing White and Minority Commitment to Environmental Causes." With Shaun Bowler and Matthew Whittaker.  Presented at the Annual Meeting of the Southern Political Science Association, January 8-10, 2004.

"Perceptions of Commonality and Shared Interests: Assessing Latino Support for Black-Brown Coalitions." With Helena Alves Rodrigues.  Presented at the Color Lines Conference, Harvard Civil Rights Project, Harvard University, Cambridge, MA, August 31-Sep. 2, 2003.

"Attitudinal Underpinnings of Black-Brown Coalitions: Latino Perceptions of Commonality With African-Americans and Anglos," with Helena Rodrigues.  Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 3-6, 2003.

"Racial/Ethnic Group Attitudes Toward Environmental Protection in California: Is
        "Environmentalism" Still a White Phenomenon?" With Matthew Whittaker and Shaun
        Bowler, presented at the Annual Meeting of the Western Political Science Association,
        Denver, CO, March 27-30, 2003.
                *Winner of the 2003 Charles Redd Award for Best Paper on the Politics of the American West,*
                *Western Political Science Association, March 2004.*

" Ich bin ein Latino! Sophistication, Symbolism, Heuristics, and Latino Preferences in the 2000
        Presidential Election," with Stephen P. Nicholson and Adrian D. Pantoja, presented at the
        Annual Meeting of the American Political Science Association, Boston, MA, August 29 –
        September 1, 2002.

"Looking Good…Feeling Good! Assessing Whether Dyadic and Collective Descriptive
        Representation Enhances Latino Efficacy," with Stacy Burnett Gordon, prepared for
        presentation at the Annual Meeting of the American Political Science Association, Boston,
        MA, August 29 – September 1, 2002.

"Descriptive Representation and Political Alienation Among Latino Citizens" with Adrian D.
        Pantoja, presented at the Annual Meeting of the Midwest Political Science Association,
        Chicago, IL, April 25-27, 2002.

"Rest Assured?  Estimating the Potential Demobilization Effects of Overlapping Majority-Minority
        Districts," with Matt Barreto and Nathan D. Woods, presented at the Annual Meeting of the
        Midwest Political Science Association, Chicago, IL, April 25-27, 2002.

"Estimating and Understanding Social Capital and its Political Effects Among Latinos in the United
        States," with F. Chris Garcia and Harry Pachon, presented at the Annual Meeting of the
        Western Political Science Association, Long Beach, CA, March 22-24, 2002.

"A Quasi-experimental Estimation of the Effects of Overlapping Majority-Minority Districts on
        Turnout," with Matt Barreto and Nathan D. Woods, presented at the Annual Meeting of the
        Western Political Science Association, Long Beach, CA, March 22-24, 2002.

"War, Casualties, and Representative Voting: Senate Roll Call Votes in the Vietnam War, 1966-June,
        1970," with Scott S. Gartner and Nathan D. Woods, presented at the Annual Meeting of the
        American Political Science Association, San Francisco, California, August 30-Sep. 2, 2001.

"Political Threat and Sophistication Among Latino Voters," with Adrian D. Pantoja, presented at
        the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 19-21,
        2001.

"Agenda Change and the Politics of Latino Partisan Identification," with Stephen P. Nicholson,
        presented at the Claremont/Riverside Conference "Minority Representation: Institutions,
        Behavior and Identity," Claremont, CA, February 2-3, 2001.

"An Investigation and Estimation of How Badly the GOP Goofed with Latinos" with Stephen P.
        Nicholson, presented at the Annual Meeting of the American Political Science Association,
        Washington, DC, August 31-September 3, 2000.

"Solving the Latino Under-Representation Problem at the Local Level: Some New Evidence From California" presented at the Annual Meeting of the American Political Science Association, Washington, DC, August 31-September 3, 2000.

"Citizens by Choice, Voters by Necessity: Patterns in Political Mobilization by Naturalized Latinos," with Adrian D. Pantoja, presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 27-30, 2000.

"Latino Voters, Local Electoral Laws, and the Representation of Multiple Minorities in California," presented at the Annual Meeting of the American Political Science Association, Atlanta, GA, September 2-5, 1999.

"The Paradox of Presidential Approval: The Mixed Blessing of Divided Government to Presidential Success," with Stephen P. Nicholson and Nathan D. Woods, presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 15-17, 1999.

"The Color of Money: African-Americans, Latinos, and PAC Discrimination in Congressional Campaign Contributions," with David B. DeLuz, presented at the Annual Meeting of the Southwest Political Science Association, San Antonio, TX, April 1-3, 1999.

"State-Level Casualties, Candidate Positions, and Senate Elections in the Vietnam War," with Scott S. Gartner and Bethany A. Barratt, presented at the Annual Meeting of the Western Political Science Association, Seattle, WA, March 25-27, 1999.

"The Problem of Local Representation for Gays and Lesbians," presented at the Annual Meeting of the American Political Science Association, Boston, MA, September 2-6, 1998.

"Casualties, Positions on the War, and Senate Elections in the Vietnam War," with Bethany Barratt and Scott Gartner, presented at the Annual Meeting of the American Political Science Association, Boston, MA, September 2-6, 1998.

"Social Context and Aggregate Turnout: Moving Beyond Purely Cultural or Institutional Approaches," with Elizabeth Bergman, presented at the Annual Meeting of the Western Political Science Association, Los Angeles, CA, March 19-21, 1998.

"Institutions Matter: Local Electoral Laws, Gay and Lesbian Representation, and Coalition Building Across Minority Communities," presented at the Annual Meeting of the Western Political Science Association, Los Angeles, CA, March 19-21, 1998.

"A General Model of the Relationship of Wartime Casualties and Opinion," with Scott S. Gartner, presented at the Annual Meeting of the American Political Science Association, Washington, DC, August 28-31, 1997.

"Myths and Realities, Ethnicity and the Vietnam War, Part II," with Scott S. Gartner, presented at the Annual Meeting of the Organization of American Historians, San Francisco, CA, April 17-19, 1997.

"Midterm Elections and Divided Government: An Information Driven Theory of Electoral Volatility," with Stephen P. Nicholson, presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 10-12, 1997.

TEACHING ACTIVITIES

Graduate Courses Taught

| | |
|---|---|
| Seminar in Political Behavior | Research Design in Political Science |
| Seminar in Congress | Seminar on Representation & Electoral Systems |
| Seminar in Interest Groups | Nature of Political Science Inquiry |
| Quantitative Methods I | Seminar on Racial, Ethnic, and Social Minorities |
| Core Seminar in American Politics | Seminar on Race and Racism in Contemporary American Politics |

Undergraduate Courses Taught

| | |
|---|---|
| Elections and Voting Behavior | Introduction to American Politics |
| Legislative Process | Introduction to Political Philosophy |
| Societal Responses to AIDS | Politics and Homosexuality |
| Quantitative Analysis | Minority Representation and the VRA |
| Latino Politics | Minority and Group Mobilization |
| Understanding Political Research | Honors Seminar on Race and Racism |

**Doctoral Students Supervised (Chair)**

Christina Bejarano, Assistant Professor, Department of Political Science, University of Kansas, 2007.

Ken Cimino, Policy Analyst, California Department of Transportation, 2004.

Stacy B. Gordon, Associate Professor, Department of Political Science, University of Nevada, 1997.

Daryl Liskey, Research Analyst, CNA Corporation (Political and Security Consulting), 2002.

Stephen P. Nicholson, Assistant Professor, School of Social and Behavioral Sciences, University of California, Merced, 1998. Recipient of the APSA's E.E. Schattschneider Award for the Best Dissertation in American Politics, 1999.

Adrian D. Pantoja, Associate Professor, Department of Politics, Pitzer College, 2001.

Helena Rodrigues, Honors College Advisor, University of Arizona, 2005.

Jacqueline White, Assistant Division Chief of Finance, Chief Administrative Office, County of Los Angeles, 2004.

Nathan D. Woods, Research Associate, Welch Consulting, Santa Monica, CA, 2004, and Adjunct Assistant Professor, Department of Political Science, University of Southern California.

**Doctoral Committee Memberships**

Elizabeth Bergman, Visiting Assistant Professor, Cal Poly Pomona, 2001.

Jeff Cummins, Assistant Professor, California State University, Fresno, 2003.

Elizabeth DeSouza, Visiting Assistant Professor, Claremont Graduate University, 1999.

Scott Frisch, Associate Professor, Department of Political Science, California State University, Channel Islands, 1997.

Marcia Godwin, Assistant Professor, Public Administration, University of LaVerne, 2000.

Christopher Hoene, Research Manager, National League of Cities, 1999.

William Julius, Visiting Assistant Professor, Department of Political Science, California State University, Fullerton, 2002.

George Monsavais, Senior Analyst, Policy Institute of the Church of Jesus Christ of Latter Day Saints, Provo, Utah, 2001.

Roger P. Rose, Associate Professor and Chair, Department of Political Science, Benedictine University, Lisle, IL, 1997.  (Co-directed)

Gregory Saxton, Assistant Professor, School of Public Policy, State University of New York, Brockport, 2000.  (Co-directed)

Nancy Shulock, Associate Vice President for Academic Affairs and Associate Professor of Public Policy and Administration, California State University, Sacramento, 1996.  Recipient of the APSA's Harold Lasswell Award for the Best Dissertation in Policy Studies, 1997.

Charles Turner, Associate Professor, Department of Political Science, California State University, Chico, 2000.

Whittaker, Matthew. Staff Researcher, College of Education, University of Iowa. June 2006.


**Doctoral Dissertations in Progress**


Haub, Brandy Case (UI-Anthro.)
Pedraza, Francisco
Valencia-Garcia, Dellanira (UW Psych)

## SERVICE

**Professional Service and Memberships:**

President-elect, Midwest Political Science Association, 2008-2009, President 2009-2010.
Southern Political Science Association, Committee on the Status of Gays, Lesbians and
      Bisexuals, 2008-2009.
Western Political Science Association *PRQ* Best Paper Award Committee, 2008-2009.
NSF IGERT Panelist, 2007
Vice-President, Midwest Political Science Association, 2006-2007.
Member, APSA Pi Sigma Alpha Award Committee, 2006-2007.
General Program Chair, 2006 Annual Meeting of the Midwest Political Science Association.
Board of Overseers, American National Election Study, 2006-2009
Member, WPSA Best Paper on Latino/a Politics Committee, 2005-2006.
President, Latino Caucus of the American Political Science Association, 2004-2005.
Member, Executive Council of the American Political Science Association, 2002-2004.
      Member of the Council's Administrative Committee, 2003-2004;
      Member of the Council's Sub-committee on Public Presence, 2003-2004.
Member, Nominations Committee, American Political Science Association, 2005-2006.
Section Program Co-Chair, Organized Section on Race, Ethnicity, and Politics, 2005 Annual
      Meeting of the American Political Science Association.
Member, Executive Council of the Western Political Science Association, 2005-2008.
Member, Executive Council of the Organized Section on Elections, Voting Behavior, and
      Public Opinion of the APSA, 2002-2004.
Member, Editorial Board, *American Journal of Political Science*, January, 2002-present.
Member, Editorial Board, *Journal of Politics*, January, 2005-2007.
Member, Editorial Board, *Political Research Quarterly*, June 2006-present.
Member, Editorial Board, *PS: Political Science & Politics*, January, 2002-2004.
Member, Executive Council of the Midwest Political Science Association, 2000-2003.
Member, Latino Scholarship Fund Award Committee, American Political Science
      Association, 2003-2005.
Member, Midwest Political Science Association Ad Hoc Committee on Short Courses.
Chair, Western Political Science Association's Committee on the Status of Chicanos, 2001-
      2003.
Member, American Political Science Association's Committee on the Status of Latinos y
      Latinas in the Profession, 1999-2001.
Member, Western Political Science Association's Committee on the Status of Chicanos,
      2000-2001.
Member, Steering Committee, Latino Scholarship Fund, APSA Centennial Campaign
Invited Presentation, University of Illinois at Urbana, La Casa Cultural Latina and
      Department of Political Science, November 2007
Invited Presentation, Immigrant Political Incorporation Workshop, Harvard, September
      2007
Invited Presentation, Democratic Caucus of the House of Representatives, February 2007
Invited Presentation, Center for American Progress, Washington, DC, February 2007
Invited Presentation, Latino Issues Forum and San Francisco Foundation, February 2007
Invited Lecture, University of California, Davis, February, 2007
Invited Lecture, Texas Tech University, Lubbock, April 2006
Invited Lecture, Texas State University, San Marcos, April 2006
Invited Lecture, University of California, Berkeley, October 2005

Invited Panelist, American Anthropological Society Conference on Race and Human
Variation, Arlington, VA, September 2004

Invited Lecture, Texas A&M University, College Station, November 2004

Invited Lecture, University of California, San Diego, May 2004

Invited Lecture, Washington University in St. Louis, February, 2004

Invited Lecture, University of Wisconsin, Madison, April, 2003

Invited Lecture, University of Washington, November, 2003

Invited Lecture, Hunter College-CUNY, October, 2002

Invited Lectures, Ralph Bunche Institute, 2000, 2004

Invited Discussant, Conference on Migration, UC-San Diego, Fall 2000

Invited Lecture, University of California, Irvine, April, 1999

Invited Panelist, Conference on the "New Californios" UC-Irvine, April 1997.

Invited Panelist, Conference on 'The 1996 elections and the Latino Community," School of
Public Policy, University of California, Berkeley, November 1996.

Section Program Chair, Voting and Elections, 2001 Meeting of the WPSA

Manuscript Reviewer: APSR, AJPS, JOP, LSQ, PRQ, SSQ, JCR, Political Behavior, Political
Psychology, El Centro, APR, NSF, PS, International Migration Review

Tenure Reviewer (Seven occasions to date)

**University and College Service:**

*UW*

Departmental Review Committee, Department of Communication, 2007-8

Founder and Director, University of Washington Institute for the Study of Ethnicity, Race,
and Sexuality, 2006-present.

*UI*

Faculty Senate, 2003-2004.

Member, Faculty Senate Committee on Government Relations, 2002-2004.

Member, University of Iowa Council on the Status of Latinos, 2001 to present.

Member, Board in Control of Athletics, 2003-2004; Subcommittees on Academic
Achievement and Equity.

Member, Sexuality Studies Program Advisory Committee, 2003-2004.

Member, Obermann Center Advisory Committee, 2003-2005.

Member, Interdisciplinary Research Grant Review Committee, Obermann Center,
December 2003.

Faculty Host, Provost Candidate Forum, December 2003.

Member, Faculty Assembly Nominations Committee, April 2003.

Presentation to the Latino Youth Summit, Sponsored by Opportunity at Iowa, October 31,
2003.

Visiting Lecture, Hispanic Student Association, Cornell College, November, 2002.

Paper Presentation, "Changes in Latitudes, Changes in Attitudes: How Latino Immigration
and Political Incorporation are Changing the Face of American Politics," at the
public forum, "Latinos-Ignored No Longer," sponsored by the UI Council on the
Status of Latinos in Commemoration of Latino Heritage Month, October 15, 2002.

Key Note Speaker, UI Latino Commencement Celebration, May 2002.

Conference Presentation, Western Hemispheric Integration, Democracy and the Rule of
Law, organized by the UI College of Law and International Programs, April, 2002.

*CGU*
Member, Affirmative Action and Diversity Committee,
     Serving on the Information Science Search Committee as part of these duties;
Member, Campus Master Planning Committee;
Member, Commencement Speaker Committee;
Member, Lambda Faculty and Staff Association, Curriculum sub-committee, 1997-2001;
Committee for an Undergraduate Major in Political Psychology, April 1999 to 2000;
Panel Speaker, Inauguration of Steadman Upham as President of the University;
Faculty Executive Committee, July 1, 1997 to June 30, 1999;
Space Allocation and Facilities Review Committee, March 1997-2001;
Diversity Task Force, January 1997 to May 1998;
Chair, Campus-wide Working Group on Financial Aid and Fellowship Allocation Policy,
     Spring 1998;
Community Fellows Selection Committee, October, 1998;


*UC-Davis*
Member, Central Valley Initiative Planning Committee, Vice-Provost's Office, Spring 1994;
Member, Chancellor's Committee on Lesbian, Gay and Bisexual Issues, April 1994-1996;
Member, Institute of Governmental Affairs--SSDS Statistical Consultant Search Committee,
     Summer 1994;
Chair, Institute of Governmental Affairs-ICPSR Committee and UCD Faculty ICPSR Liason,
     1994-95;

**Departmental Service:**

*UW*
Member, Lev Award Committee, 2007
Member, Third-year Review Committee for Matt Barreto, 2007
Member, Graduate Admissions Committee, 2006-08
Chair, Tenure and Promotion Review for Luis Ricardo Fraga, 2006
Chair, African-American Politics Target of Opportunity Search, 2005-06.
Member, Graduate Program Committee, 2005-07.
Member, Honors Program Interview Committee, 2005-06.

*UI*
Member, Department Executive Committee, 2003-04.
Member, Department Bose Speaker Series Committee, 2003-04.
Member, Tenure Review Committee for Sara M. Mitchell, December 2003.
Chair, American Politics Doctoral Examination Field Committee, November 2003.
Chair, Third-year Review Committee, Fred Boehmke, 2002-2003.
Chinese Politics Search Committee, 2002
Computer Committee, 2001-2002

*CGU*
Coordinator of the MA program in American Politics, 1999-2001;
American Politics Field Committee;
Admissions and Awards Committee, Chair: July 1997-June 1999;
Political Economy Search Committee 1996-1997;

*UC-Davis*
American Politics Search Committee, 1995-96;
MA Graduate Program Advisor (American, Public Law, and Theory), 1994-95;
Member, Graduate Affairs Committee, 1994-96;
Coordinator, Political Science Research Colloquium, 1992-1994;
Law and Politics Search Committee, 1993-94;
Director, Public Affairs Internship Program, 1993-94;
Co-Director, Public Affairs Internship Program, 1992-93;
Member, Undergraduate Affairs Committee 1991-92;

**EXHIBIT B**

## Sources

*The American National Election Studies* (ANES; www.electionstudies.org). The ANES 2008 Time Series Study [dataset]. Stanford University and the University of Michigan [producers].

Barth, Jay, L. Marvin Overby, and Scott H. Huffmon. 2009. "Community Context, Personal Contact, and Support for Anti-Gay Rights Referendum." *Political Research Quarterly* 62 (2): 355-365

Cahill, Sean. 2007. "The Anti-Gay Marriage Movement." In Rimmerman, Craig A., and Clyde Wilcox, eds., *The Politics of Same Sex Marriage*. Chicago: University of Chicago Press.

Campbell, David C. and Carin Robinson. 2007. "Religious Coalitions For and Against Gay Marriage." In Rimmerman, Craig A., and Clyde Wilcox, eds., *The Politics of Same Sex Marriage*. Chicago: University of Chicago Press.

Dahl, Robert A. 1956. A Preface to Democratic Theory. Chicago: University of Chicago Press.

FBI Hate Crime Statistics. Various years. For 2007, see: http://www.fbi.gov/ucr/hc2007/index.html

Gartner, Scott S. and Gary M. Segura. 1997. "Appearances can be Deceptive: Self-Selection, Social Group Identification, and Political Mobilization." *Rationality and Society*, 9 (2): 131-162.

*General Social Surveys, 1972-2008.* [machine-readable data file]. Principal Investigator, James A. Davis; Director and Co-Principal Investigator, Tom W. Smith; Co-Principal Investigator, Peter V. Marsden, NORC ed. Chicago: National Opinion Research Center, producer, 2005; Storrs, CT: The Roper Center for Public Opinion Research, University of Connecticut, distributor. 1 data file (53,043 logical records) and 1 codebook (2, 656 pp).

Haider-Markel, Donald P. and Kenneth J. Meier. 1996. "The Politics of Gay and Lesbian Rights: Expanding the Scope of the Conflict." *The Journal of Politics*, 58 (2): 332-349.

Haider-Markel, Donald P., Mark R. Joslyn and Chad J. Kniss. 2000. "Minority Group Interests and Political Representation: Gay Elected Officials in the Policy Process." *The Journal of Politics*, 62 (2): 568-577.

Haider-Markel, Donald P., and Mark R. Joslyn. 2005. "Attributions and the Regulation of Marriage: Considering the Parallels between Race and Homosexuality." *PS: Political Science and Politics*, 38 (2): 233-239.

Haider-Markel, Donald P., Alana Querze, Kara Lindaman. 2007. "Lose, Win, or Draw?: A Reexamination of Direct Democracy and Minority Rights." *Political Research Quarterly*, 60 (2): 304-314.

Hero, Rodney. 1992. *Latinos and the US Political System*. Philadelphia: Temple University Press.

Lax, Jeffrey, and Justin H. Phillips. 2009. "Gay Rights in the States: Public Opinion and Policy Responsiveness." *American Political Science Review*, 103 (3): 367-386.

Lupia, Arthur, Yanna Krupnikov, Adam Seth Levine, Spencer and Alexander Von Hagen-Jamar. 2009. "Why State Constitutions Differ in their Treatment of Same-Sex Marriage." Presented at the Annual Meeting of the American Political Science Association, Toronto, ON, September 2-5.

Madison, James, Alexander Hamilton, and John Jay. 1988 ed. (originally published 1787-88). *The Federalist Papers*. Edited by Garry Wills. New York: Bantam Books.

National Coalition of Anti-Violence Programs. 2009. "Hate Violence Against Lesbian, Gay, Bisexual and Transgender People in the United States, 2008."

National Election Pool, Edison Media Research, and Mitofsky International. 2004. NATIONAL ELECTION POOL GENERAL ELECTION EXIT POLLS, 2004.[Computer file]. ICPSR version. Somerville, NJ: Edison Media Research/New York, NY: Mitofsky International [producers], 2004. Ann Arbor, MI: Inter-university Consortium for Political and Social Research [distributor], 2005.

Olson, Mancur. 1965. *The Logic of Collective Action*. Cambridge: Harvard University Press.

*Out Officials*, The Gay & Lesbian Leadership Institute, at http://www.glli.org/out_officials.

Schattschneider, E.E. 1960. *The Semisovereign People*. New York: Harcourt, Brace Jovanovich.

Truman, David. 1951. *The Governmental Process*. New York: Knopf.

Zaller, John. 1992. *The Nature and Origins of Mass Opinion*. Cambridge: Cambridge University Press.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDITH SCHLAIN WINDSOR, in her
capacity as Executor of the estate of THEA
CLARA SPYER,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

10 Civ. 8435 (BSJ) (JCF)
ECF Case

## EXPERT AFFIDAVIT OF MICHAEL LAMB, PH.D.

I, Michael Lamb, Ph.D., hereby depose and say as follows:

## PRELIMINARY STATEMENT

1.    I am Professor of Psychology in the Social Sciences, Head, Department of Social and Developmental Psychology, Faculty of Politics, Psychology, Sociology, and International Studies, Cambridge University.  I have been retained as a consultant by counsel for Plaintiff in connection with the above-referenced litigation ("*Windsor*") and by counsel for the Plaintiffs in *Pedersen, et al. v. Office of Personnel Management, et. al.*, 3:10-cv-01750(VLB) (D. Conn., filed Nov. 9, 2010).  I have actual knowledge of the matters stated in this affidavit and could and would so testify if called as a witness.

2.    My background, experience, and list of publications from the last 10 years are summarized in my curriculum vitae, which is attached as Exhibit A to this report.

3.    I hold a Bachelor's degree in psychology and economics from the University of Natal in Durban, South Africa (1972), Master's degrees in psychology from

1

Johns Hopkins University (1974) and Yale University (1975), and a Ph.D. in psychology from Yale University (1976).

4.    I have held academic positions as Assistant Professor of Psychology at the University of Wisconsin, Assistant Professor of Psychology at the University of Michigan, and Professor of Psychology, Psychiatry, and Pediatrics at the University of Utah. In 2004, I took a position as Professor and Head of the Department of Social and Developmental Psychology at Cambridge University in the United Kingdom, where I am now employed.

5.    From 1987 until 2004, I was head of the Section on Social and Emotional Development and a Senior Research Psychologist at the United States National Institute of Child Health and Human Development (NICHD), an institute within the National Institutes of Health (NIH).

6.    I have authored more than 500 publications that have appeared either in peer-reviewed professional journals or in professional books published by academic presses primarily for the readership of other professionals.  I have written or edited about 45 books in the field of developmental psychology, development in infancy, mother-child relationships, father-child relationships, the role of the father, sibling relationships, the effects of nontraditional rearing circumstances, the effects of daycare, child abuse, and forensic interview practices.  A number of my books, including my books on nontraditional families, are used widely as texts in graduate courses.

7.    I have been a peer-reviewer for various professional journals regularly for more than 30 years.  I currently average two reviews of other professionals' work per week.  In connection with my work as a peer-reviewer, I have peer-reviewed dozens of

articles that address the parenting abilities of gay men and/or lesbians and/or their children's adjustment.

8.     Over the past 35 years, I have pursued two broad areas of research.  One line of research has focused on forensic issues such as the credibility of children and the best ways of eliciting accurate information from victims of child abuse.  This work is not directly relevant to the present litigation.  The other line of research is concerned with children's development and adjustment, especially the formative effects of the relationships that children establish with their parents and the ways in which these relationships shape children's development over time.  In this context, I have also examined factors that are likely to have an adverse effect on development, such as child abuse, and I have explored variations in rearing experiences that might affect child development, such as the effects of various types of nontraditional family forms.  I am familiar with the research on families headed by gay and lesbian individuals and couples.

9.     My initial research in the United States was about the formation of relationships between babies and their parents in households with a mother and a father.  When I began my research, I focused on the role played by fathers in children's development.  I later expanded my research in order to understand better the role that fathers play in children's lives – when they live with their children and when they do not, in both divorced and married families, and when they are highly involved or uninvolved in childcare.

10.     In the past four years, I have provided expert testimony at trial in two matters, *In the Matter of the Adoption of X.X.G. and N.R.G.* in the Circuit Court of the 11th Judicial Circuit and in Miami-Dade County, Florida, Case No. 06-43881 FC 04, and

3

in *Perry* v. *Schwarzenegger*, Case No. 09-CV-2292 VRW. I was also deposed in those cases. Additionally, I was deposed as an expert on December 11, 2009, in *Cole* v. *The Arkansas Department of Human Services*, Case No. CV2008-14824, in the Circuit Court of Pulaski County, Arkansas.

11.     In preparing this Affidavit, I reviewed the Complaints in *Windsor* and *Pedersen*, and the materials listed in the attached Bibliography (Exhibit B). I may rely on those documents, in addition to the documents specifically cited as supportive examples in particular sections of this Affidavit, as additional support for my opinions. I have also relied on my years of experience in this field, as set out in my curriculum vitae (Exhibit A), and on the materials listed therein.

## I.     Summary Of Ultimate Conclusions

12.     Children and adolescents raised by same-sex parents are as likely to be well-adjusted as children raised by heterosexual parents, including 'biological' parents. Numerous studies of youths raised by same-sex parents conducted over the past 25 years by respected researchers and published in peer-reviewed academic journals conclude that children and adolescents raised by same-sex parents are as successful psychologically, emotionally, and socially as children and adolescents raised by heterosexual parents, including 'biological' parents. Furthermore, the research makes clear that the same factors, as elaborated below, affect the adjustment of youths, whatever the sexual orientation of their parents.

13.     It is beyond scientific dispute that the factors that best account for the adjustment of children and adolescents are the quality of the youths' relationships with their parents, the quality of the relationship between the parents or significant adults in

4

the youths' lives, and the availability of economic and socio-economic resources. These factors affect adjustment in both traditional and nontraditional families. The parents' sex or sexual orientation does not affect the capacity to be good parents or their children's healthy development. There is also no empirical support for the notion that the presence of both male and female role models in the home promotes children's adjustment or well-being.

## II.    The Factors That Determine Children's And Adolescents' Adjustment

14.    Psychologists use the term "adjustment" to refer to psychological well-being. "Adjustment" refers to characteristics (including the absence of psychological or psychiatric symptoms and the absence of behavior problems) that allow children or adolescents to function well in their everyday life. Well-adjusted youths have sufficient social skills to get along with others, to get along and comply with adults, to function well in school, to function effectively in the workplace, and establish meaningful intimate relationships later in life. In contrast, maladjustment might be manifested by behavior problems, such as bullying and acting aggressively with others, or deficient social skills making it difficult for individuals to establish relationships with others, thus leaving them socially isolated.

15.    Over the last 50 years, more than 1000 studies have examined the factors that predict healthy adjustment in children and adolescents. As a result of this significant body of research, psychologists have reached consensus on the factors that predict healthy development and adjustment. Among these are:

a)    the quality of children's or adolescents' relationships with their parents or parent figures;

5

b)      the quality of the relationship between the parents and other significant adults; conflict between them is associated with maladjustment while harmonious relationships between the adults support healthy adjustment;

c)      the availability of adequate economic and social resources, with poverty and social isolation being associated with maladjustment, and adequate resources supporting healthy adjustment.

16.      The quality of parent-offspring relationships is determined by the degree to which parents offer love and affection, emotional commitment, reliability and consistency, as well as the extent to which the parents 'read' their children or adolescents effectively and provide appropriate stimulation, guidance, and limit-setting. The better the quality of parent-child relationships, the better the children's or adolescents' adjustment is likely to be, whether the parents have same- or opposite-sex orientations.

17.      Not all differences between youths are differences in adjustment. Many ways in which children or adolescents differ from each other are simply normal variations among people, and are unrelated to adjustment. For example, there has been considerable research on intelligence, but individual differences in intelligence are not viewed as markers of adjustment or maladjustment. Other normal variations can result from cultural differences (such as in assertiveness or individualism) or differences in personality (e.g., some children are extroverted while others are introverted).

**III.    The Factors Predicting Healthy Adjustment Are The Same For Traditional and Nontraditional Families, And Children Or Adolescents In Nontraditional Families Are Just As Capable Of Healthy Adjustment As Those In Traditional Settings.**

18.      In the social sciences, the term "traditional family" refers to the childrearing environment that social scientists formerly considered the norm -- a middle-

6

class family with a bread-winning father and a stay-at-home mother, married to each other and raising their biological children. "Nontraditional" family forms, by definition, involve any kind of variation from this pattern. Thus, families with fathers who assume responsibility for childcare would qualify as nontraditional, as would families with employed mothers, with two employed parents, with one parent, or that rely on childcare centers instead of performing childcare exclusively within the home. Nontraditional families constitute the vast majority of families in the United States today.

19.    Society's early assumptions about the superiority of the traditional family form have been challenged by the results of empirical research. Early in the Twentieth Century, it was widely believed that traditional family settings were necessary in order for children to adjust well. This view derived directly from psychoanalytic thinking that was based on clinical observations, but not on empirical research. As psychoanalysis yielded to more empirically-based psychology over the early parts of the last century, it became clear that this notion was unsupported. Research beginning in the late 1940's and continuing until the present has tested many of the hypotheses that flowed from the assumption that children and adolescents need to be raised in traditional families in order to develop healthily. Specifically, there have been over 50 years of research into the effects on children or adolescents of having one parent, of divorce, and of maternal employment. Intense interest in the effects of daycare began in the 1970's, as did interest in highly involved fathers (stay-at-home fathers or families in which mothers and fathers share childcare responsibilities) and in same-sex families and households.

20.    This research has demonstrated that the correlates of children's or adolescents' adjustment listed above are important regardless of whether children and

7

adolescents are raised in traditional family settings or in nontraditional families. Children's or adolescents' adjustment depends overwhelmingly upon such qualities as the parents' affection, consistency, reliability, responsiveness, and emotional commitment, as well as on the quality and character of the relationships between the parents and their intimates, and on the availability of sufficient economic and social resources. Since the end of the 1980's, as a result, it has been well established that children and adolescents can adjust just as well in nontraditional settings as in traditional settings.

A.    **Difficulties in one-parent families have nothing to do with parental gender or sexual orientation; the absence of a father or of a mother, by itself, is not a predictor of healthy adjustment.**

21.    Numerous large-scale studies show that most of the children and adolescents who grow up in one-parent families are well adjusted. However, there is a significant body of research on the impact of father absence, divorce, and one-parent family life demonstrating that children and adolescents in one-parent families are more likely to have adjustment difficulties than children and adolescents in two-parent families. Research shows that the reasons for this disparity are consistent with the predictors of adjustment generally. The primary causes of increased risk of maladjustment among children or adolescents in one-parent families are the reduced resources available when there is one parent, and the disruptive effects of and conflict associated with parental separation.

22.    Many children and adolescents of parents whose relationships dissolve lose one of their supportive parental relationships, and do not get the benefit of both psychological and financial support from their non-resident parents. Additionally, many divorces expose children and adolescents to parental conflict both preceding and

8

following the separation, may also involve rejection by or separation from one of the parents, and possible dislocations, such as moving to a new neighborhood and school. Finally, families headed by single mothers, in particular, often suffer considerable degrees of financial hardship because of a combination of factors including the continuing disparity in pay received by men and by women, and because many women, whether or not they were once married, have taken time out from the workforce to raise children.

**B.     Male and female parents can be equally competent; the absence of male or female parents in the home does not impair development.**

23.     Fifty years ago, it was widely assumed that the absence of a male parent figure accounted for the problems in adjustment encountered by some children and adolescents in single-parent families. However, extensive empirical research on nontraditional families has demonstrated that father absence is not itself important to adjustment; instead, it is the quality of the children's experiences more broadly and, specifically the quality of the parent-child relationships, the quality of the relationship between the parents, and the adequacy of resources that explain the higher levels of maladjustment on the part of children and adolescents in one-parent families. It is well-established that both men and women have the capacity to be good parents, and that having parents of both genders does not enhance adjustment.

24.     Studies have shown that, at the time that parents first receive their children, whether by birth or adoption, men and women are equivalently competent (or incompetent) at parenting. Most parenting skills are learned 'on the job.' Because women in this society on average spend more time on the job, they often become more skillful at it over time. However, this disparity in parenting skills simply reflects

9

women's greater experience and greater opportunities to learn rather than a biologically given capacity. When men actively care for their children, they become more skillful, too. Nothing about a person's sex determines the capacity to be a good parent.

25. Many studies have pointed to differences between the ways in which mothers and fathers interact with their children, but this is not significant to adjustment. These studies suggest that, on average, men's patterns of interaction are dominated by a more boisterous, playful, unpredictable interaction, while women's patterns are more soothing, containing, and restrictive. However, these differences do not apply across the board to all men or to all women, nor is it harmful when parents do not assume traditional sex-typed parenting styles.

26. Male and female adults can adopt sensitive or authoritative parenting styles. When fathers are the primary caregivers, for example, the style of interaction between fathers and children often becomes more like typical mother-child interaction. The observed differences in parenting style appear to reflect, in large part, differences in the type of responsibility that the parent has within the home (i.e., differences between being the primary or secondary parent). Many children do not have parents who offer both of these parenting styles and this does not appear to affect their adjustment adversely.

27. There also is no empirical support for the notion that the presence of both male and female role models in the home enhances the adjustment of children and adolescents. Society is replete with role models from whom children and adolescents can learn about socially prescribed male and female roles. Some normal variations do characterize children and adolescents raised in some nontraditional settings, however.

10

For example, such children often have distinctive attitudes about sex-role norms. Within the field, sex-role norms refer to the awareness of and beliefs in behavioral differences between boys and girls or men and women. In nontraditional families, children may have more flexible sex-role standards. This means, for example, that the children are more likely to think that both boys and girls can be astronauts or doctors, and that it is acceptable for both girls and boys to play with both trucks and dolls. By contrast, children raised in traditional family settings tend to have more sex-stereotypical notions about appropriate gender roles. Again, this variation with respect to sex-role norms is a normal variation, and has nothing to do with adjustment.

**IV.     Research Specific To Same-Sex Parenting Demonstrates That The Children And Adolescents of Same-Sex Parents Are Just As Well-Adjusted As Those With Heterosexual Parents.**

   **A.  Based on a significant and well-respected body of research, the scientific community has reached consensus that parental sexual orientation does not affect adjustment.**

28.     The body of research that has examined children's and adolescents' adjustment in the specific context of same-sex parenting represents approximately 30 years of scholarship and includes more than 50 peer-reviewed empirical reports. The earliest reports from studies of same-sex parenting were published in the late 1970's, and research has continued to the present. More than 100 articles about same-sex parents and/or their offspring have been published in respected academic journals or as chapters in books for use by other professionals. These present both qualitative research (relying primarily on interviews and discussions with either the youths or with the parents) and quantitative research.

11

29.    The results of these studies support and are consistent with the results of the broader body of research on socialization in both traditional and nontraditional families. They demonstrate that the adjustment of children and adolescents of same-sex parents is determined by the quality of the youths' relationships with the parents, the quality of the relationship between the parents, and the resources available to the families.

30.    They further demonstrate that adjustment is not affected by the gender or sexual orientation of the parent(s). Research comparing the adjustment of children and adolescents of same-sex parents with the children and adolescents of heterosexual parents consistently shows that the children or adolescents in both groups are equivalently adjusted. The children and adolescents of same-sex parents are as emotionally healthy, and as educationally and socially successful, as children and adolescents raised by heterosexual parents. The social science literature overwhelmingly rejects the notion that there is an optimal gender mix of parents or that children and adolescents with same-sex parents suffer any developmental disadvantages compared with those with two opposite-sex parents.

31.    There is consensus within the scientific community that parental sexual orientation has no effect on children's and adolescents' adjustment. Numerous organizations representing mental health and child welfare professionals have issued statements confirming that same-sex parents are as effective as heterosexual parents in raising well-adjusted children and adolescents and should not face discrimination. See Exhibit B. These organizations include the American Academy of Pediatrics, the American Academy of Child and Adolescent Psychiatry, the American Psychiatric

12

Association, the American Psychological Association, the American Psychoanalytic Association, the National Association of Social Workers, the Child Welfare League of America, and the North American Council on Adoptable Children.

**B.      Studies identifying differences in the children or adolescents of same-sex parents have identified only normal variations, and not differences in adjustment.**

32.      Like children and adolescents in other nontraditional families, children and adolescents with same-sex parents have sometimes been found to have less sex-stereotyped beliefs, and to be more open in their views of societal norms and standards about appropriate behavior for males and females.  For example, some studies of young children suggest that girls raised by lesbian mothers may play with both dolls and trucks, and be more willing to think that being an astronaut or being a doctor are appropriate aspirations for girls as well as boys, than girls raised by heterosexual mothers.  Although there was a time when some developmental psychologists believed that conformance to sex-based stereotypes was a component of healthy adjustment, this view has been discredited and abandoned.  The differences seen in sex-stereotyped beliefs and behavior between children of lesbian and heterosexual parents are not differences in adjustment. Children and adolescents raised by same-sex parents do not differ from those raised by heterosexual parents with respect to gender identity, which is an aspect of psychological adjustment.

**C.      The methodology of the research examining same-sex parenting is standard, reliable, and accepted in the field.**

33.      Social scientists use and value diverse methodologies, research designs, and types of data that vary depending on the discipline involved, the specific area of research, the questions being raised, and the theories being applied and evaluated.

13

Developmental psychologists (and psychologists more generally) tend to emphasize intensive examination of relatively small numbers of individuals, often studied in the context of social relationships and influences. Developmental psychologists rarely use research methods based on statistically representative national samples. Such large-scale survey research methods are often too blunt to address adequately the complex and nuanced questions that generally are at issue when scholars attempt to assess and compare the course of development in different circumstances. It is more common for researchers to use what might be called "convenience" samples, and to explore those samples intensively, rather than to study large samples more superficially.

34.    The methodologies used in the major studies of same-sex parenting meet the standards for research in the field of developmental psychology and psychology generally. Proper research methods and standards in social sciences are determined through a rigorous peer review process that is conducted by established scholars in individual disciplines and sub-fields. When scholarly papers are submitted for publication, the research methods used, the analyses conducted, and the findings drawn are critically reviewed. In order to be published, an academic's work must satisfy the scrutiny and standards of scholars considered to be experts in the field of research under review.

35.    The studies specific to same-sex parenting from which I draw my conclusions were published in leading journals in the field of child and adolescent development, such as *Child Development*, *Developmental Psychology*, and *The Journal of Child Psychology and Psychiatry*. The journals *Child Development*, published by the Society for Research in Child Development, *Developmental Psychology*, published by the

American Psychological Association, and *The Journal of Child Psychology and Psychiatry* are the flagship peer-reviewed journals in the field of child development. Most of the studies on which I rely appeared in these (or similar) rigorously peer-reviewed and highly selective journals, whose standards represent expert consensus on generally accepted social scientific standards for research on child and adolescent development. Prior to publication in these journals, these studies were required to go through a rigorous peer-review process, and as a result, they constitute the type of research that members of the respective professions consider reliable. The body of research on same-sex families is consistent with standards in the relevant fields and produces reliable conclusions.

**D.    Data concerning one-parent families does not support conclusions about the preferred gender of parents.**

36.    Research showing that children and adolescents in one-parent families are at greater risk of maladjustment than those raised by two parents is sometimes used to support the view that youths need both mothers and fathers, and therefore that heterosexual couples make the best parents. This mischaracterizes the research into one-parent families, which typically does not explore the effects of parental sexual orientation or gender.

37.    Studies on the impact of one-parent family life generally compare one-parent and married-couple *heterosexual* parents; I am aware of no study that includes same-sex couples. Consequently, it is inappropriate to attribute the differences resulting from the number of parents and resources in a household to parental gender or sexual orientation, or to draw conclusions about the children of same-sex parents from these studies. The relevant studies do suggest, however, that, all other things being equal,

15

children and adolescents tend to do better with two parents than one, and therefore, that children and adolescents with same-sex parents, like their peers, likely would benefit if their parents could choose to marry and solidify their family and parental ties.

**V.     Research Concerning The Benefits Of Being Raised By 'Biological' Parents Does Not Support Arguments That Same-Sex Couples Are Inferior Parents.**

38.     Others claim that children thrive in families with 'biological' parents and, by implication, claim that same-sex parenting is bad for children because same-sex parents cannot provide children with the advantages of being raised by their two biological parents.  This argument is misleading.  In many of the relevant studies, the term 'biological' is used to distinguish between children raised by biological or adoptive parents, on the one hand, and those raised in nontraditional families, on the other. Children adopted early in life have similar outcomes to biological children.  These studies thus provide no evidence in support of the argument that the children and adolescents raised by same-sex parents would be at psychological risk.

39.     While some studies show that children do better when raised by their 'biological' parents than when raised by one 'biological' parent and the parent's new partner, these studies do not examine children being raised by same-sex couples, including the many who jointly planned to bring children into their families either by birth or adoption, and are jointly raising the children.  Children in one-parent families or step-families are at a higher risk for adverse outcomes for reasons explained earlier (i.e., these children may have endured their parents' separations, exposing the children to parental conflict and related dislocations, the children may have experienced separation from or abandonment by parents, and the step-parents may have entered their lives relatively late in their development, affecting the quality of the parent-child

16

relationships). One would not expect to see these difficulties in same-sex families who jointly plan to marry and have children. As explained above, the research comparing children with same-sex and opposite-sex parents shows no differences in outcome.

40. There is a substantial body of research on parents who have chosen to raise biologically unrelated children rather than remain childless. These studies show that such parents are at least as competent as parents raising their biological children; indeed, many studies show that these parents are more competent or committed in some respects.

## VI. Children And Adolescents With Married Same-Sex Parents Would Benefit If The Federal Government Recognized Their Parents' Marriages.

41. Marriage can yield important state and federal legal protections for families, which thereby protect children, including the right to social security spousal and survivor benefits (which protect the family's economic stability), inheritance rights for spouses (again, which protect the family's economic stability), and insurance coverage (both access to it and protections from taxes on that insurance). These benefits are equally advantageous for children and adolescents in same-sex and opposite-sex families. Many lesbians and gay men already are parents, and it is in the best interests of their children for their parents to have equal access to the federal protections and benefits afforded through marriage. In addition to denying children important federal legal protections, DOMA may convey to children of married same-sex couples that their parents' relationships are less valid or legitimate than the marriages of heterosexual couples.

42. The 2000 Census identified 594,000 households headed by same-sex partners. About a quarter of these had co-resident children. A total of 416,000 children

were living in such households.  Many more children (estimates vary from 6 million to 12 million) live with single gay or lesbian parents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of May 2011 at Cambridge, Cambridgeshire, United Kingdom.

Michael Lamb, Ph.D.

18

# EXHIBIT A

# *Curriculum Vitae*

## MICHAEL E. LAMB

Professor of Psychology in the Social Sciences
Head, Department of Social and Developmental Psychology
Faculty of Politics, Psychology, Sociology, and International Studies
University of Cambridge
Free School Lane
Cambridge CB2 3RQ
United Kingdom

Phone:          (44)-01223-334523
Fax:             (44)-01223-334550
E-Mail:          mel37@cam.ac.uk

*Education*:

| | | |
|---|---|---|
| BA | University of Natal, Durban (South Africa) | 1972 |
| MA | Johns Hopkins University | 1974 |
| MS | Yale University | 1975 |
| M. Phil. | Yale University | 1975 |
| Ph.D. | Yale University (degree completed 10/75) | 1976 |

*Employment History*:

Assistant Professor of Psychology, University of Wisconsin-Madison: June 1976 to August 1978

Assistant Professor of Psychology, University of Michigan:  January 1978 to December 1980

Professor of Psychology, Psychiatry, and Pediatrics, University of Utah: January 1981 to June 1987

Visiting Professor, School of Social Work, University of Haifa (Israel): Spring 1981.

Visiting Professor, School of Education, University of Hokkaido, Sapporo (Japan): Summer 1985.

Senior Research Scientist and Chief, Section on Social and Emotional Development, National Institute of Child Health and Human Development: July 1987 to August 2004.

Visiting Professor, Department of Psychology, University of Osnabrück (Germany), Fall 1995.

Visiting Professor, Department of Psychology, Martin-Luther University of Halle-Wittenberg (Germany), Fall 1996.

Professor of Psychology in the Social Sciences, Faculty of Social and Political Sciences, University of Cambridge, September 2004 to present.

Weiswasser Visiting Professor of Pediatrics, Yale University School of Medicine, Spring 2007.

*Distinctions and Honors*:

Certificates of Merit for Outstandingly Good Work in Psychology and Economics,
        University of Natal ............................................................................ 1971, 1972
Economics Society of South Africa Annual Essay Prize........................................ 1972
Prize Fellowship in the Social Sciences, Yale University ...................................... 1975/76
Young Psychologist Award, American Psychological Association ......................... 1976
Boyd R. McCandless Young Scientist Award
        (American Psychological Association) ............................................. 1978
Superior Research Award, College of Social and Behavioral Sciences,
        University of Utah.................................................................................. 1985
Distinguished Research Award, University of Utah................................................ 1986
Distinguished Speaker Award, American Family Therapy Association .................. 1987
Ph.D. (Honoris Causa),  University of Goteborg, Sweden…………………………..1995
'Hammer Award' for 'Helping to build a better government' (Co-recipient),
        Vice-President Albert Gore................................................................. 1998
James McKeen Cattell Fellow Award for Lifetime Achievement, American
        Psychological Society………………………………………………………2003
Doctor of Civil Law (Honoris Causa), University of East Anglia, UK……………...2006

*Professional Committee Membership and Services*:

American Psychological Association, Boyd R. McCandless Award Selection Committee, 1979
        and 1980
Society for Research in Child Development, Committee on Study Groups and Institutes,
        1983-1987
Social Science Research Council Committee:  Biosocial perspectives on parental behavior,
        1983-1991
Consultant, Municipality of Jerusalem (Israel), Department of Community and Family Services
        (1987-1994)
Advisory Working Group, U. S. Department of Education, Observational Study of Early
        Childhood Programs (1990-1993)
International Advisory Committee, *Interdisziplinäres Zentrum für Angewandte
        Sozialisationsforschung*, Berlin (1991-1996)
External Advisory (Visiting) Committee, Michigan State University, Institute for Children,
        Youth and Families (1992-1999)
Advisory Panel, American Enterprise Institute, Project on Disconnected Youth (1992-1995)
International Committee, Division 7 (Developmental Psychology), American Psychological
        Association (1993-1996)
National Advisory Board, Men's Health Network (1993-1997)
National Advisory Board, Program in Teacher Preparation and Special Education, George
        Washington University (1994-1997)
National Advisory Council, SOS Children's Villages-USA (1994-1997)
National Advisory Board, National Fatherhood Initiative (1994-2004)
International Advisory Committee, Human Development Resource Centre, Bamenda, Cameroon
        (1995-present)

3

American Professional Society on the Abuse of Children (National Research Committee
member, 1999-2004; Maryland State Board, 1998-2001; Executive
Committee, Maryland Chapter, 1998-2000; Chair, Maryland Training and
Education Committee, 1998-2000)
Board of Directors, National Center for Policy Research for Women and Families (1999-2003)
National Advisory Committee on Early Care and Education, Institute for Women's Policy
Research (2001-2003)
Steering Committee, Center for Substance Abuse Prevention's FAS (Fetal Alcohol Syndrome)
Center for Excellence (2001-2002)
Board of Trustees, Fatherhood Institute [formerly Fathers Direct] (2005 – 2009)
Advisory Board, Center for the International Study of Youth and Political Violence, University
of Tennessee (2005- present)
Joseph Rowntree Foundation Advisory Group for research on "Fathering in early-middle
childhood in UK South Asian families" (2006- 2009)
Joseph  Rowntree Foundation Advisory Group for research on "Understanding fatherhood:
Masculinity, diversity and change" (2006- 2008)
U. K. Economic and Social Science Research Council (2006 – 2011; Chair, International
Advisory Committee, 2007-2011; Member, Audit Committee, 2006-
2011)
British Council Science and Engineering Advisory Group and Council Member (2007-present)
Wissenschaftlichen Beirat, Niedersachsischen Instituts fur fruhkindliche Bildung und
Entwicklung [Scientific Advisory Committee, Lower Saxony Institute for
Child Development and Education] (2009-2011)
Wissenschaftlichen Beirat, Fakultät für Psychologie, Universität Wien [Scientific Advisory
Board, Faculty of Psychology, University of Vienna] (2011-2015)
U. K. Higher Education Funding Councils' Research Excellence Framework 2014: Member of
sub-panel 4: Psychology, Psychiatry, and Neuroscience (2011-2015)


*Grant Proposal Review Committees*:

National Science Foundation Experimental Program Review and Study Committee (1980)
National Institute of Mental Health, Study Committee for Review of Proposed Research on the
Effects of Divorce (1980)
National Institute on Child Health and Human Development, Study Panel on Human
Development and Aging (1981)
National Institute of Mental Health, Panel on Cognition, Emotion and Personality (1985-1989)

*Ad-hoc Grant Proposal Review:*

Australian Research Grants Committee, Big Lottery Fund, Carnegie Foundation, Grant
Foundation, National Institute of Child Health and Human Development, National Institute of
Education, National Institute of Mental Health, National Science Foundation, New Zealand
Research Grants Committee, Research Council of Canada, Social Science and Humanities
Research Council of Canada, Spencer Foundation, Thrasher Foundation

*Editorial Board Memberships*:

*Apprentissage et Socialisation* (1992-1994)
*Applied Cognitive Psychology* (2007-present)
*Applied Developmental Science* (2005-present)
*Behavioral Assessment* (1982-1983)
*The Behavioral and Brain Sciences* (1979-1990)
*Child Abuse and Neglect* (2002-present; Associate Editor: 2005-present)
*Child Development* (1979-1984; 1993-1996)
*Childbirth Educator* (1982-1989)
*Developmental Psychology* (1981-1986; 1992-1994)
*Developmental Review* (2000-present)
*Early Education and Development* (1989-1993)
*Family Court Review* (2002-2008)
*Fathering* (2002-present)
*Human Nature* (1989-1996)
*Infant Behavior and Development* (1980-present)
*Infant Mental Health Journal* (1984-1987)
*International Journal of Behavioral Development* (1993-2001)
*Journal of Adolescent Research* (1986-present)
*Journal of Aggression, Maltreatment, and Trauma* (1997-2005)
*Journal of Child Custody* (2002-present)
*Journal of Credibility Assessment and Witness Psychology* (1996-2000)
*Journal of Marriage and the Family* (1992-1999; 2001-2002)
*Journal of Social and Personal Relations* (1983-1987)
*Psychology, Public Policy, and Law* (2010-present)
*Social Development* (1990-present)

*Editorial Consultant:*

*American Psychologist, American Scientist, Canadian Journal of Behavioural Science, Child Maltreatment, Current Directions in Psychological Science, Developmental Psychobiology, Early Childhood Research Quarterly, Family Coordinator, Family Relations, Human Development, Human Organization, Human Relations, Journal of Applied Developmental Psychology, Journal of Child Psychology and Psychiatry, Journal of Consulting and Clinical Psychology, Journal of Developmental and Behavioral Pediatrics, Journal of Experimental Child Psychology, Journal of Family Psychology, Journal of Personality and Social Psychology, Law and Human Behavior, Legal and Criminological Psychology, Merrill-Palmer Quarterly, Pediatrics, Personality and Individual Differences, Psychological Bulletin, Psychological Science, Science*

*Conference Review Panels:*
American Psychological Association, 1983, 1984
American Psychology-Law Society Convention, 1996, 2000, 2006, 2008, 2009
European Conference on Traumatic Stress, 2009
Head Start National Research Conference, 1992, 1994, 1996, 1998, 1999, 2000,
                2002, 2004 (Program Committee)
International Conference on Infant Studies, 1982, 1984 (panel chair), 1986, 1990

International Society for the Study of Behavioural Development, 2002, 2004
Society for Research in Child Development, 1979, 1981, 1989, 2001, 2007, 2009
World Congress on Infant Psychiatry and Allied Disciplines, 1986

*Publication Review:*
Academic Press, Blackwell Press, Cambridge University Press, Cummings Publishing Co.,
Harvard University Press, Holt, Rinehart, & Winston, Lawrence Erlbaum Associates, McGraw
Hill, Michigan State University Press, Pergamon, Random House, Sage, University of Chicago
Press, University of Wisconsin Press, Wiley Interscience.

*Society Memberships*:
American Psychology-Law Society
Association for Psychological Science (Fellow)
Society for Research in Child Development
International Investigative Interviewing Research Group (member, Scientific Committee)

*University, Institutional, and Community Service:*
Chair, Colloquium Committee, Department of Psychology, University of Michigan, 1978-1980
Graduate Committee, Department of Psychology, University of Michigan, 1978-1980
Chair, Admissions Committee, Developmental Psychology Area, University of Michigan,
         1978-1979
Executive Committee, Center for Human Growth and Development, University of Michigan,
         1980
Member, Dean's Steering Committee to Develop and Establish a Graduate Program in the
         Neurosciences, University of Utah School of Medicine, 1982-1985
Academic Freedom and Tenure Committee, University of Utah, 1982-1985
Executive Committee, Department of Psychology, University of Utah, 1982-1986
Personnel Committee, Department of Psychology, University of Utah, 1981-1984
Coordinator, Developmental Area, Department of Psychology, University of Utah, 1982- 1986
University Promotion and Tenure Advisory Committee, University of Utah, 1985-1987
University of Utah Campus representative, nationwide TIAA Divestment Campaign (1985-87)
College of Social and Behavioral Sciences, Superior Research Award Committee, University of
         Utah, 1986
National Institute of Child Health and Human Development, Equal Employment Opportunity
         Committee, 1988-1990; 1993-1995 (Co-chair, 1994-1995)
National Institutes of Health Day Care Oversight Board, 1995-1997 (Chair, Evaluation
         Subcommittee, 1997)
National Institutes of Health, Office of Behavioral and Social Sciences Research Working Group
         on Intramural Activities, Committee member, 1996.
International Advisory Board, Center for Global Law and Human Rights, University of Natal,
         South Africa, 2003-2005.
Membre d'Honneur Fondateur: Association Poesie, Arts, et Vie, 2004 – present.
Management Committee, Centre for Family Research, University of Cambridge, 2004 - present.
Board of Electors (Convenor), Professorship of Family Research, University of Cambridge,
         2004-2005.
Faculty Board, Faculty of Social and Political Sciences, University of Cambridge, 2004 -
         present.

Psychology Research Ethics Committee, University of Cambridge, 2004 – present.
General Purposes Committee, Faculty of Social and Political Sciences, University of Cambridge,
        2005 – present (Chair, 2007-present).
Board of Electors, Professorship of Evidence-Based Intervention, University of Oxford, 2006.
Research Policy Committee, University of Cambridge, 2007- present.
Deputy Chair, Faculty of Social and Political Sciences, University of Cambridge, 2007-present.

*Memberships in Community Organizations*

American Civil Liberties Union, Amnesty International, Center for Marine Conservation,
Chesapeake Bay Foundation, National Association for the Advancement of Colored People,
National Organization of Women, National Parks and Conservation Association, Nature
Conservancy, Southern Poverty Law Center, United States Holocaust Memorial Museum
(Charter Member), WAMU Public Radio (President's Club), WETA Public Radio (President's
Club), World Wildlife Fund

## Research Grant Support History

"The development of father-infant and mother-infant relationships in the first year of life." (7/1/74 to 6/30/75: $5,200). Ecology of Human Development Program of the Foundation for Child Development (Principal Investigator).

"The development of parent-infant relationships in the second year of life" (7/1/75 to 6/30/76: $5,200). Ecology of Human Development Program of the Foundation for Child Development (Principal Investigator).

"Mother-, father-, and sibling-infant relationships in the first two years of life" (7/1/76 to 6/30/77: $10,000). Graduate School Research Committee of the University of Wisconsin-Madison (Principal Investigator).

"Familial antecedents of achievement orientation in preschool-aged children." (7/1/76 to 6/30/77: $5,000). Spencer Foundation of Chicago (Principal Investigator).

"The effects of infant signals and characteristics on parental physiological responses" (9/1/76 to 8/31/77: $2,000). National Institutes of Health Biomedical Research Support Grant (Principal Investigator).

Study group to explore "Methodological problems in the study of social interaction" (July 1977: $7,000). Society for Research in Child Development (Principal Organizer; co-organizers— Stephen J. Suomi, Gordon R. Stephenson).

"The development of social relationships within and beyond the family in infancy" (7/1/77 to 6/30/78: $9,000). Graduate School Research Committee of the University of Wisconsin-Madison (Principal Investigator).

"The determinants and consequences of security of parent-infant attachments" (5/1/78 to 4/30/79: $5,000). Faculty Research Grant from the Rackham School of Graduate Studies at the University of Michigan.

"Determinants of early cognitive development in preterm infants" (3/1/78 to 2/28/80: $26,000). The National Foundation/March of Dimes (Co-Investigator; Principal Investigator was Gary M. Olson).

"Infant social development in traditional and nontraditional families" (7/1/78 to 6/30/81: $201,000). Riksbankens Jubileumsfond of Sweden (Principal Investigator).

"Maternal employment and infant social development" (1/1/79 to 12/31/81: $45,000). Spencer Foundation of Chicago (Principal Investigator; Co-investigators were Margaret Owen and Lindsay Chase-Lansdale).

Study group to explore "The role of the father in child development, social policy, and the law" (July 1980:  approx. $6,000).  Society for Research in Child Development (Co-organizer; Principal organizer, Abraham Sagi).

"Infant social and emotional development" (7/1/80 to 6/30/81:  $8000). University of Utah Research Committee (Principal Investigator).

"Infant social and emotional development" (7/1/80 to 6/30/81:  $6000). National Institute of Mental Health Biomedical Research Support Grant (Principal Investigator).

"Developing expectations in infancy:  A longitudinal study of behavior in two social contexts" (4/1/81 to 3/31/83:  $100,000).  National Science Foundation (Principal Investigator).

"The Fatherhood Project" (9/1/81 to 8/31/83:  $425,000).  The Ford Foundation, The Levi Strauss Foundation, The Ittelson Foundation, and The Rockefeller Family Foundation (Co-Principal Investigator with James A. Levine and Joseph H. Pleck).

"Effects of center day care, family day care, and home care on socioemotional development" (7/1/82 to 6/30/86:  1,405,000 Skr Riksbankens Jubileumsfond of Sweden (Co-Principal Investigator with Carl-Philip Hwang).

"Training program in developmental psychology" (7/1/82 to 6/30/87: $215.940).  National Institute of Mental Health (Director of Training Program, University of Utah).

Study group to explore "Adolescent Fatherhood" (May 1984:  approx. $6,000).  Society for Research in Child Development (Co-organizer: Principal organizer, Arthur Elster).

"Quality of care and children's adjustment to out-of-home care" (12/1/83 to 11/30/84:  $5000). University of Utah Research Committee (Principal Investigator).

"Study group to explore "The interface between social scientists and the "the real world". (September 1984:  $8,000).  The Harris Foundation (Co-Principal Organizer with Abraham Sagi).

"Fathers of infants with adolescent mothers" (10/1/84 to 9/30/88: $236967 in direct costs). Office of Adolescent Pregnancy Programs (Co-Principal Investigator with Arthur B. Elster).

Section on Social and Emotional Development, Intramural Research Program, National Institute of Child Health and Human Development (4/1987 to 9/2004: research costs averaging $850,000 per annum; 10/2004 to 9/2006: research costs averaging $500,000 per annum).

"Long term effects of varying early life experiences" (3/1988 to 2/1991: 950,000 Skr).. Riksbanken Jubileumsfond of Sweden (Co-Principal Investigator with Carl-Philip Hwang).

"Mother-son attributions and aggressive interactions" (8/1990 to 7/1993: $338,599). National Institute of Mental Health (Co-Investigator with Carol MacKinnon)

"The relation between mother-son attributions and the aggressiveness of their interactions" (10/1989 to 9/1992: $250,000). National Science Foundation (Co-Investigator with Carol MacKinnon).

"Long term effects of varying early life experiences" (3/1997 to 2/1999: 1,000,000 Skr). Riksbanken Jubileumsfond of Sweden (Co-Principal Investigator with Carl-Philip Hwang).

"Long term effects of varying early life experiences" (7/2002 to 7/2005: 1,950,000 Skr). Riksbanken Jubileumsfond of Sweden (Co-Principal Investigator with Carl-Philip Hwang).

"The development of living conditions of children" (6/2005 to 5/2011: 1,350,000 Skr per annum). Swedish Council for Working Life and Social Research (Co-Organizer; Principal Organizer is Carl-Philip Hwang).

"Facilitating eyewitness testimony in children with learning disabilities." (7/2004 to 6/2006: £149,842). Economic and Social Research Council (Co-investigator with Deidre Brown and Charlie Lewis).

"Do best practice forensic interviews with child abuse victims influence case outcomes?" (10/2006 to 3/2008: $173,089). US National Institute of Justice (Co-investigator with Margaret-Ellen Pipe and Yael Orbach).

"Strategies for interviewing children who are reluctant to disclose abuse" (7/2007 to 6/2010: £199,529). The Nuffield Foundation (Principal Investigator).

"Strategies for interviewing children who are reluctant to disclose abuse" (7/2007 to 6/2010: £50,589). The Isaac Newton Trust (Principal Investigator).

"Parenting and the psychological development of children in gay father families." (10/2009 to 9/2012: £351,863). The Economic and Social Research Council (Co-Investigator; Principal Investigator is Susan Golombok).

"Children's evidence in criminal proceedings." (April 2011: £6000). Nuffield Foundation Conference Grant (Co-Investigator is John Spencer).

Publications

Lamb, M. E.  The effects of maternal deprivation on the development of the concepts of object and person. *Journal of Behavioural Science*, 1973, *1*, 355-364.

Lamb, M. E.  Review of Separation:  Anxiety and anger by John Bowlby.  *Journal of Behavioural Science*, 1973, 1, 372-373.

Lamb, M. E.  A defense of the concept of attachment.  *Human Development*, 1974, *17*, 376- 385.

Lamb, M. E.  Physiological mechanisms in the control of maternal behavior in rats:  A review.  *Psychological Bulletin*, 1975, *82*, 104-119.

Lamb, M. E.  The sociability of two-year-olds with their mothers and fathers.  *Child Psychiatry and Human Development*, 1975, *5*, 182-188.

Lamb, M. E.  Fathers:  Forgotten contributors to child development.  *Human Development*, 1975, *18*, 245-266.

Lamb, M. E.  The relationships between infants and their mothers and fathers. *Dissertation Abstracts International*, 1976, *37* (6B), 3153.

Lamb, M. E. (Ed.) *The role of the father in child development*.  New York:  Wiley, 1976.

Japanese translation published in 1981 by Kasei Publishers.

Lamb, M. E.  The role of the father:  An overview.  In M. E. Lamb (Ed.), *The role of the father in child development* (pp. 1-63). New York:  Wiley, 1976 .

Lamb, M. E.  Interactions between eight-month-old children and their fathers and mothers.  In M. E. Lamb (Ed.), *The role of the father in child development* (pp. 307-327). New York: Wiley, 1976.

Lamb, M. E.  Proximity seeking attachment behaviors:  A critical review of the literature. *Genetic Psychology Monographs*, 1976, *93*, 63-89.

Lamb, M. E.  Interactions between two-year-olds and their mothers and fathers. *Psychological Reports*, 1976, *38*, 447-450.

Lamb, M. E.  Twelve-month-olds and their parents:  Interaction in a laboratory playroom. *Developmental Psychology*, 1976, *12*, 237-244.

Lamb, M. E.  Effects of stress and cohort on mother-and father-infant interaction. *Developmental Psychology*, 1976, *12*, 435-443.

Lamb, M. E.  Parent-infant interaction in eight-month-olds.  *Child Psychiatry and Human Development*, 1976, *7*, 56-63.

Tracy, R. L., Lamb, M. E., & Ainsworth, M. D. S.  Infant approach behavior as related to attachment.  *Child Development*, 1976, *47*, 571-578.

Lamb, M. E., & Lamb, J. E.  The nature and importance of the father-infant relationship. *The Family Coordinator*, 1976, *25*, 379-385.

Reprinted in E. Murray (Ed.),  *The child's first learning environment: Selected readings in home economics* (pp. 45-47). Paris:  UNESCO, 1980.

Lamb, M. E.  A re-examination of the infant social world.  *Human Development*, 1977, *20*, 65-85.

Lamb, M. E.  Father-infant and mother-infant interaction in the first year of life.  *Child Development*, 1977, *48*, 167-181.

Reprinted in Gladys K. Phelan (Ed.), *Family relationship:  Selected readings* (pp. 171-183).  Minneapolis:  Burgess, 1979.

Lamb, M. E.  Infant attachment to mothers and fathers.  In S. Cohen & T.J. Comiskey (Eds.) *Child development:  A study of growth processes* (pp. 167-180).  Itasca, Ill.:  Peacock, 1977.

Lamb, M. E.  The development of parental preferences in the first two years of life.  *Sex Roles*, 1977, *3*, 495-497.

Reprinted in Roger C. Bailey (Ed.), *New horizons in applying psychology*.  Monterey CA:  Brooks/Cole, 1980.

Lamb, M. E.  The development of mother-infant and father-infant attachments in the second year of life.  *Developmental Psychology*, 1977, *13*, 637-648.

Lamb, M. E.  The effects of divorce on children's personality development.  *Journal of Divorce*, 1977, *1*, 163-174.

Lamb, M. E.  Infant social cognition and 'second-order' effects.  *Infant Behavior and Development*, 1978, *1*, 1-10.

Lamb, M. E. (Ed.)  *Social and personality development*.  New York:  Holt, Rinehart & Winston, Inc., 1978.

Lamb, M. E.  Sociopersonality development:  Introduction to a burgeoning field.  In M. E. Lamb (Ed.), *Social and personality development* (pp. 1-21).  New York:  Holt, Rinehart & Winston, Inc., 1978.

Lamb, M. E.  Social interaction in infancy and the development of personality.  In M. E. Lamb (Ed.), *Social and personality development* (pp. 26-49)..  New York:  Holt, Rinehart & Winston, Inc., 1978.

Lamb, M. E., & Baumrind, D.  Socialization and personality development in the preschool years. In M. E. Lamb (Ed.), *Social and personality development* (pp. 50-69). New York:  Holt, Rinehart & Winston, Inc., 1978.

Lamb, M. E., & Urberg, K. A.  The development of gender role and gender identity.  In M. E. Lamb (Ed.), *Social and personality development* (pp. 178-199).  New York:  Holt, Rinehart & Winston, Inc., 1978.

Lamb, M. E.  Psychosocial development:  A theoretical overview and a look into the future. In M. E. Lamb (Ed.), *Social and personality development* (pp. 307-317).  New York:  Holt, Rinehart & Winston, Inc., 1978.

Lamb, M. E.  The influence of the child on marital quality and family interaction during the prenatal, paranatal, and infancy periods.  In R. M. Lerner & G. B. Spanier (Eds.), *Child influences on marital and family interaction:  A lifespan perspective* (pp. 137-163).  New York:  Academic Press, 1978.

Lamb, M. E.  The father's role in the infant's social world.  In J. H. Stevens & M. Mathews (Eds.), *Mother/child, father/child relationships* (pp. 87-108).  Washington:  National Association for the Education of Young Children, 1978.

Lamb, M. E. & Stevenson, M. D.  Father-infant relationships: Their nature and importance. *Youth and Society*, 1978, *9*, 277-298.

Lamb, M. E.  Interactions between eighteen-month-olds and their preschool-aged siblings. *Child Development*, 1978, *49*, 51-59.

Reprinted in J. Belsky (Ed.), *In the beginning:  Readings in infancy* (pp. 227-232).  New York: Columbia University Press, 1982.

Lamb, M. E.  Qualitative aspects of mother-and father-infant attachments. *Infant Behavior and Development*, 1978, *1*, 265-275.

Rajecki, D. W., Lamb, M. E., & Suomi, S. J.  Effects of multiple peer separation in domestic chicks. *Developmental Psychology*, 1978, *14*, 379-387.

Frodi, A. M., Lamb, M. E., Leavitt, L. A., & Donovan, W. L. Fathers' and mothers' responses to infant smiles and cries. *Infant Behavior and Development*, 1978, *1*, 187-198.

Roopnarine, J. L., & Lamb, M. E.  The effects of day care on attachment and exploratory behavior in a strange situation. *Merrill-Palmer Quarterly*, 1978, *24*, 85-95.

Reprinted in J. G. Howells (Ed.), *Advances in family psychiatry*. (Vol. 4, pp. 473-483). New York: International Universities Press, 1981.

Lamb, M. E.  Review of *Part-time father* by E. Atkin  & E. Rubin. *The Family Coordinator*, 1978, *27*, 477-478.

Frodi, A. M., Lamb, M. E., Leavitt, L. A., Donovan, W. L., Neff, C., & Sherry, D.  Fathers' and mothers' responses to the faces and cries of normal and premature infants. *Developmental Psychology*, 1978, *14*, 490-498.

Frodi, A. M., & Lamb, M. E.  Sex differences in physiological and behavioral responses to infant signals:  A developmental study. *Proceedings of the Iowa Academy of Science* (Ames), 1978.

Lamb, M. E.  The development of sibling relationships in infancy:  A short-term longitudinal study. *Child Development*, 1978, *49*, 1189-1196.

Frodi, A. M., & Lamb, M. E.  Sex differences in responsiveness to infants:  A developmental study of psychophysiological and behavioral responses. *Child Development*, 1978, *49*, 1182-1188.

Frodi, A. M., Lamb, M. E., Leavitt, L. A., & Donovan, W. L.  Fathers' and mothers responses to infant smiles and cries. *Psychophysiology*, 1978, *15*, 276.  (Abstract)

Lamb, M. E.  I rapporti fra madri, padri, bambini e fratelli nei prima due anni di vita (The relationship between mothers, fathers, infants, and siblings in the first two years of life.)  In M. Cesa-Bianchi & M. Poli (Eds.), *Aspetti biosociali dello sviluppo.*  Vol. 1.  *Aspetti medico-biologici (Atti del IV congresso biennale della ISSDB).*  Milan, Italy:  Franco Angeli, 1979.

Lamb, M. E., Suomi, S. J., & Stephenson, G. R. (Eds.).  *Social interaction analysis: Methodological issues*.  Madison:  University of Wisconsin Press, 1979.

Lamb, M. E.  Issues in the study of social interaction:  An introduction.  In M. E. Lamb, S. J. Suomi & G. R. Stephenson (Eds.), *Social interaction analysis:  Methodological issues* (pp. 1-10).  Madison:  University of Wisconsin Press, 1979.

Lamb, M. E.  The effects of the social context on dyadic social interaction.  In M. E. Lamb, S. J. Suomi & G. R. Stephenson (Eds.), *Social interaction analysis:  Methodological issues* (pp. 253-268).  Madison:  University of Wisconsin Press, 1979.

Rajecki, D. W. Lamb, M. E., and Obmascher, P.  Toward a general theory of infantile attachment:  A comparative review of aspects of the social bond. *Behavioral and Brain Sciences*, 1979, *1*, 417-436.

Rajecki, D.W., & Lamb, M. E.  Interpretations, reinterpretations, and alleged misinterpretations of theory and data concerning attachment. *Behavioral and Brain Sciences*, 1979, *1* 461-464.

Lamb, M. E.  Review of *Fathers, mothers and society* by Rappoport, Rappoport, and Strelitz. *American Scientist*, 1979, *67*, 112-113.

Lamb, M. E.  Paternal effects and the father's role:  A personal perspective. *American Psychologist*, 1979, *34*, 938-943.

14

Reprinted by Ginn Custom Publishing, Lexington, Mass., 1980 et seq.

Reprinted in *UNESCO Ideas Forum*, 1981, *1* (4), supplement 10, pp. 1-2, 6.

Reprinted in E. Zigler, M. E. Lamb & I. L. Child (Eds.), *Socialization and personality development*. New York: Oxford University Press, 1982.

Reprinted in J. K. Gardner (Ed.), *Readings in developmental psychology* (Second edition). Boston: Little, Brown, 1982.

Reprinted in *Annual Editions: Social Psychology, 1982* (pp. 68-73). Guilford, CT: Dushkin Publishing, 1982.

Stevenson, M. B., & Lamb, M. E. The effects of sociability and the caretaking environment on infant cognitive performance. *Child Development*, 1979, *50*, 340-349.

Lamb, M. E., Chase-Lansdale, P. L. & Owen, M. T. The changing American family and its implications for infant social development: The sample case of maternal employment. In M. Lewis & L. A. Rosenblum (Eds.) *The child and its family* (pp. 267-291). New York: Plenum, 1979.

Lamb, M. E., Owen, M. T., & Chase-Lansdale, L. The father-daughter relationship: Past, present and future. In C. B. Kopp & M. Kirkpatrick (Eds.), *Becoming female: Perspectives on development* (pp. 89-112). New York: Plenum, 1979.

Lamb, M. E. Infant social development: Reflections on a theme. *Human Development*, 1979, *22*, 68-72.

Easterbrooks, M. A., & Lamb, M. E. The relationships between quality of infant-mother attachment and infant competence in initial encounters with peers. *Child Development*, 1979, *50*, 380-387.

Lamb, M. E. Origins of the sense of security: A review of *Patterns of attachment: A psychological study of the strange situation. Science*, 1979, *24*, 730-731.

Reprinted in *Infant Mental Health Journal*, 1980, *1*, 68-70.

Frodi, A. M., & Lamb, M. E. Psychophysiological responses to infant signals in abusive mothers and mothers of premature infants. *Psychophysiology*, 1979, *16*, 183. (Abstract)

Lamb, M. E., & Roopnarine, J. L. Peer influences on sex-role development in preschoolers. *Child Development*, 1979, *50*, 1219-1222.

Lamb, M. E. Separation and reunion behaviors as criteria of attachment to mothers and fathers. *Early Human Development*, 1979, *3/4*, 329-339.

Rajecki, D. W., & Lamb, M. E. Infant attachment: Some further thoughts about theory and method. *Behavioral and Brain Sciences*, 1979, *2*, 644-647.

Frodi, A. M., & Lamb, M. E. Research on parental physiological responses to infant signals. *Cry Research Newsletter*, 1979, *1* (3).

Lamb, M. E., & Frodi, A. M. The role of the father in child development. In R. R. Abidin (Ed.), *Parent education and intervention handbook*. Springfield, Ill.: Charles C. Thomas, 1980 (pp. 36-58).

Lamb, M. E., Owen, M. T., & Chase-Lansdale, L. The working mother in the intact family: A process model. In R. R. Abidin (Ed.), *Parent education and intervention handbook*. Springfield, Ill.: Charles C. Thomas, 1980 (pp. 59-81).

Lamb, M. E. What can `research experts' tell parents about effective socialization? In M. D. Fantini & R. Cardenas (eds.), *Parenting in a multi-cultural society*. London & New York: Longmans, 1980 (pp. 160-169).

Reprinted in E. Zigler, M. E. Lamb & I. L. Child (Eds.), *Socialization and personality development*. New York: Oxford University Press, 1982.

Updated, translated into Japanese, and republished in *Child socialization and "parenting" education* (pp. 45-56). Saitama, Japan: National Women's Education Center, 1991.

Lamb, M. E. The development of parent-infant attachments in the first two years of life. In F. A. Pedersen (Ed.), *The father-infant relationship: Observational studies in a family setting*. New York: Praeger Special Studies, 1980 (pp. 21-43).

Lamb, M. E., & Bronson, S. K. The role of the father in child development: Past presumptions, present realities, and the future potential. In K. Berry (Ed.), *Fatherhood and the male single parent*. Omaha: Eastern Nebraska Office of Mental Health, 1980.

Lamb, M. E. Growing up in the 1980's. In F. Littman (Ed.), *Focus on the family: New images of parents and children in the 1980s*. Boston: Wheelock College, 1980 (pp. 39-60).

Lamb, M. E., & Bronson, S. K. Fathers in the context of family influences: Past, present, and future. *School Psychology Digest*, 1980, *9*, 336-353.

Roopnarine, J. L., & Lamb, M. E. Peer and parent child interaction before and after enrollment in nursery school. *Journal of Applied Developmental Psychology*, 1980, *1*, 77-81.

Frodi, A. M., & Lamb, M. E. Child abusers' responses to infant smiles and cries. *Child Development*, 1980, *51*, 238-241.

Lamb, M. E. The father's role in the facilitation of infant mental health. *Infant Mental Health Journal*, 1980, *1*, 140-149.

Frodi, A. M., & Lamb, M. E. Infants at risk for child abuse. *Infant Mental Health Journal*, 1980, *1*, 240-247.

16

Lamb, M. E.  Unfulfilled promises:  A review of *The dynamics of psychological development* by Alexander Thomas and Stella Chess. *Contemporary Psychology*, 1980, *25*, 906- 907.

Lamb, M. E., Easterbrooks, M. A., & Holden, G. W.  Reinforcement and punishment among preschoolers:  Characteristics, effects and correlates. *Child Development*, 1980, *51*, 1230-1236.

Reprinted by Ginn Custom Publishing, Lexington, MA., 1982 et seq.

Lamb, M. E.  On the origins and implications of sex differences in human sexuality. *Behavioral and Brain Sciences*, 1980, *3*, 192-193.

Frodi, A. M., Lamb, M. E., & Wille, D.  Mothers' responses to the cries of normal and premature infants as a function of the birth status of their own child. *Journal of Research in Personality*, 1981, *15*, 122-133.

Lamb, M. E. Cultural differences in father-child relationships—Japan and the United States— :Comments on Shwalb and Imaizumi's paper. *Hiroshima Forum for Psychology*, 1981, *8*, 65-67.

Stipek, D. J., Lamb, M. E.,  Zigler, E. F. OPTI:  A measure of children's optimism. *Journal of Educational and Psychological Measurement*, 1981, *41*, 131-143.

Hwang, C.-P., Lamb, M. E., Frodi, A. M., Frodi, M., & Steinberg, J. The parent-infant relationship in traditional and nontraditional families:  Attitudes and behavior. *Goteborg Psychological Reports*, 1981, *11*, whole number 6.

Perloff, R. M., & Lamb, M. E.  The development of gender roles:  An integrative life-span perspective. *J.S.A.S. Catalog of Selected Documents in Psychology*, 1981, *11*, 52 (Manuscript No. 2294).

Lamb, M. E., Garn, S. M., & Keating, M. T.  Correlations between sociability and cognitive performance among eight-month-olds. *Child Development*, 1981, *52*, 711-713.

Lamb, M. E., & Brown, A. L. (Eds.) *Advances in developmental psychology* (Vol. 1). Hillsdale, N.J.:  Lawrence Erlbaum Associates, 1981.

Lamb, M. E.  Developing trust and perceived effectance in infancy.  In L. P. Lipsitt (Ed.), *Advances in infancy research* (Vol. 1).  Norwood, N.J.:  Ablex, 1981 (pp. 101- 127).

Lamb, M. E.  Grief and mourning in children and adults:  A review of *Loss:  Sadness and depression* by John Bowlby. *The Yale Review*, 1981, *70*, 463-466.

Lamb, M. E.  Mothers and fathers: The special child's special resources. *The Forum* (CEC New York State), 1981, *7* (2), pp. 5, 21.

Lamb, M. E.  But where's the contribution? *Contemporary Psychology*, 1981, *26*, 487.

Lamb, M. E. (ed.) *The role of the father in child development* (Revised edition). New York: Wiley, 1981.

Lamb, M. E. Fathers and child development: An integrative overview. In M. E. Lamb (Ed.), *The role of the father in child development* (Revised edition). New York: Wiley, 1981 (pp. 1-70).

Lamb, M. E. The development of father-infant relationships. In M. E. Lamb (Ed.), *The role of the father in child development* (Revised edition). New York: Wiley, 1981 (pp. 459-488).

Lamb, M. E. Six definitions of competence—Review of *Aspects of the development of competence: The Minnesota symposium on child psychology* (Vol. 14), W. A. Collins (Ed.). *American Scientist*, 1981, *69*, 682.

Lamb, M. E. & Sherrod, L. R. (Eds.), *Infant social cognition: Empirical and theoretical considerations*. Hillsdale, NJ: .: Lawrence Erlbaum Associates, 1981.

Sherrod, L. R., & Lamb, M. E. Infant social cognition: An introduction. In M. E. Lamb & L. R. Sherrod (Eds.), *Infant social cognition: Empirical and theoretical considerations*. Hillsdale, NJ: Lawrence Erlbaum Associates, 1981 (pp 1-10).

Lamb, M. E., & Easterbrooks, M. A. Individual differences in parental sensitivity: Origins, components, and consequences. In M. E. Lamb & L. R. Sherrod (Eds.), *Infant social cognition: Empirical and theoretical considerations*. Hillsdale, NJ: Lawrence Erlbaum Associates, 1981 (pp. 127-153).

Lamb, M. E. The development of social expectations in the first year of life. In M. E. Lamb & L. R. Sherrod (Eds.), *Infant social cognition: Empirical and theoretical considerations*. Hillsdale, NJ: Lawrence Erlbaum Associates, 1981 (pp. 155-175).

Stevenson, M. B., & Lamb, M. E. The effects of social experience and social style on cognitive competence and performance. In M. E. Lamb & L. R. Sherrod (Eds.), *Infant social cognition: Empirical and theoretical considerations*. Hillsdale, NJ: Lawrence Erlbaum Associates, 1981 (pp. 375-394).

Lamb, M. E., Garn, S. M., & Keating, M. T. Correlations between sociability and cognitive performance among eight-month-olds. *Child Development*, 1981, *52*, 711-713.

Lamb, M. E. Paternal influences on early socioemotional development. *Journal of Child Psychology and Psychiatry*, 1982, *23*, 185-190.

Lamb, M. E. Review of *Patterns of attachment: A psychological study of the Strange Situation*. *Journal of Child Psychology and Psychiatry*, 1982, *23*, 85-87.

Lamb, M. E., Garn, S. M., & Keating, M. T. Correlations between sociability and motor performance scores in eight-month-olds. *Infant Behavior and Development*, 1982, *5*, 97-101.

Olson G. M., & Lamb, M. E.  Premature infants:  Cognitive and social development in the first year of life.  In J. M. Stack (Ed.), *An interdisciplinary approach to the optimal development of infants: The special child*.  New York:  Human Sciences Press, 1982 (pp. 71-89).

Hall, E. (with M. E. Lamb & M. J. Perlmutter)  *Child psychology today*. New York:  Random House, 1982.

Lamb, M. E.  Second thoughts on first touch.  *Psychology Today*, 1982, *16* (4), 9-11.

Lamb, M. E.  On the familial origins of personality and social style. In L. Laosa & I. Sigel (Eds.), *Families—Research and practice* Vol 1.  *Families as learning environments for children*.  New York: Plenum, 1982 (pp. 179-202).

Lamb, M. E.  Social interaction, attachment, and socioemotional development in infancy.  In R. N. Emde & R. J. Harmon (Eds.), *Development of attachment and affiliative systems*. New York: Plenum, 1982 (pp. 195-212).

Lamb, M. E., Frodi, A. M., Hwang, C. -P., Frodi, M., & Steinberg, J. Effects of gender and caretaking role on parent-infant interaction. In R. N. Emde & R. J. Harmon (Eds.), *Development of attachment and affiliative systems*.  New York:  Plenum, 1982 (pp. 109-118).

Lamb, M. E., & Brown, A. L. (Eds.), *Advances in developmental psychology* (Vol. 2). Hillsdale, N.J.:  Lawrence Erlbaum Associates, 1982.

Lamb, M. E., & Hwang, C.-P.  Maternal attachment and mother-neonate bonding:  A critical review.  In M. E. Lamb & A. L. Brown (Eds.), *Advances in developmental psychology* (Vol. 2).  Hillsdale, N.J.: Lawrence Erlbaum Associates, 1982 (pp. 1-39).

Lamb, M. E., & Goldberg, W. A.  The father-child relationship:  A synthesis of biological, evolutionary and social perspectives.  In L. W. Hoffman, R. Gandelman & H. R. Schiffman (Eds.), *Parenting:  Its causes and consequences*.  Hillsdale, N.J.:  Lawrence Erlbaum Associates, 1982 (pp. 55-73).

Lamb, M. E., & Campos, J. J.  *Development in infancy: An introduction*. New York:  Random House, 1982.

Lamb, M. E., Thompson, R. A. & Frodi, A. M.  Early social development. In R. A. Vasta (Ed.), *Strategies and techniques of child study*.  New York: Academic Press, 1982  (pp. 42-91).

Lamb, M. E., Frodi, A. M., Frodi, M., & Hwang, C. -P.  Characteristics of maternal and paternal behavior in traditional and nontraditional Swedish families.  *International Journal of Behavioral Development*, 1982, *5*, 131-141.

Lamb, M. E., Frodi, A. M., Hwang, C. -P., Frodi, M., & Steinberg, J.  Mother-and father-infant interaction involving play and holding in traditional and nontraditional Swedish families. *Developmental Psychology*, 1982, *18*, 215-221.

Reprinted in *Psychologie Heute* (German).

Reprinted in D. H. Olson & B. C. Miller (Eds.), *Family Studies Review Yearbook* (Vol. II). Beverly Hills, CA: Sage, 1984.

Lamb, M. E., Hwang, C.-P., Frodi, A. M., & Frodi, M. Security of mother-and father- infant attachment and its relation to sociability with strangers in traditional and nontraditional Swedish families. *Infant Behavior and Development*, 1982, *5*, 355-367.

Reprinted in S. Chess & A. Thomas (Eds.), *Annual progress in child psychiatry and child development*. New York: Bruner/Mazel, 1983.

Thompson, R. A. , & Lamb, M E. Stranger sociability and its relationship to temperament and social experiences during the second year. *Infant Behavior and Development*, 1982, *5*, 277-288.

Reprinted in S. Chess & A. Thomas (Eds.), *Annual progress in child psychiatry and child development*. New York: Bruner/Mazel, 1983.

Thompson, R. A., Lamb, M. E., & Estes, D. Stability of infant-mother attachment and its relationship to changing life circumstances in an unselected middle-class sample. *Child Development*, 1982, *53*, 144-148.

Zigler, E. F., Lamb, M. E., & Child, I. L. *Socialization and personality development*. New York: Oxford University Press, 1982.

Lamb, M. E. Individual differences in infant sociability: Their origins and implications for cognitive development. In H. W. Reese & L. P. Lipsitt (Eds.), *Advances in child development and behavior* (vol. 16). New York: Academic Press, 1982 (pp. 213- 239).

Lamb, M. E. Raising caring, nurturing, sons. *Sesame Street Parents' Newsletter*, 1982, *2* (7), 6-7.

Lamb, M. E. (Ed.) *Nontraditional families: Parenting and child development*. Hillsdale, N.J.: Lawrence Erlbaum Associates, 1982.

Translated and published in Japanese by Japan Uni Agency, Tokyo, 1998.

Lamb, M. E. Parental behavior and child development in nontraditional families: An introduction. In M. E. Lamb (Ed.), *Nontraditional families: Parenting and child development*. Hillsdale, N.J.: Lawrence Erlbaum Associates, 1982 (pp. 1-12).

Lamb, M. E. Maternal employment and child development: A review. In M. E. Lamb (Ed.), *Nontraditional families: Parenting and child development*. Hillsdale, N.J.: Lawrence Erlbaum Associates, 1982 (pp. 45-69).

Lamb, M. E., Frodi, A. M., Hwang, C. -P., & Frodi, M.  Varying degrees of paternal involvement in infant care:  Attitudinal and behavioral correlates.  In M. E. Lamb (Ed.), *Nontraditional families:  Parenting and child development*.  Hillsdale, N.J.: Lawrence Erlbaum Associates, 1982 (pp. 117-137).

Lamb, M. E., & Sutton-Smith, B. (Eds.)  *Sibling relationships:  Their development and significance across the lifespan*.  Hillsdale, N.J.: Lawrence Erlbaum Associates, 1982.

Lamb, M. E.  Sibling relationships across the lifespan:  An overview and introduction.  In M. E. Lamb & B. Sutton-Smith (Eds.), *Sibling relationships:  Their development and significance across the lifespan*.  Hillsdale, N.J.:  Lawrence Erlbaum Associates, 1982 (pp. 1-11).

Elster, A. B., & Lamb, M. E.  Adolescent fathers:  A group potentially at risk for parenting failure.  *Infant Mental Health Journal*, 1982, *3*, 148-155.

Frodi, A. M., Lamb, M. E., Frodi, M., Hwang, C. -P., Forsstrom, B., & Corry, T.  Stability and change in parental attitudes following an infant's birth into traditional and nontraditional Swedish families.  *Scandinavian Journal of Psychology*, 1982, *23*, 53-62.

Lamb, M. E., & Hall, E.  Bonding.  *Childbirth Educator*, 1982, *2* (3), 18-23.

Lamb, M. E.  The bonding phenomenon:  Misinterpretations and their implications.  *Journal of Pediatrics*, 1982, *101*, 555-557.

Lamb, M. E.  Early contact and mother-infant bonding:  One decade later.  *Pediatrics*, 1982, *70*, 763-768.

Reprinted in D. H. Olson & R. Markoff (Eds.), *Inventory of Marriage and Family Literature* (Vol. 10).  Beverly Hills, CA:  Sage, 1984.

Lamb, M. E. Generalization and inferences about causality in research on nontraditional families:  Some cautions.  *Merrill-Palmer Quarterly*, 1982, *28*, 157-161.

Lamb, M. E.  Why Swedish fathers aren't liberated.  *Psychology Today*, 1982, *18* (10), 74-77.

Lamb, M. E.  La influencia de la madre y del padre en el desarrollo del niño (Mothers' and fathers' influences on child development/Spanish). In H. R. Schaffer (Ed.), Nuevas perspectivas en psicología del desarrollo en lengua inglesa. *Infancia y aprendizaje*, 1983, *3*, 83-101.

Lamb, M. E.  Bonding:  Does it really matter?  *The Health Connection*, 1983, *1*(6), 3-4.

Lamb, M. E.  Fathers of exceptional children.  In M. Seligman (Ed.), *The family with a handicapped child:  Understanding and treatment*. New York:  Grune & Stratton, 1983 (pp. 125-146).

Lamb, M. E.  Letters to the Editor:  Reply. *Pediatrics*, 1983, *71*, 864.

21

Lamb, M. E.  Mother-infant bonding:  A skeptical view.  *Faculty Journal* (University of Utah School of Medicine), 1983, *6* (1), 9.

Lamb, M. E., & Charnov, E. L.  A case for less selfing and more outbreeding in reviewing the literature.  *Behavioral and Brain Sciences*, 1983, *6*, 109.

Lamb, M. E.,  & Sagi, A.  (Eds.)  *Fatherhood and family policy*. Hillsdale, N.J.:  Lawrence Erlbaum Associates, 1983.

    Portuguese translation published 1998.

Lamb, M. E.  Social policy issues pertaining to fatherhood:  An introduction. In M. E. Lamb & A. Sagi (Eds.), *Fatherhood and family policy*.  Hillsdale, N.J.:  Lawrence Erlbaum Associates, 1983 (pp. 1-11).

Lamb, M. E.,  & Levine, J. A.  The Swedish parental insurance policy: An experiment in social engineering.  In M. E. Lamb & A. Sagi (Eds.), *Fatherhood and family policy*. Hillsdale, N.J.:  Lawrence Erlbaum Associates, 1983 (pp. 39-51).

Levine, J. A., Pleck, J. H.,  & Lamb, M. E.  The Fatherhood Project.  In M. E. Lamb & A. Sagi (Eds.), *Fatherhood and family policy*. Hillsdale, N.J.:  Lawrence Erlbaum Associates, 1983 (pp. 101-111).

Lamb, M. E., Russell, G., & Sagi, A.  Summary and recommendations for public policy.  In M. E. Lamb & A. Sagi (Eds.), *Fatherhood and family policy*.  Hillsdale, N.J.: Lawrence Erlbaum Associates, 1983 (pp. 247-258).

Elster, A. B., McAnarney, E., & Lamb, M. E.  Parental behavior of adolescent mothers. *Pediatrics*, 1983, *71*, 494-503.

Lamb, M. E., Frodi, M., Hwang, C. -P., & Frodi, A. M.  Effects of paternal involvement on infant preferences for mothers and fathers.  *Child Development*, 1983, *54*, 450- 458.

Campos, J. J., Caplowitz-Barrett, K., Lamb, M. E., Goldsmith, H. H., & Stenberg, C. Socioemotional development. In P. H. Mussen (General editor), *Carmichael's handbook of child psychology*; Volume 2, M. Haith & J. J. Campos (Eds.), *Infancy and developmental psychobiology*. New York: Wiley, 1983 (pp. 783-915).

Thompson, R. A., & Lamb, M. E.  Individual differences in dimensions of socioemotional development in infancy.  In R. Plutchik & H. Kellerman (Eds.), *Emotion:  Theory, research, and experience* (vol. 2), *Emotions in early development*.  New York: Academic Press, 1983 (pp. 87-114).

Thompson, R. A., & Lamb, M.E.  Security of attachment and stranger sociability in infancy. *Developmental Psychology*, 1983, *19*, 184-191.

Thompson, R. A., Lamb, M. E., & Estes, D.  Harmonizing discordant notes: A reply to Waters. *Child Development*, 1983, *54*, 521-524.

Lamb, M. E.  Friendly and bright. *Childbirth Educator*, 1983, *2* (3), 50-52.

Lamb, M. E.  Review of "The place of attachment in human behavior" by Colin Murray Parkes and Joan Stevenson-Hinde. *American Scientist*, 1983, *71*, 321.

Lamb, M. E., Frodi, A. M., Hwang, C. P., & Frodi, M.  Interobserver and test retest reliability of Rothbart's Infant Behavior Questionnaire. *Scandinavian Journal of Psychology*, 1983, *24*, 153-156.

Lamb, M. E.  Letters to the Editor:  Reply to Sugarman and Goldberg. *Journal of Pediatrics*, 1983, *103*, 830.

Lamb, M. E.  Letters to the Editor:  Reply to Emde and Osofsky. *Pediatrics*, 1983, *72*, 750.

Lamb, M. E., Campos, J. J.. Hwang, C. -P., Leiderman, P. H., Sagi, A., & Svejda, M. Joint reply to "Mother-infant bonding: a joint rebuttal". *Pediatrics*, 1983, *72*, 574- 576.

Lamb, M. E.  Letters to the Editor: More on infant-maternal bonding. *Journal of Pediatrics*, 1983, *103*, 829.

Lamb, M. E.  Early mother-neonate contact and the mother-child relationship. *Journal of Child Psychology and Psychiatry*, 1983, *24*, 487-494.

Frodi, A. M., Lamb, M. E., Hwang, C. -P., & Frodi, M.  Father-mother-infant interaction in traditional and nontraditional Swedish families: A longitudinal study. *Alternative Lifestyles*, 1983, *5*, 142-163.

Lamb, M. E., & Zarbatany, L.  Relationships among children. *Science*, 1983, *221*, 356- 357. (Book review)

Lamb, M. E.  Fathers and child rearing. *Childbirth Educator*, 1984, *3*(4), 42-45.

Lamb, M. E.  Father-child relationships in humans.  In D. Taub (Ed.), *Primate paternalism: An evolutionary and comparative view of male investment*. New York: Van Nostrand, 1984 (pp. 407-430).

Lamb, M. E.  Fathers, mothers, and childcare in the 1980s:  Family influences on child development.  In K. Borman, D. Quarm, & S. Gideonse (Eds.), *Women in the workplace*. Norwood, NJ:  Ablex Publishing, 1984 (pp. 61-88).

Lamb, M. E.  Fathers and child development.  In *Paternal absence and fathers' roles: Hearing before the Select Committee on Children, Youth, and Families, US House of Representatives*. Washington, D.C.: US Government Printing Office, 1984.

Lamb, M. E.  Mothers, fathers, and childcare in a changing world.  In J. Call, E. Galenson, & R. L. Tyson (Eds.), *Frontiers of infant psychiatry* (Vol. 2).  New York:  Basic Books, 1985 (pp. 343-362).

Lamb, M. E.  Portraits of Aussies at home.  *Contemporary Psychology*, 1984, *29*, 569- 670. (Book review)

Lamb, M. E. & Alvarez, W. F.  Values:  Development and intervention.  *Contemporary Psychology*, 1984, *29*, 121-122.  (Book review)

Lamb, M. E., Brown, A. L., & Rogoff, B. (Eds.), *Advances in developmental psychology* (Vol. 3).  Hillsdale, NJ:  Lawrence Erlbaum Associates, 1984.

Lamb, M. E., Thompson, R. A., Gardner, W., Charnov, E. L., Estes, D.  Security of Infantile attachment as assessed in the "Strange Situation":  Its study and biological interpretation. *Behavioral and Brain Sciences*, 1984, *7*, 127-147.

   Reprinted in S. Chess & A. Thomas (Eds.), *Annual progress in child psychiatry and child development*.  New York:  Brunner/Mazel, 1985.

Lamb, M. E., Gardner, W., Charnov, E. L., Thompson, R. A.,  & Estes, D.  Studying the security of infant-adult attachment:  A reprise.  *Behavioral and Brain Sciences*, 1984, *7*, 163-171.

Bornstein, M. H., & Lamb, M. E. (Eds.) *Developmental psychology:  An advanced textbook*. Hillsdale, NJ:  Lawrence Erlbaum Associates, 1984.

Lamb, M. E.  Social and emotional development in infancy.  In M. H. Bornstein & M. E.Lamb (Eds.), *Developmental psychology:  An advanced textbook*.  Hillsdale, NJ:  Lawrence Erlbaum Associates, 1984 (pp. 241-277).

Dickstein, S., Thompson, R. A., Estes, D., Malkin, C., & Lamb, M. E.  Social referencing and the security of attachment.  *Infant Behavior and Development*, 1984, *7*, 507-516.

Elster, A. B., & Lamb, M. E.  Adolescent mother-infant-father relationships.  *Pediatric Research*, 1984, *18*, 97A.  (Abstract)

Frodi, A. M., Murray, A. D., Lamb, M. E., & Steinberg, J.  Biological and social determinants of responsiveness to infants in 10-to 15-year-old girls.  *Sex Roles*, 1984, *10*, 639-649.

Klinman, D., Kohl, R., and The Fatherhood Project [J. A. Levine, J. H. Pleck, & M. E. Lamb] *Fatherhood USA*.  New York:  Garland Press, 1984.

Thompson, R. A., & Lamb, M. E.  Infants, mothers, families, and strangers.  In M. Lewis (Ed.), *Beyond the dyad*.  New York:  Plenum, 1984 (pp 195-221).

Lamb, M. E.  Another look at nonmaternal care.  *Contemporary Psychology*, 1984, *29*, 884-885. (Book review)

Thompson, R. A., & Lamb, M. E.  Continuity and change in socioemotional development during the second year.  In R. N. Emde & R. J. Harmon (Eds.), *Continuity and discontinuity in development*.  New York, Plenum, 1984 (pp. 315-338).

Lamb, M. E.  Bonding controversy.  *Childbirth Educator*, 1984 (Fall), 13.  (Letter)

24

Thompson, R. A., & Lamb, M. E.  Assessing qualitative dimensions of emotional responsiveness in infants:  Separation reactions in the Strange Situation.  *Infant Behavior and Development*, 1984, *7*, 423-445.

Lamb, M. E.  The role of today's fathers.  *Medical Aspects of Human Sexuality*, 1984, *18* (10), 102-109.

Lamb, M. E. A comparison of "second order effects" involving parents and siblings.  *Annual Report:  Research and Clinical Center for Child Development*, Faculty of Education, University of Hokkaido, Sapporo (Japan), 1984-85 (pp. 1-8).

Lamb, M. E.  Family influences and the development of the young child.  In C. S. Mcloughlin & D. F. Gullo (Eds.), *Young children in context:  Impact of self, family, and society on development*.  Springville, IL: Charles C. Thomas, 1985 (pp 154-182).

Lamb, M. E., Gaensbauer, T. J., Malkin, C. M., & Schultz, L. A.  The effects of abuse and neglect on security of infant-adult attachment.  *Infant Behavior and Development*, 1985, *8*, 35-45.

Lamb, M. E., Thompson, R. A., Gardner, W., & Charnov, E. L.  *Infant-mother attachment: The origins and developmental significance of individual differences in Strange Situation behavior*.  Hillsdale, NJ: Lawrence Erlbaum Associates, 1985.

Zarbatany, L., & Lamb, M. E.  Social referencing as a function of information source: Mothers versus strangers.  *Infant Behavior and Development*, 1985, *8*, 25-33.

Lamb, M. E., & Gilbride, K.  Compatibility in parent-infant relationships:  Origins and processes.  In W. Ickes (Ed.), *Compatible and incompatible relationships*.  New York: Springer, 1985 (pp 33-60).

Lamb, M. E., & Elster, A. B.  Adolescent mother-infant-father relationships. *Developmental Psychology*, 1985, *21*, 768-773.

Lamb, M. E., Pleck, J. H., Charnov, E. L., & Levine, J. A.  Paternal behavior in humans.  *American Zoologist*, 1985, *25*, 883-894.

Lamb, M. E., Pleck, J. H., & Levine, J. A.  The role of the father in child development: The effects of increased paternal involvement.  In B. B. Lahey & A. E. Kazdin (Eds.), *Advances in clinical child psychology* (Vol. 8).  New York:  Plenum, 1985 (pp. 229-266).

Portions reprinted as "Effects of increased paternal involvement on fathers and mothers," in C. Lewis  & M. O'Brien (Eds.), *Reassessing fatherhood:  New observations on fathers and the modern family*. London:  Sage, 1987 (pp. 109- 125).

Portions reprinted as "Effects of paternal involvement on fathers and mothers," in R. A. Lewis & M. Sussman (Eds.), *Men's changing roles in the family*.  New York: Haworth, 1986 (pp. 67-83).

Also published in a special issue of *Marriage and Family Review*, 1986, *9* (3/4), 76-83.

Portions reprinted as "Effects of increased paternal involvement on children in two parent families," in R. A. Lewis & R. E. Salt (Eds.), *Men in families*. Beverly Hills, CA: Sage, 1986 (pp. 141-158).

Thompson, R. A., Cicchetti, D., Lamb, M. E., & Malkin, C. M.  The emotional responses of Down Syndrome and normal infants in the Strange Situation: The organization of affective behavior in infants. *Developmental Psychology*, 1985, *21*, 828-841.

Lamb, M. E.  Paternal deprivation reassessed. *Contemporary Psychology*, 1985, *30*, 960-966. (Book review)

Sagi, A.,  Lamb, M. E., Lewkowicz, K. S., Shoham, R., Dvir, R., & Estes, D. . Security of infant-mother, -father, and -metapelet attachments among kibbutz-reared Israeli children. In I. Bretherton & E. Waters (Eds.), Growing points in attachment theory and research. *Monographs of the Society for Research in Child Development*, 1985, *50*, serial no. 209, 257-275.

Sagi, A., Lamb, M. E., Shoham, R., Dvir, R., & Lewkowicz, K. S.  Parent-infant interaction in families on Israeli kibbutzim. *International Journal of Behavioral Development*, 1985, *8*, 273-284.

Lamb, M. E.  Changing family patterns: Effects on young children.  In K. Seifert (Ed.),  *The child in social context*.  Winnipeg, Canada: Faculty of Education Monograph Series, University of Manitoba, 1985  (pp. 9-21).

Lamb, M. E.  Fear of flying. *Parents Magazine*, 1985, (August), 48-51.

Goldberg, W. A., Michaels, G. Y., & Lamb, M. E.  Husbands' and wives' adjustment to pregnancy and first parenthood. *Journal of Family Issues*, 1985, *6*, 483-503.

Lamb, M. E.  Reply to Bachtold and Barton. *Contemporary Psychology*, 1985, *30*.

Hall, E., Lamb, M. E., & Perlmutter, M.  *Child psychology today* (2nd edition).  New York: Random House, 1986.

Elster, A. B., & Lamb, M. E.  Adolescent fathers.  In J. B. Lancaster & B. A. Hamburg (Eds.), *School-aged pregnancy and parenthood: Biosocial dimensions*.  New York: Aldine, 1986 (pp. 177-190).

Lamb, M. E.  Review of The Psychobiology of Attachment and Separation edited by M. Reite and T. Field. *American Scientist*, 1986, *74*, 321-322.

Lamb, M. E., & Malkin, C. M.  The development of social expectations in distress relief sequences: A longitudinal study. *International Journal of Behavioral Development*, 1986, *9*, 235-249.

Pleck, J. H., Lamb, M. E., & Levine, J. A. Epilog: Facilitating future change in men's family roles. In R. A. Lewis & M. Sussman (Eds.), *Men's changing roles in the family*. New York: Haworth, 1986 (pp. 11-16).

Also published in a special issue of *Marriage and Family Review*, 1986, *9*(3/4), 11-16.

Thompson, R. A., & Lamb, M. E. Infant-mother attachment: New directions for theory and research . In P. B. Baltes, D. Featherman, & R. M. Lerner (Eds.), *Life-span development and behavior* (Vol. 7). Hillsdale, NJ: Lawrence Erlbaum Associates, 1986 (pp. 1-41).

Lamb, M. E., Brown, A. L., & Rogoff, B. (Eds.) *Advances in developmental psychology* (Vol. 4). Hillsdale, NJ: Lawrence Erlbaum Associates, 1986.

Elster, A. B., & Lamb, M. E. (Eds.) *Adolescent fatherhood*. Hillsdale, NJ: Lawrence Erlbaum Associates, 1986.

Lamb, M. E. & Elster, A. B. Parental behavior of adolescent mothers and fathers. In A. B. Elster & M. E. Lamb (Eds.), *Adolescent fatherhood*. Hillsdale, NJ: Lawrence Erlbaum Associates, 1986 (pp. 89-106).

Teti, D. & Lamb, M. E. Sex role development in adolescent males. In A. B. Elster & M. E. Lamb (Eds.), *Adolescent fatherhood*. Hillsdale, NJ: Lawrence Erlbaum Associates, 1986 (pp. 19-30).

Elster, A. B. & Lamb, M. E. Epilogue: Research priorities. In A. B. Elster & M. E. Lamb (Eds.), *Adolescent fatherhood*. Hillsdale, NJ: Lawrence Erlbaum Associates, 1986 (pp.193-195).

Lamb, M. E., Thompson, R. A., Gardner, W., & Charnov, E. L. Convergent approaches to understanding Strange Situation behavior. *Behavioral and Brain Sciences*, 1986, *9*, 559-561.

Lamb, M. E. (Ed.) *The father's role: Applied perspectives*. New York: Wiley, 1986.

Lamb, M. E. The changing roles of fathers. In M. E. Lamb (Ed.), *The father's role: Applied perspectives*. New York: Wiley, 1986 (pp. 3-27).

Reprinted in M. E. Lamb (Ed.), *The father's role: Cross-cultural perspectives*. Hillsdale, NJ: Lawrence Erlbaum Associates, 1987 (pp. 3-25).

Reprinted in J. L. Shapiro, M. J. Diamond, & M. Greenberg (Eds.), *Becoming a father: Contemporary, social, developmental, and clinical perspectives*. New York: Springer, 1995 (PP. 18-35).

Translated (Portuguese) and reprinted in *Analise Psicologica*, 1992, *10*, 19-34.

Sagi, A., Lamb, M. E., & Gardner, W.  Relations between Strange Situation behavior and stranger sociability among infants on Israeli kibbutzim. *Infant Behavior and Development*, 1986, *9*, 271-282.

Gardner, W., Lamb, M. E., Thompson, R. A., & Sagi, A.  On individual differences in Strange Situation behavior:  Categorical and continuous measurement systems in a cross- cultural data set. *Infant Behavior and Development*, 1986, *9*, 355-375.

Lamb, M. E., Elster, A. B., Peters, L. J., Kahn, J. S., & Tavare, J.  Characteristics of married and unmarried adolescent mothers and their partners. *Journal of Youth and Adolescence*, 1986, *15*, 487-496.

Reprinted in R. M. Lerner (Ed.), *Adolescence: Development, diversity, and context*. Hamden, CT: Garland Press, in press.

Lamb, M. E., & Nash, A.  Exploring the biologies of relationships. *Contemporary Psychology*, 1986, *31*, 757-758.  (Book review)

Lamb, M. E., Elster, A. B., & Tavare, J.  Behavioral profiles of adolescent mothers and partners with varying intracouple age differences. *Journal of Adolescent Research*, 1986, *1*, 399-408.

Lamb, M. E., & Bornstein, M. B.  *Development in infancy*.  New York: Random House, 1987.

Lamb, M. E., Pleck, J. H., Charnov, E. L., & Levine, J. A.  A biosocial perspective on paternal behavior and involvement.  In J. B. Lancaster, J. Altmann, A. S. Rossi, & L.R. Sherrod (Eds.), *Parenting across the lifespan: Biosocial dimensions*. Hawthorne, N Y: Aldine, 1987 (pp. 111-142).        Reprinted by Transaction/Aldine in 2010.

Lamb, M. E.  (Ed.) *The father's role:  Cross-cultural perspectives*. Hillsdale, NJ: Lawrence Erlbaum Associates, 1987.

Elster, A. B., Lamb, M. E., Peters, L., Kahn, J., & Tavare, J.  Judicial involvement and conduct problems of fathers of infants born to adolescent mothers. *Pediatrics*, 1987, *79*, 230-234.

Lamb, M. E.  Review of Lewis and Saarni, "The socialization of emotions." *American Scientist*, 1987, *75*, 86-87.  (Book review)

Lamb, M. E.  Baby.  In the *New book of Knowledge*.  New York:  Grolier, 1987.

Lamb, M. E.  Will the real new father please stand up? *Parents Magazine*, 1987, 62(6), 77-80.

Lamb, M. E.  Niche picking by siblings and scientists. *Behavioral and Brain Sciences*, 1987, *10*, 30.

Lamb, M. E.  Distinctions, distinctions, distinctions.... *Behavioral and Brain Sciences*, 1987, *10*, 79.

Lamb, M. E.  Review of W. W. Hartup and Z. Rubin, Relations and development.  *American Scientist*, 1987, *75*, 209-210.  (Book review)

Lamb, M. E., Morrison, D., & Malkin, C. M.  The development of infant social expectations in face-to-face interaction.  *Merrill-Palmer Quarterly*, 1987, *33*, 241-254.

Teti, D. M., Lamb, M. E., & Elster, A. B.  Long-range socioeconomic and marital consequences of adolescent marriage in three cohorts of adult males.  *Journal of Marriage and the Family*, 1987, *49*, 499-506.

Lamb, M. E., Hopps, K., & Elster, A. B.  Strange Situation behavior of infants with adolescent mothers.  *Infant Behavior and Development*, 1987, *10*, 39-48.

Elster, A. B., Lamb, M. E., Tavare, J., & Ralston, C. W.  The medical and psychosocial impact of comprehensive care on adolescent pregnancy and parenthood.  *Journal of the American Medical Association*, 1987, *258*, 1187-1192.

Elster, A. B., Lamb, M. E., & Tavare, J.  The association between behavioral and school problems and fatherhood in a national sample of adolescent males.  *Journal of Pediatrics*, 1987, *111*, 932-936.

Lamb, M. E.  Predictive implications of individual differences in attachment.  *Journal of Consulting and Clinical Psychology*, 1987, *55*, 817-824.

Lamb, M. E., & Bornstein, M. H. (Eds.)  *Developmental psychology:  An advanced textbook* (Revised Edition).  Hillsdale, NJ:  Lawrence Erlbaum Associates, 1988.

   Translated into Italian by F. Simion and published as *Lo sviluppo percettivo, cognitivo e linguistico*.  Milano, Italy:  Raffaelo Cortina Editore, 1992.

Lamb, M. E.  Social and emotional development.  In M. E. Lamb & M. H. Bornstein (Eds.), *Developmental psychology:  An advanced textbook* (Revised Edition).  Hillsdale, NJ:  Lawrence Erlbaum Associates, 1988 (pp. 359-410).

Lamb, M. E., Hwang, C.-P., Bookstein, F. L., Broberg, A., Hult, G., & Frodi, M.  The development of social competence in Swedish preschoolers.  *Developmental Psychology*, 1988, *24*, 58-70.

Oppenheim, D., Sagi, A., & Lamb, M. E.  Infant-adult attachments on the kibbutz and their relation to socioemotional development four years later.  *Developmental Psychology*, 1988, *24*, 427-433.

Nakagawa, M., Lamb, M. E., & Miyake, K.  Psychological experiences of Japanese infants in the Strange Situation.  *Annual Report:  Research and Clinical Center for Child Development*, Faculty of Education, University of Hokkaido, Sapporo (Japan), 1987-88, 13-24.

Lamb, M. E., Hwang, C.-P., Broberg, A., & Bookstein, F. L.  The effects of out-of-home care on the development of social competence in Sweden: A longitudinal study. *Early Childhood Research Quarterly*, 1988, *3*, 379-402.

Reprinted in N. Fox & G. G. Fein (Eds.), *Infant day care: The current debate* . Norwood, NJ: Ablex, 1990 (pp. 145-168).

Lamb, M. E., Hwang, C.-P., Broberg, A., Bookstein, F. L., Hult, G., & Frodi, M.  The determinants of paternal involvement in primiparous Swedish families. *International Journal of Behavioral Development*, 1988, *11*, 433-449.

Lamb, M. E.  The ecology of adolescent pregnancy and parenthood.  In A. Pence (Ed.), *Ecological research with children and families:  From concepts to methodology.*  New York:  Teachers College Press, 1988. (pp. 99-121)

Lamb, M. E.  Review of "Fatherhood today:  Men's changing roles in the family" by P. Bronstein & C. P. Cowan.  *Child Development Abstracts and Bibliography*, 1988, *62*, 241.  (Book Review)

Lamb, M. E., Hwang, C.-P., & Broberg, A.  Associations between parental agreement regarding child-rearing and the characteristics of families and children in Sweden. *International Journal of Behavioral Development*, 1989, *12*, 115-129.

Lamb, M. E., & Oppenheim, D.  Fatherhood and father-child relationships: The last five years of research.  In S. Cath, A. Gurwitt, & L. Gunsberg (Eds.), *Fathers and their families.* Hillsdale, NJ: Analytic Press, 1989.  (pp. 11-26)

Lamb, M. E., & Nash, A.  Parent-infant attachment and peer interaction. In T. J. Berndt & G. W. Ladd (Eds.), *Peer relationships in child development.* New York:  Wiley, 1989.  (pp. 219-245)

Elster, A. B., Lamb, M. E. & Kimmerly, N.  Perceptions of parenthood among adolescent fathers. *Pediatrics*, 1989, *83*, 758-765.

Hwang, C.-P., Lamb, M. E., & Broberg, A.  The development of social and intellectual competence in Swedish preschoolers raised at home and in out-of-home care facilities.  In K. Kreppner & R. M. Lerner (Eds.), *Family systems and life-span development.* Hillsdale, NJ: Lawrence Erlbaum Associates, 1989 (pp. 105-127).

Teti, D. M., & Lamb, M. E.  Socioeconomic and marital outcomes of adolescent marriage, adolescent childbirth, and their co-occurrences. *Journal of Marriage and the Family*, 1989, *51*, 203-212.

Broberg, A., Hwang, C.-P., Lamb, M. E., & Ketterlinus, R. D.  Child care effects on socioemotional and intellectual competence in Swedish preschoolers.  In J. S. Lande, S. Scarr & N. Gunzenhauser (Eds.), *Caring for children: Challenge to America*. Hillsdale, NJ:  Erlbaum, 1989  (pp. 49-75).

Lamb, M. E. & Sternberg, K. J.  Tagesbetreuung [Daycare].  In H. Keller (Ed.), *Handbuch der Kleinkindforschung*.  Heidelberg:  Springer-Verlag, 1989 (pp. 587-608).

Lamb, M. E.  Father's role or fathers' roles?  *Contemporary Psychology*, 1989, *34*, 551.

Lamb, M. E.  Social development.  *Pediatric Annals*, 1989, *18*, 292-297.

Ketterlinus, R. D., Bookstein, F. L., Sampson, P. D., & Lamb, M. E.  Partial least squares analysis in developmental psychopathology.  *Development and Psychopathology*, 1989, *1*, 351-371.

Lamb, M.E., & Sternberg, K.J.  Some thoughts about infant daycare.  *Annual Report: Research and Clinical Center for Child Development*, University of Hokkaido, Sapporo, Japan, 1988-89 (pp. 71-77).

Lamb M. E.  Biological functionalism and developmental (dis)-continuity.  *European Journal of Psychology of Education*, 1989, *IV*, 159-160.

Lamb, M. E.  New approaches to the study of daycare.  *Human Nature*, 1990, *1*, 207-210.

Lamb, M. E., & Elster, A. B.  Adolescent parenthood.  In G. H. Brody & I. E. Sigel (Eds.), *Methods of family research: Biographies of research projects.  Volume II: Clinical populations*.  Hillsdale, NJ: Lawrence Erlbaum Associates, 1990 (pp. 159-190).

Broberg, A., Lamb, M. E., & Hwang, C.-P.  Inhibition: Its stability and correlates in 16-to 20-month-old children.  *Child Development*, 1990, *61*, 1153-1163.

Elster, A. B., Ketterlinus, R. D. & Lamb, M. E.  Association between parenthood and problem behavior in a national sample of adolescents.  *Pediatrics*, 1990, *85*, 1044-1050.

Ketterlinus, R. D., Henderson, S., & Lamb, M. E.  Maternal age, sociodemographics, prenatal health and behavior:  Influences on neonatal risk status.  *Journal of Adolescent Health Care*, 1990, *11*, 423-431.

MacKinnon, C., Lamb, M. E., Belsky, J., & Baum, C.  An affective-cognitive model of mother-child aggression.  *Development and Psychopathology*, 1990, *2*, 1-14.

Broberg, A., Lamb, M. E., Hwang, P., & Bookstein, F. L.  Factors related to verbal abilities in Swedish preschoolers.  *British Journal of Developmental Psychology*, 1990, *8*, 335-349.

Lamb, M. E., & Sternberg, K. J.  Do we really know how daycare affects children?  *Journal of Applied Developmental Psychology*. 1990, *11*, 351-379.

Lamb, M. E., & Meyer, D.  Fathers of children with special needs.  In M. Seligman (Ed.), *The family with a handicapped child* (Revised edition).  Boston:  Allyn and Bacon, 1991  (pp. 151-179).

Lamb, M. E., & Teti, D. M.  Parenthood and marriage in adolescence:  Associations with educational and occupational attainment.  In R.M. Lerner, A.C. Petersen, & J. Brooks-Gunn (Eds.), *Encyclopedia of adolescence.* New York: Garland, 1991 (pp. 742-745).

Lamb, M. E., & Teti, D. M.  Childbirth and marriage, adolescent:  Associations with long-term marital stability.  In R.M. Lerner, A.C. Petersen, & J. Brooks-Gunn (Eds.), *Encyclopedia of adolescence.* New York: Garland, 1991 (pp.111-114).

Lamb, M. E., & Ketterlinus, R. D.  Parental behavior, adolescent.  In R.M. Lerner, A.C. Petersen, & J. Brooks-Gunn (Eds.), *Encyclopedia of adolescence.* New York: Garland, 1991 (pp. 735-738).

Ketterlinus, R. D., & Lamb, M. E.  Childbearing, adolescent:  Obstetric and filial outcomes. In R.M. Lerner, A.C. Petersen & J. Brooks-Gunn (Eds.), *Encyclopedia of adolescence.* New York: Garland, 1991 (pp. 107-110).

Lamb, M. E.  Foreword.  In F. W. Bozett & S. M. H. Hanson (Eds.), *Fatherhood and families in cultural context.* New York & Heidelberg: Springer, 1991 (pp.ix-xii).

Hwang, C-P, Broberg, A., & Lamb, M. E.  The Gothenburg child care project.  In E.C. Melhuish & P. Moss (Eds.), *Day care and the young child: International perspectives.* London: Routledge, 1991 (pp. 102-120).

Lamb, M. E., Teti, D. M., Nash, A., & Bornstein, M. H.  Infancy.  In M. Lewis (Ed.), *Comprehensive textbook of child psychiatry.* Baltimore: Williams and Wilkins, 1991 (pp. 222-256).

Lamb, M. E., Teti, D. M., Sternberg, K., & Malkin, C. M.  Child maltreatment and the child welfare system.  In F.S. Kessel, M. H. Bornstein, & A. J. Sameroff (Eds.), *Contemporary constructions of the child: Essays in honor of William Kessen.* Hillsdale, NJ: Lawrence Erlbaum Associates, 1991 (pp. 195-207).

Sternberg, K. J., Lamb, M. E., Hwang, C-P., Broberg, A., Ketterlinus, R. D., & Bookstein, F. L. Does out-of-home care affect compliance in preschoolers? *International Journal of Behavioral Development,* 1991, *14,* 45 -65.

Lamb, M. E. & Keller, H. (Eds.) *Infant development: Perspectives from German-speaking countries.* Hillsdale, NJ: Lawrence Erlbaum Associates, 1991.

Lamb, M. E. & Keller, H.  Introduction.  In M. E. Lamb & H. Keller (Eds.), *Infant development: Perspectives from German-speaking countries.* Hillsdale, NJ: Lawrence Erlbaum Associates, 1991 (pp. 1-13).

Sternberg, K. J. & Lamb, M. E.  Can we ignore context in the definition of child maltreatment? *Development and Psychopathology,* 1991, *3,* 87-93.

Ketterlinus, R. D., Henderson, S. H., & Lamb, M. E. The effects of maternal age-at-birth on children's cognitive development. *Journal of Research in Adolescence*, 1991, *1*, 173-188.

Ketterlinus, R. D., Lamb, M. E., & Nitz, K. Developmental and ecological sources of stress among adolescent parents. *Family Relations*, 1991, *40*, 435-441.

Lamb, M. E. "N" is for knowledge and the Nebraska Symposium. *Contemporary Psychology*, 1991,*36*, 1044-1046. (Book review)

Bornstein, M. H., & Lamb, M.E. *Development in infancy* (Third edition). New York: McGraw Hill, 1992.

Lamb, M.E., Sternberg, K.J. & Prodromidis, M. Nonmaternal care and the security of infant-mother attachment: A reanalysis of the data. *Infant Behavior and Development*, 1992, *15*, 71-83.

Scholmerich, A., & Lamb, M. E. Check-list comportamentali nella ricerca sulle interazione madre-bambino e padro-bambino. [The use of check-lists in research on mother-infant and father infant interaction.] *Eta Evolutiva*, 1992,*41*, 77-85.

Lamb, M. E., & Sternberg, K. J. Establishing the design. *Children and Youth Services Review*, 1992, *14*, 157-165.

Lamb, M. E., Sternberg, K. J., Hwang, C-P., & Broberg, A. (Eds.), *Child care in context: Cross-cultural perspectives*. Hillsdale, NJ: Lawrence Erlbaum Associates, 1992.

Lamb, M. E., & Sternberg, K. J. Sociocultural perspectives on nonparental childcare. In M. E. Lamb, K. J. Sternberg, C-P. Hwang, & A. Broberg (Eds.), *Child care in context: Cross-cultural perspectives*. Hillsdale, NJ: Lawrence Erlbaum Associates, 1992 (pp. 1-23).

Partially reprinted as "L'accueil du jeune enfant dans son milieu." In B. Pierrehumbert (Ed.), *L'accueil du jeune enfant: Politiques et recherches dans les differents pays*. [Child care in infancy: Policy and research issues in different countries]. Paris: ESF Editeur, 1992 (pp. 21-38).

Partially revised, translated, and reprinted as "Tagesbetreuung im kulturellen Kontext." In L. Ahnert (Ed.), *Tagesbetreuung für Kinder unter drei Jahren: Theorien und Tatsachen*. [Day care for children under three years: Theories and facts]. Berlin: Huber, 1998 (14-28).

Lamb, M. E., Sternberg, K. J., & Ketterlinus, R. D. Childcare in the United States: The modern era. In M. E. Lamb, K. J. Sternberg, C-P. Hwang, & A. Broberg (Eds.), *Child care in context: Cross-cultural perspectives*. Hillsdale, NJ: Lawrence Erlbaum Associates, 1992 (pp. 207-222).

Lamb, M. E., & Sternberg, K. J.  Un réexamen du lien entre garde non parentale et sécurité de l'attachement mère-enfant. [Further examination of the relationship between nonmaternal care and the security of infant-mother attachment.]  In B. Pierrehumbert (Ed.), *L'accueil du jeune enfant: Politiques et recherches dans les differents pays.* [Child care in infancy: Policy and research issues in different countries].  Paris: ESF Editeur, 1992. (pp. 141-149)

Ketterlinus, R. D., Henderson, S. H., & Lamb, M. E.  Les effets du type de garde, de l'emploi maternel et de l'estime de soi sur le comportement des enfants. [The effect of type of child care and maternal employment on children's behavioral adjustment and self-esteem]:  In B. Pierrehumbert (Ed.), *L'accueil du jeune enfant: Politiques et recherches dans les differents pays.* [Child care in infancy: Policy and research issues in different countries].  Paris: ESF Editeur, 1992. (pp. 150-163)

Lamb, M. E.  Foreword for *Human development in cultural context: A third world perspective* by A. Bame Nsamenang.  Beverly Hills, CA: Sage, 1992.(pp. ix-xi)

Ketterlinus, R. D., Lamb, M. E., Nitz, K., & Elster, A. B.  Adolescent non-sexual and sex-related problem behaviors. *Journal of Adolescent Research*, 1992, *7*, 431-456.

Bornstein, M.H., & Lamb, M.E. (Eds.)  *Developmental psychology: An advanced textbook* (Third edition).  Hillsdale, NJ: Lawrence Erlbaum  Associates, 1992.

Lamb, M.E., Ketterlinus, R.D., & Fracasso, M.P.  Parent-child relationships.  In M.H. Bornstein & M.E. Lamb (Eds.), *Developmental psychology: An advanced textbook* (Third edition).  Hillsdale, NJ:  Lawrence Erlbaum Associates, 1992 (pp. 465- 518).

Sternberg, K. J., & Lamb, M. E.  Evaluations of attachment relationships by Jewish Israeli day-care providers. *Journal of Cross-Cultural Psychology*, 1992, *23*, 285-299.

Nakagawa, M., Lamb, M.E., & Miyake, K.  Antecedents and correlates of the Strange Situation behavior of Japanese infants. *Journal of Cross-Cultural Psychology*, 1992, *23*, 300-310

Krispin, O., Sternberg, K. J., & Lamb, M. E.  The dimensions of peer evaluation in Israel: A cross-cultural perspective. *International Journal of Behavioral Development*, 1992, *15*, 299-314.

Nakagawa, M., Teti, D. M., & Lamb, M. E.  An ecological study of child-mother attachments among Japanese sojourners in the United States. *Developmental Psychology*, 1992, *28*, 584-592.

Lamb, M. E.  Review of "Family violence in cross-cultural perspective" by David Levinson. *Journal of Cross-Cultural Psychology*, 1992, *23*, 535-536. (Book review)

MacKinnon, C. E., Lamb, M. E., Arbuckle, B., Baradaran, L.P., & Volling, B.  The relationship between biased maternal and filial attributions and the aggressiveness of their interactions. *Development and Psychopathology*, 1992, *4*, 403-415.

34

Lamb, M. E.  Les effets de la garde non parentale: Que savons-nous au juste?  [ The effects of nonparental childcare: What do we really know?] *Apprentissage et Socialisation*, 1992, *15*, 195-207.

Sternberg, K. J., Lamb, M. E., Greenbaum, C., Cicchetti, D., Dawud, S., Cortes, R. M., Krispin, O., & Lorey, F.  Effects of domestic violence on children's behavior problems and depression. *Developmental Psychology*, 1993, *29*, 44-52.

Lamb, M. E.  Collected essays on infant socialization.  Review of "Social influences and socialization in infancy".  *Contemporary Psychology*, 1993, *38*, 93-94.

Lamb, M. E.  Naziism, biological determinism, sociobiology, and evolutionary theory: Are they necessarily synonymous?  *International Journal of Comparative Psychology*, 1993, *6*, 149-152.  (Book review)

Lamb, M. E.  Review of "Fatherhood in America: A history" by R.L. Griswold & "Fathers and families: Paternal factors in child development" by H. B. Biller.  *Journal of Marriage and the Family*,1993, *55*, 1047-1049.

Lamb, M. E.  (Guest Editor)  Birth management and perinatal care: Biosocial perspectives. *Human Nature*,1993, *4*(4), and 1994, *5*(1).  Guest editorial: *4*(4), 323-328.

Nsamenang, A. B., & Lamb, M. E.  The acquisition of socio-cognitive competence by Nso children in the Bamenda Grassfields of Northwest Cameroon.  *International Journal of Behavioral Development*, 1993, *16*, 429-441.

Lamb, M. E., Sternberg, K. J., & Esplin, P. W.  Interviewing young victims of child maltreatment.  In M. Hovav (Ed.), *Sexual abuse of children: The law, investigator, and the court*.  Tel Aviv, Israel: Shirikova Publishers,1993  (pp. 109-131). (Translated into Hebrew for publication.)

Lamb, M. E.  Biological determinism redux: Comment on Silverstein (1993).  *Journal of Family Psychology*, 1993, *7*, 301-304.

Lamb, M. E., Sternberg, K. J., Knuth, N., Hwang, C.-P., & Broberg, A. G.  Peer play and nonparental care experiences.  In. H. Goelman & E. V. Jacobs (Eds.), *Children's play in child care settings*.  Albany, NY: State University of New York Press, 1994 (pp. 37-52).

Nsamenang, A. B., & Lamb, M. E.  Socialization of Nso children in the Bamenda Grassfields of Northwest Cameroon.  In. P. Greenfield & R. Cocking (Eds.), *Cross-cultural roots of minority child development*.  Hillsdale, NJ: Lawrence Erlbaum Associates, 1994 (pp.133-146).

Lamb, M. E.  Infant care practices and the application of knowledge.  In C. B. Fisher & R. M. Lerner (Eds.), *Applied developmental psychology*.  New York: McGraw Hill, 1994 (pp. 23-45).

Ketterlinus, R. D., & Lamb, M. E. (Eds.)  *Adolescent problem behavior: Issues and research.*  Hillsdale, NJ: Lawrence Erlbaum Associates, 1994.

Ketterlinus, R. D., & Lamb, M. E.  Adolescent problem behaviors: An introduction.  In R. D. Ketterlinus & M. E. Lamb (Eds.), *Adolescent problem behavior: Issues and research.*  Hillsdale, NJ : Lawrence Erlbaum Associates, 1994 (pp. vii-xii).

Ketterlinus, R. D., Lamb, M. E., & Nitz, K. A.  Adolescent nonsexual and sex-related problem behaviors:  Their prevalence, consequences, and co-occurrence.  In R. D. Ketterlinus & M. E. Lamb (Eds.), *Adolescent problem behavior: Issues and research.*  Hillsdale, NJ : Lawrence Erlbaum Associates, 1994 (pp. 17-39).

Lamb, M. E.  (Rapporteur)  The investigation of child sexual abuse: An interdisciplinary consensus statement.  *Expert Evidence,* 1994, *2,* 151-156; *Journal of Child Sexual Abuse,* 1994, *3*(4), 93-106; *Family Law Quarterly,* 1994, *28,* 151-162; *Scandinavian Journal of Social Welfare,* 1994, *3,* 175-180; *BASPCAN News, 15* (September), 12-17; and *Child Abuse and Neglect,* 1994, *18,* 1021-1028.

Malkin, C. M., & Lamb, M. E.  Child maltreatment: A test of sociobiological theory.  *Journal of Comparative Family Studies,* 1994, *25,* 121-134.

Lamb, M. E., Sternberg, K. J., & Esplin, P. W.  Factors influencing the reliability and validity of statements made by young victims of sexual maltreatment.  *Journal of Applied Developmental Psychology,* 1994, *15,* 255-280.

> Reprinted in: *Sexual abuse interviewing guidebook.*  Ithaca, NY: New York State Child Protective Services Training Institute, 1997.

MacKinnon-Lewis, C., Volling, B. L., Lamb, M. E., Dechman, K., Rabiner, D., & Curtner, M. E.  A cross-contextual analysis of children's social competence:  From family to school.  *Developmental Psychology,* 1994, *30,* 325-333.

Lamb, M. E.  Heredity, environment, and the question "why?"  *Behavioral and Brain Sciences,* 1994, *17,* 751.

Fracasso, M. P., Porges, S. W., Lamb, M. E., & Rosenberg, A. A.  Cardiac activity in infancy: Reliability and stability of individual differences.  *Infant Behavior and Development,* 1994, *17,* 277-284.

Lamb, M. E.  Review of John Snarey's "How fathers care for the next generation: A four decade study".  *Human Development,* 1994, *37,* 385-387.  (Book review).

Lamb, M. E.  Response to Commentary on Early contact, bonding, and the development of mother-infant relationships. *Journal of Developmental and Behavioral Pediatrics,* 1994, *15,* 384-385.

Sternberg, K. J., Lamb, M. E., Greenbaum, C., Dawud, S., Cortes, R. M., & Lorey, F. The effects of domestic violence on children's perceptions of their perpetrating and nonperpetrating parents. *International Journal of Behavioral Development*, 1994, *17*, 779-795.

Lamb, M. E. De invloed van de vader op de ontwikkeling van het kind. [The influence of the father on the development of the child]. *Familia*, 1994, *1*, 53-64. [Dutch]

   Reprinted as:

   Lamb, M. E. Paternal influences on child development. In M. C.P. van Dongen, G. A. B. Frinking, & M. J. G. Jacobs(Eds.), *Changing fatherhood: An interdisciplinary perspective*. Amsterdam, The Netherlands: Thesis Publishers, 1995. (pp. 145- 157)

Prodromidis, M., Lamb, M. E., Sternberg, K. J., Hwang, C. P., & Broberg, A. G. Aggression and noncompliance among Swedish children in center-based care, family day-care, and home care. *International Journal of Behavioral Development*, 1995, *18*, 43-62.

Haynie, D. L., & Lamb, M. E. Positive and negative facial expressiveness in 7-, 10-, and 13-month-old infants. *Infant Behavior and Development*, 1995, *18*, 257-259.

Scholmerich, A., Fracasso, M. P., Lamb, M. E., & Broberg, A. G. Interactional harmony at 7 and 10 months of age predicts security of attachment as measured by Q-sort ratings. *Social Development*, 1995, *4*, 62-74.

Leyendecker, B., Lamb, M. E., Scholmerich, A., & Fracasso, M. P. The social worlds of 8- and 12-month-old infants: Early experiences in two subcultural contexts. *Social Development*, 1995, *4*, 194-208.

Lamb, M. E., Sternberg, K. J., & Esplin, P. W. Making children into competent witnesses: Reactions to the amicus brief *in re Michaels*. *Psychology, Public Policy, and the Law*, 1995, *1*, 438-449.

Nsamenang, A. B., & Lamb, M. E. The force of beliefs: How the parental values of the Nso of Northwest Cameroon shape children's progress toward adult models. *Journal of Applied Developmental Psychology*, 1995, *16*, 629-643.

Horowitz, S. W., Lamb, M. E., Esplin, P. W., Boychuk, T. D., Reiter-Lavery, L., & Krispin, O. Establishing ground truth in studies of child sexual abuse. *Expert Evidence*, 1995, *4*, 42-51.

Hwang, C. P., Lamb, M. E., & Sigel, I. (Eds.) *Images of childhood*. Hillsdale, NJ: Lawrence Erlbaum Associates, 1996.

Lamb, M. E., & Hwang, C. P. Images of childhood: An introduction. In C. P. Hwang, M. E. Lamb, & I. Sigel (Eds.), *Images of childhood*. Hillsdale, NJ: Lawrence Erlbaum Associates, 1996. (pp. 1-12)

Sternberg, K. J., Lamb, M. E., & Hershkowitz, I.  Child sexual abuse investigations in Israel. *Criminal Justice and Behavior*, 1996, *23*, 322-337.

Also published as:

Child victims and witnesses in Israel: Evaluating innovative practices.  B. L. Bottoms & G. S. Goodman (Eds.), *International perspectives on child abuse and children's testimony: Psychological research and law.*  Thousand Oaks, CA: Sage Publications, 1996.  (pp. 62-76)

Lamb, M. E., Nash, A., Teti, D. M., & Bornstein, M. H.  Infancy. In M. Lewis (Ed.), *Child and adolescent psychiatry:  A comprehensive textbook* (Second Edition).  Baltimore: Williams and Wilkins, 1996.  (pp. 241-270)

Sternberg, K. J., Lamb, M. E., Hershkowitz, I., Esplin, P. W., Redlich, A., & Sunshine, N. The relationship between investigative utterance types and the informativeness of child witnesses. *Journal of Applied Developmental Psychology*, 1996, *17*, 439- 451.

Lamb, M. E.  Effects of nonparental child care on child development: An update. *Canadian Journal of Psychiatry*, 1996, *41*, 330-342.

Lamb, M. E.  Review of "Fatherless America:  Confronting our most urgent social problem". *Journal of Marriage and the Family*, 1996, *58*, 526-527. [Book review]

Wessels, H., Lamb, M. E., & Hwang, C. P.  Cause and causality in daycare research: An investigation of group differences in Swedish child care. *European Journal of Educational Psychology*, 1996, *11*, 231-245.

Lamb, M. E.  Review of "Divergent realities:  The emotional lives of mothers, fathers and adolescents." *Social Service Review*, 1996, *70*, 489-490. [Book review]

Lamb, M. E.  Fathering in America: New challenges and champions. *Contemporary Psychology*, 1996, *41*, 911. [Book review]

Lamb, M. E, Hershkowitz, I., Sternberg, K. J., Esplin, P. W., Hovav, M., Manor, T., & Yudilevitch, L.  Effects of investigative utterance types on Israeli children's responses. *International Journal of Behavioral Development*, 1996, *19*, 627-637.

Lamb, M. E., Hershkowitz, I., Sternberg, K. J., Boat, B., & Everson, M. D.  Investigative interviews of alleged sexual abuse victims with and without anatomical dolls. *Child Abuse and Neglect*, 1996, *20*, 1239-1247.

Pierrehumbert, B., Ramstein, T., Krucher, R., El-Najjar, S., Lamb, M. E., & Halfon, O. L'evaluation du lieu de vie du jeune enfant. *Bulletin de Psychologie*, 1996, *49*, 565-584.

Lamb, M. E.  Review of "Family, justice, and delinquency". *Family Relations*, 1996, 45, 355. [Book review]

Lamb, M. E.  What is selected in group selection?  *Behavioral and Brain Sciences*, 1996, *19*, 786-787.

Lamb, M. E., Sternberg, K. J., Esplin, P. W., Hershkowitz, I., Orbach, Y., & Hovav, M. Criterion-based content analysis:  A field validation study.  *Child Abuse and Neglect*, 1997, *21*, 255-264.

Lamb, M. E.  Review of "The book of David: How preserving families can cost children's lives". *Journal of Marriage and the Family*, 1997, *59*, 235-236.  [Book review]

Lamb, M. E. (Ed.)  *The role of the father in child development* (Third edition).  New York: Wiley, 1997.

Lamb, M. E.  Fathers and child development:  An introductory overview and guide.  In M. E. Lamb (Ed.), *The role of the father in child development* (Third edition).  New York: Wiley, 1997.  (pp. 1-18; 309-313)

Lamb, M. E.  The development of father-infant relationships.  In M. E. Lamb (Ed.), *The role of the father in child development* (Third edition).  New York: Wiley, 1997. (pp. 104-120; 332-342)

Lamb, M. E., & Billings, L. L.  Fathers of children with special needs.  In M. E. Lamb (Ed.), *The role of the father in child development* (Third edition).  New York: Wiley, 1997. (pp. 179-190; 356-360)

Sternberg, K. J., Lamb, M. E., & Dawud-Noursi, S.  Using multiple informants and cross-cultural research to study the effects of domestic violence on developmental psychopathology:  Illustrations from research in Israel.  In S. S. Luthar, J. A. Burack, D. Cicchetti, & J. R. Weisz (Eds.), *Developmental psychopathology: Perspectives on adjustment, risk, and disorder*.  New York: Cambridge University Press, 1997. (pp. 417-436)

Broberg, A. G., Wessels, H., Lamb, M. E., & Hwang, C. P.  The effects of day care on the development of cognitive abilities in eight-year-olds: A longitudinal study. *Developmental Psychology*, 1997, *33*, 62-69.

Leyendecker, B., Lamb, M. E., Fracasso, M. P., Scholmerich, A., & Larson, C.  Playful interaction and the antecedents of attachment:  A longitudinal study of Central American and Euro-American mothers and infants.  *Merrill-Palmer Quarterly*, 1997, *43*, 24-47.

Horowitz, S. W., Lamb, M. E., Esplin, P. W., Boychuk, T. D., Krispin, O., & Reiter- Lavery, L. Reliability of criteria-based content analysis of child witness statements. *Legal and Criminological Psychology*, 1997, *2*, 11-21.

Fracasso, M. P., Lamb, M. E., Scholmerich, A., & Leyendecker, B.  The ecology of mother-infant interaction in Euro-American and immigrant Central American families living in the United States. *International Journal of Behavioral Development*, 1997, *20*, 207-217.

Lamb, M. E., Sternberg, K. J., Esplin, P. W., Hershkowitz, I., & Orbach, Y.  Assessing the credibility of children's allegations of sexual abuse: Insights from recent research. *Learning and Individual Differences*, 1997, *9*, 175-194

Lamb, M. E., Sternberg, K. J., & Thompson, R. A.  The effects of divorce and custody arrangements on children's behavior, development, and adjustment. *Expert Evidence*, 1997, *5*, 83-88, and *Family and Conciliation Courts Review*, 1997, *35*, 393-404.

Reprinted in: M. E. Lamb (Ed.), *Parenting and child development in "nontraditional" families*.  Mahwah, NJ: Lawrence Erlbaum Associates, 1999.  (pp. 125-135)

Lamb, M. E.  L'influence du pere sur le developpement de l'enfant.  [Paternal influences on child development]. *Enfance*, 1997*(3)*, 337-349.

Scholmerich, A., Lamb, M. E., Leyendecker, B., & Fracasso, M. P.  Mother-infant interactions and attachment security in Euro-American and Central-American immigrant families. *Infant Behavior and Development*, 1997, *20*, 167-176.

Leyendecker, B. Lamb, M. E., Scholmerich, A., & Miranda Fricke, D.  Contexts as moderators of observed interactions:  A study of Costa Rican mothers and infants from differing socio-economic backgrounds. *International Journal of Behavioral Development*, 1997, *21*, 15-34.

Lamb, M. E., & Wessels, H.  Tagesbetreuung [Daycare].  In H. Keller (Ed.), *Handbuch der kleinkindforschung* (2 Auflage) [*Handbook of child study* (2nd edition)].  Berlin: Springer Verlag, 1997.  (pp. 695 -717)

Leyendecker, B., Lamb, M. E., & Scholmerich, A.  Studying mother-infant interaction:  The effects of context and length of observation in two subcultural groups. *Infant Behavior and Development*, 1997, *20*, 325-337.

Hershkowitz, I., Lamb, M. E., Sternberg, K. J., & Esplin, P. W.  The relationships among interviewer utterance type, CBCA scores, and the richness of children's responses. *Legal and Criminological Psychology*, 1997, *2*, 169-176.

Hwang, C. P., & Lamb, M. E.  Father involvement in Sweden:  A longitudinal study of its stability and correlates. *International Journal of Behavioral Development*, 1997, *21*, 621-632.

Sternberg, K. J., Lamb, M. E., Hershkowitz, I., Yudilevitch, L., Orbach, Y., Esplin, P. W., & Hovav, M.  Effects of introductory style on children's abilities to describe experiences of sexual abuse. *Child Abuse and Neglect*, 1997, *21*, 1133-1146.

Wessels, H., Lamb, M. E., Hwang, C. P., & Broberg, A. G.  Personality development between one and eight years of age in Swedish children with varying child care experiences. *International Journal of Behavioral Development*, 1997, *21*, 771-794.

Sternberg, K. J., Lamb, M. E., & Dawud-Noursi, S.  Understanding domestic violence and its effects:  Making sense of divergent reports and perspectives.  In G. W. Holden, R. Geffner, & E. W. Jouriles (Eds.), *Children exposed to family violence* (pp. 121- 156).  Washington, DC: American Psychological Association, 1998.

Lamb, M. E.  Nonparental child care:  Context, quality, correlates, and consequences.  In W. Damon, I. E. Sigel, & K. A. Renninger (Eds.), *Handbook of child psychology* (Vol. 4) *Child psychology in practice* (Fifth Edition).  New York: Wiley, 1998.  (pp. 73- 133)

Lamb, M. E., Leyendecker, B. R., Scholmerich, A., & Fracasso, M. P.  Everyday experiences of infants in Euro-American and Central-American immigrant families.  In M. Lewis & C. Feiring (Eds.), *Families, risk, and competence.*  Mahwah, NJ: Lawrence Erlbaum Associates, 1998.  (pp. 113-131)

Dawud-Noursi, S., Sternberg, K. J., & Lamb, M. E.  The relations among domestic violence, peer relationships, and academic performance.  In M. Lewis & C. Feiring (Eds.), *Families, risk, and competence.*  Mahwah, NJ: Lawrence Erlbaum Associates, 1998.  (pp. 207- 226)

Lamb, M. E.  Fatherhood then and now.  In A. Booth & N. Crouter (Eds.), *Men in families: When do they get involved? What difference does it make?*  Mahwah, NJ:  Lawrence Erlbaum Associates, 1998.  (pp. 47-52)

Lamb, M. E.  Revisiting fathers who actively parent. *Contemporary Psychology*, 1998, *43*, 271-272.  [Book review]

Poole, D. A., & Lamb, M. E. *Investigative interviews of children:  A guide for helping professionals.*  Washington, DC: American Psychological Association, 1998.

Lamb, M. E.  Assessing parent-infant interaction during the prenatal period: Some cautions. *Clinics in Perinatology*, 1998, *25* (2), 461-469.

Hewlett, B. S., Lamb, M. E., Shannon, D., Leyendecker, B., & Scholmerich, A.  Culture and early infancy among Central African foragers and farmers. *Developmental Psychology*, 1998, *34*, 653-661.

Lamb, M. E., Sternberg, K. J., & Esplin, P. W.  Conducting investigative interviews of alleged sexual abuse victims. *Child Abuse and Neglect*, 1998, *22*, 813-823.

Lamb, M. E.  Mea culpa but caveat emptor! *Legal and Criminological Psychology,* 1998, *3,* 193-194.

Hershkowitz, I., Orbach, Y., Lamb, M. E., Sternberg, K. J., Horowitz, D., & Hovav, M. Visiting the scene of the crime:  Effects on children's recall of alleged abuse. *Legal and Criminological Psychology*, 1998, *3*, 195-207.

Lamb, M. E.  Assessments of children's credibility in forensic contexts. *Current Directions in Psychological Science*, 1998, *7*, 43-46.

Lamb, M. E. & Fracasso, M. P.  Dimensions du temperament: Physiologie, comportement et perceptions maternelles.  [Dimensions of temperament: Physiology, behavior, and maternal perceptions.]  In G. M. Tarabulsy, R. Tessier, & A. Kappas (Eds.), *Le temperament de l'enfant: Cinq etudes.  [The child's temperament:  Five studies]*. Quebec City, QU: Presses de l'Universite du Quebec, 1998.  (pp. 77-92).

Lamb, M. E.  Generative fathering:  Beyond deficit perspectives. *Contemporary Psychology,* 1998, *43*, 49-50.  [Book review]

Lamb, M. E.  (Ed.) *Parenting and child development in "nontraditional" families*. Mahwah, NJ: Lawrence Erlbaum Associates, 1999.

Hungarian translation published by Educatio Tarsadalmi Szolgaltato Kozhasznu Tarsasag, Budapest, in November 2008.

Lamb, M. E.  Parental behavior, family processes, and child development in nontraditional and traditionally understudied families.  In M. E. Lamb (Ed.), *Parenting and child development in "nontraditional" families*.  Mahwah, NJ: Lawrence Erlbaum Associates, 1999.  (pp. 1-14)

Lamb, M. E.  Nonparental child care.  In M. E. Lamb (Ed.), *Parenting and child development in "nontraditional" families*.  Mahwah, NJ: Lawrence Erlbaum Associates, 1999.  (pp. 39-55)

Leyendecker, B., & Lamb, M. E.  Latino families.  In M. E. Lamb (Ed.), *Parenting and child development in "nontraditional" families*.  Mahwah, NJ: Lawrence Erlbaum Associates, 1999.  (pp. 247-262)

Sternberg, K. J., & Lamb, M. E.  Violent families.  In M. E. Lamb (Ed.), *Parenting and child development in "nontraditional" families*.  Mahwah, NJ:  Lawrence Erlbaum Associates, 1999.  (pp. 305-325)

Lamb, M. E., Sternberg, K. J., Orbach, Y., Hershkowitz, I., & Esplin, P. W.  Forensic interviews of children.  In. A. Memon & R. A. Bull (Eds.), *Handbook of the psychology of interviewing*.  New York and Chichester, England: Wiley, 1999.  (pp. 253-277)

Bornstein, M. H., & Lamb M. E. (Eds.) *Developmental psychology:  An advanced textbook* (Fourth Edition).  Mahwah, NJ: Lawrence Erlbaum Associates, 1999.

Lamb, M. E., Hwang, C. P., Ketterlinus, R. D., & Fracasso, M. P.  Parent-child relationships: Development in the context of the family.  In M. H. Bornstein & M. E. Lamb (Eds.), *Developmental psychology: An advanced textbook* (Fourth Edition). Mahwah, NJ: Lawrence Erlbaum Associates, 1999.  (pp. 411-450)

Orbach, Y., & Lamb, M. E.  Assessing the accuracy of a child's account of sexual abuse:  A case study. *Child Abuse and Neglect*, 1999, *23*, 91-98.

Lamb, M. E.  Non-custodial fathers and their impact on the children of divorce.  In R. A. Thompson & P.R. Amato (Eds.), *The post-divorce family: Research and policy issues*. Thousand Oaks, CA: Sage, 1999.  (pp. 105-125)

Lamb, M. E.  Child witnesses:  Recent research on children's accounts of forensically relevant experiences.  *Applied Developmental Science*, 1999, *3*, 2-5.

Roberts, K. P., & Lamb, M. E.  Children's responses when interviewers distort details during investigative interviews.  *Legal and Criminological Psychology*, 1999, *4*, 23-31.

Sternberg, K. J., Lamb, M. E., Esplin, P. W., & Baradaran, L.  Using a scripted protocol in investigative interviews: A pilot study.  *Applied Developmental Science*, 1999, *3*, 70-76.

Lamb, M. E.  The role of fathers in low-income families.  In *Children and families in an era of rapid change: Creating a shared agenda for researchers, practitioners and policy makers.  Proceedings of Head Start's Fourth National Research Conference (July 9- 12, 1998) (pp. 205-207)*.  Washington, DC: Department of Health and Human Services.

Lamb, M. E.  Obituary: Mary D. Salter Ainsworth.  *American Psychological Society Observer*, 1999, *12*(5), 32, 34-35.

Roberts, K. P., Lamb, M. E., & Sternberg, K. J.  Effects of the timing of postevent information on preschoolers' memories of an event.  *Applied Cognitive Psychology*, 1999, *13*, 541-559.

Dawud-Noursi, S., Lamb, M. E., & Sternberg, K. J.  The effects of domestic violence on children's adjustment at school.  *Megamot*, 1999, *XL*, 72-102.  [Hebrew]

Orbach, Y., Hershkowitz, I., Lamb, M. E., Sternberg, K. J., & Horowitz, D.  Interviewing at the scene of the crime: Effects on children's recall of alleged abuse.  *Legal and Criminological Psychology*, 2000, *5*, 135-147.

Lamb, M. E.  The effects of quality of care on child development.  *Applied Developmental Science*, 2000, *4*, 112-115.

Campbell, J. J., Lamb, M. E., & Hwang, C. P.  Early child care experiences and children's social competence between 1.5 and 15 years of age.  *Applied Developmental Science*, 2000, *4*, 166-175.

Hewlett, B. S., Lamb, M. E., Leyendecker, B., & Schölmerich, A.  Internal working models, trust, and sharing among foragers.  *Current Anthropology*, 2000, *41*, 287-297.

Cabrera, N. J., Tamis-LeMonda, C. S., Bradley, R. H., Hofferth, S., & Lamb, M. E. Fatherhood in the twenty-first century.  *Child Development,* 2000, *71*, 127-136.

Lamb, M. E.  The history of research on father involvement: An overview.  *Marriage and Family Review*, 2000, *29*, 23-42.

43

Reprinted in: E. Peters & R. D. Day (Eds.), *Fatherhood: Research, interventions and policies*. New York: Haworth, 2000. (pp. 23-42)

Marsiglio, W., Day, R. D., & Lamb, M. E.  Exploring fatherhood diversity:  Implications for conceptualizing father involvement. *Marriage and Family Review*, 2000, *29*, 269-293.

Reprinted in: E. Peters & R. D. Day (Eds.), *Fatherhood: Research, interventions, and policies*. New York: Haworth, 2000. (pp. 269-293)

Ahnert, L., Rickert, H., & Lamb, M. E.  Shared caregiving: Comparisons between home and child care settings. *Developmental Psychology*, 2000, *36*, 339-351.

Kelly, J. B., & Lamb, M. E.  Using child development research to make appropriate custody and access decisions for young children. *Family and Conciliation Courts Review*, 2000, *38*, 297-311.

Orbach, Y., Hershkowitz, I., Lamb, M. E., Sternberg, K. J., Esplin, P. W., & Horowitz, D.  Assessing the value of structured protocols for forensic interviews of alleged child abuse victims. *Child Abuse and Neglect*, 2000, *24*, 733-752.

Lamb, M. E., Orbach, Y., Sternberg, K. J., Hershkowitz, I., & Horowitz, D.  Accuracy of investigators' verbatim notes of their forensic interviews with alleged child abuse victims. *Law and Human Behavior*, 2000, *24*, 699-707.

Cederborg, A.-C., Orbach, Y., Sternberg, K. J., & Lamb, M. E.  Investigative interviews of child witnesses in Sweden. *Child Abuse and Neglect*, 2000, *24*, 1355-1361.

Hewlett, B. S., Lamb, M. E., Leyendecker, B., & Scholmerich, A.  Parental investment strategies among Aka foragers, Ngandu farmers, and Euro-American urban- industrialists.  In L. Cronk, N. Chagnon, & W. Irons (Eds.), *Adaptation and human behavior: An anthropological perspective*. New York: Aldine, 2000. (pp. 155- 178)

Lamb, M. E., Sternberg, K. J., & Esplin, P. W.  Effects of age and delay on the amount of information provided by alleged sex abuse victims in investigative interviews. *Child Development*, 2000, *71*, 1586-1596.

Marsiglio, W., Amato, P., Day, R. D., & Lamb, M. E.  Scholarship on fatherhood in the 1990s and beyond. *Journal of Marriage and the Family*, 2000, *62*, 1173-1191.

Orbach, Y., & Lamb, M. E.  Enhancing children's narratives in investigative interviews. *Child Abuse and Neglect*, 2000, *24*, 1631-1648.

Lamb, M. E.  Exploring and defining early social ecologies and their impact: Mothers, fathers, families and cultures. *Marriage and Family Review*, 2000, *30*, 119-135.

Lamb, M. E. Fathering.  In A. Kazdin (Ed.), *Encyclopedia of psychology* (Vol. 3, pp. 338- 341). Washington DC and New York:  American Psychological Association and Oxford University Press, 2000.

Lamb, M. E.  Attachment.  In A.E. Kazdin (Ed.), *Encyclopedia of psychology* (Vol. 1, pp. 284-289).  Washington, DC and New York: American Psychological Association and Oxford University Press, 2000.

Ahnert, L., Lamb, M. E., & Seltenheim, K.  Infant–care provider attachments in contrasting child care settings I:  Group-oriented care before German reunification. *Infant Behavior and Development*, 2000, *23*, 197-209.

Ahnert, L., & Lamb, M. E.   Infant–care provider attachments in contrasting child care settings II:  Individual-oriented care after German reunification.  *Infant Behavior and Development*, 2000, *23*, 211-222.

Scholmerich, A., Broberg, A. G., & Lamb, M. E.  Precursors of inhibition and shyness in the first year of life.  In R. Crozier (Ed.), *Shyness: Development, consolidation and change*.  London: Routledge, 2000. (pp. 47- 63)

Fouts, H. N., Hewlett, B. S., & Lamb, M. E.  Weaning and the nature of early childhood interactions among Bofi foragers in Central Africa. *Human Nature*, 2001, *12*, 27- 46.

Orbach, Y., & Lamb, M. E.  The relationship between within-interview contradictions and eliciting interviewer utterances. *Child Abuse and Neglect*, 2001, *25*, 323-333.

Ahnert, L., & Lamb, M. E.  The East German child care system:  Associations with caretaking and caretaking beliefs, children's early attachment and adjustment. *American Behavioral Scientis*t, 2001, *44*, 1843-1863.

MacKinnon-Lewis, C., Lamb, M. E., Hattie, J., & Baradaran, L. P.  A longitudinal examination of the associations between mothers' and sons' attributions and their aggression. *Development and Psychopathology*, 2001, *13*, 69-81.

Sternberg, K. J., Lamb, M. E., Davies, G. A., & Westcott, H. L.  The Memorandum of Good Practice: Theory versus application. *Child Abuse and Neglect*, 2001, *25*, 669-681.

Hershkowitz, I., Orbach, Y.,  Lamb, M. E., Sternberg, K. J., & Horowitz, D.  The effects of mental context reinstatement on children's accounts of sexual abuse. *Applied Cognitive Psychology*, 2001, *15*, 235-248.

Lamb, M E., & Kelly, J. B.  Using the empirical literature to guide the development of parenting plans for young children:  A rejoinder to Solomon and Biringen. *Family Courts Review*, 2001, *39*, 365-371.

Sternberg, K. J., Lamb, M. E., Orbach, Y., Esplin, P. W., & Mitchell, S.  Use of a structured investigative protocol enhances young children's responses to free recall prompts in the course of forensic interviews. *Journal of Applied Psychology*, 2001, *86,* 997-1005.

Orbach, Y., Lamb, M. E., Sternberg, K. J., Williams, J. M. G., & Dawud-Noursi, S.  The effect of being a victim or witness of family violence on the retrieval of autobiographical memories. *Child Abuse and Neglect*, 2001, 25, 1427-1437.

Lamb, M .E.  Male roles in families "at risk:" The ecology of child maltreatment.  *Child Maltreatment*, 2001, *6,* 308-311.

Lamb, M. E.  Foreword.  In J. R. Dudley & G. Stone's *Fathering-at-risk:  Helping nonresidential fathers*.  New York: Springer, 2001.  (pp. ix-xi)

Hershkowitz, I., Orbach, Y., Lamb, M. E., Sternberg, K. J., Horowitz, D., & Hovav, M.  Can a visit to the scene of the crime improve children's testimony in sexual abuse cases? In M. Hovav, I. Hershkowitz, & D. Horowitz (Eds.), *Young victims and offenders: Questioning and interviewing in the legal process*.  Tel Aviv: Cherikover, 2001. (pp. 147-167)

Orbach, Y., Hershkowitz, I., Lamb, M. E., Sternberg, K. J., Esplin, P. W., & Horowitz, D.  Protocol based interviews with Israeli children:  An evaluation study.  In M. Hovav, I. Hershkowitz, & D. Horowitz (Eds.), *Young victims and offenders:  Questioning and interviewing in the legal process*.  Tel Aviv: Cherikover, 2001. (pp. 111-146)

Lamb, M. E., & Fauchier, A.  The effects of question type on self-contradictions by children in the course of forensic interviews.  *Applied Cognitive Psychology*, 2001, *15*, 483-491.

Hershkowitz, I., Orbach, Y., Lamb, M. E., Sternberg, K. J., & Horowitz, D.  A comparison of mental and physical context reinstatement in forensic interviews with alleged victims of sexual abuse.  *Applied Cognitive Psychology*, 2002, *16*, 429-441.

Sternberg, K. J., Lamb, M. E., Esplin, P. W., Orbach, Y., & Hershkowitz, I.  Using a structured interview protocol to improve the quality of investigative interviews.  In M. Eisen, J. Quas, & G. Goodman (Eds.), *Memory and suggestibility in the forensic interview*.  Mahwah, NJ:  Lawrence Erlbaum Associates, 2002.  (pp. 409-436)

Lamb, M. E., Orbach, Y., Sternberg, K. J., Esplin, P. W., & Hershkowitz, I.  The effects of forensic interview practices on the quality of information provided by alleged victims of child abuse.  In H. L. Westcott, G. M. Davies, & R. Bull (Eds.), *Children's testimony: Psychological research and forensic practice*.  Chichester, England: Wiley, 2002.  (pp. 131-146).

Lamb, M. E., Sternberg, K. J., Orbach, Y., Esplin, P. W., & Mitchell, S.  Is ongoing feedback necessary to maintain the quality of investigative interviews with allegedly abused children?  *Applied Developmental Science*, 2002, *6*, 35-41.

Lamb, M. E., Teti, D. M., Bornstein, M. H., & Nash, A.  Infancy.  In M. Lewis (Ed.), *Child and adolescent psychiatry:  A comprehensive textbook* (Third Edition; 293-323).  New York: Lippincott Williams and Wilkins, 2002.

Lamb, M. E.  Infancy: The magical months.  Introductory comments in K. B. Owens' *Child and adolescent development: An integrated approach*.  New York: Wadsworth, 2002 (pp. 154-155).

46

Lamb, M. E.  Father involvement and child development:  Section preface.  In C.S. Tamis-LeMonda & N. Cabrera (Eds.), *Handbook of father involvement:  Multidisciplinary perspectives* (pp. 91-92).  Mahwah, NJ: Lawrence Erlbaum Associates, 2002.

Lamb, M. E.  Infant-father attachments and their impact on child development.  In C.S. Tamis-LeMonda & N. Cabrera (Eds.), *Handbook of father involvement: Multidisciplinary perspective*  (pp. 93-117).  Mahwah, NJ: Lawrence Erlbaum Associates, 2002.

Lamb, M. E.  Noncustodial fathers and their children.  In C.S. Tamis-LeMonda & N. Cabrera (Eds.), *Handbook of father involvement:  Multidisciplinary perspectives*  (pp. 169-184).  Mahwah, NJ: Lawrence Erlbaum Associates, 2002.

Lamb, M. E., Sternberg, K. J., Orbach, Y., Hershkowitz, I., Horowitz, D., & Esplin, P. W. The effects of intensive training and ongoing supervision on the quality of investigative interviews with alleged sex abuse victims. *Applied Developmental Science*, 2002, *6*, 114-125.

Leyendecker, B. L., Harwood, R. L., Lamb, M. E., &  Schölmerich, A.  Mothers' socialization goals and evaluations of desirable and undesirable everyday situations in two diverse cultural groups. *International Journal of Behavioral Development*, 2002, *26*, 248-258.

Lamb, M. E., Chuang, S. S., Wessels, H., Broberg, A. G.,  & Hwang, C. P.  Emergence and construct validation of the big five factors in early childhood: A longitudinal analysis of their ontogeny in Sweden. *Child  Development*, 2002, 73, 1517-1524.

Lamb, M. E.  Placing children's interests first: Developmentally appropriate parenting plans. *The Virginia Journal of Social Policy and the Law*, 2002, *10*, 98-119.

     Reprinted in *CRC Speak Out for Children*, 2003, *18*, 11-14, 17-19.

Schoelmerich, A., Leyendecker, B., Lamb, M.E., Hewlett, B.S., & Tessier, R.  Alltagserfahrungen von 3 Monate alten Säuglingen in Nord- und Lateinamerika, Europa und Afrika [Everyday experiences of 3-months old infants in North- and Latin-America, Europe and Africa]. In K. Alt & A. Kemkes-Grottenthaler (Eds.), Kinderwelten: Anthropologie – Geschichte – Kulturvergleich [Childhood: Anthropology, history, and cross-cultural comparison] (pp. 386-399). Koeln: Boehlau Verlag, 2002.

Hewlett, B. S., & Lamb, M. E.  Integrating evolution, culture and developmental psychology: Explaining caregiver-infant proximity and responsiveness in Central Africa and the USA. In H. Keller, Y. H. Poortinga, & A. Scholmerich (Eds.), *Between culture and biology: Perspectives on ontogenetic development*.  New York: Cambridge University Press, 2002 (pp. 241-269).

Lindsey, E. W., MacKinnon-Lewis, C., Campbell, J., Frabutt, J. M., & Lamb, M. E.  Marital conflict and boys' peer relationships:  The mediating role of mother-son emotional reciprocity. *Journal of Family Psychology*, 2002, *16*, 466-477.

Lamb, M. E., Bornstein, M. H., & Teti, D. M. *Development in infancy* (Fourth edition). Mahwah, NJ: Lawrence Erlbaum Associates, 2002.

Lamb, M. E., Chuang, S. S., & Cabrera, N. Promoting child adjustment by fostering positive paternal involvement. In R. M. Lerner, F. Jacobs, & D. Wertlieb (Eds.), *Promoting positive child, adolescent, and family development: A handbook of applied developmental science*. Thousand Oaks, CA: Sage, 2003. (pp. 211-232)

Lamb, M. E., & Garretson, M. E. The effects of interviewer gender and child gender on the informativeness of alleged child sexual abuse victims in forensic interviews. *Law and Human Behavior*, 2003, *27*, 157-171.

Lamb, M.. E., & Ahnert, L. Institutionelle Betreuungskontexte und ihre entwicklungspsychologische Relevanz für Kleinkinder [Institutional care contexts and their developmental relevance to young children]. In H. Keller (Hrsg.), *Handbuch der Kleinkindforschung [Handbook of child development]* 3.Auflage [3rd edition]. Bern: Huber, 2003. (pp. 525-564)

Lamb, M. E. Child development and the law. In R. M. Lerner, M. A. Easterbrooks, & J. Mistry (Eds.), *Comprehensive handbook of psychology*. Volume 6: *Developmental psychology*. New York: Wiley, 2003. (pp. 559-577)

Kelly, J. B., & Lamb, M. E. Developmental issues in relocation cases involving young children: When, whether, and how? *Journal of Family Psychology*, 2003, *17*, 193-205.

Ahnert, L., & Lamb, M. E. Shared care: Establishing a balance between home and child care settings. *Child Development*, 2003, *74*, 1044-1049.

Lamb, M. E., Sternberg, K. J., Orbach, Y., Esplin, P. W., Stewart, H., & Mitchell, S. Age differences in young children's responses to open-ended invitations in the course of forensic interviews. *Journal of Consulting and Clinical Psychology*, 2003, *71*, 926-934.

Lamb, M. E., Sternberg, K, J., Orbach, Y., Hershkowitz, I., & Horowitz, D. Differences between accounts provided by witnesses and alleged victims of child sexual abuse. *Child Abuse and Neglect*, 2003, *27*, 1019-1031.

Lewis, C., & Lamb, M. E. Fathers influences on children's development: The evidence from two-parent families. *European Journal of the Psychology of Education*, 2003, *18*, 211-228.

Thierry, K. L., Lamb, M. E., & Orbach, Y. Awareness of the origin of knowledge predicts child witnesses' recall of alleged sexual and physical abuse. *Applied Cognitive Psychology*, 2003, *17*, 953-967.

Day, R. D., & Lamb, M. E. (Eds.) *Conceptualizing and measuring father involvement*. Mahwah, NJ: Lawrence Erlbaum Associates, 2004.

48

Day, R. D., & Lamb, M. E. Conceptualizing and measuring father involvement: Pathways, problems, and progress. In R. D. Day & M. E. Lamb (Eds.), *Conceptualizing and measuring father involvement.* Mahwah, NJ: Lawrence Erlbaum Associates, 2004. (pp. 1-15)

Lamb, M. E., Chuang, S. S., & Hwang, C. P. Internal reliability, temporal stability, and correlates of individual differences in paternal involvement: A 14-year longitudinal study in Sweden. In R. D. Day & M. E. Lamb (Eds.), *Conceptualizing and measuring father involvement.* Mahwah, NJ: Lawrence Erlbaum Associates, 2004. (pp. 129-148)

Lamb, M. E. (Ed.). *The role of the father in child development* (Fourth edition). Hoboken, NJ: John Wiley & Sons, 2004.

Lamb, M. E., & Tamis-Lemonda, C. S. The role of the father: An introduction. In M. E. Lamb (Ed.), *The role of the father in child development* (Fourth edition). Hoboken, NJ: John Wiley & Sons, 2004. (pp. 1-31)

Lamb, M. E., & Lewis, C. The development and significance of father-child relationships in two-parent families. In M. E. Lamb, (Ed.), *The role of the father in child development* (Fourth edition). Hoboken, NJ: John Wiley & Sons, 2004. (pp. 272-306)

Ahnert, L., & Lamb, M. E. Child care and its impact on young children (2-5). In R. E. Tremblay, R. G. Barr, & R. De V. Peters (Eds.), *Encyclopedia on early childhood development* (online). Montreal, Quebec: Centre of Excellence for Early Childhood Development, 2004, 1-6. available at: http://www.excellence-earlychildhood.ca/documents/Ahnert-LambANGxp.pdf.

Published simultaneously in French as: Ahnert, L., & Lamb, M. E. Services à la petite enfance et ses impacts sur les jeunes enfants (2 à 5 ans). En R. E. Tremblay, R. G. Barr, & R. De V. Peters (Eds.), *Encyclopédie sur le développement des jeunes enfants [en ligne].* Montréal, Québec: Centre d'Excellence pour le developpement des jeunes, 2004, 1-6. Disponible sur le site: http://www.excellence-earlychildhood.ca/documents/Ahnert-LambFRxp.pdf.

Sternberg, K. J., Knutson, J. F., Lamb, M. E., Baradaran, L. P., Nolan C., & Flanzer, S. The Child Maltreatment Log: A PC-based program for describing research samples. *Child Maltreatment*, 2004, *9*, 30-48.

Aldridge, J., Lamb, M. E., Sternberg, K. J., Orbach, Y., Esplin, P. W., & Bowler, L. Using a human figure drawing to elicit information from alleged victims of child sexual abuse. *Journal of Consulting and Clinical Psychology*, 2004, *72*, 304-316.

Hershkowitz, I., Horowitz, D., Lamb, M. E., Orbach, Y., & Sternberg, K. J. Interviewing youthful suspects in alleged sex crimes: A descriptive analysis. *Child Abuse and Neglect*, 2004, *28*, 423-438.

Roberts, K. P., Lamb, M. E., & Sternberg, K. J.  The effects of rapport-building style on children's reports of a staged event. *Applied Cognitive Psychology*, 2004, *18*, 189-202.

Ahnert, L., Gunnar, M. R., Lamb, M. E., & Barthel, M. Transition to child care: Associations with infant-mother attachment, infant negative emotion and cortisol elevations. *Child Development*, 2004, *75*, 639-650.

Lewis, C., & Lamb, M. E.  Fathers: The research perspectives.  In *Supporting fathers: Contributions from the International Fatherhood Summit 2003* (Early Childhood Development: Practice and Reflections, Volume 20).  The Hague, The Netherlands: Bernard van Leer Foundation, 2004.  (pp. 44-76)

Pipe, M. E., Lamb, M. E., Orbach, Y., & Esplin, P. W.  Recent research on children's testimony about experienced and witnessed events. *Developmental Review*, 2004, *24*, 440-468.

Lamb, M. E.  Developmental theory and public policy: A cross-national perspective.  In H. Goelman, S. K. Marshall, & S. Ross (Eds.), *Multiple lenses, multiple images: Perspectives on the child across time, space and disciplines*.  Toronto: University of Toronto Press, 2004.  (pp. 122-146)

Tamis-LeMonda, C. S., Shannon, J. D., Cabrera, N. J., & Lamb, M. E. Fathers and mothers at play with their 2- and 3-year-olds: Contributions to language and cognitive development. *Child Development*, 2004, *75*, 1806-1820.

Fouts, H. N., Lamb, M. E., & Hewlett, B. S. Infant crying in hunter-gatherer cultures. *Behavioral and Brain Sciences*, 2004, *27*, 462-463.

Lamb, M. E. Socio-emotional development and early schooling: experimental research. *Prospects*, 2004, *34, 401-409.

Lamb, M. E.  Testimony, children's competence for. In C. B. Fisher & R. M. Lerner (Eds.), *Encyclopedia of applied developmental science*. Thousand Oaks, CA:  Sage, 2005. (Vol. 2, 1085-1086)

Lamb, M. E.  Bonding, parent-child. In C. B. Fisher & R. M. Lerner (Eds.), *Encyclopedia of applied developmental science*.  Thousand Oaks, CA:  Sage, 2005. (Vol. 1, pp. 169-170)

Lamb, M. E.  Forensic interviewing. In C. B. Fisher & R. M. Lerner (Eds.), *Encyclopedia of applied developmental science*.  Thousand Oaks, CA:  Sage, 2005. (Vol. 1, pp. 477-479)

Lamb, M. E.  Eyewitness testimony. In C. B. Fisher & R. M. Lerner (Eds.), *Encyclopedia of applied developmental science*.  Thousand Oaks, CA:  Sage, 2005. (Vol. 1, 433-434)

Lamb, M. E.  Day care: Measuring quality of care. In C. B. Fisher & R. M. Lerner (Eds.), *Encyclopedia of applied developmental science*.  Thousand Oaks, CA:  Sage, 2005. (Vol. 1, pp. 322-324)

Lamb, M. E.  Attachment, child-parent. In C. B. Fisher & R. M. Lerner (Eds.), *Encyclopedia of applied developmental science.* Thousand Oaks, CA:  Sage, 2005. (Vol. 1, pp. 127-129)

Lamb, M. E.  Parenting, divorce and. In C. B. Fisher & R. M. Lerner (Eds.), *Encyclopedia of applied developmental science.* Thousand Oaks, CA:  Sage, 2005. (Vol. 2, pp. 794-796)

Fouts, H. N., & Lamb, M. E.  Ethical issues in cross-cultural research. In C. B. Fisher & R. M. Lerner (Eds.), *Encyclopedia of applied developmental science.* Thousand Oaks, CA: Sage, 2005. (Vol. 1, pp. 409-412)

Lamb, M. E.  Day care: Effects on child development. In C. B. Fisher & R. M. Lerner (Eds.), *Encyclopedia of applied developmental science.* Thousand Oaks, CA:  Sage, 2005. (Vol. 1, pp. 320-322)

Lamb, M. E., & Thierry, K. L.  Understanding children's testimony regarding their alleged abuse:  Contributions of field and laboratory analog research.  In D. M. Teti (Ed.), *Handbook of research methods in developmental science.*  Oxford, UK and Malden, MA: Blackwell Publishers, 2005. (pp. 489 – 508)

Day, R. D., Lewis, C., O'Brien, M., & Lamb, M. E.  Emerging theories, constructs, and topics in the study of father involvement.  In V. Bengston, A. Acock, K. R. Allen, P. Dilworth-Anderson, & D. M. Klein (Eds.), *Sourcebook of family theory and research.*  Thousand Oaks, CA: Sage, 2005. (pp. 341-351, 360-365)

Lamb, M. E.  Attachments, social networks, and developmental contexts. *Human Development,* 2005, *48,* 108-112.

    Japanese translation published in 2007.

Bornstein, M. H., & Lamb, M. E. (Eds.). *Developmental science: An advanced textbook* (Fifth edition).  Mahwah, NJ: Lawrence Erlbaum Associates, 2005.

    Korean translation published as     [Developmental Science]. (K. Kwak and the SNU Developmental Psychology Laboratory, Trans.). Seoul, South Korea: Hakjisa, 2009.

Lamb, M. E., & Lewis, C.  The role of parent-child relationships in child development.  In M. H. Bornstein & M. E. Lamb (Eds.), *Developmental science: An advanced textbook* (Fifth edition).  Mahwah, NJ: Lawrence Erlbaum Associates, 2005.  (pp. 429 - 468)

Fouts, H. N., Hewlett, B. S., & Lamb, M. E.  Parent-offspring conflicts among the Bofi farmers and foragers of Central Africa. *Current Anthropology,* 2005, *46,* 29-50.

Hewlett, B. S., & Lamb, M. E.  (Eds.) *Hunter-gatherer childhoods:  Evolutionary, developmental, and cultural perspectives.*  New Brunswick, NJ: Aldine/Transaction, 2005.

Hewlett, B. S., & Lamb, M. E. Recent research and emerging issues in the study of hunter-

gatherer childhoods. In B. S. Hewlett & M. E. Lamb (Eds.), *Hunter-gatherer childhoods: Evolutionary, developmental, and cultural perspectives.* New Brunswick, NJ: Aldine/Transaction, 2005. (pp. 3 - 18)

Lamb, M. E. Introduction to Part IV. In B. S. Hewlett & M. E. Lamb (Eds.), *Hunter-gatherer childhoods: Evolutionary, developmental, and cultural perspectives.* New Brunswick, NJ: Aldine/Transaction, 2005. (pp. 285 – 287)

Fouts, H. N., & Lamb, M. E. Weanling emotional patterns among the Bofi foragers of Central Africa: The role of maternal availability and sensitivity. *Hunter-gatherer childhoods: Evolutionary, developmental, and cultural perspectives.* New Brunswick, NJ: Aldine/Transaction, 2005. (pp. 309 – 321)

Lamb, M. E., & Hewlett, B. S. Reflections on hunter-gatherer childhood. In B. S. Hewlett & M. E. Lamb (Eds.), *Hunter-gatherer childhoods: Evolutionary, developmental, and cultural perspectives.* New Brunswick, NJ: Aldine/Transaction, 2005. (pp. 407 – 415)

Sternberg, K. J., Lamb, M. E., Guterman, E., Abbott, C. B., & Dawud-Noursi, S. Adolescents' perceptions of attachments to their mothers and fathers in families with histories of domestic violence: A longitudinal perspective. *Child Abuse and Neglect*, 2005, *29,* 853-869.

Oates, J., Lewis, C., & Lamb, M. E. Parenting and attachment. In S. Ding & K. Littleton (Eds.), *Children's personal and social development* (pp. 11-51). Oxford: Blackwell, 2005.

Roopnarine, J. L., Fouts, H. N., Lamb, M. E., & Lewis-Elligan T. Y. Mothers' and fathers' behaviors toward their 3-4 month-old infants in low-, middle-, and upper-socioeconomic African American families. *Developmental Psychology*, 2005, *41*, 7213-732.

Lamb, M. E. Développement socio-émotionnel et scolarisation précoce: Recherches expérimentale. In J.- J. Ducret (Ed.), *Constructivisme et education (II): Scolariser la petite enfance?* (Vol. 1. pp 257-267). Genève, Suisse: Service de la Recherche en Education (SRED), 2005.

Hershkowitz, I., Horowitz, D., & Lamb, M. E. Trends in children's disclosure of abuse in Israel: A national study. *Child Abuse and Neglect*, 2005, *29*, 1203-1214.

Carter, S. C., Ahnert, L., Grossmann, K. E., Hrdy, S. B., Lamb, M. E., Porges, S. W., & Sachser, N. (Eds.), *Attachment and Bonding: A New Synthesis* (Dahlem Workshop Report 92). Boston, MA: MIT Press, 2005.

Carter, S. C., Ahnert, L., Grossmann, K. E., Hrdy, S. B., Lamb, M. E., Porges, S. W., & Sachser, N. Introduction. In S. C. Carter, L. Ahnert, K. E. Grossmann, S. B. Hrdy, M. E. Lamb, S. W. Porges, & N. Sachser (Eds.), *Attachment and Bonding: A New Synthesis* (Dahlem Workshop Report 92). Boston, MA: MIT Press, 2005. (pp. 1-8)

Kraemer, G. W. (on behalf of M. E. Lamb, G. A. Liotti, K. Lyons-Ruth, G. Meinlschmidt, A. Scholmerich, M. Steele, & C. Travarthen). Group report: Adaptive and maladaptive outcomes. In S. C.Carter, L. Ahnert, K. E. Grossmann, S. B. Hrdy, M. E. Lamb, S. W. Porges, & N. Sachser (Eds.), *Attachment and Bonding: A New Synthesis* (Dahlem Workshop Report 92). Boston, MA: MIT Press, 2005. (pp. 429-474).

Thierry, K., Lamb, M. E., Orbach, Y., & Pipe, M. E. Developmental differences in the function and use of anatomical dolls during interviews with alleged sexual abuse victims. *Journal of Consulting and Clinical Psychology*, 2005, 73, 1125-1134.

Trinder, L., & Lamb, M. E. Measuring up? The relationship between correlates of children's adjustment and both family law and policy in England. *Louisiana Law Review*, 2005, 65, 1509-1537.

Lamb, M. E., & Brown, D. A. Conversational apprentices: Helping children become competent informants about their own experiences. *British Journal of Developmental Psychology*, 2006, 24, 215-234.

Sternberg, K. J., Baradaran, L. P., Abbott, C. B., Lamb, M. E., & Guterman, E. Type of violence, age, and gender differences in the effects of family violence on children's behavior problems: A mega-analysis. *Developmental Review*, 2006, *26*, 89-112.

Sternberg, K. J., Lamb, M. E., Guterman, E., & Abbott, C. B. Effects of early and later family violence on children's behavior problems and depression: A longitudinal, multi-informant perspective. *Child Abuse and Neglect*, 2006, *30*, 283-306.

Lamb, M. E., & Ahnert, L. Nonparental child care: Context, concepts, correlates, and consequences. In W. Damon, R. M. Lerner, K. A. Renninger & I. E. Sigel (Eds.), *Handbook of child psychology* (Vol. 4) *Child psychology in practice* (Sixth Edition). New York: Wiley, 2006. (pp. 950-1016)

Bassen, C. R., & Lamb, M. E. Gender differences in adolescents' self-concepts of assertion and affiliation. *European Journal of Developmental Psychology*, 2006, *3*, 71-94.

Ahnert. L., Pinquart, M., & Lamb, M. E. Security of children's relationships with non-parental care providers: A meta-analysis. *Child Development*, 2006, *74*, 664-679.

Hershkowitz, I., Orbach, Y., Lamb, M. E., Sternberg, K. J., Pipe, M. E., & Horowitz, D. Dynamics of forensic interviews with suspected abuse victims who do not disclose abuse. *Child Abuse and Neglect*, 2006, *30*, 753-769.

Lewis, C., & Lamb, M. E. Father-child relationships and children's development: A key to durable solutions? In M. Thorpe & R. Budden (Eds.), *Durable solutions: Collected papers from the 2005 Interdisciplinary Dartington Hall Conference*. Bristol, UK: Jordans, 2006. (pp. 87-101)

Lamb, M. E., Orbach, Y., Warren, A., Esplin, P. W., & Hershkowitz, I. Enhancing performance:

Factors affecting the informativeness of young witnesses. In M. P. Toglia, J. D. Read, D. F. Ross, & R. C. L. Lindsay (Eds.), *Handbook of eyewitness psychology*. Vol 1: *Memory for events*. Mahwah, NJ: Lawrence Erlbaum Associates, 2006. (pp. 423-446)

Pipe, M. E., Thierry, K. S., & Lamb, M. E. The development of event memory: Implications for child witness testimony. In M. P. Toglia, J. D. Read, D. F. Ross, & R. C. L. Lindsay (Eds.), *Handbook of eyewitness psychology*. Vol 1: *Memory for events* (pp. 447-472). Mahwah, NJ: Lawrence Erlbaum Associates, 2006.

Cederborg, A. C., & Lamb, M. E. How does the legal system respond when children with learning difficulties are victimized? *Child Abuse and Neglect*, 2006, *30,* 537-547.

Brown, D. A., & Lamb, M. E. Helping abused children talk about their experiences in forensic interviews. *Minerva Medicolegale*, 2006, *126,* 155-68.

Lewis, C., & Lamb, M. E. *Fatherhood: Connecting the strands of diversity across time and space.* York: Joseph Rowntree Foundation, 2006.

Chuang, S. S., Lamb, M. E., & Hwang, C. P. Personality development from childhood to adolescence: A longitudinal study of ego-control and ego-resilience in Sweden. *International Journal of Behavioral Development*, 2006, *30,* 338-343.

Lamb, M. E., & Larsson, A. S. Developmentally appropriate interview techniques. In B. Brooks-Gordon & M. Freeman (Eds.), *Law and psychology* (pp. 143-153). Oxford: Oxford University Press, 2006.

Dubowitz, H., Lane, W., Greif, G. L., Jensen, T. K., & Lamb, M. E. Low income African American fathers' involvement in children's lives: Implications for practitioners. *Journal of Family Social Work*, 2006, *10,* 25-41.

Pipe, M. E., Lamb, M. E., Orbach, Y., & Cederborg, A.-C. (Eds.) *Child sexual abuse: Disclosure, delay, and denial.* Mahwah, NJ: Lawrence Erlbaum Associates, 2007.

Pipe, M. E., Lamb, M. E., Orbach, Y., & Cederborg, A.-C. Seeking resolution in the disclosure wars: An introduction. In M. E. Pipe, M. E. Lamb, Y. Orbach, & A. C. Cederborg (Eds.), *Child sexual abuse: Disclosure, delay, and denial* (pp. 3-10). Mahwah, NJ: Lawrence Erlbaum Associates, 2007.

Pipe, M. E., Lamb, M. E., Orbach, Y., Stewart, H. L., Sternberg, K. J., & Esplin, P. W. Factors associated with nondisclosure of suspected abuse during forensic interviews. In M. E. Pipe, M. E. Lamb, Y. Orbach, & A.-C. Cederborg (Eds.), *Child sexual abuse: Disclosure, delay, and denial.* (pp. 77 – 96). Mahwah, NJ: Lawrence Erlbaum Associates, 2007.

Hershkowitz, I., Horowitz, D., & Lamb, M. E. Individual and family variables associated with

54

disclosure and non-disclosure of child abuse in Israel. In M. E. Pipe, M. E. Lamb, Y. Orbach, & A.-C. Cederborg (Eds.), *Child sexual abuse: Disclosure, delay, and denial* (pp. 65 – 75). Mahwah, NJ: Lawrence Erlbaum Associates, 2007.

Hershkowitz, I., Orbach, Y., Lamb, M. E., Sternberg, K. J., Pipe, M. E., & Horowitz, D. Suspected victims of abuse who do not make allegations: An analysis of their interactions with forensic interviewers. In M. E. Pipe, M. E. Lamb, Y. Orbach, & A.-C. Cederborg (Eds.), *Child sexual abuse: Disclosure, delay, and denial* (pp. 97 – 113). Mahwah, NJ: Lawrence Erlbaum Associates, 2007.

Orbach, Y., Shiloach, H., & Lamb, M. E. Reluctant disclosers of child sexual abuse. In M. E. Pipe, M. E. Lamb, Y. Orbach, & A.-C. Cederborg (Eds.), *Child sexual abuse: Disclosure, delay, and denial*. (pp. 115 - 134). Mahwah, NJ: Lawrence Erlbaum Associates, 2007.

Cederborg, A.-C., Lamb, M. E., & Laurell, O. Delay of disclosure, minimization, and denial when the evidence is unambiguous: A multi-victim case. In M. E. Pipe, M. E. Lamb, Y. Orbach, & A.-C. Cederborg (Eds.), *Child sexual abuse: Disclosure, delay, and denial* (pp. 159 – 173). Mahwah, NJ: Lawrence Erlbaum Associates, 2007.

Hershkowitz, I., Fisher, S., Lamb, M. E., & Horowitz, D. Improving credibility assessment in child sexual abuse allegations: The role of the NICHD Investigative Interview Protocol. *Child Abuse and Neglect*, 2007, *31,* 99-110.

Hershkowitz, I., Lanes, O., & Lamb, M. E. Exploring the disclosure of child sexual abuse with alleged victims and their parents. *Child Abuse and Neglect*, *31*, 111-124.

Brown, D. A., Pipe, M. E., Lewis, C., Lamb, M. E., & Orbach, Y. Supportive or suggestive: Do human figure drawings help 5- to 7-year-old children to report touch? *Journal of Consulting and Clinical Psychology*, 2007, *75*, 33-42.

Orbach, Y., & Lamb, M. E. Young children's references to temporal attributes of allegedly experienced events in the course of forensic interviews. *Child Development*, 2007, *78*, 1100-1120.

Lamb, M. E. The 'Approximation Rule': Another proposed reform that misses the target. *Child Development Perspectives*, 2007, *1*, 135-136.

Lamb, M. E., Orbach, Y., Hershkowitz, I., Esplin, P. W., & Horowitz, D. Structured forensic interview protocols improve the quality and informativeness of investigative interviews with children: A review of research using the NICHD Investigative Interview Protocol. *Child Abuse and Neglect*, 2007, *31*, 1201-1231.

Lamb, M. E., Orbach, Y., Hershkowitz, I., Horowitz, D., & Abbott, C. B. Does the type of prompt affect the accuracy of information provided by alleged victims of abuse in forensic interviews? *Applied Cognitive Psychology*, 2007, *21,* 1117-1130.

Fouts, H., Roopnarine, J. L., & Lamb, M. E. Social experiences and daily routines of African American infants in different socioeconomic contexts. *Journal of Family Psychology*, 2007, *21*, 655-664.

Lamb, M. E.  Improving the quality of parent-child contact in separating families.   In M. Maclean (Ed.), *Parenting after partnering: Containing conflict after separation.*  Oxford and Portland OR: Hart Publishing, 2007.  (pp. 11-28)

Hershkowitz, I., Lamb, M. E., & Horowitz, D.  Victimization of children with disabilities. *American Journal of Orthopsychiatry*, 2007, *77*, 629-635.

Cederborg, A. C., La Rooy, D., & Lamb, M. E. Repeated interviews with children who have intellectual disabilities. *Journal of Applied Research in Intellectual Disabilities*, 2008, *21*, 103-113.

Lamb, M. E.  A view from abroad. *Economic and Political Weekly* (India), 2008 (Feb 2), *43*(5), 40-41.

Keselman, O., Cederborg, A. C., Lamb, M. E., & Dahlstrom, O.  Mediated communication with minors in asylum-seeking hearings. *Journal of Refugee Studies*, 2008, *21*, 103-116.

Lamb, M. E., Hershkowitz, I., Orbach, Y., & Esplin, P. W. *Tell me what happened: Structured investigative interviews of child victims and witnesses*.  Chichester, UK and Hoboken, NJ: Wiley, 2008.

Lamb, M. E. The many faces of fatherhood: Some thoughts about fatherhood and immigration.   In S. S. Chuang & R. P. Moreno (Eds.), *On new shores: Understanding immigrant fathers in North America* (pp. 7 – 24).  Lanham, MD: Lexington Books, 2008.

Brown, D., Lamb, M. E., Pipe, M.-E., & Orbach, Y.  Pursuing "the truth, the whole truth, and nothing but the truth": Forensic interviews with child victims and witnesses of abuse.  In M. L. Howe, G. S. Goodman, & D. Cicchetti (Eds.), *Stress, trauma, and children's memory development: Neurobiological, cognitive, clinical, and legal perspectives* ( pp. 267-301). New York: Oxford University Press, 2008.

Cederborg, A. C., & Lamb, M. E.  Interviewing alleged victims with intellectual disabilities. *Journal of Intellectual Disability Research,* 2008, *52,* 49-58.

La Rooy, D., & Lamb, M. E. What happens when young witnesses are interviewed more than once? *Forensic Update*, 2008, Issue 95 (Autumn), 25-28.

Cederborg, A. C., & Lamb, M.  E. The need for systematic and intensive training of forensic interviewers.  In T. I. Richardson & M. V. Williams  (Eds.), *Child abuse and violence.*  New York: Nova Science Publishers, 2008.  (pp. 1 – 17)

Shannon, J. D., Cabrera, N. J., Tamis-LeMonda, C., & Lamb, M. E.  Who stays and who leaves? Father accessibility across children's first 5 years. *Parenting,* 2009, *9,* 78-100.

Cyr, M., & Lamb, M. E.  Assessing the effectiveness of the NICHD investigative interview Protocol when interviewing French-speaking alleged victims of child sexual abuse in Quebec. *Child Abuse and Neglect*, 2009, *33*, 257-268.

Brown, D. A., & Lamb, M. E. A two-way street: Supporting interviewers in adhering to best practice recommendations and enhancing children's capabilities in forensic interviews. In K. Kuehnle & M. Connell (Eds.), *The evaluation of child sexual abuse allegations: A comprehensive guide to assessment and testimony.* Hoboken, NJ: Wiley, 2009. (pp. 299-325)

La Rooy, D., Lamb, M. E., and Pipe, M.-E.  Repeated interviewing: A critical evaluation of the risks and potential benefits. In K. Kuehnle & M. Connell (Eds.), *The evaluation of child sexual abuse allegations: A comprehensive guide to assessment and testimony.* Hoboken, NJ: Wiley, 2009. (pp. 327-361)

Lamb, M. E. and colleagues.  Appendix: The NICHD Investigative Interview Protocol. In K. Kuehnle & M. Connell (Eds.), *The evaluation of child sexual abuse allegations: A comprehensive guide to assessment and testimony.*  Hoboken, NJ: Wiley, 2009. (pp. 531-545)

Lamb, M. E. & Bougher, L. D. How does migration affect mothers' and fathers' roles within their families?  Reflections on some recent research. *Sex Roles*, 2009, *60*, 611-614.

Lamb, M. E., Orbach, Y., Sternberg, K. J., Aldridge, J., Pearson, S., Stewart, H. L., Esplin, P. W., & Bowler, L. Use of a structured investigative protocol enhances the quality of investigative interviews with alleged victims of child sexual abuse in Britain. *Applied Cognitive Psychology*, 2009, *23*, 449-467.

Lyon, T., Lamb, M. E., & Myers, J. The value of the NICHD Protocol has been well established and recognized.  Letter to the Editor. *Child Abuse and Neglect*, 2009, *33,* 71-74.

Cederborg, A. C., Danielson, H., La Rooy, D., & Lamb, M. E. Repetition of contaminating question types when children and youths with learning disabilities are interviewed about abuse experiences. *Journal of Intellectual Disability Research*, 2009, *53*, 440-449.

Larsson, A., & Lamb, M. E.  Making the most of information-gathering interviews with children. *Infant and Child Development*, 2009, *18,* 1-16.

Lamb, M. E., & Kelly, J. B. Improving the quality of parent-child contact in separating families with infants and young children: Empirical research foundations.  In R. M. Galatzer-Levy, L. Kraus, & J. Galatzer-Levy (Eds.), *The scientific basis of child custody decisions* (Second edition).  Hoboken, NJ: Wiley, 2009.  (pp. 187-214)

Fouts, H. N., & Lamb, M. E. Cultural and developmental variation in toddlers' interactions with other children in two small-scale societies in Central Africa. *European Journal of Developmental Science*, 2009, *3,* 389-407.

Teoh, Y. S., Yang, P. J., Lamb, M. E., Larsson, A. Do human figure diagrams help alleged victims of sexual abuse provide elaborate and clear accounts of physical contact with alleged perpetrators? *Applied Cognitive Psychology*, 2010, *24,* 287-300.

Lamb, M. E. (Ed.). *The role of the father in child development* (Fifth edition). Hoboken NJ: Wiley, 2010.

Lamb, M. E. How do fathers affect children's development?: Let me count the ways. In M. E. Lamb (Ed.), *The role of the father in child development* (Fifth edition; pp. 1-26). Hoboken NJ: Wiley, 2010.

Lamb, M. E., & Lewis, C. The development and significance of father-child relationships in two-parent families. In M. E. Lamb (Ed.), *The role of the father in child development* (Fifth edition; pp. 94-153). Hoboken NJ: Wiley, 2010.

Malloy, L. C., & Lamb, M. E. Biases in judging victims and suspects whose statements are inconsistent. *Law and Human Behavior*, 2010, *34*, 46-48.

Lamb, M. E. The changing landscape for research support in British universities. *APS Observer*, 2010, *23*(5), 19-20.

Lamb, M. E., & Malloy, L. C. The NICHD Investigative Interview Protocol: Looking back and moving forward. *The Advocate*, 2010, *33*(1), 9-13.

Thierry, K. L., Lamb, M. E., Pipe, M.E., & Spence, M. J. The flexibility of source-monitoring training: Reducing young children's source confusions. *Applied Cognitive Psychology*, 2010, *24,* 626-644.

Lamb, M. E., & Freund, A. M. (Eds.) *Handbook of life-span development*, Volume 2: *Social and emotional development* (Editor-in-Chief: Richard M. Lerner). Hoboken, NJ: Wiley, 2010.

Freund, A. M., & Lamb, M. E. Introduction. In M. E. Lamb & A. M. Freund (Eds.), (2010). *Handbook of life-span development*, Volume 2: *Social and emotional development* (Editor-in-Chief: Richard M. Lerner). Hoboken, NJ: Wiley, 2010. (pp. 1-8)

Ahnert, L. & Lamb, M. E. Öffentliche Tagesbetreuung auf dem Prüfstand entwicklungs–psychologischer Forschung [Public child care on trial by research in developmental psychology]. In H. Keller (Ed.), *Handbuch für Kleinkindforschung* (4 Auflage) [*Handbook of child study*; 4th. Edition] (pp. 330-364). Bern: Huber, 2010.

Keselman, O., Cederborg, A. - C., Lamb, M. E., & Dahlström, O. Asylum seeking minors in interpreter-mediated interviews: What do they say and what happens to their responses? *Child and Family Social Work*, 2010, *15,* 325-334.

Teoh, Y-S. & Lamb, M. E. Preparing children for investigative interviews: Rapport-building, instruction, and evaluation. *Applied Developmental Science*, 2010, *14*, 154-163.

Roberts, K. P., & Lamb, M. E. Reality-monitoring characteristics in confirmed and doubtful allegations of child sexual abuse. *Applied Cognitive Psychology*, 2010, *24*, 1049-1079.

LaRooy, D., Katz, C., Malloy, L. C., & Lamb, M. E. Do we need to rethink guidance on repeated interviews? *Psychology, Public Policy, and the Law*, 2010, *16*, 373-392.

Lamb, M. E. The evolution of childhood [Invited Presidential Column]. *APS Observer*, 2010, *23(11),* 3, 16-17.

Bornstein, M. H., & Lamb, M. E. (Eds.) *Developmental science: An advanced textbook* (6th edition). New York: Taylor and Francis, 2011.

> Reprinted as M. H. Bornstein & M. E. Lamb (Eds.), *Cognitive development: An advanced textbook.* New York: Taylor & Francis, 2011, and M. E. Lamb & M. H. Bornstein (Eds.), *Social and personality development: An advanced textbook.* New York: Taylor & Francis, 2011.

Lamb, M. E., & Lewis, C. The role of parent-child relationships in child development. In M. H. Bornstein & M. E. Lamb (Eds.), *Developmental science: An advanced textbook* (6th edition). New York: Taylor and Francis, 2011. (pp. 469-517)

Malloy, L. C., Lamb, M. E., & Katz, C. Children and the law: Examples of applied psychology in action. In M. H. Bornstein & M. E. Lamb (Eds.), *Developmental science: An advanced textbook* (6th edition). New York: Taylor and Francis, 2011. (pp. 645-686)

Lamb, M. E., & Bornstein, M. H. Social and personality development: An introduction and guide. In M. E. Lamb & M. H. Bornstein (Eds.), *Social and personality development: An advanced textbook.* New York: Taylor & Francis, 2011.

Bornstein, M. H., & Lamb, M. E. Neural, physical, motor, perceptual, cognitive, and language development: An introduction and guide. In M. H. Bornstein & M. E. Lamb (Eds.), *Cognitive development: An advanced textbook.* New York: Taylor & Francis, 2011.

Lamb, M. E. Unraveling the significance of human childhood. [Book review] *American Scientist,* 2011, *99*, 68.

Ahnert, L., & Lamb, M. E. Child care and its impact on young children (2–5). In J. Bennett (topic Ed.); R. E. Tremblay, M. Boivin, R. De V. Peters, & R. G. Barr (Eds.), *Encyclopedia on early childhood development* [online]. Montreal, Quebec: Centre of Excellence for Early Childhood Development; 2011:1-6. Available at: http://www.child-encyclopedia.com/documents/Ahnert-LambANGxp2.pdf. Accessed [insert date].

Lamb, M. E., La Rooy, D. J., Malloy, L. C., & Katz, C. (Eds.) *Children's testimony: A handbook of psychological research and forensic practice* (Second edition). Chichester: Wiley, 2011.

Malloy, L. C., La Rooy, D. J., Lamb, M. E., & Katz, C. Developmentally sensitive interviewing for legal purposes. In M. E. Lamb, D. J. La Rooy, L. C. Malloy, & C. Katz (Eds.), *Children's testimony: A handbook of psychological research and forensic practice* (Second edition, pp. 1-13). Chichester: Wiley, 2011.

Lamb, M. E., Malloy, L. C., & La Rooy, D. J. Setting realistic expectations: Developmental characteristics, capacities, and limitations. In M. E. Lamb, D. J. La Rooy, L. C. Malloy, & C. Katz (Eds.), *Children's testimony: A handbook of psychological research and forensic practice* (Second edition; pp. 15-48). Chichester: Wiley, 2011.

La Rooy, D. J., Malloy, L. C., & Lamb, M. E.  The development of memory in childhood.  In M. E. Lamb, D. J. La Rooy, L. C. Malloy, & C. Katz (Eds.), *Children's testimony: A handbook of psychological research and forensic practice* (Second edition; pp. 49-68). Chichester: Wiley, 2011.

Malloy, L. C., La Rooy, D. J., & Lamb, M. E. Facilitating effective participation by children in the legal system.  In M. E. Lamb, D. J. La Rooy, L. C. Malloy, & C. Katz (Eds.), *Children's testimony: A handbook of psychological research and forensic practice* (Second edition; pp. 423-429). Chichester: Wiley, 2011.

Malloy, L. C., Brubacher, S., & Lamb, M. E.  Expected consequences of disclosure revealed in investigative interviews with suspected victims of child sexual abuse. *Applied Developmental Science*, 2011, *15,* 8-19.

Braver, S. L., & Lamb, M. E.  Marital dissolution.  In G. W. Peterson & K. R. Bush (Eds.), *Handbook of marriage and the family* (Second Edition).  New York: Springer.

LaRooy, D. A., & Lamb, M. E.  What happens when interviewers ask repeated questions in forensic interviews with children alleging abuse? *Journal of Police and Criminal Psychology*, in press.

Fouts, H., Roopnarine, J. L., & Lamb, M. E. Infant social interactions with multiple caregivers: The importance of ethnicity and socioeconomic status. *Journal of Cross-Cultural Psychology*, in press.

LaRooy, D. A., Lamb, M. E., & Memon, A.  Forensic interviews with children in Scotland: A survey of interview practices among police. *Journal of Police and Criminal Psychology*, in press.

Hershkowitz, I., Lamb, M. E., Orbach, Y., Katz, C., & Horowitz, D.  The development of communicative and narrative skills among preschoolers:  Lessons from forensic interviews about child abuse. *Child Development*, in press.

Lamb, M. E. Early experience, neurobiology, plasticity, vulnerability and resilience.  In D. Narvaez, J. Panksepp, & A. Schore (Eds.), *Human nature, early experience and the environment of evolutionary adaptedness*. New York: Oxford University Press, in press.

Lamb, M. E.  Critical analysis of research on parenting plans and children's well-being.  In L. Drodz & K. Kuehnle (Eds.), *Parenting plan evaluations: Applied research for the family court.*  New York: Oxford University Press.

Lamb, M. E., & Lewis, C. Father-child relationships.  In C. S. Tamis-LeMonda & N. Cabrera (Eds.), *Handbook of father involvement* (2nd edition).  New York: Psychology Press.

Lamb, M. E., & Malloy, L. C.   Child development and the law.  In R. M. Lerner, M. A. Easterbrooks, & J. Mistry (Eds.), *Comprehensive handbook of psychology* (2nd edition).  Volume 6: *Developmental psychology.*  Hoboken, NJ: Wiley, in press.

Shwalb, D. W., Shwalb, B. J., & Lamb, M. E.  (Eds.) *The father's role: Cross-cultural perspectives.*  New York: Routledge/Taylor & Francis, in press.

Li, X., & Lamb, M. E.  Fathers in Chinese culture. In D. W. Shwalb, B. J. Shwalb, & M. E. Lamb (Eds.), *The father's role: Cross-cultural perspectives*. New York: Routledge/Taylor & Francis, in press.

61

Papers Presented to Scientific and Professional Conventions or Conferences

Tracy, R. L., Lamb, M. E., & Ainsworth, M. E.  Proximity seeking in the first year as related to attachment.  Paper presented to the Southeastern Division of the Society for Research in Child Development, Chapel Hill, NC, March 1974.

Lamb, M. E.  Infants, fathers, and mothers:  Interaction at eight-months-of-age in the home and in the laboratory.  Paper presented to the Eastern Psychological Association, New York, April 1975.

Lamb, M. E.  Infant attachment to mothers and fathers.  Paper presented to the Society for Research in Child Development, Denver, CO, April 1975.

Lamb, M. E.  The one-year-old's interaction with its parents.  Paper presented to the Eastern Psychological Association, New York, April 1976.

Lamb, M. E.  The effects of stress on the parental preferences of one-year-olds.  Paper presented to the XXIst International Congress of Psychology, Paris, July 1976.

Lamb, M. E.  The effects of ecological variables on parent-infant interaction.  Paper presented to the Society for Research in Child Development, New Orleans, LA, March 1977.

Lamb, M. E.  Development and function of parent-infant relationships in the first two years of life.  Paper presented to the Society for Research in Child Development, New Orleans, LA, March 1977.

Lamb, M. E.  Effective parenting in contemporary America:  Some cautions and some prescriptions.  Paper presented to a Conference on Effective Parenting, New Orleans, LA, April 1977.

Lamb, M. E.  The influence of the infant on marital quality and family interaction during the prenatal, paranatal, and infancy period. Paper presented to the Conference on Contributions of the Child to Marital Quality and Family Interaction Across the Lifespan, University Park, PA, April 1977.

Lamb, M. E., Suomi, S. J., & Stephenson, G. R.  (Co-organizers) Methodological problems in the study of social interaction.  Study group that met in Madison, WI, July 1977, under the auspices of the Society for Research in Child Development, and the financial support of the Foundation for Child Development.

Lamb, M. E.  Social interaction in triads:  Mother, father, and infant. Paper presented to the study group on Methodological Problems in the Study of Social Interaction, Madison, WI, July 1977.

Lamb, M. E.  The relationships between mothers, fathers, infants, and siblings in the first two years of life.  Paper presented to the International Society for the Study of Behavioral Development, Pavia (Italy), September 1977.

Frodi, A. M. Lamb, M. E., Leavitt, L. A., & Donovan, W. L.  Fathers' and mothers' responses to infant smiles and cries. "Poster" presentation to the Society for Psychophysiological Research, Philadelphia, PA, October 1977.

Lamb, M. E.  Moderator of workshop on "The problems of single parents' and working mothers' families" at the General Mills American Family Forum on "Parenting -The Crucial years", Washington, DC, October 1977.

Lamb, M. E.  Family boundary and stress issues in child/human development, psychiatry, sociology, and family studies:  What are the shared issues and problems?  Invited address to a Conference on family boundaries:  Research and therapy, Madison, WI, October 1977.

Lamb, M. E., Chase-Lansdale, P. L., & Owen, M. T.  The changing American family and its implications for infant social development.  Paper presented to the ETS Conference on The Social Network of the Developing Infant, Princeton, NJ, December 1977.

Lamb, M. E.  The father's role in the attainment and maintenance of infant mental health. Invited address to the Michigan Infant Mental Health Association, Ann Arbor, MI, March 1978.

Lamb, M. E.  Parent-infant bonding.  Invited address to the Michigan State Medical Society Conference on Maternal and Perinatal Health, Dearborn, MI, March 1978.

Stevenson, M. B., & Lamb, M. E.  Effects of the caretaking environment on infant cognitive competence.  Paper presented to the International Conference on Infant Studies, Providence, RI, March 1978.

Lamb, M. E.  Observational analyses of sibling relationships in infancy.  Paper presented to the International Conference on Infant Studies, Providence, RI, March 1978.

Frodi, A. M., Lamb, M. E., Leavitt, L. A., & Donovan, W. L.  Fathers' and mothers' responses to the signals and characteristics of young infants.  Paper presented to the International Conference on Infant Studies, Providence, RI, March 1978.

Maurer, G. F., & Lamb, M. E.  Personality characteristics of early-treated children with PKU and the personality characteristics of their parents.  Paper presented to the fourteenth General Medical Conference, PKU Collaborative Study, Stateline, NV, March 1978.

Frodi, A. M., & Lamb, M. E.  Baby responsiveness in eight-and fourteen-year-olds as assessed by observational and psychophysiological measures.  Paper presented to the Iowa Academy of Sciences, Cedar Falls, Iowa, April 1978.

Lamb, M. E.  Invited consultant at an interdisciplinary workshop on the observational study of social interaction, Munich (Germany), July 1978.

Lamb, M. E., Frodi, A. M., Chase-Lansdale, P. L., & Owen, M. T.  The father's role in nontraditional family contexts:  Direct and indirect effects.  Paper presented to the American Psychological Association, Toronto, September 1978.

Frodi, A. M., & Lamb, M. E.  Psychophysiological responses to infant signals in abusive mothers and mothers of premature infants.  Paper presented to the Society for Psychophysiological Research, Madison, WI, September 1978.

Lamb, M. E.  The effects of nontraditional family styles on infant social development:  Implications for social policy.  Invited address to the National Council of Family Relations Convention, Philadelphia, PA, October 1978.

Lamb, M. E., & Bronson, S. K.  Paternal influences on development in traditional and nontraditional families.  Invited address to a conference on Fatherhood and the Male Single Parent, Nebraska Psychiatric Institute, Omaha, NE, November/December 1978.

Lamb, M. E.  Infant social development:  A personal perspective.  Guest lecture series, University of Goteborg (Sweden), February 1979.

Lamb, M. E.  The father-child relationship:  Changing conceptions of its nature and potential importance.  Invited address to the Merrill-Palmer Institute, Detroit, MI, February 1979.

Frodi, A. M., & Lamb, M. E.  Sex differences in behavioral and psychopysiological responsiveness to infants:  A developmental study.  Paper presented (on invitation) to the Association for Women in Psychology, Dallas, TX, March 1979.

Lamb, M. E.  Participant in "Peer Interaction Conversation Hour" at the Biennial Meeting of the Society for Research in Child Development, San Francisco, March 1979.

Frodi, A. M., Wille, D., & Lamb, M. E.  Parents' responses to normal and premature infants.  Paper presented to the Society for Research in Child Development, San Francisco, March 1979.

Frodi, A. M., Schima, J., Ohman, R., & Lamb, M. E.  Child abusers' responses to infant smiles and cries.  Paper presented to the Society for Research in Child Development, San Francisco, March 1979.

Olson, G. M., & Lamb, M. E.  Premature infants:  Cognitive and social development in the first year of life.  Workshop presentation to the Annual Convention of the Michigan Association for Infant Mental Health, Ann Arbor, MI, April 1979.

Lamb, M. E., & Goldberg, W. A.  The father child relationship: Biological, evolutionary, and social perspectives.  Paper presented to an invitational conference on Parental Behavior, Rutgers University, New Brunswick, NJ, April 1979.

Lamb, M. E.  Biological and social contributions to the development of social behavior. Guest lecture series, University of Goteborg (Sweden), October 1979.

Lamb, M. C.  On the origins of personality and social style.  Invited presentation at the ETS Conference on the Family, Princeton, N.J., November/December 1979.

64

Lamb, M. E.  The development of social understanding and social attachments in infancy. Invited presentation to the Seminar on the Development of Infants and Parents, Boston, MA, November 1979.

Lamb, M. E.  Children in a changing culture:  The effects of nontraditional family styles and paternal roles in child development. Invited address to a Conference on Parenthood and Families in the 1980s, Wheelock College, Boston, MA, March 1980.

Frodi, A. M., Lamb, M. E., Hwang, C.-P., & Frodi, M.  Father-infant and mother-infant interaction in traditional and nontraditional families.  Paper presented to the International Conference on Infant Studies, New Haven, CT, April 1980.

Lamb, M. E.  Infant social cognition:  The origins of early expectations.  Paper presented to the Denver Psychobiology Research Group Retreat, Estes Park, CO, May 1980.

Lamb, M. E., Frodi, A. M., Frodi, M., & Hwang, P.  Effects of gender and caretaking role on parent-infant interaction.  Paper presented to the Denver Psychobiology Research Group Retreat, Estes Park, CO, May 1980.

Lamb, M. E.  The role of the father in child development:  An overview. Invited public address, School of Social Work, University of Haifa, Haifa, Israel, July 1980.

Lamb, M. E.  Co-organizer of and participant in SRCD-sponsored study group on Social Policy, Law, and the Father, held at the University of Haifa, Haifa, Israel, July 1980.

Lamb, M. E.  The development of parent-child relationships in infancy.  Invited presentation to the International Congress of Psychology, Leipzig (East Germany), July 1980.

Lamb, M. E.  The role of the father in child development.  Invited address to the Board of Jewish Education, Chicago, June 1980.

Lamb, M. E.  The meaning and measurement of family interaction.  Invited address to the National Council on Family Relations, Portland, OR, October 1980.

Lamb, M. E.  Child abuse:  Causes and intervention.  Workshop presentation at the School of Social Work, University of Haifa (Israel), November 1980.

Lamb, M. E.  Attachment, institutionalization, and child custody.  Workshop presentation at the School of Social Work, University of Haifa (Israel), November 1980.

Estes, D. E., Lamb, M. E., Thompson, R. A., & Dickstein, S.  Maternal affective quality and security of attachment at 12 and 19 months. Paper presented to the Society for Research in Child Development, Boston, April 1981.

Frodi, A. M., Murrary, A. D., Lamb, M. E., & Steinberg, J.  Behavioral responsiveness to infants in pre-and post-menarcheal girls.  Paper presented to the Society for Research in Child Development, Boston, April 1981.

Lamb, M. E.  Child development and social policy.  Minicourse offering, School of Social Work, University of Haifa (Israel), June 1981.

Thompson, R. A., & Lamb, M. E.  The relationship between stranger sociability, temperament, and social experiences at 12 1/2 and 19 1/2 months of age.  Paper presented to the Midwestern Psychological Association, Detroit, MI,  April 1981.

Thompson, R. A., & Lamb, M. E.  Changes in family circumstances and their relationships to the quality of infant-mother attachment:  A short-term longitudinal study.  Paper presented to the Midwestern Psychological Association, Detroit, MI, April 1981.

Lamb, M. E.  Fathers, mothers, and childcare in the 1980s.  Invited presentation to a conference on "Families in transition:  Children, work and housework", Cincinnati, Ohio, May 1981.

Thompson, R. A., & Lamb, M. E.  Socioemotional development in a family context.  Invited address to a conference on "Social connectedness beyond the dyad", Educational Testing Service, Princeton, NJ, May 1981.

Lamb, M. E.  Family bonds, springboards to......  Invited address to the Family Education Conference on "Families Alive:  Roots and Wings of Relationships", Weber State College, Ogden, UT, September 1981.

Sagi, A., Lamb, M. E., Estes, D., Shoham, R., Lewkowicz, K., & Dvir, R.  Security of infant-adult attachment among kibbutz-reared infants.  Paper presented to the International Conference on Infant Studies, Austin, TX, March 1982.

Frodi, A. M., Lamb, M. E., Hwang, C.-P., & Frodi, M.  Increased paternal involvement and family relationships.  Paper presented to the International Conference on Infant Studies, Austin, TX, March 1982.

Dickstein, S., Thompson, R. A., Estes, D., Malkin, C. M., & Lamb, M. E.  Social referencing and maternal contributions.  Paper presented to the International Conference on Infant Studies, Austin, TX, March 1982.

Lamb, M. E.  The changing ecology of childhood:  Fathers, mothers, and childcare in the 1980's.  Invited address to the National Association of School Psychologists, Toronto, March 1982.

Lamb, M. E., Sagi, A., Lewkowicz, K., Shoham, R., & Estes, D.  Security of infant-mother, -father, and -metapelet attachments in kibbutz-reared infants.  Paper presented to the Denver Psychobiology Research Group Retreat, Estes Park, CO, June 1982.

Lamb, M. E., Malkin, C. M., & Gaensbauer, T. J.  Effects of child abuse on the security of infant-mother attachment.  Paper presented to the Denver Psychobiology Research Group Retreat, Estes Park, CO, June 1982.

Thompson, R. A., & Lamb, M. E.  Continuity and change in socioemotional development in the second year.  Paper presented to the Denver Psychobiology Research Group Retreat, Estes Park, CO, June 1982.

Lamb, M. E.,  Sagi, A.,  Lewkowicz, K.,  Shoham, R.,  & Estes, D.  The effects of kibbutz-rearing on the security of infant-mother, -father, and -metapelet attachments in kibbutz-reared infants.  Paper presented to the Second International Conference on Kibbutz Studies, New York, June 1982.

Elster, A. B., & Lamb, M. E.  Teenaged fathers and child development. Presentation to the Social Science Research Council Study Group on School-aged Parenthood, Baltimore, June 1982.

Thompson, R. A., & Lamb, M. E.  Temperamental influences on stranger sociability and the security of attachment.  Paper presented to the American Psychological Association, Washington, DC, August 1982.

Thompson, R. A., & Lamb, M. E.  Security of attachment and stranger sociability in infancy. Paper presented to the American Psychological Association, Washington, DC, August 1982.

Lamb, M. E.  The changing role of fathers:  Impact on families and children.  Invited address to a Special Institute on Family Changes that Affect Children, Kent State University, Kent, OH, September 1982.

Lamb, M. E.  Mothers, fathers, and children in the 1980's.  Address to a Conference on Childcare arrangements in the 1980s, Ministry of Social Affairs, Singapore, January 1983.

Lamb, M. E.  Effective parenting:  Some cautions and some prescriptions. Public lecture organized by the Ministry of Social Affairs, Singapore, February 1983.

Lamb, M. E.  Parental influences on child development.  Public lecture organized by the Ministry of Social Affairs, Singapore, February 1983.

Lamb, M. E.  Workshop on Attachment and bonding:  Conceptual and assessment issues. Child Psychiatric Clinic, Singapore, February 1983.

Lamb, M. E.  Consultant to workshop on The development of parent education programs. Ministry of Social Affairs, Singapore, February 1983.

Lamb, M. E.  Consultant to workshop on The longitudinal study on the effects of childcare arrangements on child development.  Ministry of Social Affairs, Singapore, February 1983.

Lamb, M. E.  Mothers, fathers, and childcare in a changing world.  Invited Plenary Address to the Second World Congress on Infant Psychiatry, Cannes (France), March/April 1983.

Lamb, M. E. (Chair) Symposium on "The origins of nurturance" at the biennial convention of the Society for Research in Child Development, Detroit, April 1983.

Adams, G. R., Hetherington, E. M., Lamb, M. E., & Parish, T. S. Divorce and changing familial configurations: What effects might they have on children and how can they be ameliorated? Discussion session at the biennial convention of the Society for Research in Child Development, Detroit, April 1983.

Malkin, C. M., Lamb, M. E., & Burke, M. The development of social expectations in distress-relief contexts. Paper presented to the Society for Research in Child Development, Detroit, April 1983.

Zarbatany, L., & Lamb, M. E. Social referencing as a function of information source: Mothers versus strangers. Paper presented to the Society for Research in Child Development, Detroit, April 1983.

Lamb, M. E. Changing patterns of childcare: Effects on children and families. Invited address to the Rocky Mountain Psychological Association, Snowbird (UT), April 1983.

Lamb, M. E. Invited participant in Social Science Research Council Conference on Parenting across the lifespan, Belmont Conference Center, Belmont, MD, May 1983.

Lamb, M. E. The role of the father in child development. Invited address to The Fatherhood Forum, New York City, June 1983.

Lamb, M. E. Assessing the quality of infant-parent relationships: Paper presented to the International Society for the Study of Behavioral Development, Munich (West Germany), July/August 1983.

Sagi, A., Lamb, M. E., Shoham, R., Lewkowicz, K., & Dvir, R. Development of parent- infant interaction in Israeli kibbutzim. Paper presented to the International Society for the Study of Behavioral Development, Munich (West Germany), August 1983.

Lamb, M. E. Bonding: Critical time or critical process? Invited presentation to the Utah Perinatal Association, Park City, September 1983.

Lamb, M. E. Parents and children in a changing world. Invited plenary address to a joint meeting of the American Academy of Pediatrics and the American Academy of Child Psychiatry, San Francisco, October 1983.

Lamb, M. E. Workshop on Parent-child relationships: Key issues for Pediatricians. American Academy of Pediatrics, San Francisco, October 1983.

Lamb, M. E. Assessing the security of attachment using the Strange Situation: Approaches, problems and prospects. Workshop presentation to the American Academy of Child Psychiatry, San Francisco, October 1983.

Lamb, M. E.  The role of the father in child development.  Invited presentation to the Select Committee on Families and Children, US House of Representatives, November 1983.

Lamb, M. E., Pleck, J. H., & Charnov, E. L.  Paternal behavior in humans.  Paper presented to the American Society for Zoologists and the Animal Behavior Society, Philadelphia, December 1983.

Lamb, M. E.  Fathers and children.  Workshops offered to staff of the Arizona Department of Economic Security in Phoenix and Tucson, January 1984.

Lamb, M. E.  Helping parents and children grow together.  Invited presentation to the Intermountain Pediatric Society, Salt Lake City, February 1984.

Hwang, C.-P., Broberg, A., Frodi, M., & Lamb, M. E. Relationships between quality of childcare and quality of peer play in Swedish infants.  Presentation to the International Conference on Infant Studies, New York City, April 1984.

Lamb, M. E.,  & Sagi, A.  Fathering in the 1980's and beyond.  Invited address to a Conference on The Father/Family Connection:  Theory, Research, and Implications for Policy, Practice, and Life, University of Utah School of Social Work, Salt Lake City, April 1984.

Lamb, M. E.  The role of the father in child development.  Workshop presentation to Pediatric Associates of Atlanta, Atlanta, GA, May 1984.

Lamb, M. E.  Invited participant in Social Science Research Council Conference on Child abuse and neglect:  Biosocial perspectives, Boston, MA, May 1984.

Elster, A. B., & Lamb, M. E. (Co-organizers)  Study group on Adolescent Fatherhood, funded by the Society for Research in Child Development, Heber (Utah), May 1984.

Lamb, M. E.  The role of the father in child development:  An overview.  Presentation to the Study group on Adolescent Fatherhood, Heber (UT), May 1984.

Elster, A. B., & Lamb, M. E.  Adolescent mother-infant-father relationships.  Paper presented to the Society for Pediatric Research, San Francisco, May 1984.

Lamb, M. E.  The father-child relationship in a changing world.  Invited address to the Chicago area Fatherhood Forum, Chicago, June 1984.

Lamb, M. E.  Fatherhood and institutional policy.  Workshop at the Chicago area Fatherhood Forum, Chicago, June 1984.

Lamb, M. E.  The role of the father in child development.  Invited presentation to the conference, Advances in Child Development for Parent Educators, Dominican College, San Rafael, CA, July 1984.

Lamb, M. E.  Changing patterns of childcare:  Effects on children and families.  Invited presentation to a conference on The Child in Social Context, University of Manitoba, Winnipeg (Canada), October 1984.

Lamb, M. E.  The father-child relationship.  Invited workshops at the Arizona Psychological Association Convention, Flagstaff, AZ, October 1984.

Lamb, M. E.  The changing role of fathers.  Keynote address, Ninth Annual Regional Intervention Program Conference, Nashville, TN, October 1984.

Lamb, M. E.  Child care in a changing world. Keynote address to a conference on Diversity in Family Style:  Effects on children, Buffalo, October 1984.

Lamb, M. E.  Changing patterns of child care and its effects on families and children. Nebraska Wesleyan University Forum, Lincoln, NE, November 1984.

Lamb, M. E.  The changing role of fathers.  Carol Shigetomi Memorial Lecture, University of Oregon Health Sciences Center, Portland, OR, January 1985.

Lamb, M. E.  The changing roles of fathers.  Invited presentation to a conference on The Future of Parenting, University of California, Chico, CA, February 1985.

Lamb, M. E.  Single fathers and their children.  Invited presentation to the Child Psychology Forum, Goteborg (Sweden), February 1985.

Sagi, A., & Lamb, M. E.  Relationships between Strange Situation behaviors and stranger sociability among infants on Israeli kibbutzim.  Paper presented to the Society for Research in Child Development, Toronto, April 1985.

Hwang, C.-P., Lamb, M. E., Broberg, A., Frodi, A., & Hult, G.  Effects of early father participation on later paternal involvement and responsibility.  Paper presented to the Society for Research in Child Development, Toronto , April 1985.

Lamb, M. E.  Adolescent fatherhood.  Invited presentation at the biennial meeting of the Society for Research in Child Development, Toronto, April 1985.

Lamb, M. E.  Fatherhood and father-child relationships in a changing world.  Keynote address, Fourth Interdisciplinary Symposium on Human Development, "The Father in Human Development", University of California-Davis, May 1985.

Lamb, M. E., Teti, D. M., Lewkowicz, K. S., & Malkin, C. M.  Child maltreatment and the child welfare system.  Presentation to Study Group:  "Rethinking Child Welfare: International Perspectives", Minneapolis, June 1985.

Elster, A. B., Lamb, M. E., & Ralston, C.  Evaluation of a comprehensive adolescent pregnancy program.  Presentation to meeting of Program and Evaluation Directors, Office of Adolescent Pregnancy Programs, Washington, DC, June 1985.

70

Lewkowicz, K. S., & Lamb, M. E.  Naive Israelis' evaluations of Strange Situation behavior. Paper presented to the International Society for the Study of Behavioral Development, Tours (France), July 1985.

Sagi, A. & Lamb, M. E.  Is there a congruence between Strange Situation assessments made by trained vs. naive observers:  A test of external validity.  Paper presented to the International Society for the Study of Behavioral Development, Tours (France), July 1985.

Lamb, M. E.  The emergence of a new American father.  Keynote address to the Seattle area Fatherhood Forum, Seattle, WA, September 1985.

Lamb, M. E.  Adolescent fatherhood.  Invited presentation to the Convention of The American Academy of Child Psychiatry, San Antonio, TX, October 1985.

Lamb, M. E.  The long term effects of beneficial or adverse early life experiences.  Invited address to the Fifth ASEAN Forum on Child and Adolescent Psychiatry, Singapore, November 1985.

Lamb, M. E.  Psychosocial aspects of adolescent fatherhood.  Invited address to the Fifth ASEAN Forum on Child and Adolescent Psychiatry, Singapore, November 1985.

Lamb, M. E.  The ecology of adolescent parenthood.  Invited presentation to a symposium on "Ecological approaches to the study of children and families," University of Victoria, Vancouver,  March 1986.

Lamb, M. E.  The changing roles of fathers.  Lansdowne Memorial Lecture, University of Victoria, Vancouver, March 1986.

Teti, D. M., Lamb, M. E., & Elster, A. B.  Long-range educational, financial, and marital consequences of teen marriage in three cohorts of adult males.  Paper presented to the Society for Research in Adolescence, Madison, WI, March 1986.

Lamb, M. E.  Family relations:  The changing roles of fathers.  Keynote address to the Tulsa Coalition for Parenting Education Annual Spring Event, Tulsa, OK, April 1986.

Teti, D. M., & Lamb, M. E.  Attachment and caregiving between infants and older siblings. Paper presented to the International Conference on Infant Studies, Los Angeles, April 1986.

Malkin, C. M., Lamb, M. E., & Gaensbauer, T.  Mother-child interaction: Correlates of maltreatment.  Paper presented to the International Conference on Infant Studies, Los Angeles, April 1986.

Lamb, M. E.  Invited participant, Symposium on Young Unwed Fatherhood, Catholic University, Washington, D.C., October 1986.

Lamb, M. E.  The formative role of mother-infant interaction.  Invited presentation to the International Conference on Infant Studies, Los Angeles, April 1986.

Oppenheim, D., Sagi, A., & Lamb, M. E.  Classifications of infant-adult attachment on Israeli kibbutzim in the first year of life and their relation to socio-emotional development four years later.  Paper presented to the International Conference on Infant Studies, Los Angeles, April 1986.

Lamb, M. E.  The determinants of social competence.  Invited presentation to the International Conference on "The Family in Lifespan Perspective," Berlin, December 1986.

Elster, A. B., Lamb, M. E., Tavare, J., & Ralston, C. W.  The effect of intervention on the health, psychosocial, and parenting outcomes of adolescent mothers and their infants at one year.  Paper presented to the Society for Adolescent Medicine, Seattle, WA, March 1987.

Elster, A. B., Lamb, M. E., Tavare, J., & Ralston, C. W.  The effect of intervention on the public costs associated with adolescent parenthood.  Paper presented to the Society for Adolescent Medicine, Seattle, WA, March 1987.

Lamb, M. E.  Contemporary fatherhood.  Invited presentation to the Annual Parenting Symposium, Los Angeles, March 1987.

Lamb, M. E., Hwang, C.-P., Bookstein, F. L., & Broberg, A.  Determinants of social competence in Swedish preschoolers.  Paper presented to the Society for Research in Child Development, Baltimore, MD,  April 1987.

Nash, A., & Lamb, M. E.  Becoming acquainted with unfamiliar adults and peers in infancy.  Paper presented to the Society for Research in Child Development, Baltimore, MD, April 1987.

Lamb, M. E.  The changing roles of fathers.  Keynote address, American Family Therapy Association, Chicago, June 1987.

Lamb, M. E.  Invited participant, Workshop on Biobehavioral concepts in development, Bethesda, MD, June/July 1987.

Lamb, M. E. & Hwang, C.-P.  Co-organizers: Symposium on Day care and its effects on families and children.  International Society for the Study of Behavioral Development, Tokyo, July 1987.

Hwang, C.-P., Lamb, M. E., & Broberg, A.  Day care in Sweden.  Paper presented to the International Society for the study of Behavioral Development, Tokyo, July 1987.

Teti, D. M., & Lamb, M. E.  Socioemotional/marital outcomes associated with adolescent marriage, childbirth, or both.  Paper presented to the American Psychological Association, New York City, August 1987.

Lamb, M. E.  Home and out-of-home influences on the development of social, personality and intellectual competence in Swedish preschoolers.  Opening address to the Developmental Section, British Psychological Association, York (England), September 1987.

Lamb, M. E.  Discussant at Society for Research in Child Development Study Group on "The history of child development."  Belmont Conference Center, Belmont, MD, October 1987.

Lamb, M. E.  Invited participant in workshop on The effects of day care. National Center for Clinical Infant programs/National Academy of Science, Washington, DC, October 1987.

Lamb, M. E.  Child care and the development of social and intellectual competence.  Invited address to the Symposium on the Future of Child Care in the United States, University of Virginia, Charlottesville, VA, November 1987.

Lamb, M. E.  The changing role of fathers.  Invited presentation at Center for Early Education and Development Symposium, Omaha, NE, November 1987.

Lamb, M. E.  Social policy and father involvement.  Invited address to Center for Early Education and Development Symposium, Omaha NE, November 1987.

Lamb, M. E.  Policy implications of Child Care Research.  Panelist, National Research Council, Washington, DC, February 1988.

Lamb, M. E.  Quality of day care in Sweden and its effects on child development.  Paper presented to the International Child and Youth Care Conference, Washington, DC, March 1988.

Lamb, M. E., & Sternberg, K. J.  Some thoughts about infant daycare. Paper presented to the American Orthopsychiatric Association, San Francisco, March 1988.

Ralston, C. W., Elster, A. B., Lamb, M. E. & Dodd, D. H.  Behavior patterns in infants of teen mothers.  Western Society for Pediatric Research, Carmel, CA, March 1988.

Hwang, C.-P., Broberg, A., & Lamb, M. E.  Effects of setting on social competence with peers among Swedish children receiving out-of-home care.  Paper presented to the International Conference on Infant Studies, Washington, DC, April 1988.

Lamb, M. E.  The changing faces of fatherhood.  Invited presentation to the Symposium on Effective Parenting, Syracuse University, Syracuse, NY, June 1988.

Lamb, M. E.  Fathers, mothers, and child care.  NICHD Child Health Day Symposium, Washington, D.C., October 1988.

Lamb, M. E.  Quality variations in family and center day care.  National Conference on Early Childhood Issues, Washington, DC, November 1988.

Lamb, M. E.  The changing roles of fathers.  Jing Lyman Lecture Series, Stanford University, Palo Alto, CA, February 1989.

Lamb, M. E.  High quality childcare inside and outside the family.  Keynote address, Durham Day Care Council, Durham, NC, March 1989.

Lamb, M. E., & Sternberg, K. J.  The effects of out-of-home care on the development of Swedish preschoolers.  Invited Workshop, Durham Day Care Council, Durham, NC, March 1989.

Lamb, M. E., & Sternberg, K. J.  Day care and parent-child attachment.  Invited Workshop, Durham Day Care Council, Durham, NC, March 1989.

Lamb, M. E.  Out-of-home care and child development.  D. O. Hebb Lecture, McGill University, Montreal (Canada), April 1989.

Lamb, M. E.  The interface between cognition and emotion in early childhood.  Keynote address to a conference on Emotion, Cognition, and Behavior, Greensboro, NC, April 1989.

Elster, A. B., Ketterlinus, R. D., & Lamb, M. E.  The association between parental status and problem behavior among female adolescents.  Paper presented to the Society for Research in Child Development, Kansas City, MO, April 1989.

Sternberg, K. J., Lamb, M. E., Broberg, A., Hwang, C.-P., & Prodromidis, M.  Out-of-home care history and compliance in Swedish preschoolers.  Paper presented to the Society for Research in Child Development, Kansas City, MO, April 1989.

Nakagawa, M., Lamb, M. E., & Miyake, K.  The validity of the Strange Situation with Japanese infants: Antecedents and correlates.  Paper presented to the Society for Research in Child Development, Kansas City, MO, April 1989.

Lamb, M. E.,  Sternberg, K. J.,  & Knuth, N.  Quality of family daycare and the development of peer social skills.  Paper presented to the Society for Research in Child Development, Kansas City, MO, April 1989.

Lamb, M. E., & Sternberg, K. J.  The development of attachment relationships.  Training Seminar, Jerusalem Municipality—Department of Community and Family Services, Jerusalem (Israel), June 1989.

Broberg, A., Hwang, P., & Lamb, M. E.  Sociability, play and out-of-home care experiences.  Paper presented to the International Society for the Study of Behavioral Development, Jyvaskyla (Finland), July 1989.

Hwang, C-P, Broberg, A., & Lamb, M. E.  The Gothenburg child care project.  Paper presented to the International Society for the Study of Behavioral Development, Jyvaskyla (Finland), July 1989.

Lamb, M. E. & Sternberg, K. J. (Co-organizers) Invitational conference on Nonparental Childcare in Historical and Cultural Perspective, Coolfont Conference Center, Berkely Springs, W VA, August 1989.

Lamb, M.E. The changing roles of fathers. Gender Studies Lecture Series, University of Notre Dame, South Bend, IN, November 1989.

Sternberg, K. J., Lamb, M. E., Dawud, S., Lorey, F., Greenbaum, C., Krispin, O., Lowen, L., Sandler, L., Limor, D., & Musseri, S. The effects of domestic violence on children's perceptions of their parents. Paper presented to the National Council on Family Relations, New Orleans, LA, November 1989.

Lamb, M. E., Sternberg, K. J., Hwang, C.-P., Broberg, A., Prodromidis, M., Ketterlinus, R., & Bookstein, F. L. Families, day care, and the emergence of compliance in Swedish preschoolers. Paper presented to the National Council on Family Relations, New Orleans, LA, November 1989.

Lamb, M. E. Discussant: Symposium on "The father-child relationship: Anthropological perspectives." Symposium presented to the American Anthropological Association, Washington, DC, November 1989.

Fracasso, M. P., Kimmerly, N., Nakagawa, M. & Lamb, M. E. Cultural and biological influences on infant behavior in the Strange Situation. Paper presented to the Southeastern Conference on Human Development, Richmond, VA, March 1990.

Sternberg, K. J., Lamb, M. E., Prodromidis, M., & Ketterlinus, R. D. Effects of nonparental care on children's development. Paper presented to the Southeastern Conference on Human Development, Richmond, VA, March 1990.

Ketterlinus, R. D., Lamb, M. E., Henderson, S. H., Das, R. , & Nitz, K. The adolescent parenthood project: Findings and future directions. Paper presented to the Southeastern Conference on Human Development, Richmond, VA, March 1990.

Sternberg, K. J., Lamb, M. E., Dawud, S., Sandler, L., Krispin, O., & Cortez, R. M. The effects of domestic violence on children's development in Israel. Paper presented to the Southeastern Conference on Human Development, Richmond, VA, March 1990.

Ketterlinus, R. D., Henderson, S. H., & Lamb, M. E. The relative effects of young maternal age, intelligence, and sociodemographics on children's math and reading achievement. Paper presented to the Society for Research on Adolescence, Atlanta, GA, March 1990.

Ketterlinus, R. D., Das, R., Lamb, M. E., & Elster, A. B. The association between problem behaviors and sexual behavior in a national sample of adolescent males and females. Paper presented to the Society for Research in Adolescence, Atlanta, GA, March 1990.

Lamb, M. E. Risk factors and the future of families. Keynote address to the Association of Oregon Community Mental Health Program Directors, Salishan, OR, April 1990.

75

Lamb, M. E.  The changing roles of fathers.  Invited address to the Association of Oregon Community Mental Health Program Directors, Salishan, OR, April 1990.

Lamb, M. E.  The effects of daycare on child development.  Invited speaker, Early Education and Child Development Interest Group, American Educational Research Association, Boston, April 1990.

Rosenberg, A., Haynie, D., Scaramella, L., Lamb, M. E. Porges, S., & Fracasso, M. Individual differences in physical and affective functioning in infancy.  Paper presented to the International Conference on Infant Studies, Montreal (Canada), April 1990.

Lamb, M. E., Sternberg, K. J., & Prodromidis, M.  On the association between daycare and attachment.  Paper presented to the International Conference on Infant Studies, Montreal (Canada), April 1990.

Lamb, M. E. & Lancaster, J. B. (Co-organizers)  Invitational conference on Birth Management: Cross-cultural and Historical Perspectives.  Coolfont Conference Center, Berkely Springs, W VA, May 1990.

Sternberg, K. J., Lamb, M. E., Hwang, C.-P., & Broberg, A.  Long-term effects of contrasting early childcare arrangements:  The Goteborg childcare project.  Paper presented to the International Symposium on Child Care in the Early Years, Lausanne (Switzerland), September 1990.

Ketterlinus, R. D., Henderson, S. H., & Lamb, M. E.  Non-parental care in the first three years of life and its association with academic achievement and behavior problems in later childhood:  Evidence from a national (US) sample.  Paper presented to the International Symposium on Childcare in the Early Years, Lausanne (Switzerland), September 1990.

Lamb, M. E., & Sternberg, K. J.  Nonparental childcare:  Cross cultural issues and perspectives. Paper presented to the International Symposium on Childcare in the Early Years, Lausanne (Switzerland), September 1990.

Sternberg, K. J., Lamb, M. E. & Prodromidis, M.  Association between nonparental care and the security of infant-mother attachment.  Paper presented to the International Symposium on Childcare in the Early Years, Lausanne (Switzerland), September 1990.

Lamb, M.E.  Overview and future prospects.  Closing address to the International Symposium on Childcare in the Early Years, Lausanne (Switzerland), September 1990.

Lamb, M. E.  Interviewing young victims of sexual maltreatment: An introduction., Division of Youth Investigation, Israeli Ministry of Labour and Social Affairs, Jerusalem, Israel, December 1990.

Lamb, M. E.  Evaluating the effectiveness of intensive home-based intervention relative to foster care. Paper presented to an invitational conference on The Evaluation of Child Welfare Reform, American Enterprise Institute for Public Policy Research, Washington DC, February 1991.

Lamb, M. E.  Successful parenting in the 1990s.  Invited public lecture, Centre for Effective Living, Singapore, March 1991.

Lamb, M. E.  What research can tell us about effective parenting.  Keynote address to the International Seminar on Family Education, National Women's Education Centre, Saitama, Japan, March 1991.

Ketterlinus, R. D., & Lamb, M. E.  (Co-organizers) Conference on Problem Behavior in Adolescence.  Coolfont Conference Center, Berkeley Springs, WVA, April 1991.

Sternberg, K. J., Cortes, R. M., Dawud, S., Lamb, M. E., Greenbaum, C., & Krispin, O. Effects of domestic violence on children's behavior problems.  Paper presented to the Society for Research in Child Development, Seattle, WA, April 1991.

Dawud, S., Lewensohn, O., Hart, J., Posner, S., Cortes, R. M., Cohen, E., & Lamb, M. E. Effects of domestic violence on children's adjustment in school.  Paper presented to the Society for Research in Child Development, Seattle, WA, April 1991.

Scaramella, L. V., Lamb, M. E., Rosenberg, A. A., Haynie, D., & Ducrey, R.  A longitudinal assessment of adrenocortical activity in infancy.  Paper presented to the Society for Research in Child Development, Seattle, WA, April 1991.

Ketterlinus, R. D., Nitz, K., & Lamb, M. E.  Adolescent deviance: Stability over time and generations.  Paper presented  to the Society for Research in Child Development, Seattle, WA, April 1991.

Nitz, K., Ketterlinus, R. D., & Lamb, M. E.  Children of adolescent and young adult mothers: Gender differences in the transmission of problem behavior.  Paper presented to the Society for Research in Child Development, Seattle, WA, April 1991.

Ketterlinus, R. D., Lamb, M. E., & Nitz, K.  Sexual and nonsexual risk-taking in a national sample of adolescent males.  Paper presented to the Society for Research in Child Development, Seattle, WA, April 1991.

Prodromidis, M., Hwang, C. P., Broberg, A., Lamb, M. E., & Sternberg, K. J.  A composite measure of aggression for children with and without out-of-home care experiences. Paper presented to the Society for Research in Child Development, Seattle, WA, April 1991.

Henderson, S. H., Ketterlinus, R. D., & Lamb, M. E.  The association among children's behavioral adjustment, maternal employment and attitudes, and childcare arrangements. Paper presented to the Society for Research in Child Development, Seattle, WA, April 1991.

Nakagawa, M., Teti, D. M., Lamb, M. E., & Sugaya, S.  Japanese mothers and children in the United States:  Life stress, parenting, and the security of attachment.  Paper presented to the Society for Research in Child Development, Seattle, WA, April 1991.

Krispin, O., Sternberg, K. J., Lewensohn, O., Cohen E., & Lamb, M. E.  The dimensions of peer evaluation:  A cross-cultural perspective.  Paper presented to the Society for Research in Child  Development, Seattle, WA, April 1991.

Nsamenang, A. B., & Lamb, M. E.  Socialization values in two generations of Bamenda (Cameroon) Grassfields families.  Paper presented to a Workshop on Continuities and Discontinuities in the Cognitive Socialization of Minority Children, Washington, DC, June/July 1991.

Sternberg, K. J., & Lamb, M. E.  Physical child abuse: Assessment, research, and intervention.  Workshop for the Department of Community and Family Services, Municipality of Jerusalem, Jerusalem, Israel, June 1991.

Esplin, P. W., Sternberg, K. J., & Lamb, M. E.  Interviewing young victims of sexual abuse.  Workshop for the staff of the Israeli National Bureau of Youth Investigation, Herzaliya, Israel, June 1991.

Scholmerich, A., Fracasso, M., & Lamb, M. E.  Person, Dyade, Situation und Zeit: Zur methodischen Problematik von Interaktionsbeobachtungen.  Paper presented to the Fachgruppe Entwicklungspsychologie, Deutsche Gesellschaft für Psychologie, Köln (Germany), September 1991.

Scholmerich, A., Genovese, S., & Lamb, M. E.  Mütterliche Sensibilität: Vergleich mikroanalytischer Verhaltensbeobachtung mit globalen Ratings bei 8-monatigen Kindern.  Paper presented to the Fachgruppe Entwicklungspsychologie, Deutsche Gesellschaft für Psychologie, Köln (Germany), September 1991.

Lamb, M. E.  Individual differences in infant behavior and development: Dimensions of temperament.  Keynote address to the Virginia Developmental Forum, Washington, DC, November 1991.

Lamb, M. E.  Childcare in cultural context.  Keynote address to a conference on Childcare for children under three: Theories and practices, Berlin, December 18, 1991.

Lamb. M. E., Sternberg, K. J., & Esplin, P. W.  Techniques for interviewing young victims of sexual abuse.  Presentation to the Family Advocacy Model Program Directors' Meeting, San Antonio, TX, February 1992.

Ketterlinus, R. D., Lamb, M. E., Chace, S., & Barber, B. K.  Factors associated with knowledge of AIDS among pre-and early-adolescents.  Paper presented to the Society for Research in Adolescence, Washington, DC, March 1992.

Lamb, M. E., & Fracasso, M. P.  The dimensions of temperament in infancy: Physiology, behavior, and maternal perceptions.  Invited address to the Quebec Symposium on Childhood and the Family, Quebec City, March 1992.

Estrada, M. T., & Lamb, M. E. Maternal sensitivity in Central American immigrants: Stability and security of attachment. Paper presented to the International Conference on Infant Studies, Miami, May 1992.

Broberg, A., Lamb, M. E., Fracasso, M., Scholmerich, A., & Rosenberg, A. A. Social inhibition in infancy: Correspondence between laboratory measures and maternal reports. Paper presented to the International Conference on Infant Studies, Miami, May 1992.

Horowitz, S. W., Lamb, M. E., Esplin, P. W., Boychuk, T. B., Krispin, O., & Reiter- Lavery, L. Reliability of criteria-based content analysis of child witness statements. Paper presented to the American Psychological Society, San Diego, June 1992.

Broberg, A., Hwang, C. P., & Lamb, M. E. Inhibition and out-of-home care. Paper presented to the Vth European Conference on Developmental Psychology, Seville (Spain), September 1992.

Lamb, M. E., Hwang, C. P., & Sigel, I. (Conference co-organizers) Images of childhood: Their historical and cultural origins and implications. Satra Bruk, Sweden, September 1992.

Lamb, M. E., Sternberg, K. J., & Esplin, P. W. Interviewing victims of child sexual abuse. Workshop presented to the Family Advocacy Office, United States Air Force, San Antonio, TX, November/December 1992.

Scholmerich, A., Shelley, L., Fracasso, M. P., & Lamb, M. E. Behavioral inhibition: Type or continuum? Paper presented to the Society for Research in Child Development, New Orleans, LA, March 1993.

Fracasso, M. P., Lamb, M. E., & Scholmerich, A. The relationship between behavioral inhibition and maternal reports of security and dependency in infancy. Paper presented to the Society for Research in Child Development, New Orleans, LA, March 1993.

Chace, S. V., & Lamb, M. E. Patterns of cross-informant ratings of child behavior problems. Paper presented to the Society for Research in Child Development, New Orleans, LA, March 1993.

White, K., & Lamb, M. E. Drinking patterns of young women before, during, and after pregnancy: Perinatal and early childhood outcomes. Paper presented to the Society for Research in Child Development, New Orleans, LA, March 1993.

MacKinnon-Lewis, C., Lamb, M. E., Dechman, K. K., & Baradaran, L. A longitudinal investigation of the relation between biased maternal and filial attributions and interaction aggressiveness. Paper presented to the Society for Research in Child Development, New Orleans, LA, March 1993.

Lamb, M. E. Inhibition, reactivity, and individuality in infancy: Antecedents and correlates.. Invited address to the Eastern Psychological Association, Arlington, VA, March 1993.

Lamb, M. E.  The effects of nonparental care: What do we really know?  1992/93 Diversity and Context Colloquium, Michigan State University, April 1993.

Lamb, M. E.  The origins and correlates of individual differences in behavioral inhibition. Invited address to the American Psychological Society Convention, Chicago, June 1993.

Lamb, M. E., & Keller, H.  Patterns of early experience in divergent sociocultural contexts. Symposium presented to the International Society for the Study of Behavioral Development, Recife, Brazil, July 1993.

Lamb, M. E., & Fracasso, M. P.  Antecedents and correlates of behavioural inhibition in infancy. Paper presented to the International Society for the Study of Behavioural Development, Recife, Brazil, July 1993.

Lamb, M. E., Sternberg, K. J., Hwang, C. P., & Esplin, P. W.  (Conference Co-organizers) The investigation of child sexual abuse: An international, interdisciplinary conference. Satra Bruk, Sweden, September 1993.

Leyendecker, B., Scholmerich, A., Larson, C., Fracasso, M. P., & Lamb, M. E.  Vokalisation von Säuglingen und ihre Mutternein Vergleich von Base und Responserates in zwei subkulturellen Stichproben.  Paper presented to the Deutsche Tagung für Entwicklungspsychologie, Osnabrück, September 1993.

Leyendecker, B., Fracasso, M. P., & Lamb, M. E.  Alltag in Familien mit Säuglingen-wieviel Zeit bleibt zur Eltern-Kind Interaktion.  Paper presented to the Deutsche Tagung für Entwicklungspsychologie, Osnabrück, September 1993.

Lamb, M. E.  Nonparental childcare: Its contexts and effects.  Invited presentation, American Anthropological Association, Washington, DC, November 1993.

Lamb, M. E.  Interviewing young victims of sexual maltreatment: Advanced training workshop, Division of Youth Investigation, Israeli Ministry of Labour and Social Affairs, Ma'ale H'amisha, Israel, December 14 -15, 1993.

Sternberg, K. J. & Lamb, M. E.  Child witnesses and victims.  Presentation to the annual meeting of the U.S. Air Force Area Defense Counsel, Andrews Air Force Base, Landover, Maryland, January 1994.

Lamb, M. E., Hershkowitz, I., Sternberg, K. J., Esplin, P. W., Hovav, M., Manor, T., & Yudilevitch, L.  Effects of investigative style on Israeli children's responses.  Paper presented to the American Psychology-Law Society Meeting, Santa Fe, NM, March 1994.

Lamb, M. E.  The effects of custody arrangements on children's development.  Testimony presented to the Judiciary Committee of the District of Columbia, Washington, DC, April 1994.

Lamb, M. E.. Techniques for distinguishing between real and false child sexual abuse allegations. Plenary session presented to the National Conference of the Children's Rights Council, Bethesda, MD, April 15, 1994.

Lamb, M. E. Paternal influences on child development. Paper presented to an international invitational conference on Changing Fatherhood, Tilburg, The Netherlands, May 23-26, 1994.

Lamb, M. E. Foster care and its alternatives in the United States. Presentation to the Biennial Conference of Social Pediatrics, Benesov, Czech Republic, May 1994.

Lamb, M. E. Nonparental child care in cultural and historical context. Keynote address to interdisciplinary conference on The Family in a Democratic Society, Prague, Czech Republic, May 1994.

Sternberg, K. J., & Lamb, M. E. The evaluation of children's testimony regarding child abuse. Keynote address to interdisciplinary conference on The Family in a Democratic Society, Prague, Czech Republic, May 1994.

Fracasso, M. P., Lamb, M. E., & Miranda Fricke, D. Ecologies of Euro-and Central- American families living in the United States and middle-and lower-middle class families living in Costa Rica. Paper presented to the International Conference on Infant Studies, Paris, June 1994.

Wessels, H., Lamb, M. E., Hwang, C. P., & Broberg, A. G. Long term effects of contrasting forms of early childcare. Paper presented to the International Conference on Infant Studies, Paris, June 1994.

Lamb, M. E. (Symposium organizer) Early social experiences in Euro-American, Central American, and German families. Symposium presented to the International Conference on Infant Studies, Paris, June 1994.

Broberg, A., Hwang, C. P., Wessels, H., & Lamb, M. E. Determinants of verbal abilities: A longitudinal perspective. Paper presented to the International Society for the Study of Behavioral Development, Amsterdam, July 1994.

Nsamenang, A. B., & Lamb, M. E. Beliefs and practices regarding pregnancy and childbirth among the Nso of Northwest Cameroon. Paper presented to the International Society for the Study of Behavioral Development, Amsterdam, July 1994.

Lamb, M. E. The development of mother-infant relationships. Keynote address to a symposium on Contemporary Themes in European Psychiatry, Birmingham, England, September 1994.

Lamb, M. E. The role of the father in child development. Keynote address to a symposium on Contemporary Themes in European Psychiatry, Birmingham, England, September 1994.

Lamb, M. E.  Fathers are parents too.  Paper presented to the National Summit on Fatherhood, Dallas-Fort Worth, October 1994.

Lamb, M. E., & Sternberg, K. J. (Co-organizers) Consensus conference on the effects of divorce and custody arrangements on children's development.  Middleburg, Virginia, December 1994.

Sternberg, K. J., & Lamb, M. E.  Child witnesses and victims.  Presentation to the annual meeting of the U.S. Air Force Area Defense Counsel, Andrews Air Force Base, Landover, Maryland, January 1995.

Wessels, H., Lamb, M. E., Broberg, A. G., & Hwang, C. P.  Antecedents of the "Little Five" in early childhood:  The validity of the Five Factor Model in Swedish preschool and elementary children.  Paper presented to the Society for Research in Child Development, Indianapolis, IN, March 1995.

Sternberg, K. J., Lamb, M. E., Dawud-Noursi, S., & Greenbaum, C.  The effects of domestic violence on children's perceptions of their parents.  Paper presented to the Society for Research in Child Development, Indianapolis, IN, March 1995.

Sternberg, K. J., Lamb, M. E., & Dawud-Noursi, S.  Domestic violence in family context. Paper presented to the Fifth Annual Conference of the Center for Human Development and Developmental Disabilities, New Brunswick, New Jersey, May 1995.

Wessels, H., Lamb, M. E., Broberg, A. G., & Hwang, C. P.  Der Einfluss väterlicher Erziehungsbeteiligung auf die Persönlichkeitsentwicklung von Kindern im Vorschulalter: Ergebnisse eines Längsschnitts.  [The influence of paternal child- rearing involvement on the personality development of preschool children: Some longitudinal results.]  Paper presented to the German Sociological Society, April 1995.

Leyendecker, B., Lamb, M. E., & Scholmerich, A.  Synchrony of mother-infant interaction: The effects of context, subcultural group, and length of observation.  Paper presented to the Applied Behavioral Analysis Association, Washington DC, May 1995.

Shelley-Sirici, L., Fracasso, M. P., Busch-Rossnagel, N. A., & Lamb, M. E.  Mother-infant social and instructional interaction in culturally diverse populations.  Poster presented to the American Psychological Society Convention, New York City, June 1995.

Wessels, H., Lamb, M. E., & Broberg, A. G.  Antecedents of the five factor model in early childhood:  The validity of the five factor model in Swedish preschool and elementary school children.  Paper presented to the International Society on Social Relations, Williamsburg VA, June 1995.

Sternberg, K. J., & Lamb, M. E.  Effects of interview style on the informativeness of child witnesses.  Paper presented to the Annual Convention of the American Professional Society on the Abuse of Children, Tucson AZ, June 1995.

Shelley-Sirici, L., Fracasso, M. P., Busch-Rossnagel, N. A., & Lamb, M. E. A longitudinal study of mother-infant social and instrumental interaction. Poster presented to the American Psychological Association Convention, Washington DC, August 1995.

Leyendecker, B., Scholmerich, A., Lamb, M. E., & Miranda Fricke, D. Interaktionsbeobachtungen im Kontext: Der Einfluss sozialer Schicht. Paper presented to the Deutsche Tagung für Entwicklungspsychologie, Leipzig, September 1995.

Sternberg, K. J., Lamb, M. E., & Dalenberg, C. Enhancing children's competency as witnesses: A research-based approach. Invited workshop presented to the annual San Diego Conference on Responding to Child Maltreatment, San Diego, January 1996.

Lamb, M. E., Sternberg, K. J., Esplin, P. W., Hershkowitz, I., Orbach, Y., & Hovav, M. Validation of criterion-based content analysis in a field study. Paper presented to the American Psychology-Law Society Convention, Hilton Head, N.C., February/March 1996.

Lamb, M. E., Hershkowitz, I., Sternberg, K. J., Boat, B., & Everson, M. Informativeness of children's accounts in interviews with and without anatomical dolls. Paper presented to the American Psychology-Law Society Convention, Hilton Head, N.C., February/March 1996.

Hershkowitz, I., Lamb, M. E., Sternberg, K. J., & Esplin, P. W. The relationships among interviewer utterance type, CBCA scores, and the richness of children's responses. Paper presented to the American Psychology-Law Society Convention, Hilton Head, N.C., February/March 1996.

Sternberg, K. J., Lamb, M. E., Hershkowitz, I., Orbach, Y., Hovav, M., & Esplin, P. W. Effects of introductory style on children's accounts of sexual abuse. Paper presented to the American Psychology-Law Society Convention, Hilton Head, N.C., February/March 1996.

Orbach, Y., Lamb, M. E., Sternberg, K. J., & Williams, J. M. G. The effect of domestic violence on children's retrieval of autobiographical memory. Paper presented to the American Psychology-Law Society Convention, Hilton Head, N.C., February/March 1996.

Dawud-Noursi, S., Sternberg, K. J., Lamb, M. E., Kaufman, A., & Larson, C. The effects of domestic violence on adolescents' relationships and conflicts. Paper presented to the Society for Research on Adolescence, Boston, March 1996.

Lamb, M. E. The long term effects of nonparental care arrangements on the development of Swedish children. Paper presented by invitation to the International Conference on Infant Studies, Providence, Rhode Island, April 1996.

Leyendecker, B., Scholmerich, A., Lamb, M. E., & Harwood, R. Central-and Euro- American mothers' evaluation of infant behavior in everyday contexts. Paper presented to the International Conference on Infant Studies, Providence, Rhode Island, April 1996.

Lamb, M. E. What's a father for? Keynote address to an invitational conference on British Fatherhood, London, April 30, 1996.

Lamb, M. E. What are fathers for? Invited presentation to the Conference on Developmental, Ethnographic, and Demographic Perspectives on Fatherhood, National Institutes of Health, Bethesda MD, June 1996.

Lamb, M. E. Infancy and childhood: The challenges and the opportunities. Visiting Faculty at the Thirteenth Annual Conference on Infancy and Childhood: Current Directions in Theory, Research, and Application. Utah State University, Ogden UT, June 1996.

Orbach, Y., Lamb, M.E., Sternberg, K.J., Williams, J.M.G., & Dawud-Noursi, S. The effect of domestic violence on children's retrieval of autobiographical memory. Paper presented to the International Research Conference on Trauma and Memory, University of New Hampshire, Durham, NH, July 1996.

Nsamenang, A. B., & Lamb, M. E. The environment of the infant among Nso of Northwest Cameroon: Some theoretical issues and research implications. Paper presented to the 26th International Congress of Psychology, Montreal, August 1996.

Leyendecker, B., Lamb, M. E., Scholmerich, A., & Fricke, D. M. Observing mother-infant interaction: Minimizing and maximizing the effects of SES. Paper presented to the International Society for the Study of Behavioral Development, Quebec (Canada), August 1996.

Leyendecker, B., Lamb, M. E., Harwood, R., & Scholmerich, A. The child or the circumstances: Who is responsible? Parental evaluations of everyday situations in two diverse cultural niches. Paper presented to the International Society for the Study of Behavioral Development, Quebec (Canada), August 1996.

Ahnert, L., Freytag, R., Hermsdorf, C., Kuchler, E., Lamb, M. E., Sternberg, K. J., & Porges, S. W. The impact of stress and coping on adaptation to day care in infancy. Paper presented to the International Society for the Study of Behavioral Development, Quebec (Canada), August 1996.

Eckensberger, L. & Lamb, M. E. (Co-organizers) Nature, culture, and the question, "why?" Invited symposium at International Society for the Study of Behavioral Development, Quebec (Canada), August 1996.

Lamb, M. E. The long term effects of nonparental care arrangements on the development of Swedish children. Paper presented to the International Society for the Study of Behavioral Development, Quebec (Canada), August 1996.

MacKinnon-Lewis, C., Lamb, M. E., Campbell, J., & Hattie, J. Antecedents and consequences of boys' aggression in the family and school. Paper presented to the International Society for the Study of Behavioral Development, Quebec (Canada), August 1996.

Dawud-Noursi, S., Sternberg, K. J., & Lamb, M. E.  Children's maltreatment experiences: Perspectives of multiple informants.  Paper presented to the 11th National Conference on Child Abuse and Neglect, Washington, DC, September 1996.

Leyendecker, B., Scholmerich, A., Lamb, M. E., & Harwood, R.  Langfristige Sozialisationsziele und die Bewertung von Alltagsverhalten von Säuglingen: ein Vergleich zentralamerikanischer und U.S.-amerikanischer Mutter.  Paper presented to the German Psychology Association, Munich, September 1996.

Lamb, M. E.  The development of father-infant relationships.  Paper presented to the National Center on Fathers and Families, Roundtable on Role Transitions, Philadelphia, October 8, 1996.

Lamb, M. E.  Research on father involvement: An historical overview.  Keynote address to the NICHD Conference on Father's Involvement, Bethesda MD, October 1996.

Lamb, M. E.  Commentary on "Men's roles in families: A look back, a look forward".  Paper presented to the Pennsylvania State University National Symposium on Men in Families, University Park PA, October/November 1996.

Lamb, M. E.  When we were very young......Invited address to a symposium in honor of Professor Michael Lewis, Institute for the Study of Child Development, New Brunswick NJ, January 1997.

Lamb, M. E.  Fathers, children, and nontraditional families: Characteristics, consequences, and strategies for change.  Invited presentation to the American Association for the Advancement of Science Annual Meeting, Seattle WA, February 1997.

Dawud-Noursi, S., Sternberg, K. J., & Lamb, M. E.  Effects of family violence on Israeli children's adjustment at school.  Paper presented to the Society for Research in Child Development, Washington DC, April 1997.

Bassen, C., Braveman, J., Pearlman, J., & Lamb, M. E.  Gender differences in normal adolescents:  Guilt, reparation, and shame.  Poster presented to the Society for Research in Child Development, Washington DC, April 1997.

Roberts, K. P., Lamb, M. E., Sternberg, K. J., Beresford, J., Domenici-Lake, P. L., & Heiges, K.  The effect of a delay on the incorporation of post event information into children's eyewitness memory.  Poster presented to the Society for Research in Child Development, Washington DC, April 1997.

Bassen, C., Braveman, J., Pearlman, J., & Lamb, M. E.  Gender differences in normal adolescents:  Self assessment of traits according to role.  Poster presented to the Society for Research in Child Development, Washington DC, April 1997.

Lamb, M. E.  Noncustodial fatherhood and its effects on child development.  Plenary address to a conference on "The post-divorce family: research and policy issues," University of Nebraska, Lincoln, May 1997.

Weise, P., Hermsdorf, C., Barthel, M., Ahnert, L., & Lamb, M. E.  The impact of infant temperament on the adjustment to daycare.  Poster presentation to the American Psychological Society, Washington DC, May 1997.

Bressler, Y., Ahnert, L. & Lamb, M. E.  Effects of maternal and infant age on German mothers' perceptions of stress.  Poster presentation to the American Psychological Society, Washington DC, May 1997.

Bressler, Y., Ahnert, L. & Lamb, M. E.  Effects of enrollment in daycare on everyday experiences of German toddlers.  Poster presentation to the American Psychological Society, Washington DC, May 1997.

Seltenheim, K., Ahnert, L. & Lamb, M. E.  The formation of attachments between infants and care providers in German daycare centers.  Poster presentation to the American Psychological Society, Washington DC, May 1997.

Roberts, K., Lamb, M. E., & Randall, D. W.  Children's responses to interviewers' mistakes. Paper presented to the International Family Violence Research Conference, Durham NH, June/July 1997.

Scholmerich, A., & Lamb, M. E.  Infant temperament, fear of novelty and behavioural inhibition: A longitudinal study over the first year of life.  Paper presented to an International conference on shyness and self-consciousness, University of Wales, Cardiff, June 1997.

Roberts, K., Lamb, M. E., & Randall, D. W.  Assessing the plausibility of allegations of sexual abuse from children's accounts.  Paper presented to the Society for Applied Research in Memory and Cognition, Toronto, July 1997.

Lamb, M. E.  What psychology tells us about interviewing children.  Keynote presentation to a conference on Cleveland ten years on: Child protection—What really matters?", London, England, September 10, 1997.

Lamb, M. E.  Fatherhood and father-child relationships.  Keynote address to the annual Mental Health Association Conference of Northern Indiana, South Bend IN, October 17, 1997.

Marsiglio, W., Day, R., & Lamb, M. E.  Social fatherhood and paternal involvement: Conceptual, data, and policymaking issues.  Paper presented to the Theory Construction and Research Methods Workshop, National Council on Family Relations, Crystal City, VA, November 5, 1997.

Lamb, M. E.  Discussant in Symposium, "Towards a maturing conceptualization of father involvement", National Council on Family Relations, Crystal City, VA, November 9, 1997.

Lamb, M. E.  Discussant in Symposium, "Working with young fathers", National Council on Family Relations, Crystal City, VA, November 10, 1997.

Roberts, K. P., Lamb, M. E., & Randall, D. W. "Bill touched me" "Bob touched you?": Interviewers' 'mistakes' during investigative interviews. Poster presented to the American Psychology-Law Society conference, Redondo Beach CA, March 1998.

Roberts, K. P., Lamb, M. E., Zale, J. L., & Randall, D. W. Qualitative differences in children's accounts of confirmed and unconfirmed incidents of sexual abuse. Poster presented to the American Psychology-Law Society conference, Redondo Beach CA, March 1998.

Roberts, K. P., Sternberg, K. J., Lamb, M. E., & Zale, J. L. Effects of introductory style on children's accounts of a staged event. Poster presented to the American Psychology-Law Society conference, Redondo Beach CA, March 1998.

Hershkowitz, I., Orbach, Y., Lamb, M. E., Sternberg, K. J., Fauchier, A., Horowitz, D., & Hovav, M. Visiting the scene of the crime: Effects on children's recall of alleged abuse. Poster presented to the American Psychology-Law Society conference, Redondo Beach CA, March 1998.

Scholmerich, A., & Lamb, M. E. (Co-chairs) Adult-infant interaction: Observations of everyday behavior in diverse cultural settings. Symposium presented to the International Conference on Infant Studies, Atlanta, April 1998.

Lamb, M. E. Discussant on "The role of fathers in early affective development". Symposium presented to the International Conference on Infant Studies, Atlanta, April 1998.

Lamb, M. E. Discussant on "Studying the role of fathers in the lives of low-income infants and toddlers". Symposium presented to the International Conference on Infant Studies, Atlanta, April 1998.

Lamb, M. E., Hwang, C. P., & Sternberg, K. J. (Co-organizers) International conference on investigative interviewing procedures. Satra Bruk, Sweden, April 25-29, 1998.

Lamb, M. E. The influence of father love on child development: A commentary. Presentation to the American Psychological Society Annual Convention, Washington, DC, May 23, 1998.

Lamb, M. E. The role of fathers in low-income families. Invited presentation to Head Start's Fourth National Research Conference, Washington, DC, July 10, 1998.

Lamb, M. E. Patterns of parent-child interaction across cultures and contexts. Paper presented in a symposium on "A baby and somebody: Effects of parental contact and proximity, day and night, on human infant development" at the University of Notre Dame, South Bend IN, September 28, 1998.

Lamb, M. E., & Sternberg, K. A. Eliciting and evaluating children's accounts of sexual abuse. Invited presentation to the National Child Abuse Defense and Resource Center Annual Convention, Las Vegas NV, October 23, 1998.

Hewlett, B. S., Lamb, M. E.., Leyendecker, B., & Scholmerich, A.  Internal working models, trust, and sharing among foragers.  Paper presented to the International Conference on Hunting and Gathering Societies, Osaka, Japan, October 25, 1998.

Lamb, M. E., & Sternberg, K. J.  Eliciting accurate investigative statements from children.  Invited workshop presentation to the Fifteenth National Symposium on Child Sexual Abuse, Huntsville, AL, March 12, 1999.

Orbach, Y., Hershkowitz, I., Lamb, M. E., Sternberg, K. J., Fauchier, A., Shiloah, H., Horowitz, D., & Hovav, M.  Interviewing at the scene of the crime:  Effects on children's recall of alleged abuse.  Poster presented to the biennial meeting of the Society for Research in Child Development, Albuquerque, NM, April 1999.

Cabrera, N., Boller, K., & Lamb, M. E.  The demography and study of low income fathers. Paper presented to the biennial meeting of the Society for Research in Child Development, Albuquerque, NM, April 1999.

Lamb, M. E., & Sternberg, K. J.  Effective interviewing techniques:  Eliciting narrative accounts from alleged victims.  Invited workshop presentation to the American Professional Society on Child Abuse and Neglect Annual Colloquium, San Antonio TX, June 5, 1999.

Roberts, K. P., Sternberg, K. J., Lamb, M. E., Zale, J. L., & Sirrine, N. K.  The effectiveness of open-ended and direct rapport-building styles on children's reports of a staged event.  Paper presented to the biennial meeting of the Society for Applied Research into Memory and Cognition, Boulder CO, July 1999.

Cabrera, N. J., Tamis-LeMonda, C. S., Lamb, M. E., & Boller, K.  Measuring father involvement in Early Head Start:  A multidimensional conceptualization.  Paper presented to the National Conference on Health Statistics, Washington, DC, August 1999.

Orbach, Y., Lamb, M. E., Sternberg, K. J., Esplin, P. W., & Hershkowitz, I.  Enhancing the quality of forensic interviews in field settings by implementing interview protocols.  Invited presentation to the American Psychological Association Convention, Boston, August 1999.

Lamb. M. E., & Sternberg, K. J.  L'entrevue d'investigation des jeunes victimes d'abus sexuel.  [Investigative interviews of young victims of sexual abuse.]  Forum sur les abus sexuels de l'Association des centres jeunesse du Québec/Partenariat de recherche et d'intervention en matière d'abus sexuel a l'endroit des enfants, Montréal, Québec, September 1999.

Scholmerich, A., Lamb, M. E., & Leyendecker, B.  (Co-organizers)  Infants in cultural context.  International workshop on early infant experiences in diverse cultural contexts.  Bochum, Germany, October 1999.

Lamb, M.E., Sternberg, K.J., Orbach, Y., Hershkowitz, I.  The development of the NICHD Investigative Protocol.  Presentation at a symposium on 'Training child investigators in developmentally adapted interviews', Regional European Conference of International Society for the Prevention of Child Abuse and Neglect, Jerusalem, Israel, October 1999.

Orbach, Y., Hershkowitz, I., Lamb, M.E., Sternberg, K.J.  Implementing interview protocols in forensic investigations of child witnesses.  Presentation at a seminar on 'Interviewing child-witnesses in legal settings', sponsored by the Youth Probation Service, Ministry of Labour and Social Welfare, and The League for Children, School of Social Work, Tel-Aviv University, Tel Aviv, Israel, October 1999.

Lamb, M. E.  Post-divorce parent-child relationships and recommendations for policy.  Presentation to the Ohio Task Force on Family Law and Children, Columbus, January 2000.

Lamb, M. E., & Sternberg, K. J.  Investigative interviews of alleged child abuse victims.  Invited workshop for 16th National Symposium on Child Sexual Abuse, Huntsville, AL, March 2000.

Lamb, M. E., Sternberg, K. J., Orbach, Y., Esplin, P. W., Hershkowitz, I., Horowitz, D. Eliciting information about alleged abuse using open-ended prompts: An analysis of field demonstration studies.  Paper presented to the biennial American Psychology Law Society meetings, New Orleans, March 2000.

Orbach, Y., Lamb, M. E., Sternberg, K. J., Esplin, P. W., Hershkowitz, I., Horowitz, D.  Assessing the value of scripted protocols for forensic interviews of alleged abuse victims.  Paper presented to the biennial American Psychology Law Society meetings, New Orleans, March 2000.

Hershkowitz, I., Orbach, Y., Lamb, M. E., Sternberg, K. J.,  Horowitz, D.  A comparison of mental and physical context reinstatement in forensic interviews with alleged victims of sexual abuse.  Poster presented to the biennial American Psychology Law Society meetings, New Orleans, March 2000.

Roberts, K. P., Sternberg, K. J., Lamb, M. E., & Sirrine, N.  The effects of rapport building on the quality of information reported by children about a staged event. Paper presented to the biennial American Psychology Law Society meetings, New Orleans, March 2000.

Lamb, M. E.  Post-divorce parent-child relationships.  Keynote address to the 24th Annual Colorado Conference on Children and Divorce, Denver, April 2000.

Lamb, M. E.  Why are fathers important?  Keynote address to the Delaware Governor's Conference on Fatherhood, Dover, Delaware, June 2000.

Campbell, J., Lamb, M. E., & Hwang, C. P.  Early child care experiences and children's social competence between 1.5 and 15 years of age.  Paper presented to the National Head Start Research Conference, Washington, June 2000.

Ahnert L., Rickert H., Porges S. W., Lamb M. E. Infant cardiac activity during adjustment to child care and relations with attachment security. Paper presented to the International Conference on Infant Studies, Brighton, England, July 2000.

Lamb, M. E., & Sternberg, K. J. Eliciting narrative accounts from alleged victims of child sexual abuse. Invited workshop to the XXVII International Congress of Psychology, Stockholm, Sweden, July 2000.

Lamb, M. E., Orbach, Y., Sternberg, K. J., & Esplin, P. W. (Organizers) Improving investigative interview techniques. International Interdisciplinary Workshop, Salt Lake City, August 27 to September 1, 2000.

Lamb, M. E. Overview of recent research on the effectiveness of structured investigative interview guides. Presentation to International Interdisciplinary Workshop on Improving Investigative Interview Techniques. Salt Lake City, August 28 2000.

Lamb, M. E. Investigative interviews of alleged child abuse victims. Satellite Video presentation, The National Children's Advocacy Center, Huntsville AL, September 5, 2000.

Lamb, M. E. Forensic interview techniques that maximize the competence of child witnesses. Invited workshop, 16th Annual Midwest Conference on Child Sexual Abuse and Incest, Madison, WI, October 25, 2000.

Lamb, M. E., & Holliday, K. Parental relocation: Trying the 'out of state move' case. National Association of Counsel for Children Children's Law Conference, Washington DC, November 5, 2000.

Lamb, M. E. Male familial involvement: An update. Symposium on the Diverse experiences of males in families, National Council on Family Relations Annual Conference, Minneapolis, November 9, 2000.

Lamb, M. E. Cross-cultural perspectives on the role and importance of fathers in child development. Keynote address to national conference on 'The Role and Importance of Fathers in the Child's Life', Istanbul, Turkey, December 20, 2000.

Sternberg, K. J., & Lamb, M. E. Structured interview format for forensic interviewers. Advanced workshop, San Diego Conference on Responding to Child Maltreatment, San Diego, January 22 to 26, 2001.

Lamb, M. E., Chuang, S. S., & Hwang, C. P. Father involvement in Sweden: Exploring its components and stability over time. Paper presented to an interdisciplinary workshop on Measuring father involvement, Natcher Conference Center, National Institutes of Health, Bethesda MD, February 2001.

Lamb, M. E. Developmental theory and public policy: A cross-national perspective. Green College Lecture, University of British Columbia, Vancouver, Canada, February 5, 2001.

Lamb, M. E.  Eliciting information from child sexual abuse victims.  Tanner Lecture Series, University of Utah, Salt Lake City, February 27, 2001.

Lamb, M. E.  Commentary on a lecture by Sarah Blaffer Hrdy, " The past, present, and future of the human family.'  Tanner Lectures in Human Values, University of Utah, Salt Lake City, February 28, 2001.

Kelly, J. B., & Lamb, M. E.  Using child development research to make appropriate custody and access decisions for young children.  Workshop presentation to the Judicial Council of California's and Family Court Services' Statewide Educational Institute, Costa Mesa CA, March 23, 2001.

Lamb, M. E.  Alleged child sexual abuse: The expert witness and the court. Fakultetsopponent (Clara H. Gumpert), Institutionen for Forkhalsovetenskap—Avdeling for stressforskning, Karolinska Institutet, Stockholm (Sweden), March 30, 2001.

Lamb, M. E.  Fathers, mothers, and families:  Shaping child development.  Invited address, VIII Congress of the Association Internationale pour la Formation et la Recherche en Education Familiale, Saint-Sauveur-des-Monts, Québec, April 18, 2001.

Sternberg, K. J., Lamb, M. E., Orbach, Y., Esplin, P. W., & Mitchell, S.  Can young children respond informatively to open-ended questions posed by forensic interviewers?  Paper presented to the biennial conference of the Society for Research in Child Development, Minneapolis, April 21, 2001.

Lamb, M. E., Orbach, Y., Sternberg, K. J., Hershkowitz, I., & Horowitz, D.  The accuracy of investigators' verbatim notes of their forensic interviews with alleged child abuse victims.  Paper presented to the biennial conference of the Society for Research in Child Development, Minneapolis, April 20, 2001.

Ahnert, L., & Lamb, M. E.  Infant-care provider attachments in contrasting German child care settings.  Poster presented to the biennial conference of the Society for Research in Child Development, Minneapolis, April 20, 2001.

Lamb, M. E.  Developmentally appropriate visitation.  Invited Workshop, Custody and Visitation Symposium , National Council of Juvenile and Family Court Judges, Charlotte NC, June 5, 2001.

Lamb, M. E.  Developmentally appropriate forensic interview techniques.  Presentation to National Children's Law Conference, San Diego CA, October 2, 2001.

Lamb, M. E.  Psychological issues in child custody.  Invited presentation to the conference on Advanced Family Law, National Council of Juvenile and Family Court Judges, Reno NV, October 24, 2001.

Lamb, M. E.  Psychological issues and custody.  Invited presentation to the conference on Recent Developments in Juvenile and Family Law: An Update for Appellate Judges, National Council of Juvenile and Family Court Judges, Reno NV, October 25, 2001.

Lamb, M. E.  Using child development research to make appropriate custody and access decisions for young children.  Workshop presentation to the Judicial Council of California's and Family Court Services' Statewide Educational Institute, Palm Springs CA, October 26, 2001.

Lamb, M. E.  Father-child relationships and developmentally appropriate parenting plans.  Keynote address to the annual conference of the Massachusetts Association of Guardians ad Litem, Waltham MA, November 9, 2001.

Lamb, M. E.  Maximizing the quality of information elicited from alleged victims of child abuse.  Invited address to 'Child witnessing: Current themes', University of Portsmouth, Portsmouth, England, December 7, 2001.

Lamb, M. E.  Parent-child relationships before and after divorce.  Invited presentation in Symposium on 'Custody in a mobile society', Pennsylvania Trial Courts Annual Conference, Philadelphia, February 23, 2002.

Lamb, M. E. Placing children's interests first: Developmentally appropriate parenting plans.  Invited address, Center for Children Families, and the Law, University of Virginia, Charlottesville, February 28, 2002.

Lamb, M. E., Sternberg, K. J., Orbach, Y., Esplin, P. W., Stewart, H., & Mitchell, S.  Age differences in young children's responses to open-ended invitations in the course of forensic interviews.  Paper presented to the American Psychology-Law Society Conference, Austin TX, March 7-10, 2002.

Thierry, K. L., Lamb, M. E., & Orbach, Y.  Relation between source monitoring and child witness responses to open-ended questions about alleged abuse.  Poster presented to the American Psychology-Law Society Conference, Austin TX, March 7-10, 2002.

Lamb, M. E., & Sternberg, K. J.  Developmentally sensitive interview practices.  Invited workshop, Eighteenth National Symposium on Child Sexual Abuse, Huntsville AL, March 19-22, 2002.

Chuang, S. S., Lamb, M. E., & Hwang, C. P.  The emergence of personality development in early childhood:  A longitudinal investigation of ego-resiliency and ego-control in Sweden.  Poster presentation to the Conference on Human Development, Charlotte NC, April 4-7, 2002.

Lamb, M. E.  Using child development research to make developmentally appropriate parenting plans following divorce.  Keynote address, Annual Meeting of the Interdisciplinary Forum on Mental Health and Family Law, New York City, April 16, 2002.

Ahnert, L., Lamb, M. E., Porges, S. W., & Rickert, H.  Infant emotions and cardiac reactivity during adjustment to child care I:  Perspectives from infant-mother attachment.  Poster presented at the International Conference on Infant Studies, Toronto, Canada, April 19, 2002.

Ahnert, L., Lamb, M. E., Porges, S. W., & Rickert, H.  Infant emotions and cardiac reactivity during adjustment to child care II:  The emerging infant-care provider attachment.  Poster presented at the International Conference on Infant Studies, Toronto, Canada, April 19, 2002.

Lamb, M. E.  Assessing the strengths of child witness statements.  Invited workshop for the 28th Annual Interservice Military Judges' Seminar, Montgomery AL, April 23, 2002.

Lamb, M. E.  Special developmental needs of children under five years old.  Invited workshop for the Custody and Visitation Symposium, National Council of Juvenile and Family Court Judges, Charleston SC, May 6, 2002.

Orbach, Y., Lamb, M. E., Sternberg, K. J., Esplin, P. W.,  Stewart, H. L.,  & Mitchell, S.  Age differences in young children's reports of temporal information in the course of forensic interviews.  Paper presented to the Jean Piaget Society, Philadelphia, June 7, 2002.

Hershkowitz, I., Orbach, Y., Lamb, M. E., Sternberg, K. J., Horowitz, D., & Esplin, P. W.  Improving credibility assessment in child sexual abuse investigations: The role of the NICHD investigative interview protocol.  Paper presented to the XXV International Congress on Applied Psychology, Singapore, July 9, 2002.

Lamb, M. E.  Developmentally appropriate visitation and access decisions.  Invited presentation to the Judicial Conference of Virginia for District Court Judges, Virginia Beach, August 12-13, 2002.

Hewlett, B. S., & Lamb, M. E.  (Co-organizers)  Culture and ecology of forager children.  Pre-conference workshop, Conference on the Hunters and Gatherers Society, Edinburgh (Scotland), September 7-8, 2002.

Lamb, M. E.  The role of non-parental child care in child development.  Address and discussion with Netherlands Delegation on Child Care, Washington DC, October 7, 2002.

Lewis, C., & Lamb, M. E.  Research on fatherhood and father-child relationships.  International Fatherhood Summit.  Christ Church College, Oxford, England, March 24-30, 2003.

Lamb, M. E.  Promoting child well-being through mother- and father-child relationships.  Berger Institute Invited Lecture, Claremont-McKenna College, Pomona CA, March 31, 2003.

Chuang, S. S., Hwang, C., P., & Lamb, M. E.  Paternal leave and paternal involvement in Sweden.  Paper presented to the biennial meeting of the Society for Research in Child Development, Tampa FL, April 24-27, 2003.

Shannon, J. D., Tamis-LeMonda, C. S., Cabrera, N., & Lamb, M. E.  Determinants of father involvement: Presence/absence and quality of engagement. Paper presented to the biennial meeting of the Society for Research in Child Development, Tampa FL, April 24-27, 2003.

Lamb, M. E. Developmentally appropriate parenting plans. Invited workshop for the Custody and Visitation Symposium, National Council of Juvenile and Family Court Judges, San Diego, May 5, 2003.

Lamb, M. E. Participant in workshop on The American Law Institute's Principles of Family Dissolution, Woodrow Wilson International Center for Scholars, Washington DC, May 20, 2003.

Lamb, M. E., Tamis-Lemonda, C. S., Shannon, J., & Cabrera, N. Low-income fathers in the USA: A closer look at the children in the Early Head Start Evaluation Study. Presentation to the European Social Research Council Research Seminar Series seminar on Fathers and Fatherhood: New Directions for Research and Policy, London, England, June 9, 2003.

Pipe, M. E., Cederborg, A-C., Orbach, Y., & Lamb, M. E. (Co-organizers). Conference on resistance to disclosure by alleged victims of sexual abuse. Satra Bruk, Sweden, August 11-15, 2003.

Lamb, M. E. Developpement socio-emotionnel du jeune enfant et scolarisation precoce [Socio-emotional development in the context of early childhood education]. Keynote address to Colloque du Service de la Recherche en Education 2003: 2eme Colloque Constructivisme et Education: Scolariser la petite enfance? [ Educational Research Unit Colloquium 2003: Second Colloquium on Constructivism and Education: Educationalizing infancy?], University of Geneva, Geneva (Switzerland), September 15-17, 2003.

Ahnert, L., Carter, S. C., Porges, S. W., & Lamb, M. E. (Co-organizers). Attachment and bonding: A new synthesis. Dahlem Palace, Berlin, September 28 - October 3, 2003.

Lamb, M. E. Custody issues. North Carolina Association of District Court Judges, Boone NC, October 9, 2003.

Lamb, M. E. Developmentally appropriate parenting plans. Annual conference, Harford County Office of Family Court Services, Bel-Air MD, November 18, 2003.

Lamb, M. E., & Pipe, M. E. Repeated interviewing in forensic contexts: Is there a baby in the bathwater? Paper presented to the biennial American Psychology-Law Society Conference, Scottsdale AZ, March 5, 2004.

Orbach, Y., Hershkowitz, I., Pipe, M. E., Lamb, M. E., & Sternberg, K. J. Effects of repeated interviews on the information retrieved by child-witnesses in forensic interviews. Paper presented to the biennial American Psychology-Law Society Conference, Scottsdale AZ, March 5, 2004.

Pipe, M. E., Sternberg, K. J., Lamb, M. E., Orbach, Y., & Stewart, H. Non-disclosures and alleged abuse in forensic interviews. Paper presented to the biennial American Psychology-Law Society Conference, Scottsdale AZ, March 4 – 7, 2004.

Hershkowitz, I., Orbach, Y., Lamb, M. E., Sternberg, K. J., & Pipe, M. E.  Dynamics of forensic interviews with children who do not disclose abuse. Paper presented to the biennial American Psychology-Law Society Conference, Scottsdale AZ, March 5, 2004.

Cederborg, A. C., & Lamb, M. E.  Delay of disclosure, minimization, and denial of abuse in a multi-victim case. Paper presented to the biennial American Psychology-Law Society Conference, Scottsdale AZ, March 5, 2004.

DeBoard, R., Orbach, Y., Mendoza, M., Jensen, S., & Lamb, M. E.  An analysis of interviews in which children did not make allegations of suspected sexual abuse.  Poster presented to the biennial American Psychology-Law Society Conference, Scottsdale AZ, March 5, 2004.

Chavez, V., Sullivan, K., Pipe, M. E., Orbach, Y., & Lamb, M. E.  Spontaneous disclosure in forensic interviews.  Poster presented to the biennial American Psychology-Law Society Conference, Scottsdale AZ, March 5, 2004.

Fouts, H. N., Hewlett, B. S., & Lamb, M. E.  Developmental and cultural differences in the breastfeeding context among four small-scale societies in Central Africa.  Paper presented to the International Conference on Infant Studies, Chicago, May 6, 2004.

Brown, D., Lamb, M. E., Aldridge, J., Sternberg, K. J., & Orbach, Y.  Improving the quality of forensic interviews of children.  Poster presented to the Forensic Psychology Research Group conference on Eliciting information from eye witnesses and victims of crime: Interviewing and identification, Open University, Milton Keynes, U.K., May 6, 2004.

Lamb, M. E.  Children are competent witnesses when competently interviewed.  Cattell Award Address to the American Psychological Society Annual Convention, Chicago, May 28, 2004.

Sternberg, K. J., Abbott, C., Baradaran, L. P., Guterman, E., & Lamb, M. E.  Effects of different types and frequencies of family violence on children's adjustment.  Poster presented to the American Psychological Society Annual Convention, Chicago, May 28, 2004.

Chuang, S. S., Lamb, M. E., & Hwang, C. P.  Swedish adolescents' relational and assertive self-concepts across social contexts and relationships. Poster presented to the American Psychological Society Annual Convention, Chicago, May 28, 2004.

Gernsbacher, M. A., Lamb, M. E., Levenson, R., Levitin, T., Schnur, P., Snyder, M., & Steinberg, J.  Show me the money: Grant-getting for graduate student and new faculty.  Workshop at the American Psychological Society Annual Convention, Chicago, May 27, 2004.

Lamb, M. E., LaRooy, D., Orbach, Y., & Pipe, M. E.  Children's recall of real world experiences.  Symposium presented at the American Psychological Society Annual Convention, Chicago, May 28, 2004.

Orbach, Y., Lamb, M. E., & Sternberg, K. J.  Developmental differences in young children's reports of temporal sequencing information in the course of forensic interviews. Paper presented to the American Psychological Society Annual Convention, Chicago, May 28, 2004.

Cederborg, A.C., & Lamb, M. E.  Disabled children exposed to crime: How does the legal system respond when they are victimized? Paper presented to the American Psychological Society Annual Convention, Chicago, May 29, 2004.

Lamb, M. E.  Structured assessment in child interviewing.  Invited workshop, American Bar Association-American Psychological Association National Conference on Children and the Law, Washington, June 4, 2004.

Lamb, M. E.  Suggestibility and children's recollections.  Invited workshop, American Bar Association-American Psychological Association National Conference on Children and the Law, Washington, June 4, 2004.

Lamb, M. E. (Discussant) Symposium on 'Fathers in context: Family structure, socio-economics, and cultural prescriptions,' Head Start's 7th National Research Conference, Washington, June 28, 2004.

Pipe, M.-E., Sternberg, K. J., Orbach, Y., & Lamb, M. E.  Characteristics associated with non-disclosure of suspected abuse.  Paper presented to the American Psychological Association Convention, August 2004.

Hershkowitz, I., Orbach, Y., Lamb, M. E., Horowitz, D., & Sternberg, K. J.  Dynamics of forensic interviews with children who do not disclose abuse. Paper presented to the American Psychological Association Convention, August 2004.

Lamb, M. E.  Helping children become informative conversationalists about their experiences of abuse.  Paper presented to "Conversations and childhood: The impact of conversations on early social, emotional and cognitive development," Cambridge UK, October 14, 2004.

Brown, D., Lamb, M. E., Pipe, M.-E., Orbach, Y., & Lewis, C.  Children's use of drawings to report touch: Implications for forensic interviews.  Paper presented to the 2nd International Workshop for Young Psychologists on Evolution and Development of Cognition, Kyoto, Japan, November 12, 2004.

Lamb, M. E.  Is parental leave good for gender equality?  Discussion session at the GeNet ESRC Gender Equalities Network Introductory Conference, Cambridge, December 16, 2004.

Brown, D., Lamb, M. E., Pipe, M. E., Orbach, Y., & Lewis, C.  "Show me on the drawing where she touched you": Exploring children's use of human figure drawings to report touch. Paper presented to the Society for Applied Research on Memory and Cognition, Victoria, New Zealand, January 7, 2005.

Darvish, T., Hershkowitz, I., Lamb, M. E., & Orbach, Y. The production of investigative leads in child sexual abuse interviews using the NICHD protocol. Paper presented to the Society for Applied Research on Memory and Cognition, Victoria, New Zealand, January 7, 2005.

Brown, D., Lamb, M. E., Pipe, M. E., Orbach, Y., & Lewis, C. Using drawings with children to elicit reports of touch after short and long delays. Paper presented to the American Psychology-Law Society conference, La Jolla CA, March 4, 2005.

Thierry, K. S., Lamb, M. E., Orbach, Y. & Pipe, M. E. Developmental differences in the use of anatomical dolls during interviews of alleged sexual abuse victims. Paper presented to the American Psychology-Law Society conference, La Jolla CA, March 4, 2005.

Pipe, M. E., Lamb, M. E., & Orbach, Y. Disclosures and nondisclosures of abuse in forensic interviews. Paper presented to the American Psychology-Law Society conference, La Jolla CA, March 4, 2005.

Orbach, Y., Lamb, M. E., & Sternberg, K. J. Enhancing children's recall using contextual cues in forensic interviews. Paper presented to the American Psychology-Law Society conference, La Jolla CA, March 4, 2005.

Trinder, L., & Lamb, M. E. Measuring up? The relationship between correlates of children's adjustment and both family law and policy in England. Invited presentation to the Louisiana Law Review Symposium on 'Divorce reform for the protection of children,' Baton Rouge, Louisiana, March 16-18, 2005.

Sternberg, K. J., Guterman, E., Abbott, C. B., Baradaran, L. P., & Lamb, M. E. Effects of domestic violence on children's behavior problems and depression: A longitudinal, multi-informant perspective. Poster presented to the Society for Research in Child Development Biennial Convention, Atlanta GA, April 8, 2005.

Sternberg, K. J., Lamb, M. E., Baradaran, L. B., Abbott, C. B., & Guterman, E. Age, gender, and type of abuse differences in the effects of family violence on children's behavior problems: A mega-analysis. Poster presented to the Society for Research in Child Development Biennial Convention, Atlanta GA, April 9, 2005.

Sternberg, K. J., Guterman, E., Abbott, C. B., Lamb, M. E., & Baradaran, L. B. Contrasts between children's and mothers' reports of abuse and of the children's behavior problems. Poster presentation to the American Psychological Society Annual Convention, Los Angeles, May 27, 2005.

Elischberger, H., Pipe, M. E., Orbach, Y., & Lamb, M. E. Do young children rely on scripts in recounting multiple instances of abuse? Poster presentation to the American Psychological Society Annual Convention, Los Angeles, May 26, 2005.

La Rooy, D., Pipe, M. E., & Lamb, M. E.  Do repeated suggestive interviews with young children increase suggestibility? Poster presentation to the American Psychological Society Annual Convention, Los Angeles, May 26, 2005.

Mendoza, M. M., Jensen, S. A., Daniels, I. M., Orbach, Y., & Lamb, M. E., Exploring children's responses to yes/no and forced choice prompts in forensic interviews.  Poster presentation to the American Psychological Society Annual Convention, Los Angeles, May 26, 2005.

Pipe, M. E., Lamb, M. E., & Orbach, Y.  Factors affecting children's disclosure: Developmental differences in secrecy and concealment in a field study. Paper presented to the American Psychological Society Annual Convention, Los Angeles, May 28, 2005.

Pipe, M. E., Lamb, M. E., & Orbach, Y.  Abuse severity, threats, fears, and children's disclosure of child sexual abuse.  Paper presented to the American Psychological Society Annual Convention, Los Angeles, May 27, 2005.

Lamb, M. E. Developmentally appropriate forensic interviewing techniques.  Paper presented to the Ninth International Interdisciplinary Colloquium on Law and Psychology, London, July 11-12, 2005.

Lamb, M. E.  Techniques for improving the quality of information elicited in forensic interviews.  Keynote address to a conference on " Investigative Interviewing of Child Witnesses—Taking Stock and Moving Forward," Murrayfield Stadium, Edinburgh, September 6, 2005.

Lamb, M. E.  Improving the quality of parent-child contact in separating families.  International Institute for the Sociology of Law Workshop on "Contact Between Children and Separated Parents", Onati (Spain), 15 September, 2005.

Lewis, C., & Lamb, M. E. Father-child relationships and children's development: A key to durable solutions?  Presentation to the Family Justice Council's Conference on "Durable Solutions in Family Law", Dartington Hall, Devon, September 30 to October 2, 2005.

Lamb, M. E. The many faces of fatherhood: Some thoughts about fatherhood and immigration.  Paper presented to a conference entitled " On new shores:  Understanding immigrant fathers in North America," Syracuse, New York October 27-28, 2005.

Fouts, H. N., Lamb, M. E., & Hewlett, B. S.  Developmental, cultural, and ecological features of breastfeeding among four cultures in Central Africa.  Paper presented to a conference on Self, Dyad, and Group:  Autonomy and Relatedness over the Lifespan, Bochum (Germany), January 5 – 7, 2006.

Lamb, M. E.  The needs of children.  Presentation to Ministerial conference on Fatherhood—The child's perspective, London, January 24, 2006.

Hershkowitz, I., & Lamb, M. E.  Forensic investigations of alleged victims of abuse who have learning and mental difficulties.  Paper presented to the American Psychology-Law Society conference, St. Petersburg FL, 4 March, 2006.

Cederborg, A. C., & Lamb, M. E.  How does the legal system respond when children with learning difficulties are victimized? Paper presented to the American Psychology-Law Society conference, St. Petersburg FL, 4 March, 2006.

Cederborg, A. C., La Rooy, D., & Lamb, M. E.  Repeated interviews about alleged abuse with children who have intellectual disabilities. Paper presented to the American Psychology-Law Society conference, St. Petersburg FL, 4 March, 2006.

Brown, D. A., Lewis, C., Lamb, M. E., Stephens, E., & Lunn, J.  Facilitating eyewitness testimony in children with learning disabilities. Paper presented to the American Psychology-Law Society conference, St. Petersburg FL, 4 March, 2006.

Brown, D.A., Lewis, C., Stephens, E., Lunn, J., & Lamb, M.E. Facilitating eyewitness testimony in children with learning disabilities. Invited presentation to the Psychology Department Seminar Series, May 2006, University of Central Lancashire, Preston, UK.

Lamb, M. E.  Fathers matter! Keynote address to Family Rights Group, London, June 29, 2006.

Orbach, Y., Lamb, M. E., Sternberg, K. J., Hershkowitz, , I., & Esplin, P. W.  The NICHD Investigative Interview Protocol: An introduction. Paper presented to the Second International Investigative Interviewing Conference, Portsmouth UK, July 5-7, 2006.

Lamb, M. E., Sternberg, K. J., Orbach, Y., Aldridge, J., Bowler, L., Pearson, S., & Esplin, P. W. Enhancing the quality of investigative interviews by British police officers. Paper presented to the Second International Investigative Interviewing Conference, Portsmouth UK, July 5-7, 2006.

Cyr, M., Lamb, M. E., Pelletier, J., Leduc, P., & Perron, A.  Assessing the effectiveness of the NICHD Investigative Interview Protocol in Francophone Quebec. Paper presented to the Second International Investigative Interviewing Conference, Portsmouth UK, July 5-7, 2006.

Larsson, A., Teoh, Y. S., Lamb, M. E., Orbach, Y., & Hershkowitz, I.  Effects of physical and mental context reinstatement and cueing on children's reports about extra-familial child abuse. Paper presented to the Second International Investigative Interviewing Conference, Portsmouth UK, July 5-7, 2006.

LaRooy, D., Lamb, M. E., & Pipe, M. E.  Is skepticism about repeated interviewing justified? What does the research say?  Paper presented to the Second International Investigative Interviewing Conference, Portsmouth UK, July 5-7, 2006.

Orbach, Y., Lamb, M. E., LaRooy, D., Pipe, M. E., & Stewart, H. L.  A witness to abduction: A case study of repeated interviewing. Paper presented to the Second International Investigative Interviewing Conference, Portsmouth UK, July 5-7, 2006.

Stephens, E., Brown, D. A., Lunn, J. F., Lewis, C., & Lamb, M. E.  Repeated interviewing of children with learning disabilities. Paper presented to the Second International Investigative Interviewing Conference, Portsmouth UK, July 5-7, 2006.

Brown, D.A., Lewis, C., Stephens, E., Lunn, J., & Lamb, M.E. Interviewing children with learning disabilities about their experiences. Poster presented at the 26th International Congress of Applied Psychology, 16-21 July, 2006, Athens, Greece.

Lewis, C., Brown, D.A., Stephens, E., Lunn, J., & Lamb, M.E.  Interviewing children with learning disabilities about their experiences. Paper presented at the 4th International Conference on Memory (ICOM-4), Sydney, 16 - 21 July, 2006.

Orbach, Y., Lamb, M. E., & Pipe, M. E.  Input-free cueing techniques in forensic interviews with children.  Paper presented to the 4th International Conference on Memory (ICOM-4), Sydney, July 16-21, 2006.

Kiernan, K., & Lamb, M. E.  'Separated' parents and child well-being.  Paper presented to the International Conference on Children and Divorce, Norwich, July 24-27, 2006.

Lamb, M.E.  Factors affecting children's adjustment following parental separation.  Keynote address to the International Conference on Children and Divorce, Norwich, July 24-27, 2006.

Lamb, M. E.  Can children be competent informants about their experiences of abuse? Invited address to the 50th Anniversary Celebration for the Institute of Psychology, University of Goteborg, September 2006.

Lamb, M. E.  Fathers matter? Keynote speaker, Greater London Family Panel Conference, Harrington Hall, London, November 18, 2006.

Brown, D. B., Lamb, M. E., Lewis, C., Pipe, M. E., & Orbach, Y. Promoting best practice in forensic interviews with children:  Lab-based validations of field-based techniques. Presentation to a conference 'Memory on Trial: The Role of Memory in the Courtroom,' University of Otago, Dunedin, NZ, November 29 2006.

Lamb, M. E.  Non-parental care and emotional development.  Invited contribution to a Conference on 'Early development, attachment, and social policy,' University of Cambridge, December 2006.

Lamb, M. E.  The first three years: Building the basis for a better life.  Keynote address, What About the Children? Conference, London, March 6, 2007.

Lamb, M. E.  Can children be competent witnesses?  Fifteenth Annual Warren Weiswasser Lecture, Yale University Medical Center, New Haven CT, April 25, 2007.

Lamb, M. E., Guterman, E., Abbott, C. B., & Baradaran, L. Effects of supportive and risk factors including family violence on children's adjustment. Poster presentation to the 2007 Association for Psychological Science Annual Convention, Washington DC, May 26, 2007.

La Rooy, D., & Lamb, M. E. The effects of repeating questions in forensic interviews with children.   Presentation to the British Psychological Society Cognitive Section Conference, Aberdeen, August 21, 2007.

Lamb, M. E.  How does early out-of-home care affect child development?  Keynote address, Fachgruppe Entwicklungspsychologie (German Society for Developmental Psychology), Heidelberg, 24 September 2007.

Brown, D. A., Lewis, C., Lamb, M. E., Pipe, M.-E., & Orbach, Y.  "Show me on the drawing where she touched you": The impact of interview technique and delay on children's recall of bodily touch.  Paper presented to the American Psychology-Law Society Convention, Jacksonville FL, March 6-8, 2008.

Teoh, Y.-S., Yang, P.-J., Lamb, M. E., & Larsson, A.  Do human figure drawings help alleged victims of sexual abuse provide clearer accounts of physical contact with alleged perpetrators? Paper presented to the American Psychology-Law Society Convention, Jacksonville FL, March 6-8, 2008.

La Rooy, D. A., & Lamb, M. E.  The effects of repeating questions in forensic interviews with children. Paper presented to the American Psychology-Law Society Convention, Jacksonville FL, March 6-8, 2008.

Hershkowitz, I., & Lamb, M. E.  Abuse disclosure by children with mental and physical disabilities. Paper presented to the American Psychology-Law Society Convention, Jacksonville FL, March 6-8, 2008.

Hershkowitz, I., Lamb, M. E., & Orbach, Y. The effects of the NICHD Investigative Interview Protocol on assessment of credibility in child sexual abuse investigations. Paper presented to the American Psychology-Law Society Convention,   Jacksonville FL, March 6-8, 2008.

Pipe, M.-E., Orbach, Y., Lamb, M. E., Abbott, C. B., Stewart, H. L., & Schindler, S.  Does the introduction of an evidence-based investigative interview protocol affect case outcomes? Paper presented to the American Psychology-Law Society Convention, Jacksonville FL, March 6-8, 2008.

Lamb, M. E.  Invited participant to the symposium "Big Books: selection of personal favourites from social scientists interested in policy-making for children and families." Roundtable discussion at the British Psychological Society Annual Conference, Dublin, April 2, 2008.

Lamb, M. E.  How does early non-parental care affect child development?  Invited address, Jacobs Foundation Conference on 'Early child development and its implications for later achievement,' Marbach Castle (Germany), April 2-4, 2008.

Yang, P. J., Kloss, A.-K., Ahnert, L. & Lamb, M. E. (2008). Learning how to read, write and calculate: Links between prerequisites and acquired skills. Paper presented to the International Society for the Study of Behavioural Development Conference, Wurzburg, July 2008.

Lamb, M. E. Helping children be competent witnesses in forensic contexts.  Keynote address to the Japanese Psychological Association Annual Convention, Hokkaido, September 19-21, 2008.

Lamb, M. E.  Fatherhood and father-child relationships.  Keynote address to Mothers, Fathers, and Caregivers: Addressing Issues of Attachment, Aggression, Foster Care and Trauma, Philadelphia Compact, Philadelphia, November 7, 2008.

Lamb, M. E. The role of fathers in child development.  Interdisciplinary symposium, Centre for Psychosocial Medicine at the University of Heidelberg, Heidelberg, February 11, 2009.

Cederborg, A.-C., La Rooy, D., Danielsson, H., & Lamb, M. E. Repetition of contaminating question types when children and youths with learning disabilities are interviewed. Paper presented to the American Psychology-Law Society Convention, San Antonio TX, March 6-8, 2009.

Lamb, M. E.  Fathers, mothers, and child development.  Parents Matter International Conference, London March 26, 2009.

Lamb, M. E. Mothers, fathers, or parents at home and at work.  Conference on Gender Inequalities in the 21st Century, Queens College, Cambridge, March 27, 2009.

Lamb, M. E. Conducting developmentally appropriate interviews of young witnesses.  Plenary address, International Investigative Interviewing Research Group Annual Conference, Teeside, April 15, 2009.

Yang, P. J., Teoh, Y. S., & Lamb, M. E.  The usefulness of human figure diagrams in clarifying children's descriptive accounts of touches. Paper presented to the International Investigative Interviewing Research Group Annual Conference, Teeside, April 15, 2009.

La Rooy, D., Katz, C., Malloy, L. C., & Lamb, M. E.  The effectiveness of using multiple interviews. Paper presented to the International Investigative Interviewing Research Group Annual Conference, Teeside, April 15, 2009.

Katz, C., Hershkowitz, I., & Lamb, M. E.  Draw me what happened: Integrating drawing while interviewing alleged victims of child sexual abuse. Paper presented to the International Investigative Interviewing Research Group Annual Conference, Teeside, April 15, 2009.

Hershkowitz, I., & Lamb, M. E., Orbach, Y., Katz, C., & Horowitz, D. The effect of the relationship to the suspect on children's reports of abuse. Paper presented to the International Investigative Interviewing Research Group Annual Conference, Teeside, April 15, 2009.

Malloy, L. C., Katz, C., Quas, J. A., Lyon, T. D., & Lamb, M. E. When lack of motivation leads to denial: Recantation in investigative interviews with children. Paper presented to the International Investigative Interviewing Research Group Annual Conference, Teeside, April 15, 2009.

Katz, C., Hershkowitz, I., Malloy, L. C., Atabaki, A., Spindler, S. A. K., & Lamb, M. E. "The body talks": Trying to understand reluctant children through their body language during investigative interviews. Paper presented to the International Investigative Interviewing Research Group Annual Conference, Teeside, April 15, 2009.

Lamb, M. E. Exploring the effects of attachment relationships on reactions to transitions. Paper presented to the US National Institute of Aging workshop on Advancing integrative Psychological Research on Adaptive and Healthy Aging, Berkeley CA, May 21, 2009.

Lamb, M. E. [Discussant and Chair]. Children's memories and reports of touching events. Symposium presented at the Association for Psychological Science Annual Convention, San Francisco, May 23, 2009.

Pipe, M. E., Orbach, Y., Lamb, M. E., Abbott, C. B., & Stewart, H. L. Do best practice interviews with child abuse victims influence case outcomes? Poster presentation to the National Institute of Justice Research Conference, Washington DC, June 16, 2009.

Lamb, M. E. Mothers, fathers, and infants. Paper presented in honour of Rudolph Schaffer to the British Psychological Society Developmental Section Conference, Nottingham, September 9, 2009.

Yang, P. J., & Lamb, M. E. Factors affecting children's transition to school: An ecological model. Paper presented to the British Psychological Society Developmental Section Conference, Nottingham, September 9, 2009.

Lamb, M. E. Fathers, mothers, and child development. Colloquium on Strengthening Marriage and Supporting Families, Valletta (Malta), October 6-7, 2009.

Yang, P. J., Kappler, G., Lamb, M. E. & Ahnert, L. Factors affecting children's transition to school: An ecological model. Paper presented to the British Psychological Society Education Section Conference, Lancaster, November 1, 2009.

Lamb, M. E. Questioning child victims. Presentation to the CURE Conference on Children as Victims of Crime in the European Union, Stockholm, December 3-4, 2009.

Lamb, M. E.  Developmentally appropriate inter viewing: The NICHD Investigative Interview Protocol.  24th Annual San Diego International Conference on Child and Family Maltreatment, San Diego, January 26, 2010.

Lamb, M. E.  The importance of parent-child relationships.  Presentation to the Arizona Association of Family and Conciliation Courts, Phoenix (AZ), January 27, 2010.

Lamb, M. E.  Attachment issues in family law matters.  Presentation to the Bay Area Association of Family and Conciliation Courts, San Jose (CA), January 29, 2010.

Lamb, M. E.  Confessions of a wondering wanderer (or wandering wonderer?).  Keynote address to the Society for Cross-Cultural Research, Albuquerque (NM), February 19, 2010.

Lamb, M. E. Children's developmental needs in the context of family break-up.  London Family Justice Conference, London, March 8, 2010.

Malloy, L. C., Pipe, M. E., Lamb, M. E., Orbach, Y., & Rothenberg, D. Discussion of secrets, threats, and fears in investigative interviews with children.  Paper presented to the American Psychology-Law Society Conference, Vancouver (BC), March 18-20, 2010.

Katz, C., Malloy, L. C., & Lamb, M. E. Different ways to communicate resistance: Exploring verbal and non verbal cues within investigative interviews of abused children. Paper presented to the American Psychology-Law Society Conference, Vancouver (BC), March 18-20, 2010.

Hershkowitz. I., Lamb, M. E., Orbach, Y., Katz, C., & Horowitz, D. The effect of motivational factors on the richness of children's testimonies. Paper presented to the American Psychology-Law Society Conference, Vancouver (BC), March 18-20, 2010.

Katz, C., Lamb, M. E., & Hershkowitz, I. The Revised NICHD Protocol and its effect on the way children disclose the allegation for the first time in investigative interviews. Paper presented to the American Psychology-Law Society Conference, Vancouver (BC), March 18-20, 2010.

Malloy, L. C., Lamb, M. E., Orbach, Y., & Walker, A. G. How do interviewers use and young children respond to How/Why/How Come in investigative interviews with suspected victims of child sexual abuse? Paper presented to the American Psychology-Law Society Conference, Vancouver (BC), March 18-20, 2010.

Lamb, M. E. Forensic interview protocols.  Canadian Society for the Investigation of Child Abuse, Calgary, Canada, May 3-5, 2010.

Lamb, M. E. Developmentally appropriate forensic interviewing: The NICHD Investigative Interview Protocol.  Master Class to the International Investigative Interview Research Group Annual Conference, Stavern (Norway), June 20-21, 2010.

Hershkowitz, I., Lamb, M. E., & Katz, C.  Enhancing abuse disclosure by reluctant children: A test of the revised NICHD Protocol. Paper presented to the International Investigative Interview Research Group Annual Conference, Stavern (Norway), June 22, 2010.

Malloy, L. C., Brubacher, S., & Lamb, M. E.  Exploring the dynamics of forensic interviews in which children mention difficulties and worries. Paper presented to the International Investigative Interview Research Group Annual Conference, Stavern (Norway), June 22, 2010.

Sim, M., Katz, C., Hershkowitz, I.,  & Lamb, M. E.  Credibility assessment in credible and doubtful cases of child sexual abuse. Paper presented to the International Investigative Interview Research Group Annual Conference, Stavern (Norway), June 22, 2010.

van Gijn, E., Berridge, Z., Katz, C., & Lamb, M. E. Characteristics of perpetrators as portrayed by alleged victims of child sexual abuse. Paper presented to the International Investigative Interview Research Group Annual Conference, Stavern (Norway), June 22, 2010.

LaRooy, D., Lamb, M. E., & Memon, A.  Forensic interviews with children in Scotland: A survey of interview practices among police.  Paper presented to the International Investigative Interview Research Group Annual Conference, Stavern (Norway), June 22, 2010.

Lamb, M. E.  How much can young victims tell us about sexual abuse?  Keynote address to the International Academy of Sex Research, Prague, July 25, 2010.

Huang, C. Y. S., & Lamb, M. E. Acculturation and parenting styles in Chinese immigrants to the UK. Poster presentation to the British Psychological Association (Developmental Section) Annual meeting, London, September 2010.

**Yang, P. J., & Lamb, M. E. Regulatory functions during the transition to new school environments.  Paper** presented to the British Psychological Association (Developmental Section) Annual meeting, London, September 2010.

Lamb, M. E.  How much can young victims tell us about sexual abuse? Seminar on child victim interviewing, Institute for Psychology and Law at Hallym University and Korean Victimology Association, Seoul (Korea), September 8, 2010.

Lamb, M. E.  Developmentally appropriate investigative interviews.  Masterclass, Institute for Psychology and Law at Hallym University, Seoul (Korea), September 9, 2010.

Lamb, M. E.  How much information can young children provide in forensic interviews.  Public Family Law Seminars, Judicial Studies Board, Northampton, November 9, 2010 and January 11, 2011 .

Lamb, M. E.  Developmentally appropriate interviews of alleged child victims.  Ministry of Women and Family, Seoul (Korea), December 7-8, 2010.

Li, X., & Lamb, M. E. Bridging tradition and modernity: Father-child affection in Chinese families.  Paper presented to the Society for Cross-Cultural Research Conference, Charleston (SC), February 2011.

Lamb, M. E., Hershkowitz, I., & Katz, C. The effects of enhanced support during investigative interviews on the behaviour and informativeness of reluctant children.  Paper presented to the American Psychology-Law Society Conference, Miami, March 2011.

Malloy, L. C., Brubacher, S. P., & Lamb, M. E. Do expected consequences of disclosure provide insight into delayed disclosure of child sexual abuse? Paper presented to the American Psychology-Law Society Conference, Miami, March 2011.

Cederborg, A.-C., Alm, C., da Silva Nises, D. L., & Lamb, M. E.  Investigative interviewing of allegedly abused children: An evaluation of a new training programme for police officers in Sweden. Paper presented to the American Psychology-Law Society Conference, Miami, March 2011.

Sim, M. P. Y., & Lamb, M. E. Children's statements about alleged sexual abuse: A linguistic profile. Paper presented to the American Psychology-Law Society Conference, Miami, March 2011.

Wachi, T., Watanabi, K., Sano,  ., Otsuka, Y., Kuraishi,  ., & Lamb, M. E. Police interviewing styles and confessions in Japan. Poster presentation to the American Psychology-Law Society Conference, Miami, March 2011.

Yang, P. J. & Lamb, M. E.  Is school stressful?  Young children's cortisol responses to their first school environments.  Poster presentation to the Society for Research in Child Development Biennial Conference, Montreal, April 2, 2011.

Huang, C-Y. S. & Lamb, M. E.  What do mothers say about their parenting style? A comparison of the attitudes and behaviour of Chinese and English mothers. Poster presentation to the Society for Research in Child Development Biennial Conference, Montreal, April 1, 2011.

Lamb, M. E.  Angels, demons, dunces: Our inconsistent views of children in the legal system. Hay Festival, May 28, 2011.

Van Gijn, E., & Lamb, M. E. The modus operandi of offenders of child sexual abuse as described by police officers. Paper presented to the International Investigative Interview Research Group Annual Conference, Dundee (Scotland), June 1, 2011.

Sim, M., & Lamb, M. E. Police interviews with juvenile suspects: Self-reported practices and beliefs. Paper presented to the International Investigative Interview Research Group Annual Conference, Dundee (Scotland), June 2, 2011.

Wachi, T., Yokota, K., Otsuka, Y., Kuraishi, H., Watanabe, K., & Lamb, M. E. Japanese police officers' feelings and beliefs after interrogation. Paper presented to the International Investigative Interview Research Group Annual Conference, Dundee (Scotland), June 2, 2011.

Cherson, M. J., & Lamb, M. E. Rapport-building: Understanding the first eight minutes. Paper presented to the International Investigative Interview Research Group Annual Conference, Dundee (Scotland), June 2, 2011.

Malloy, L. C., Brubacher, S., & Lamb, M. E. Children discuss disclosure recipients in forensic interviews about suspected abuse. Paper presented to the International Investigative Interview Research Group Annual Conference, Dundee (Scotland), June 2, 2011.

Brubacher, S., Malloy, L. C., Roberts, K., & Lamb, M. E. Talking about repeated events: How interviewers and children organize memories of alleged multiple incidents of abuse. Paper presented to the Society for Applied Research on Memory and Cognition, New York City, June 2011.

Yang, P. J., & Lamb, M. E. Effects of temperament and attachment on young children's first school experiences. 15th European Conference on Developmental Psychology, Bergen (Norway), 24 August 2011.

## Departmental Colloquia

Department of Psychology, University of Wisconsin-Madison, September 1975.

Department of Child & Family Studies, University of Wisconsin-Madison, October 1976.

Department of Educational Psychology, University of Wisconsin-Madison, March 1977.

Department of Psychology, Lawrence University, Appleton, WI, April 1977.

Department of Psychology, University of Michigan, Ann Arbor, MI, June 1977.

Department of Educational Psychology, University of Wisconsin-Madison, October 1977.

Department of Psychology, University of Northern Iowa, Cedar Falls, IA, April 1978.

Department of Psychology, University of Denver, Denver, CO, November 1978.

Department of Psychology, University of Göteborg, Göteborg (Sweden), February 1979.

School of Education, University of California -Los Angeles, March 1979.

School of Behavioural Sciences, Macquarie University, Sydney (Australia), June 1979.

School of Psychology, University of New South Wales, Sydney (Australia), June 1979.

School of Education, University of Queensland, Brisbane (Australia), July 1979.

Department of Psychology, Australian National University, Canberra (Australia), July 1979.

Department of Psychology, Flinders University, Adelaide (Australia), July 1979.

School of Behavioural Sciences, LaTrobe University, Melbourne (Australia), July 1979.

Department of Psychology, Macquarie University, Sydney (Australia), July 1979.

Department of Psychology, University of Utah, Salt Lake City, February 1980.

Department of Pediatrics, University of Utah, Salt Lake City, March 1980.

Department of Psychology and Social Relations, Harvard University, April 1980.

Department of Psychology, Michigan State University, East Lansing, MI, October 1980.

Department of Psychology (Clinical), City University of New York, New York City, December 1980.

Department of Psychology, University of California at Riverside, April 1981.

Department of Psychiatry, University of Utah, Salt Lake City, November 1981.

Oranim, Center for Research on Kibbutz Education, Elroi Tivon, Israel, January 1982.

School of Social Work, University of Haifa, Haifa, Israel, February 1982.

Department of Pediatrics, University of Utah, Salt Lake City, September1983.

Department of Psychology (Developmental Area), Stanford University, October 1983.

Department of Pediatrics, Children's Hospital, Buffalo, NY, October 1984.

Department of Psychology, University of Göteborg, Göteborg (Sweden), February 1985.

Research and Clinical Center for Child Development, Hokkaido University, Sapporo (Japan), June 1985.

Department of Child Development and Family Studies, University of North Carolina-Greensboro, March 1986.

Department of Applied Behavior Sciences, University of California-Davis, April 1986.

Laboratory of Comparative Ethology, National Institute of Child Health and Human Development, July 1986.

Department of Pediatrics, University of Utah, December 1986.

Department of Psychology, University of California-Berkeley, February 1987.

Institute of Education, University of London (England), September 1987.

Department of Psychology, University of Maryland, Baltimore County, October 1987.

Department of Pediatrics (Division of Adolescent Medicine), University of Maryland, February 1988

Department of Psychology, University of Virginia, Charlottesville, October 1988.

Institute of Psychology, University of Göteborg, Göteborg (Sweden), January 1989.

Department of Psychology, Stanford University, Stanford, February 1989.

Department of Applied Behavioral Sciences, University of California-Davis, February 1989.

Life Cycle Research Institute, Catholic University, Washington, February 1989.

Department of Theology, University of Notre Dame, South Bend, November 1989.

Institute of Education, University of London (England), January 1990.

Department of Psychology, Hebrew University of Jerusalem, Jerusalem (Israel), January 1990.

Department of Human Development and Family Studies, Pennsylvania State University, February 1990.

School of Social Work, Hebrew University of Jerusalem, Jerusalem (Israel), March 1990.

Department of Psychology, University of Padova, Padua (Italy), September 1990.

Frank Porter Graham Child Development Center, University of North Carolina at Chapel Hill, April 1991.

Department of Psychology, Laval University, Québec City (Canada), March 1992.

Department of Applied Behavioral Sciences, University of California, Davis, July 1992.

Center for Family in Society, University of South Carolina, Columbia, November 1992.

Department of Psychology, University of Maryland at Baltimore County, February 1993.

Department of Psychology, University College of North Wales, Bangor (United Kingdom), April 1994.

Department of Psychology, Laval University, Québec City (Canada), December 1994.

Department of Psychology, University of (Sweden), September 1995.

Laboratoire de recherche en écologie humaine et sociale, Université de Québec à Montréal, Montréal (Canada), October 1995.

Department of Psychology, University of Göteborg, Göteborg (Sweden), October 1995.

Fachgebiet Entwicklungspsychologie (Department of Developmental Psychology), Universität Osnabrück, Osnabrück (Germany), November 1995.

Department of Psychology and School of Social Work, University of Utah, February 1996.

Institute for Behavioral Research, University of Georgia, Athens, February 1996.

Institute of Psychology, Martin-Luther Universität-Halle, Halle (Germany), October 1996.

Department of Pediatrics, Georgetown University Medical Center, Washington DC, February 1997.

Department of Psychology, University of Virginia, Charlottesville, April 1997.

Department of Human Development, University of Maryland at College Park, December 1997.

Baltimore County Child Advocacy Center, Towson MD, December 1998.

Department of Developmental Psychology, Ruhr University of Bochum, Bochum (Germany), December 1998.

Department of Psychology, University of Delaware, Newark, February 1999.

Department of Psychology, University of Lancaster, December 2003.

Department of Social and Developmental Psychology, University of Cambridge, March 2004.

First Annual Zangwill-Bartlett Lecture, Department of Experimental Psychology, University of Cambridge, January 2006.

Centre for Family Research, University of Cambridge, January 31, 2006.

Institute of Psychiatry, Kings College London, June 15, 2006.

Department of Child and Adolescent Psychiatry, Oxford University, June 20, 2006.

Institute of Behavioural Sciences, University of Linkoping (Sweden), September 22, 2006.

Child Study Centre, Yale University, April 24, 2007.

Developmental Psychopathology Group, University of Manchester, February 20, 2008.

Department of Child and Adolescent Psychiatry, Oxford University, December 2, 2008.

Institute of Criminology, University of Cambridge, February 5, 2009.

Department of Psychology, University of California, Davis, May 20, 2009.

Department of Psychology, Arizona State University, Tempe, January 28, 2010.

National Association of Parenting Researchers, Kings College London, April 26, 2010.

Department of Developmental Psychiatry, Cambridge University, January 26, 2011.

Institute for Social and Economic Research, University of Essex, Colchester, January 21, 2011.

Institute for Applied Psychology, Lisbon, February 18, 2011.

Centre d'expertise Marie-Vincent, Montreal, 30 March 2011.

# EXHIBIT B

# BIBLIOGRAPHY

## Table of Contents

Factors predicting children's adjustment ........................................................... 1

The sexual orientation of parents does not predict
 their children's adjustment ............................................................................. 2

Same sex couples can provide stable environments
within which children can thrive ..................................................................... 5

Children do not need dual-gendered parenting or two parents
in order to be well adjusted ............................................................................ 6

Children raised by same-sex parents are not more likely
to have same-sex orientations themselves ..................................................... 6

Sexual orientation does not affect the likelihood that people will abuse children ....... 6

Non-biologically related parents are capable of raising children as effectively
as biological parents ...................................................................................... 8

## Bibliography

### Factors predicting children's adjustment (general sources)

Bornstein, M., & Lamb, M.E. (Eds.) (2011). *Developmental science* (6th ed.). New York and Hove UK: Taylor and Francis.

Damon, W., & Lerner, R. (Eds.) (2006). *Handbook of child psychology* (4 Volumes). Hoboken, NJ: Wiley.

Golombok, S. (2000). *Parenting: What really counts.* Hove UK: Psychology Press.

Lamb, M.E. (Ed.) (2010). *The role of the father in child development* (5th ed.). Hoboken, NJ: Wiley.

Lamb, M.E. (Ed.) (1999). *Parenting and child development in non-traditional families.* Hillsdale, N. J.: Erlbaum.

Lerner, R. M., Lamb, M. E., & Freund, A. (Eds.) (2010). *Handbook of lifespan development.* Vol. 2. *Social and emotional development.* Hoboken, NJ: Wiley.

1

Smith, P. K., & Hart, C.H. (Eds.) (2010). *Blackwell handbook of childhood social development*. (2nd ed). Oxford: Blackwell.

Weiner, I. (Ed.) (2003). *Handbook of Psychology*. Hoboken, NJ: Wiley.

## The sexual orientation of parents does not predict their children's adjustment

Arranz Freijo, E., Bellido, A., Manzano, A., Martin, J. L., & Artetsxe, F. (2008). Assessment of new family structures as childrearing contexts which foster children's psychological *adjustment*. Final Report. San Sebastian: University of the Basque Country.

Averett, P., Nalavany, B., & Ryan, S. (2009). An evaluation of gay/lesbian and heterosexual adoption. *Adoption Quarterly*, 12, 129-151.

Baetens, P., & Brewaeys, A. (2001). Lesbian couples requesting DI, an update of the knowledge with regard to lesbian mother families. *Human Reproduction Update*, 7(5), 512-519.

Bos, H. (2004). *Parenting in planned lesbian families*. Amsterdam: Vossiuspers UvA.

Bos, H. (2007). Child adjustment and parenting in planned lesbian-parent families. *American Journal of Orthopsychiatry*, 77, 38-48.

Bos, H. M. W., van Balen, F., & van den Boom, D. C. (2007). Child adjustment and parenting in planned lesbian-parent families. *American Journal of Orthopsychiatry 77*, 38-48.

Brewaeys, A., Ponjaert, I., Van Hall, E.V., & Golombok, S. (1997). Donor insemination: Child development and family functioning in lesbian mother families. *Human Reproduction*, 12, 1349-1359.

Brewaeys, A., & Van Hall, E. V. (1997). Lesbian motherhood: The impact on child development and family functioning. *Journal of Psychosomatic Obstetrics and Gynecology*, 18, 1-16.

Chan, R. W., Raboy, B., & Patterson, C. J. (1998). Psychosocial adjustment among children conceived via donor insemination by lesbian and heterosexual mothers. *Child Development*, 69, 443-457.

Chan, R. W., Brooks, R. C., Raboy, B., & Patterson, C. J. (1998). Division of labor among lesbian and heterosexual parents: Associations with children's adjustment. *Journal of Family Psychology*, 12, 402-419.

Erich, S., Kanenberg, H., Case, K., Allen, T., & Bogdanos, T. (2009). An empirical analysis of factors affecting adolescent attachment in adoptive families with homosexual and straight parents. *Children and Youth Services Review, 31,* 398-404.

Farr, R. H., Forssell, S. L., & Patterson, C. J. (2010).  Parenting and child development in adoptive families: Does parental sexual orientation matter? *Applied Developmental Science, 14,* 164-178.

Gartrell, N., & Bos, H. (2010).  US National Longitudinal Lesbian Family Study: Psychological adjustment of 17-year-old adolescents. *Pediatrics, 126,* 28-36.

Golombok, S. & Badger, S. (2010). Children raised in mother-headed families from infancy: A follow-up of children of lesbian and single heterosexual mothers in early adulthood. *Human Reproduction, 25,* 150-157.

Golombok, S., Perry, B., Burston, A., Murray, C., Mooney-Somers, J., Stevens, M. & Golding, J. (2003). Children with lesbian parents: A community study. *Developmental Psychology, 39,* 20-33.

Golombok, S., Spencer, A. & Rutter, M. (1983). Children in lesbian and single parent households: Psychosexual and psychiatric appraisal. *Journal of Child Psychology & Psychiatry, 24,* 551-572.

Golombok, S. & Tasker, F. (1996). Do parents influence the sexual orientation of their children? Findings from a longitudinal study of lesbian families. *Developmental Psychology, 32,* 3-11.

Golombok, S. & Tasker, F. (2010). Gay fathers. In M. E. Lamb (Ed.), *The role of the father in child development* (5th ed.).  Hoboken, NJ: Wiley.

Golombok, S., Tasker, F. & Murray, C. (1997). Children raised in fatherless families from infancy: Family relationships and the socioemotional development of children of lesbian and single heterosexual mothers. *Journal of Child Psychology & Psychiatry. 38,* 783-792.

MacCallum, F.  & Golombok, S.  (2004). Children raised in fatherless families from infancy: A follow-up of children of lesbian and single heterosexual mothers at early adolescence.  *Journal of Child Psychology and Psychiatry, 45,* 1407-1419.

Patterson, C. J. (1995). Sexual orientation and human development: An overview. *Developmental Psychology,* 31, 3-11.

Patterson, C. J. (1995). Families of the lesbian baby boom: Parents' division of labor and children's adjustment. *Developmental Psychology,* 31, 115-123.

Patterson, C. J. (1996). Lesbian mothers and their children: Findings from the Bay Area Families Study. In J. Laird & R. J. Green (Eds.), *Lesbians and Gays in Couples and Families: A Handbook for Therapists* (pp. 420-437).  San Francisco: Jossey-Bass.

Patterson, C. J. (1997). Children of lesbian and gay parents.  In T. Ollendick & R. Prinz (Eds.), *Advances in clinical child psychology* (Vol. 19; pp. 235-282).  New York: Plenum Press.

3

Patterson, C. J. (2000). Sexual orientation and family life: A decade review. *Journal of Marriage and the Family*, 62, 1052-1069.

Patterson, C. J. (2001). Families of the lesbian baby boom: Maternal mental health and child adjustment. *Journal of Gay and Lesbian Psychotherapy*, 4, 91-107.

Patterson, C. J. (2006). Children of lesbian and gay parents. *Current Directions in Psychological Science*, 15, 241-244.

Patterson, C. J., & Chan, R. W. (1999). Families headed by lesbian and gay parents. In M. E. Lamb (Ed.), *Nontraditional families: Parenting and child development* (2d ed.). Hillsdale, N. J.: Erlbaum.

Patterson, C. J., Fulcher, M., & Wainright, J. (2002). Children of lesbian and gay parents: Research, law, and policy. In B. L. Bottoms, M. B. Kovera, and B. D. McAuliff (Eds.), *Children, social science and the law* (pp. 176-199). New York: Cambridge University Press.

Patterson, C. J., Hurt, S., & Mason, C. D. (1998). Families of the lesbian baby boom: Children's contacts with grandparents and other adults. *American Journal of Orthopsychiatry*, 68, 390-399.

Patterson, C. J., & Redding, R. (1996). Lesbian and gay families with children: Public policy implications of social science research. *Journal of Social Issues*, 52, 29-50.

Patterson, C. J., & Wainright, J. (in press). Adolescents with same-sex parents: Findings from the National Longitudinal Study of Adolescent Health. In D. Brodzinsky, H. Patman, & D. Kunz (Eds.), *Lesbian and gay adoption: A new American reality*. New York: Oxford University press.

Rosenfeld, M. J. (2010). Nontraditional families and childhood progress through school. *Demography, 47,* 755-775.

Tan, T.X., & Baggerly, J. (2009). Behavioral adjustment of adopted Chinese girls in single-mother, lesbian-couple, and heterosexual-couple households. *Adoption Quarterly*, 12, 171-186.

Tasker, F. (2005). Lesbian mothers, gay fathers, and their children: A review. *Developmental & Behavioral Pediatrics*, 26, 224-40.

Tasker, F. & Golombok, S. (1997) *Growing up in a Lesbian Family*. Guilford Press, New York.

Vanfraussen, K., Ponjaert-Kristoffersen, I., & Brewaeys, A. (2002). What does it mean for youngsters to grow up in a lesbian family created by means of donor insemination? *Journal of Reproductive & Infant Psychology*, 20, 237-252.

Vanfraussen, K., Kristoffersen, I., & Brewaeys, A. (2003). Family functioning in lesbian families created by donor insemination. *American Journal of Orthopsychiatry*, 73, 78-90.

Wainright, J.L. & Patterson, C.J. (2006). Delinquency, victimization, and substance use among adolescents with female same-sex parents. *Journal of Family Psychology*, 20, 526-530.

Wainright, J. L., & Patterson, C. J. (2008). Peer relations among adolescents with female same-sex parents. *Developmental Psychology*, 44, 117-126.

Wainright, J. L., Russell, S. T., & Patterson, C. J. (2004). Psychosocial adjustment, school outcomes, and romantic relationships of adolescents with same-sex parents. *Child Development*, 75, 1886-1898.

## Same sex couples can provide stable environments within which children can thrive

Erich, S., Kanenberg, H., Case, K., Allen, T., & Bogdanos, T. (2009). An empirical analysis of factors affecting adolescent attachment in adoptive families with homosexual and straight parents. *Children and Youth Services Review, 31,* 398-404.

Kurdek L.A. (2004). Are gay and lesbian cohabiting families really different from heterosexual married couples? *Journal of Marriage and Family, 66,* 880-900.

Kurdek L.A. (2006). What do we know about gay and lesbian couples? *Current Directions in Psychological Science, 14,* 251-254.

Kurdek L.A. (2006). Differences between partners from heterosexual, gay and lesbian couples. *Journal of Marriage and Family, 68,* 1-20.

Kurdek, L. A. (2003). Differences between gay and lesbian cohabiting couples. *Journal of Social and Personal Relationships, 20,* 411-436.

Kurdek, L. A. (2006). The nature and correlates of deterrents to leaving a relationship. *Personal Relationships, 13,* 521-535.

Kurdek, L. A. (2007). The allocation of household labor by partners in gay and lesbian couples. *Journal of Family Issues, 28,* 132-148.

Kurdek, L. A. (2007). Avoidance motivation and relationship commitment in heterosexual, Gay male, and lesbian partners. *Personal Relationships, 13,* 521-535.

Kurdek, L. A. (2008). Change in relationship quality for partners from lesbian, gay male, and heterosexual couples. *Journal of Family Psychology, 22,* 701-711.

Kurdek, L. A. (2009). Assessing the health of a dyadic relationship in heterosexual and same-sex partners. *Personal Relationships, 16,* 117-127.

Patterson, C. J. (1996). Lesbian mothers and their children: Findings from the Bay Area Families Study. In J. Laird & R. J. Green (Eds.), *Lesbians and gays in couples and families: A handbook for therapists* (pp. 420-437). San Francisco: Jossey-Bass.

**Children do not need dual-gendered parenting or two parents in order to be well adjusted**

Kiernan, K., E., & Mensah, F. K. (2010). Unmarried parenthood, family trajectories, parent and child well-being. In K. Hansen, H. Joshi, & S. Dex (Eds.), *Children of the 21st century: From birth to age 5* (pp. 77-94). London: Policy Press.

Lamb, M. E. (2002). Noncustodial fathers and their children. In C.S. Tamis-LeMonda & N.Cabrera (Eds.), *Handbook of father involvement: Multidisciplinary perspectives* (pp. 169-184). Mahwah, NJ: Erlbaum.

Lamb, M. E. (2002). Placing children's interests first: Developmentally appropriate parenting plans. *The Virginia Journal of Social Policy and the Law, 10*, 98-119.

Lamb, M. E., & Kelly, J. B. (2009). Improving the quality of parent-child contact in separating families with infants and young children: Empirical research foundations. In R. M. Galatzer-Levy, L. Kraus, & J. Galatzer-Levy (Eds.), *The scientific basis of child custody decisions* (2d ed.; pp. 187-214). Hoboken, NJ: Wiley.

**Children raised by same-sex parents are not more likely to have same-sex orientations themselves**

Golombok, S. & Badger, S. (2010). Children raised in mother-headed families from infancy: A follow-up of children of lesbian and single heterosexual mothers in early adulthood. *Human Reproduction, 25,* 150-157.

Tasker, F. L. & Golombok, S. (1997). *Growing up in a lesbian family: Effects on child development.* New York: Guilford Press.

Wainright, J. L., Russell, S. T., & Patterson, C. J. (2004). Psychosocial adjustment, school outcomes, and romantic relationships of adolescents with same-sex parents. *Child Development*, 75, 1886-1898.

**Sexual orientation does not affect the likelihood that people will abuse children**

Bellamy, C. (In press). A national study of male involvement among families in contact with the child welfare system. *Child Maltreatment*, 14.

Belsky, J. (1993). Etiology of child maltreatment: A developmental-ecological analysis. *Psychological Bulletin*, 114, 413-434.

Berger, L. M., Paxson, C., & Waldfogel, J. (In press). Mothers, men, and child protective services involvement. *Child Maltreatment*, 14.

6

Brown, J., Cohen, P., Johnson, J.G., & Salzinger, S. (1998). A longitudinal analysis of risk factors for child maltreatment: Findings of a 17-year prospective study of officially recorded and self-reported child abuse and neglect. *Child Abuse & Neglect*, 22, 1065-1078.

Cawson, P., Wattam, C., Brooker, S., & Kelly, G. (2000). *Child maltreatment in the United Kingdom*. London: NSPCC.

Chand, A. & Thoburn, J. (2006). Research review: Child protection referrals and minority ethnic children and families. *Child and Family Social Work*, 11, 368-377.

Child Welfare Information Gateway (2004). *Risk and protective factors for child abuse and neglect*. The Children's Bureau, Administration for Children and Families, U.S. Department of Health and Human Services, Washington, D.C.

Coulton, C.J., Crampton, D.S., Irwin, M., Spilsbury, J.C. & Korbin, J.E. (2007). How neighborhoods influence child maltreatment: A review of the literature and alternative pathways. *Child Abuse & Neglect*, 31, 1117-1142.

Coulton, C.J., Korbin, J.E., & Su, M. (1999). Neighborhoods and child maltreatment: A multi-level study. *Child Abuse & Neglect*, 11, 1019-1040.

Coulton, C.J., Korbin, J.E., Su, M., & Chow, J. (1995). Community level factors and child maltreatment rates. *Child Development*, 66, 1262-1276.

Finkelhor, D., Ormrod, R., Turner, H., & Hamby, S.L. (2005). The victimization of children and youth: A comprehensive, national survey. *Child Maltreatment*, 10, 5-25.

Freisthler, B., Merritt, D.H., & LaScala, E.A. (2006). Understanding the ecology of child maltreatment: a review of the literature and directions for future research. *Child Maltreatment*, 11, 263-280.

Garbarino, J. & Crouter, A. (1978). Defining the community context for parent-child relations: The correlates of child maltreatment. *Child Development*, 49, 604-616.

Garbarino, J., & Sherman, D. (1980). High-risk neighborhoods and high-risk families: The human ecology of child maltreatment. *Child Development*, 51, 188-198.

Guterman, N. B., Lee, Y., Lee, S. J. Waldfogel, J., & Rathouz, P. J. (In press). Fathers and maternal risk for physical child abuse. *Child Maltreatment*, 14.

Hussey, J.M., Chang, J.J., & Kotch, J.B. (2006). Child maltreatment in the United States: Prevalence, risk factors, and adolescent health consequences. *Pediatrics*, 118, 933-942.

Korbin, J.E., Coulton, C.J., Chard, S., Platt-Houston and Su, M. (1998). Impoverishment and child maltreatment in African American and European American neighborhoods. *Development and Psychopathology,* 10, 215-233.

7

Molnar, B. E., Buka, S. L., Brennan, R. T., Holton, J. K., & Earls, F. (2003). A multilevel study of neighborhoods and parent-to-child physical aggression: Results from the project on human development in Chicago neighborhoods. *Child Maltreatment*, 8, 84-97.

Salisbury, E., Henning, K., & Holdford, R. (In press). Fathering by partner-abusive men: Attitudes on children's exposure to interparental conflict and risk factors for child abuse. *Child Maltreatment*, 14(3).

Scher, C.D., Forde, D.R., McQuaid, J.R., & Stein, M.B. (2004). Prevalence and demographic correlates of childhood maltreatment in an adult community sample. *Child Abuse & Neglect, 23*, 167-180.

Sedlak, A.J. & Broadhurst, D.D. (1996). *The Third National Incidence Study of Child Abuse and Neglect.* Washington, D.C.: U.S. Department of Health and Human Services, Administration for Children and Families.

Sedlak, A.J. (2001). *A history of the National Incidence Study of Child Abuse and Neglect.* The Children's Bureau, Administration of Children and Families, U.S. Department of Health and Human Services, Washington, D.C. Viewed online at the NIS-4 website May 21, 2009: https://www.nis4.org/NIS_History.pdf.

Sidebotham, P.D., & ALSPAC Study Team. (2001). Child maltreatment in the "Children of the nineties": A longitudinal study of parental risk factors. *Child Abuse & Neglect*, 25, 1177-1200.

Sidebotham, P.D., Heron, J., Golding, J., & ALSPAC Study Team. (2002). Child maltreatment in the "Children of the nineties": Deprivation, class and social networks in a UK sample. *Child Abuse & Neglect*, 26, 1243-1259.

Vogeltanz, N.D., Wilsnack, S.C., Harris, T.R., Wilsnack, R.W., Wonderlich, S.A., & Kristjanson, A.F. (1999). Prevalence and risk factors for childhood sexual abuse in women: National survey findings. *Child Abuse & Neglect*, 23, 579-592.

Wu, S.S., Ma, C., Carter, R.L., Ariet, M., Feaver, E.A., Resnick, M.B., & Roth, J. (2004). Risk factors for infant maltreatment: a population-based study. *Child Abuse & Neglect*, 23, 1253-1264.

**Non-biologically related parents are capable of raising children as effectively as biological parents**

Golombok, S., Cook, R., Bish, A., & Murray, C. (1995). Families created by the new reproductive technologies: Quality of parenting and social and emotional development of the child. *Child Development, 66*, 285-298.

Golombok, S., Jadva, V., Lycett, E., Murray, C., & MacCallum, F. (2005). Families created by gamete donation: follow-up at age 2. *Human Reproduction. 20*, 286-293.

8

Golombok, S., Lycett, E., MacCallum, F., Jadva, V., Murray, C., Rust, J. Abdalla, H., Jenkins, J., & Margara, R. (2004). Parenting infants conceived by gamete donation. *Journal of Family Psychology. 18,* 443-452.

Golombok, S., MacCallum, Goodman, E., & Rutter, M. (2002). Families with children conceived by donor insemination: A follow up at age twelve. *Child Development, 73,* 952-968.

Golombok, S., Murray, C., Brinsden, P., & Abdalla, H. (1999). Social versus biological parenting: Family functioning and the socioemotional development of children conceived by egg or sperm donation. *Journal of Child Psychology and Psychiatry, 40,* 519-527.

Golombok, S., Murray, C., Jadva, V., Lycett, E., MacCallum, F., & Rust, J. (2006). Non-genetic and non-gestational parenthood: consequences for parent-child relationships and the psychological well-being of mothers, fathers and children at age 3. *Human Reproduction. 21,* 1918-1924.

Jadva, V., Freeman, T., Kramer, W. & Golombok, S. (2009). The experiences of adolescents and adults conceived by sperm donation: Comparisons by age of disclosure and family type. *Human Reproduction, 24,* 1909-1919.

Juffer, F., & van IJzendoorn, M. H. (2007). Adoptees do not lack self-esteem: A meta-analysis of studies of self-esteem of transracial, international, and domestic adoptees. *Psychological Bulletin, 133,* 1067-1083.

Lansford, J. E., Ceballo, R., Abbey, A., & Stewart, A. J. (2001). Does family structure matter? A comparison of adoptive, two-parent biological, single mother, stepfather, and stepmother households. *Journal of Marriage and the Family, 63,* 840-851.

MacCullum, F., & Keeley, S. (2007). Embryo donation families: A follow-up in middle childhood. *Journal of Family Psychology, 22,* 799-808.

Stams, G.J.J. M., Juffer, F., & van IJzendoorn, M. H. (2002). Maternal sensitivity, infant attachment, and temperament in early childhood predict adjustment to middle childhood: The case of adopted children and their biologically unrelated parents. *Developmental Psychology, 38,* 806-821.

Van IJzendoorn, M. H., & Juffer, F. (2006). Adoption as intervention: Meta-analytic evidence for massive catch-up and plasticity in physical, socio-emotional, and cognitive development. *Journal of Child Psychology and Psychiatry, 47,* 1228-1245.

Van IJzendoorn, M. H., Juffer, F., & Klein Poelhuis, C. W. (2005). Adoption and cognitive development: A meta-analytic comparison of adopted and non-adopted children's IQ and school performance. *Psychological Bulletin, 131,* 301-306.