United States District Court

For the Northern District of California

1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    KAREN GOLINSKI,

10              Plaintiff,                          No. C 10-00257 JSW

11        v.

12    UNITED STATES OFFICE OF PERSONNEL          **ORDER SETTING HEARING ON**
      MANAGEMENT and JOHN BERRY, Director        **PENDING MOTIONS**
13    of the United States Office of Personnel
      Management, in his official capacity,
14
                Defendant.
15    _____/

16

17        For the convenience of the parties and to accommodate the schedule of the Court, the

18    hearing on all pending motions in this matter shall be heard on one date and shall hereby be

      continued to October 21, 2011 at 9:00 a.m.
19

20

21        **IT IS SO ORDERED.**

22    Dated:  August 11, 2011                     _____
                                                  JEFFREY S. WHITE
23                                                UNITED STATES DISTRICT JUDGE

24

25

26

27

28