IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN GOLINSKI,

    Plaintiff,

v.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT and JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity,

    Defendant.

No. C 10-00257 JSW

**ORDER TO SHOW CAUSE RE VIDEO RECORDING**

    This district is participating in a pilot project that permits video taping of courtroom proceedings. The recordings will be publicly available on the district's website. I ask that you consider giving consent to record the upcoming proceeding in your case, set for October 21, 2011. Each party shall file a statement of consent or refusal to consent with the Court by no later than September 9, 2011. Should any party not consent to the recording of the proceeding on October 21, 2011, the proceeding shall not be recorded.

    **IT IS SO ORDERED.**

Dated: August 26, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE