1  JAMES R. MCGUIRE (CA SBN 189275)
   JMcGuire@mofo.com
2  GREGORY P. DRESSER (CA SBN 136532)
   GDresser@mofo.com
3  RITA F. LIN (CA SBN 236220)
   RLin@mofo.com
4  AARON D. JONES (CA SBN 248246)
   AJones@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  JON W. DAVIDSON (CA SBN 89301)
   JDavidson@lambdalegal.org
9  SUSAN L. SOMMER (pro hac vice)
   SSommer@lambdalegal.org
10 TARA L. BORELLI (CA SBN 216961)
   TBorelli@lambdalegal.org
11 LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
   3325 Wilshire Boulevard, Suite 1300
12 Los Angeles, California 90010-1729
   Telephone: 213.382.7600
13 Facsimile: 213.351.6050

14 Attorneys for Plaintiff
   KAREN GOLINSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN GOLINSKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, and JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity,<br><br>　　　　　Defendants. | Case No. 　3:10-cv-0257-JSW<br><br>**PLAINTIFF'S STATEMENT OF CONSENT TO VIDEO RECORDING** |

1 | Pursuant to the Court's August 26, 2011 Order to Show Cause Regarding Video Recording (Dkt. 161), Plaintiff consents both to the recording of the October 21, 2011 proceedings in this matter, and to making that recording publicly available on the district's website.

Dated: August 29, 2011

MORRISON & FOERSTER LLP

LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.

By:    /s/ Tara L. Borelli
       TARA L. BORELLI

Attorneys for Plaintiff
KAREN GOLINSKI