1  PAUL D. CLEMENT (DC Bar 433215)
   pclement@bancroftpllc.com
2  H. CHRISTOPHER BARTOLOMUCCI (DC Bar 453423)
   cbartolomucci@bancroftpllc.com
3  CONOR B. DUGAN (MI Bar P66901)
   cdugan@bancroftpllc.com
4  NICHOLAS J. NELSON (MD Bar)
   nnelson@bancroftpllc.com
5
   BANCROFT PLLC
6  1919 M Street, NW, Suite 470
   Washington, DC 20036
7  202-234-0090 (phone); 202-234-2806 (fax)

8  OF COUNSEL:
9  KERRY W. KIRCHER (DC Bar 386816)
   Kerry.Kircher@mail.house.gov
   CHRISTINE DAVENPORT (NJ Bar)
10 Christine.Davenport@mail.house.gov
   KATHERINE E. MCCARRON (DC Bar 486335)
11 Katherine.McCarron@mail.house.gov
   WILLIAM PITTARD (DC Bar 482949)
12 William.Pittard@mail.house.gov
   KIRSTEN W. KONAR (DC Bar 979176)
13 Kirsten.Konar@mail.house.gov

14 OFFICE OF GENERAL COUNSEL
   U.S. House of Representatives
15 219 Cannon House Office Building
   Washington, DC 20515
16 202-225-9700 (phone); 202-226-1360 (fax)

17 Counsel for Intervenor-Defendant the Bipartisan Legal
   Advisory Group of the U.S. House of Representatives
18

19

20

21

22

23

INTERVENOR-DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE RE: VIDEO RECORDING —
CASE NO. 3:10-CV-0257-JSW

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN GOLINSKI,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:10-cv-0257-JSW<br><br>**INTERVENOR-DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE RE: VIDEO RECORDING** |

Pursuant to this Court's August 26, 2011 Order to Show Cause Re: Video Recording (ECF No. 161), Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives respectfully advises that it prefers not to participate in this district's pilot project permitting video recording of courtroom proceedings. Accordingly Intervenor-Defendant declines to consent.

Respectfully submitted,

OFFICE OF GENERAL COUNSEL

By: /s/ Kerry W. Kircher
Kerry W. Kircher, General Counsel
Christine Davenport, Sr. Assistant Counsel
Katherine E. McCarron, Assistant Counsel
William Pittard, Assistant Counsel
Kirsten W. Konar, Assistant Counsel

Counsel for the Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives

U.S. House of Representatives
219 Cannon House Office Building
Washington, DC 20515

September 9, 2011