MICHAEL F. HERTZ
Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
ARTHUR R. GOLDBERG
Assistant Branch Director
CHRISTOPHER R. HALL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-4778
Facsimile: (202) 616-8470
Email: Christopher.Hall@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN GOLINSKI,<br><br>         Plaintiff,<br><br>     v.<br><br>THE UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>         Defendants. | No. C 3:10-00257-JSW<br><br>**DEFENDANTS' STATEMENT OF CONSENT TO VIDEO RECORDING OF OCTOBER 21, 2011 HEARING** |

Pursuant to the Court's Order to Show Cause Regarding Video Recording, entered August 26, 2011 [ECF No. 161], Defendants United States Office of Personnel Management ("OPM") and John Berry, Director of OPM, hereby consent to video recording of the hearing set for October 21, 2011. Defendants further consent to making such recordings publicly available on the website for the United States District Court for the Northern District of California.

*Defendants' Statement of Consent to Video Recording of October 21, 2011 Hearing*
*3:10cv257-JSW*

Dated: September 9, 2011

                                        Respectfully Submitted,

                                        MICHAEL F. HERTZ
                                        Deputy Assistant Attorney General

                                        MELINDA HAAG
                                        United States Attorney

                                        ARTHUR R. GOLDBERG
                                        Assistant Branch Director

                                        */s/ Christopher R. Hall*
                                        CHRISTOPHER R. HALL
                                        D.C. Bar No. 468827
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        P.O. Box 883
                                        Washington, D.C. 20044
                                        (202) 514-4778 (telephone)
                                        (202) 616-8470 (fax)

                                        Attorneys for Defendants