1  JAMES R. McGUIRE (CA SBN 189275)
   JMcGuire@mofo.com
2  GREGORY P. DRESSER (CA SBN 136532)
   GDresser@mofo.com
3  RITA F. LIN (CA SBN 236220)
   RLin@mofo.com
4  AARON D. JONES (CA SBN 248246)
   AJones@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  JON W. DAVIDSON (CA SBN 89301)
   JDavidson@lambdalegal.org
9  SUSAN L. SOMMER (pro hac vice)
   SSommer@lambdalegal.org
10 TARA L. BORELLI (CA SBN 216961)
   TBorelli@lambdalegal.org
11 LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
   3325 Wilshire Boulevard, Suite 1300
12 Los Angeles, California  90010-1729
   Telephone: 213.382.7600
13 Facsimile: 213.351.6050

14 Attorneys for Plaintiff
   KAREN GOLINSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN GOLINSKI, | Case No. 3:10-cv-0257-JSW |
| Plaintiff, | **PLAINTIFF KAREN GOLINSKI'S RESPONSE TO BIPARTISAN LEGAL ADVISORY GROUP'S MOTION FOR LEAVE TO FILE SUPERSEDING OPPOSITION TO PLAINTIFF'S SUMMARY JUDGMENT MOTION, AND REQUEST FOR ANY NEW HEARING DATE TO BE SET FOR DECEMBER 16, 2011 OR EARLIER** |
| v. | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, and JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity, | |
| Defendants. | |

1   Plaintiff Karen Golinski respectfully submits the following response to Intervenor
2   Bipartisan Legal Advisory Group's ("BLAG's") motion for leave to submit further briefing.
3   Plaintiff submits this response in order to propose measures to minimize the delay caused by
4   BLAG's belated request.

5   On Friday, September 23, 2011, BLAG informed plaintiff that it proposed to submit a
6   superseding opposition brief on October 10, 2011.  (Borelli Decl. ¶ 4, Ex. A.)  That proposal
7   came at the eleventh hour.  (Borelli Decl. ¶ 5.)  Plaintiff's motion for summary judgment was
8   originally noticed for September 16, 2011, and is set to be heard on October 21, 2011.  Plaintiff
9   originally filed her motion on July 1, 2011.  BLAG has had that brief for over three months.

10  BLAG makes much of the parties' exchange of written discovery.  However, BLAG has
11  had plaintiff's discovery responses since September 1, 2011.  (Borelli Decl. ¶ 3.)  Moreover,
12  plaintiff suspects that the materials that BLAG plans to introduce in its opposition brief are not
13  from that discovery, which principally concerned plaintiff's standing to bring this action and the
14  validity of her marriage.  Instead, based on a review of BLAG's summary judgment opposition
15  papers filed in *Windsor v. United States*, No. 1:10-cv-08435-BSJ-JCF (S.D.N.Y.) and *Pedersen*
16  *v. Office of Personnel Management*, No. 3:10-cv-01750-VLB (D. Conn.), plaintiff suspects that
17  the principal new evidence that BLAG plans to introduce here is the deposition testimony of
18  plaintiff's experts.  (Borelli Decl. ¶ 5.)  Those depositions were taken in ***June*** and ***July***, prior to
19  the due date of BLAG's existing opposition brief.  (*Id.*)  Discovery in *Windsor* closed on July
20  11, 2011.  (*See* Dkt. 121, Ex. B (attaching *Windsor* scheduling order).)  BLAG has no legitimate
21  reason to have delayed its submission for ***three months*** to incorporate those materials.

22  Nonetheless, in order to permit a full airing of the issues, plaintiff informed BLAG that
23  she was willing to accede to BLAG's belated filing of a new brief, provided that plaintiff has a
24  fair opportunity to respond and that the hearing date for all pending dispositive motions would
25  be moved appropriately.  (Borelli Decl. ¶ 6, Ex. B.)  Because one of plaintiff's experts is out of
26  the country until October 20, 2011, and that expert may be needed to provide rebuttal testimony,
27  plaintiff stated that she would need until November 1, 2011 to file her reply brief, if BLAG files
28  its new opposition brief on October 11, 2011.  Although this briefing schedule creates a

1 significant disparity, as BLAG will have had plaintiff's brief for over three months, while
2 plaintiff will have only three weeks to reply, plaintiff is willing to tolerate that disparity in order
3 to move this matter promptly to resolution. (*Id.*) BLAG agreed to that proposal, but when the
4 parties disagreed as to the form of the filing BLAG changed its position, indicating that it would
5 only move for leave to file its superseding brief without proposing the parties' agreed briefing
6 dates. (Borelli Decl. ¶¶ 7-14, Exs. C-J.)

7      Plaintiff is anxious to have this matter proceed to a merits determination. Her spouse
8 remains underinsured and continues to forgo preventive care. This case was filed almost two
9 years ago, in January 2010. The operative complaint has been on file for six months, since
10 April 2011. In order to permit the case to move forward, plaintiff respectfully requests that:
11 (1) BLAG's new opposition brief be due on October 11, 2011, and plaintiff's reply brief be due
12 on November 1, 2011, as the parties had agreed, and (2) that the hearing currently set for
13 October 21, 2011, on the motions to dismiss and plaintiff's motion for summary judgment be
14 continued to a date on or before December 16, 2011 (currently shown as the earliest available
15 open date on the Court's calendar for cases with a terminal digit of 7).

16 Dated: September 30, 2011     MORRISON & FOERSTER LLP

17     LAMBDA LEGAL DEFENSE AND
18     EDUCATION FUND, INC.

19     By:   /s/ Tara Borelli
20            Tara Borelli

21     Attorneys for Plaintiff
    KAREN GOLINSKI