IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN GOLINSKI,

    Plaintiff,

    v.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT and JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity,

    Defendants.

No. C 10-00257 JSW

**JUDGMENT**

Pursuant to the Court's Order denying Intervenor-Defendant the Bipartisan Legal Advisory Group of the United States House of Representatives ("BLAG")'s motion to dismiss and motion to strike, granting the motion to dismiss filed by Defendants the United States Office of Personnel Management and John Berry, its director, and granting Plaintiff Karen Golinski's motion for summary judgment, it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendants.

    **IT IS SO ORDERED.**

Dated: February 22, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE