Paul D. Clement (DC Bar 433215), pclement@bancroftpllc.com
H. Christopher Bartolomucci (DC Bar 453423), cbartolomucci@bancroftpllc.com
Conor B. Dugan (MI Bar P66901), cdugan@bancroftpllc.com
Nicholas J. Nelson (MD Bar), nnelson@bancroftpllc.com
BANCROFT PLLC
1919 M Street, Northwest, Suite 470
Washington, District of Columbia  20036
Telephone:  202-234-0090; Facsimile:  202-234-2806

*Of Counsel*:
Kerry W. Kircher (DC Bar 386816), Kerry.Kircher@mail.house.gov
William Pittard (DC Bar 482949), William.Pittard@mail.house.gov
Christine Davenport (NJ Bar), Christine.Davenport@mail.house.gov
Kirsten W. Konar (DC Bar 979176), Kirsten.Konar@mail.house.gov
Todd B. Tatelman (VA Bar 66008), Todd.Tatelman@mail.house.gov
OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, District of Columbia  20515
Telephone:  202-225-9700; Facsimile:  202-226-1360

*Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN GOLINSKI, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants, <br><br> and <br><br> BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br> Intervenor-Defendant. | Case No. 3:10-cv-0257-JSW <br><br> **INTERVENOR-DEFENDANT'S NOTICE OF APPEAL** |

Notice is hereby given that Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives (the "House"), through counsel, respectfully appeals to the United States Court of Appeals for the Ninth Circuit the District Court's February 22, 2012 Order (ECF No. 186) and final Judgment (ECF No. 187), both insofar as they grant Plaintiff's motion for summary judgment (ECF No. 142) and deny the House's motion to dismiss (ECF No. 119).

The statutory basis for this appeal is 28 U.S.C. § 1291. The House hereby notifies the Clerk of Court pursuant to Ninth Circuit Rule 3-1 that it is exempt from submitting the filing fee for this appeal. A copy of the Order and a copy of the final Judgment are attached hereto as Exhibits A and B, respectively.

Respectfully submitted,

BANCROFT PLLC

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci[1]

*Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*[2]

February 24, 2012

---

[1] Kerry W. Kircher, as the ECF filer of this document, attests that concurrence in the filing of the document has been obtained from signatory H. Christopher Bartolomucci.

[2] The Bipartisan Legal Advisory Group, which speaks for the House in litigation matters, is currently comprised of the Honorable John A. Boehner, Speaker of the House, the Honorable Eric Cantor, Majority Leader, the Honorable Kevin McCarthy, Majority Whip, the Honorable Nancy Pelosi, Democratic Leader, and the Honorable Steny H. Hoyer, Democratic Whip. The Democratic Leader and the Democratic Whip decline to support the filing of this notice of appeal.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2012, I electronically filed the foregoing Intervenor-Defendant's Notice of Appeal with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to the following attorneys of record through the Court's CM/ECF system:

>James R. McGuire, Esquire
>Gregory P. Dresser, Esquire
>Rita F. Lin, Esquire
>Aaron D. Jones, Esquire
>MORRISON & FOERSTER LLP
>425 Market Street
>San Francisco, California 94105-2482
>
>Jon W. Davidson, Esquire
>Susan L. Sommer, Esquire
>Tara L. Borelli, Esquire
>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
>3325 Wilshire Boulevard, Suite 1300
>Los Angeles, California 90010-1729
>
>Michael F. Hertz, Esquire
>Melinda Haag, Esquire
>Arthur R. Goldberg, Esquire
>Christopher R. Hall, Esquire
>U.S. DEPARTMENT OF JUSTICE
>Post Office Box 883
>Washington, District of Columbia 20044

>>*/s/ Kerry W. Kircher*
>>Kerry W. Kircher