Paul D. Clement (DC Bar 433215), pclement@bancroftpllc.com
H. Christopher Bartolomucci (DC Bar 453423), cbartolomucci@bancroftpllc.com
Conor B. Dugan (MI Bar P66901), cdugan@bancroftpllc.com
Nicholas J. Nelson (MD Bar), nnelson@bancroftpllc.com
BANCROFT PLLC
1919 M Street, Northwest, Suite 470
Washington, District of Columbia 20036
Telephone: 202-234-0090; Facsimile: 202-234-2806

*Of Counsel*:
Kerry W. Kircher (DC Bar 386816), Kerry.Kircher@mail.house.gov
William Pittard (DC Bar 482949), William.Pittard@mail.house.gov
Christine Davenport (NJ Bar), Christine.Davenport@mail.house.gov
Kirsten W. Konar (DC Bar 979176), Kirsten.Konar@mail.house.gov
Todd B. Tatelman (VA Bar 66008), Todd.Tatelman@mail.house.gov
OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, District of Columbia 20515
Telephone: 202-225-9700; Facsimile: 202-226-1360

*Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN GOLINSKI, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants, <br><br> and <br><br> BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br> Intervenor-Defendant. | Case No. 3:10-cv-0257-JSW <br><br> **REPRESENTATION STATEMENT** |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives (the "House"), thorough counsel, respectfully represents, in connection with the House's Notice of Appeal filed contemporaneously herewith, that the following are counsel for the parties in this case:

I. Plaintiff Karen Golinski:

> James R. McGuire, Esquire
> Gregory P. Dresser, Esquire
> Rita F. Lin, Esquire
> Aaron D. Jones, Esquire
> MORRISON & FOERSTER LLP
> 425 Market Street
> San Francisco, California 94105-2482
> Telephone: (415) 268-7000
> Facsimile: (415) 268-7522

> Jon W. Davidson, Esquire
> Susan L. Sommer, Esquire
> Tara L. Borelli, Esquire
> LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
> 3325 Wilshire Boulevard, Suite 1300
> Los Angeles, California 90010-1729
> Telephone: (213) 382-7600
> Facsimile: (213) 351-6050

II. Defendants United States Office of Personnel Management and John Berry, Director of the United States Office of Personnel Management:

> Michael F. Hertz, Esquire
> Melinda Haag, Esquire
> Arthur R. Goldberg, Esquire
> Christopher R. Hall, Esquire
> U.S. DEPARTMENT OF JUSTICE
> Post Office Box 883
> Washington, District of Columbia 20044
> Telephone: (202) 514-4778
> Facsimile: (202) 616-8470

III. Intervenor-Defendant the House:

    Paul D. Clement
    H. Christopher Bartolomucci
    Conor B. Dugan
    Nicholas J. Nelson
    BANCROFT PLLC
    1919 M Street, Northwest, Suite 470
    Washington, District of Columbia 20036
    Telephone: (202) 234-0090
    Facsimile: (202) 234-2806

*Of Counsel*:
Kerry W. Kircher
William Pittard
Christine Davenport
Kirsten W. Konar
Todd B. Tatelman
OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, District of Columbia 20515
Telephone: (202) 225-9700
Facsimile: (202) 226-1360

    Respectfully submitted,

    BANCROFT PLLC

    */s/ H. Christopher Bartolomucci*
    H. Christopher Bartolomucci[1]

    *Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*

February 24, 2012

---

[1] Kerry W. Kircher, as the ECF filer of this document, attests that concurrence in the filing of the document has been obtained from signatory H. Christopher Bartolomucci.

# CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2012, I electronically filed the foregoing Representation Statement with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to the following attorneys of record through the Court's CM/ECF system:

    James R. McGuire, Esquire
    Gregory P. Dresser, Esquire
    Rita F. Lin, Esquire
    Aaron D. Jones, Esquire
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, California 94105-2482

    Jon W. Davidson, Esquire
    Susan L. Sommer, Esquire
    Tara L. Borelli, Esquire
    LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
    3325 Wilshire Boulevard, Suite 1300
    Los Angeles, California 90010-1729

    Michael F. Hertz, Esquire
    Melinda Haag, Esquire
    Arthur R. Goldberg, Esquire
    Christopher R. Hall, Esquire
    U.S. DEPARTMENT OF JUSTICE
    Post Office Box 883
    Washington, District of Columbia 20044

    */s/ Kerry W. Kircher*
    Kerry W. Kircher