TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ARTHUR R. GOLDBERG
Assistant Branch Director
CHRISTOPHER R. HALL
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-4778
Facsimile: (202) 616-8470
Email: Christopher.Hall@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN GOLINSKI, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, and JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity, <br><br> Defendants, <br><br> and <br><br> BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br> Intervenor-Defendant. | No. C 3:10-00257-JSW <br><br> **NOTICE OF APPEAL OF DEFENDANTS** |

*Notice of Appeal of Defendants*
*3:10cv257-JSW*

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2  NOTICE IS HEREBY GIVEN that all Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment dated February 22, 2012 [ECF No. 187] and the underlying Opinion and Order dated February 22, 2012 [ECF No. 186].

Dated this 28th day of February, 2012.

Dated: February 28, 2012

Respectfully Submitted,

TONY WEST
Assistant Attorney General

MELINDA HAAG
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

 */s/ Christopher R. Hall*
CHRISTOPHER R. HALL
D.C. Bar No. 468827
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
(202) 514-4778 (telephone)
(202) 616-8470 (fax)

Attorneys for Defendants