UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

February 29, 2012

**CASE INFORMATION:**
Short Case Title:  <u>GOLINSKI</u>-v- <u>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT</u>
Court of Appeals No. (leave blank if a unassigned)
U.S. District Court, Division & Judge Name: <u>USDC, Northern District of California, San Francisco, Hon. Jeffrey S. White</u>
Criminal and/or Civil Case No.:  <u>CV 10-00257 JSW</u>
Date Complaint/Indictment/Petition Filed: <u>4/14/2011</u>
Date Appealed order/judgment *entered* <u>2/22/2012</u>
Date NOA *filed* <u>2/28/2012</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)       ☐ denied in full (send record)
                         ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:   Waived            Date Docket Fee Billed:
Date FP granted:                          Date FP denied:
Is FP pending? ☐ yes  ☐ no                Was FP limited ☐?  Revoked ☐?
US Government Appeal? <u>X</u> yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: See Docket Sheet                    Appellee Counsel: See Docket Sheet

<u>X</u> retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                              Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                 9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Mark Jenkins</u>