# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

July 3, 2012

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526


      Re:  Office of Personnel Management, et al.
             v. Karen Golinski
             No. 12-16
             (Your No. 12-15388, 12-15409)


Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on July 3, 2012 and placed on the docket July 3, 2012 as No. 12-16.


                                     Sincerely,

                                     **William K. Suter**, Clerk

                                     by

                                     Jeffrey Atkins
                                   Supervisor-Case Analyst Division